UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| ALEX A., by and through his guardian, MOLLY SMITH, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>GOVERNOR JON BEL EDWARDS, in his official capacity as Governor of Louisiana; WILLIAM SOMMERS, in his official capacity as Deputy Secretary of the Office of Juvenile Justice, JAMES M. LEBLANC, in his official capacity as Secretary of the Louisiana Department of Public Safety & Corrections,<br><br>Defendants. | Civil Action No.<br><br>**Plaintiff's Emergency Motion for Temporary Restraining Order**<br><br>**IMMEDIATE RELIEF SOUGHT** |

**PLAINTIFF'S EMERGENCY MOTION FOR TEMPORARY RESTRAINING ORDER**

Plaintiff, on his own behalf and on behalf of the proposed Class, hereby move this Court, pursuant to Federal Rule of Civil Procedure 65. The grounds for this motion are set forth in the Memorandum in Support of Plaintiffs' Emergency Motion for Temporary Restraining Order, filed herewith, and the accompanying Declarations and Exhibits in support.

Because of the imminent and grave risk of serious harm from being youth confined at the adult maximum security Louisiana State Penitentiary at Angola ("LSP"), Plaintiff requests that this Court consider this motion on an emergency basis and that the Court grant a temporary restraining order pending an evidentiary hearing, briefing and argument, pursuant to Rule 65 of the Federal Rules of Civil Procedure, immediately (1) enjoining Defendants from transferring to or incarcerating Plaintiff or any proposed Class Member at LSP and (2) enjoining Defendants to move any youth who have already been transferred to LSP, within 12 hours of this order, to BCCY

1

or another appropriate OJJ facility for youth.

Because this motion is being filed contemporaneously with the complaint, there is not yet an attorney of record for Defendants in this case. Pursuant to M.D. La. LR65, Plaintiffs' counsel certifies that he has provided copies of this motion, the Complaint, the Memorandum in Support of this motion, and all other filings in this case to counsel for Defendants via electronic mail, to wit: Angelique Freel, Office of the Attorney General, Civil Division at duhona@ag.state.la.us, Matthew Block, Executive Counsel for the Office of the Governor at matthew.block@la.gov, Angelic Keller, General Counsel for the Office of Juvenile Justice at angelic.keller@la.gov, and Jonathan Vining, Esq., La. Dept. of Public Safety & Corr. at Jonathan.Vining@LA.GOV.

Plaintiff's counsel is prepared to appear immediately. Each day that passes risks Plaintiff's safety. Time is of the essence, as Defendants have announced the transfers are imminent.

Respectfully submitted, this 19th day of August, 2022.

| /s/: *David J. Utter* | /s/: *Christopher J. Murell* |
|---|---|
| DAVID J. UTTER ** | CHRISTOPHER J. MURELL |
| Louisiana Bar Number: 23236 | Louisiana Bar Number: 32075 |
| WILLIAM R. CLAIBORNE *** | MURELL LAW FIRM |
| Georgia Bar Number: 126363 | 2831 St. Claude Avenue |
| *(Pro Hac Vice Application Forthcoming)* | New Orleans, Louisiana 70117 |
| THE CLAIBORNE FIRM, P.C. | (504) 717-1297 Telephone |
| 410 East Bay Street | (504) 233-6691 Facsimile |
| Savannah, Georgia 31401 | chris@murrell.law |
| (912) 236-9559 Telephone | |
| (912) 236-1884 Facsimile | |
| david@clairbornefirm.com | |
| will@claibornefirm.com | |
| | |
| /s/: *Hector Linares* | /s/: *Ronald Haley* |
| HECTOR LINARES | RONALD HALEY |
| Louisiana Bar Number: 28857 | Louisiana Bar Number: 30900 |
| SARA GODCHAUX | HALEY & ASSOCIATES |
| Louisiana Bar Number: 34561 | 8211 Goodwood Blvd., Suite E |
| STUART H. SMITH LAW CLINIC | Baton Rouge, Louisiana 70806 |
| LOYOLA UNIVERSITY NEW ORLEANS | (225) 755-9935 Telephone |
| COLLEGE OF LAW | (888) 900-9771 Facsimile |

7214 St. Charles Avenue, Box 902  
New Orleans, Louisiana 70118  
(504) 861-5560 Telephone  
(504) 861-5440 Facsimile  
halinare@loyno.edu  
shgodcha@loyno.edu  

/s/: *David Shanies*  
DAVID SHANIES ***  
New York Bar Number: 4471140  
SHANIES LAW OFFICE  
110 West 40th Street  
Tenth Floor  
New York, New York 10018  
Tel (212) 951-1710  
Fax (212) 951-1350  
Cell (646) 515-2151  
david@shanieslaw.com  
*(Pro Hac Vice Application Forthcoming)*  

rhaley@ronaldhaleylawfirm.com  

*\*\* Lead Counsel*  
*\*\*\* Pro Hac Vice Application Forthcoming*  

**ATTORNEYS FOR PLAINTIFF**