# EXHIBIT 6

# DECLARATION OF MOLLY SMITH

I, MOLLY SMITH, declare the following to be true to the best of my knowledge:

1. I am over the age of eighteen (18) and competent to make this declaration. All matters in this declaration are based on my personal knowledge.

2. I am a resident of Evangeline Parish, Louisiana.

3. I am the mother and legal guardian of Alex A., a pseudonym I am using to protect his privacy. He is seventeen (17) years old.

4. Alex is currently in the custody of the State of Louisiana's Office of Juvenile Justice ("OJJ") as the result of a disposition in juvenile court delinquency proceedings. He was first placed in the custody of OJJ on or about May of 2021 and has a full-term date in 2024.

5. Alex has been housed at Bridge City Center for Youth ("BCCY") since on or about June of 2022 after first being housed at other OJJ secure care facilities. He has not been adjudicated of a sex offense and, therefore, is not in the Juveniles Understanding and Managing Problematic Behavior Program ("JUMP") sexual treatment unit at BCCY.

6. Alex receives treatment related to anger management, coping, and other types of counseling and treatment services at BCCY. He is currently taking medication to help him sleep and another medication related to the nightmares he has from trauma.

7. Alex is currently in the ninth (9th) grade. He attends Riverside Alternative School, a school within BCCY operated by the Special School District. Alex has had a 504 plan and received services and accommodations in school for his disability since he was a young child. Recently he began receiving his education services through an Individualized Education Program (IEP).

8. When I first learned of the state's plan to transfer Alex and other youth at BCCY to a facility located at the Louisiana State Penitentiary at Angola ("Angola"), I became worried sick. I am terrified that Alex will either be locked away inside a windowless cell for twenty-four (24) hours a day to be kept away from the adults incarcerated at Angola or that he will be exposed to those incarcerated adults. I am gravely concerned for Alex's wellbeing at Angola because of the adult prison's well-known reputation for violence and inhumane treatment of those confined there.

9. I am also furious about how the fear and uncertainty around the move to Angola has caused Alex to tear out his hair and to not be able to sleep. It is causing my son tremendous emotional and physical harm.

10. Since Alex has been at Bridge City, I have been able to speak with him almost every day by phone. I have also been able to video chat with him on Zoom. It would be personally devastating to me if I was not able to speak with him every day and it would cause me even more worry and distress about his safety and wellbeing.

11. I also fear that Alex will be deprived of schooling, access to medical and mental health treatment and services, and rehabilitative services if he is transferred to a facility at Angola. These are services and treatment Alex is supposed to be getting during his time in OJJ custody in order to help him and Angola does not have these services for children.

12. I do not believe Angola is a place for any child, and as a parent I strenuously disapprove of the decision to move my son and any other youth to a facility located there.

On this, the 18th day of August, 2022, I declare under penalty of perjury pursuant to 28 U.S.C.A. § 1746 that the foregoing is true and correct.

By: _____
Molly Smith

2