# EXHIBIT 3

**From:** Susan Fijman
**To:** Lauren A. Winkler; Hector Linares; Allison Zimmer; Sara Godchaux
**Subject:** FW: [Records Center] General Records Request :: G000118-080122
**Date:** Thursday, August 4, 2022 2:26:40 PM

Hi Everyone,

I'm forwarding along the response I received today from La. OJJ.



**Susan Fijman**  She/her/hers
Litigation Paralegal | Corporate Legal
Southern Poverty Law Center
T  504.526.1525   F  504.486.8947
susan.fijman@splcenter.org  |  www.splcenter.org
Facebook | Twitter | Instagram | YouTube | Donate

This e-mail and any attachments are confidential and may be protected by legal privilege. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of this e-mail or any attachment is prohibited. If you have received this e-mail in error, please notify the Southern Poverty Law Center immediately by returning it to the sender and deleting this copy from your system. Thank you for your cooperation.

**From:** OJJLA Records <ojjla@govqa.us>
**Sent:** Thursday, August 4, 2022 2:03 PM
**To:** Susan Fijman <susan.fijman@splcenter.org>
**Subject:** [Records Center] General Records Request :: G000118-080122

CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

--- Please respond above this line ---



RE: General Records Request of August 01, 2022, Reference # G000118-080122

Dear Susan Fijman,

The State of Louisiana Office of Juvenile Justice received a records request from you on August 01, 2022. Your request mentioned:

> **Copies of any records listed below that are maintained by or in the possession of the Louisiana Office of Juvenile Justice ("OJJ"):**
>
> **• Any documents, plans, memoranda, or agreements related to the relocation of youth in OJJ custody to the Louisiana State Penitentiary ("Angola") or to any facility located on the grounds of Angola. The request includes any records with information related to the provision of educational, medical, dental, or mental health services or other therapeutic programming to youth in OJJ custody while housed at facilities located at Angola.**

- **Any written communications, including letters, emails, and texts, to or from OJJ employees regarding the relocation of youth in OJJ custody to Angola or to any facility located on the grounds of Angola. The request includes any written or electronic communications related to the provision of educational, medical, dental, or mental health services or other therapeutic programming to youth in OJJ custody while housed at facilities located at Angola.**

Further clarification is required to complete your request:

**The requested records do not exist at this time.**

Respond to this email with the details requested above.

Upon receipt of clarification, the State of Louisiana Office of Juvenile Justice will further respond to your records request as required by law.

For questions or additional information, please reply to this email.

Sincerely,

Angelic Keller
Legal

To monitor the progress or update this request please log into the Records Request Center



**Please be cautious**
This email was sent outside of your organization