# EXHIBIT 4



# Louisiana Special School District

### PUBLIC RECORDS REQUEST FORM
*Louisiana Revised Statute 44.1*

**STEP 1: PROVIDE** all information below, please print or type. Be sure to date and sign request.

**STEP 2: SUBMIT** completed form to: Custodian of Records via U.S. Mail or via email at the addresses provided below. Do not send payment at this time.

**STEP 3: PAY FEE** if applicable. Wait to receive a notice of estimated cost. Once you have received notice, send payment (check or money order ONLY). Copies will be mailed upon receipt of payment, or copies can be picked up with payment. If 10 (ten) working days pass after notice is sent and payment is not received, it will be necessary to initiate a new request.

### REQUESTOR'S INFORMATION

| Name | Date |
|---|---|
| Lauren Winkler | 8/1/2022 |

| Organization/Company |
|---|
| Southern Poverty Law Center |

| Mailing Address |
|---|
| 201 St. Charles Avenue, Suite 2000 |

| City | State | ZIP |
|---|---|---|
| New Orleans | LA | 70170 |

| Contact Telephone Number | Email Address |
|---|---|
| 504-442-1165 | lauren.winkler@splcenter.org |

### REQUESTED DOCUMENTS
(Please be as specific as possible; attach additional pages as necessary.)

Please see enclosed letter

☑ I certify that I am of 18 years of age.

| Requestor's Signature | Date |
|---|---|
| X | 08/01/2022 |

*A signature is not required if the request is submitted electronically.*

**Mail applications to:**
Custodian of Public Records, Superintendent Ernest E. Garrett, III
Louisiana Special School District
2888 Brightside Dr.
Baton Rouge, Louisiana 70820

OR

**Email to:**
SSDPublicRecords@la.gov

After sending your request, you should receive an acknowledgment of that request within three business days. If you do not receive an acknowledgment within three business days, please call (225) 757-3467.



201 St. Charles Avenue, Suite 2000
New Orleans, LA 70170
T 504.486.8982 F 504.486.8947
www.splcenter.org

August 1, 2022

VIA EMAIL – SSDPublicRecords@la.gov
Louisiana Special School District
Attn: Custodian of Records

**RE: Public Records Request for Documents and Communications Related to the Provision of Educational Services to OJJ Youth Housed at Angola**

Dear Sir or Madam:

I am writing pursuant to the **Louisiana Public Records Act § 44:1** *et seq.* to request access to or copies of any records listed below that are maintained by or in the possession of the Louisiana Special School District ("SSD"):

- Any documents, plans, policies, memoranda, or agreements related to the provision of educational services to youth in OJJ custody who are or might be relocated to the Louisiana State Penitentiary ("Angola") or to any facility located on the grounds of Angola. The request includes any records with information related to the provision or staffing of general education, special education, or related services to youth in OJJ custody who are or will be housed at facilities located in Angola.

- Any written communications, including letters, emails, and texts, to or from SSD employees regarding the provision of educational services to youth in OJJ custody who are or might be relocated Angola or to any facility located on the grounds of Angola.. The request includes any written or electronic communications related to the provision or staffing of general education, special education, or related services to youth in OJJ custody who are or will be housed at facilities located in Angola.

Under the Public Records law, your office has five business days from the date of this request to provide access to the records requested. *La.R.S. 44:35(A)*. Should you wish to raise any question as to whether the requested material is a public record subject to disclosure you must notify me in writing within three business days of the basis for holding any such record exempt. *La.R..S. 44:32(D)*.

Please respond to this request within five (5) days as required by law, La. Rev. Stat. Ann. § 44:35(A), and provide a timeline for production and an estimate of production costs. If the records will collectively total more than 1,000 pages, or if the cost is more than $500, please contact me via email or phone prior to collecting them. Please contact me by phone at 504-442-1165 or by email at lauren.winkler@splcenter.org with any questions. Thank you in advance for your prompt consideration of this request.

Sincerely,

*/s/ Lauren Winkler/*

Lauren Winkler
Senior Staff Attorney

| | |
|---|---|
| **From:** | Susan Fijman |
| **To:** | Lauren A. Winkler; Hector Linares |
| **Subject:** | FW: PRR for Documents and Communications Related to the Provision of Education Services to OJJ Youth Housed at Angola |
| **Date:** | Thursday, August 4, 2022 7:03:23 AM |
| **Attachments:** | image001.jpg |
| | 20220801_SPLC to SSD_public-records-request-form-SSD 2021 V6 (002).pdf |

FYI



**Susan Fijman**  She/her/hers
Litigation Paralegal  |  Corporate Legal
Southern Poverty Law Center
T  504.526.1525   F  504.486.8947
susan.fijman@splcenter.org  |  www.splcenter.org
Facebook | Twitter | Instagram | YouTube | Donate

This e-mail and any attachments are confidential and may be protected by legal privilege. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of this e-mail or any attachment is prohibited. If you have received this e-mail in error, please notify the Southern Poverty Law Center immediately by returning it to the sender and deleting this copy from your system. Thank you for your cooperation.

**From:** Leslie Hill <Leslie.Hill@la.gov>
**Sent:** Wednesday, August 3, 2022 5:35 PM
**To:** Susan Fijman <susan.fijman@splcenter.org>
**Subject:** RE: PRR for Documents and Communications Related to the Provision of Education Services to OJJ Youth Housed at Angola

CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Susan,

Upon review of our records, we do not have any documents, plans, polices, memoranda, or agreements related to the provision of educational services to youth in OJJ custody who are or might be relocated to the Louisiana State Penitentiary ("Angola") or to any facility located on the grounds of Angola.

Finally, we do not have any written communications, including letters, emails, and texts, to or from SSD employees regarding the provision of educational services to youth in OJJ custody who are or might be relocated to Angola or to any facility located on the grounds of Angola.

Please let me know if I can be of further assistance.

Thanks,
-Leslie



**Leslie J. Hill**
**Director of Government and Community Affairs**
**Louisiana Special School District**

225-757-3467  |  www.SSDofLA.com  |  Leslie.Hill@la.gov
2888 Brightside Dr. Baton Rouge, LA 70820

**From:** SSDPublicRecords

**Sent:** Monday, August 1, 2022 3:17 PM
**To:** Leslie Hill <Leslie.Hill@la.gov>
**Subject:** FW: PRR for Documents and Communications Related to the Provision of Education Services to OJJ Youth Housed at Angola

**From:** Susan Fijman
**Sent:** Monday, August 1, 2022 3:16:37 PM (UTC-06:00) Central Time (US & Canada)
**To:** SSDPublicRecords
**Cc:** Lauren A. Winkler; Hector Linares
**Subject:** PRR for Documents and Communications Related to the Provision of Education Services to OJJ Youth Housed at Angola

**EXTERNAL EMAIL:** Please do not click on links or attachments unless you know the content is safe.

Good afternoon,

Attached is a public records request for records maintained by or in the possession of the Louisiana Special School District.

We appreciate your assistance in this matter.

Sincerely,
Susan Fijman
Paralegal



**Susan Fijman**  She/her/hers
Litigation Paralegal | Corporate Legal
Southern Poverty Law Center
T  504.526.1525   F  504.486.8947
susan.fijman@splcenter.org | www.splcenter.org
Facebook | Twitter | Instagram | YouTube | Donate

This e-mail and any attachments are confidential and may be protected by legal privilege. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of this e-mail or any attachment is prohibited. If you have received this e-mail in error, please notify the Southern Poverty Law Center immediately by returning it to the sender and deleting this copy from your system. Thank you for your cooperation.