# EXHIBIT 7

# TO BE FILED UNDER SEAL