# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF LOUISIANA

ALEX A., by and through his guardian, MOLLY SMITH, individually and on behalf of all others similarly situated,

       Plaintiff,

v.

GOVERNOR JON BEL EDWARDS, in his official capacity as Governor of Louisiana; WILLIAM SOMMERS, in his official capacity as Deputy Secretary of the Office of Juvenile Justice, JAMES M. LEBLANC, in his official capacity as Secretary of the Louisiana Department of Public Safety & Corrections,

       Defendants.

Civil Action No. 3-22-CV-00573-SDD-RLB

## EXHIBIT LIST

| Exhibit | Description |
| --- | --- |
| 1 | Glenn Holt dec and resume |
| 2 | Redacted Dec of Alex A. |
| 3 | OJJ Open Records response |
| 4 | Open Records response |
| 5 | DOC Open Records response |
| 6 | Parent Declaration - M.S. (Executed) |
| 7 | To be filed under seal |
| 8 | demand letter and response |
| 9 | BCCY Angola letter 8.2 signatures |
| 10 | -July 19 press Edwards release |
|  |  |

Respectfully submitted, this 19th day of August, 2022.

/s/: *David J. Utter*  
DAVID J. UTTER **  
Louisiana Bar Number: 23236  
WILLIAM R. CLAIBORNE ***  
Georgia Bar Number: 126363  
*(Pro Hac Vice Application Forthcoming)*

/s/: *Christopher J. Murell*  
CHRISTOPHER J. MURELL  
Louisiana Bar Number: 32075  
MURELL LAW FIRM  
2831 St. Claude Avenue  
New Orleans, Louisiana 70117

1

| | |
|---|---|
| THE CLAIBORNE FIRM, P.C.<br>410 East Bay Street<br>Savannah, Georgia 31401<br>(912) 236-9559 Telephone<br>(912) 236-1884 Facsimile<br>david@claibornefirm.com<br>will@claibornefirm.com | (504) 717-1297 Telephone<br>(504) 233-6691 Facsimile<br>chris@murrell.law |
| /s/: *Hector Linares*<br>HECTOR LINARES<br>Louisiana Bar Number: 28857<br>SARA GODCHAUX<br>Louisiana Bar Number: 34561<br>STUART H. SMITH LAW CLINIC<br>LOYOLA UNIVERSITY NEW ORLEANS<br>COLLEGE OF LAW<br>7214 St. Charles Avenue, Box 902<br>New Orleans, Louisiana 70118<br>(504) 861-5560 Telephone<br>(504) 861-5440 Facsimile<br>halinare@loyno.edu<br>shgodcha@loyno.edu | /s/: *Ronald Haley*<br>RONALD HALEY<br>Louisiana Bar Number: 30900<br>HALEY & ASSOCIATES<br>8211 Goodwood Blvd., Suite E<br>Baton Rouge, Louisiana 70806<br>(225) 755-9935 Telephone<br>(888) 900-9771 Facsimile<br>rhaley@ronaldhaleylawfirm.com |
| /s/: *David Shanies*<br>DAVID SHANIES \*\*\*<br>New York Bar Number: 4471140<br>SHANIES LAW OFFICE<br>110 West 40th Street<br>Tenth Floor<br>New York, New York 10018<br>Tel (212) 951-1710<br>Fax (212) 951-1350<br>Cell (646) 515-2151<br>david@shanieslaw.com<br>*(Pro Hac Vice Application Forthcoming)* | *\*\* Lead Counsel*<br>*\*\*\* Pro Hac Vice Application Forthcoming*<br><br>**ATTORNEYS FOR PLAINTIFF** |