## UNITED STATES DISTRICT COURT

## MIDDLE DISTRICT OF LOUISIANA

MINUTE ENTRY:
AUGUST 23, 2022
CHIEF DISTRICT JUDGE SHELLY D. DICK

**ALEX A.**       **CIVIL ACTION**

**VERSUS**

**22-573-SDD-RLB**

**JON BEL EDWARDS, ET AL.**

This matter came on this day for a *Telephone Status Conference*.

**PRESENT:**    **Christopher James Murell, Esq.**
                **Ronald S. Haley, Jr., Esq.**
                **Sara Helene Godchaux, Esq.**
                **David J. Utter, Esq.**
                **William R. Claiborne, Esq.**
                Counsel for Plaintiff

                **Matthew F. Block, Esq.**
                **John Charles Walsh, Esq.**
                **Tina Vanichchagorn, Esq.**
                Counsel for John Bel Edwards

                **Lemuel E. Montgomery, III, Esq.**
                **Connell Lee Archey, Esq.**
                **Kyle V. Miller, Esq.**
                Counsel for Office of Juvenile Justice

                **Jonathan R. Vining, Esq.**
                Counsel for Department of Corrections

This matter came on this day for a telephone status conference. The Defendants stipulated that no juveniles will be transferred to any adult facility, including Louisiana State Penitentiary ("Angola") from the Bridge City Center for Youth ("BCCY") before

September 15, 2022.  Considering the stipulation there is no imminent emergency and the *Emergency Motion for Temporary Restraining Order*,[1] will be denied.

This matter is set for a Preliminary Injunction hearing to be held in Courtroom One on **September 6 and 7, 2022**, commencing at **9:00 a.m**.

The following deadlines were established:

Defendants are hereby ordered to disclose the plan for the proposed transfer and detention of juveniles presently detained at BCCY on or before **August 24, 2022**;

Motion to Interview juveniles detained at BCCY, and simultaneously filed briefs addressing any opposition to interviews and the confidentiality of the identities and the confidentiality of the detention records (including medical and counseling records) of the juveniles detained at BCCY shall be filed on or before **August 24, 2022**.

Written discovery shall be propounded by **August 25, 2022**. Responses to written discovery are due by **August 30, 2022**;

Parties shall notice depositions by **August 31, 2022**. All depositions shall be complete by the **September 5, 2022**.

Parties shall disclose their juvenile justice expert by **August 25, 2022.**

Deadline to file a Motion for proposed expert to conduct a site visit is **August 26, 2022**. Any Opposition to Motion for expert site visit is due **August 29, 2022.**

Expert Reports due **September 2, 2022**.

Deadline to file an opposition to the Motion for Injunctive Relief due **August 26, 2022**.

Proposed *Findings of Fact and Conclusions of Law* shall be filed by **September 2, 2022.**

Witness and exhibits lists shall be filed by **September 2, 2022.**

\* \* \* \* \*

Cv54/30 mins.

---

[1] Rec. Doc. 3.