**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**

ALEX A., by and through his guardian,
MOLLY SMITH, individually and on behalf
of all others similarly situated                                    CIVIL ACTION

VERSUS                                                                       22-573-SDD-RLB

GOVERNOR JON BEL EDWARDS,
in his official capacity as Governor of Louisiana;
 WILLIAM SOMMERS, in his official
capacity as Deputy Secretary of the
Office of Juvenile Justice,
JAMES M. LEBLANC, in his official capacity
 as Secretary of the Louisiana Department
of Public Safety & Corrections

## RULING

This matter is before the Court on the Plaintiff's *Emergency Motion for Temporary Restraining Order* ("TRO"),[1] which the Court thoroughly reviewed.  The Court conducted a telephone status conference on August 23, 2022, at 10:00 am; counsel for Plaintiff and counsel for all Defendants participated in this conference.[2]   Counsel for Defendants stipulated that no juvenile shall be moved to any adult facility, including the Louisiana State Penitentiary at Angola, before September 15, 2022.[3]  The Court set a Preliminary Injunction hearing in this matter for September 6 & 7, 2022, and is prepared to rule before September 15, 2022.  Accordingly, the Court denies Plaintiff's *Emergency Motion for*

---

[1] Rec. Doc. No. 3.
[2] Rec. Doc. No. 14 (Minute Entry).
[3] *Id.*

*Temporary Restraining Order*[4] because Plaintiff's sought relief will be resolved before September 15, 2022.

**IT IS SO ORDERED.**

Baton Rouge, Louisiana, this 23rd day of August, 2022.

_____
**SHELLY D. DICK**
**CHIEF DISTRICT JUDGE**
**MIDDLE DISTRICT OF LOUISIANA**

---

[4] Rec. Doc. No. 3.