# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| ALEX A., by and through his guardian, MOLLY SMITH individually and on behalf of all other similarly situated, | ) ) ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civ. A. No. 3:22-CV-00573-SDD-RLB |
| GOVERNOR JOHN BEL EDWARDS, in his official capacity as Governor of Louisiana; WILLIAM SOMMERS, in his official capacity as Deputy Secretary of the Office of Juvenile Justice, JAMES M. LEBLANC, in his official capacity as Secretary of the Louisiana Department of Public Safety & Corrections, | ) ) ) ) ) ) ) ) ) ) | **EMERGENCY MOTION FOR ENTRY OF A PROTECTIVE ORDER OR, IN THE ALTERNATIVE, FOR AN EXTENSION OF TIME** |
| Defendants. | ) | |

COME NOW, through undersigned counsel, Defendants John Bel Edwards, in his official capacity as Governor of Louisiana; William Sommers, in his official capacity as Deputy Secretary of the Office of Juvenile Justice; and James M. LeBlanc, in his official capacity as Secretary of the Louisiana Department of Public Safety & Corrections (collectively "Defendants") and move the Court to enter a protective order. A copy of the proposed Protective Order is attached hereto as **Exhibit "1."** In the alternative, Defendants request that the Court extend Defendants' deadline to produce its plan documents from Tuesday, August 24, 2022 to Wednesday August 25, 2022. Defendants respectfully request expedited consideration of this Emergency Motion.

1. Plaintiff Alex A., by and through his mother Molly Smith, filed the underlying Complaint on August 19, 2022, seeking to enjoin Defendants from transferring Alex A. to the Bridge City Center for Youth at West Feliciana ("BCCY-WF"). R. Doc. 1, p. 14.

1

2. During a status conference with the Court on Tuesday, August 23, 2022, Plaintiff's counsel indicated a desire to obtain the case record for Plaintiff, which would include information about the Plaintiff's juvenile court proceedings as well as information on Plaintiff's condition, housing, supervision, treatment, rehabilitation program, education, health, discipline, transition planning, risk assessments, and status reports.

3. During the August 23 status conference, Plaintiff's counsel also indicated a desire to obtain the case records for any other Youth who may be transferred to BCCY-WF. Youth in the custody of OJJ are entitled to privacy with respect to their Case Records. While Defendants disagree that Plaintiff is entitled to this information or that OJJ has the authority to disclose the Case Records of other Youth absent Plaintiff's compliance with certain federal and state statutes, the request has been made. (Briefing on this issue will be submitted later today.)

4. Additionally, the Court has ordered Defendants to produce the documents in their possession related to the plan to transfer Youth to BCCY-WF. These documents contain sensitive information the public dissemination of which would present a security and safety concern for the Youth in OJJ's care, as well as OJJ staff.

5. Defendants reasonably anticipate that Plaintiff may seek and/or that Defendants may want to produce other documents, information, and/or testimony during the course of this litigation that constitute, contain, or reveal confidential information, including sensitive personal information and information related to the security in OJJ's secure care facilities.

6. The unauthorized release of any such information could cause particular, significant harm to the parties or third-parties.

7. Accordingly, Defendants request that the Court enter the proposed Protective Order to reduce and/or alleviate the risk of these harms.

8. Counsel for Defendants provided a copy of the proposed Protective Order at 9:34 a.m. on Tuesday, August 24, 2022, to Counsel for Plaintiff. Counsel for Plaintiff stated generally that Plaintiff "disagree[s] with [Defendant's] proposed language" but did not provide any specific disagreement(s) at that time.

9. At 3:03 p.m., Counsel for Plaintiff provided proposed revisions to the Protective Order. These revisions were substantive and materially altered the protection of the information to be produced. Defendants cannot agree to the Protective Order as revised by Plaintiffs.

10. Attached as **Exhibit "2"** is a copy of the email communications between counsel. Attached as **Exhibit "3"** is a copy of the revised version of the Protective Order received from Counsel for Plaintiff.

11. While Defendants would prefer to attempt to resolve any such disagreement without Court intervention, in order to comply with the Court's order to produce the plan documents today, Defendants are required to seek relief from the Court.

**WHEREFORE,** Defendants respectfully request that this Court grant the foregoing Motion and enter the attached Protective Order. In the alternative, Defendants request that the Court extend the time period in which to produce the plan documents so that the Parties may attempt to resolve any disagreements regarding the Protective Order. This motion is filed as an Emergency Motion, and Defendants respectfully request expedited consideration.

        Respectfully Submitted:

BY: */s/ Madaline King*
     Connell Archey (#20086)
     Randal J. Robert (#21840)
     Allena McCain (#38830)
     Madaline King (#38301)
     BUTLER SNOW LLP
     445 North Boulevard, Suite 300 (70802)
     P.O. Box 2997

Baton Rouge LA  70821-2997
Telephone:     (225) 325-8700
Facsimile:      (225) 325-8800
Connell.Archey@butlersnow.com
Randy.Robert@butlersnow.com
Madaline.King@butlersnow.com
Allena.McCain@butlersnow.com

Counsel for Defendants
GOVERNOR JON BEL EDWARDS, in his official capacity as Governor of Louisiana; WILLIAM SOMMERS, in his official capacity as Deputy Secretary of the Office of Juvenile Justice; and JAMES M. LEBLANC, in his official capacity as Secretary of the Louisiana Department of Public Safety & Corrections

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above and foregoing has this day been filed electronically with the Clerk of Court using the CM/ECF system, which will deliver notice of this filing to all counsel of record.

Baton Rouge, Louisiana this 24th day of August, 2022.

 */s/ Madaline King*
Madaline King

65461382.v1