STATE OF LOUISIANA
PARISH OF EAST BATON ROUGE

## AFFIDAVIT OF SHENELL DEVILLE

BEFORE ME, the undersigned Notary Public qualified in the aforesaid state and parish, came and appeared:

**SHENELL DEVILLE**

who, after being duly sworn by me, did depose and state:

1. My name is Shenell Deville. I am over twenty-one (21) years of age and of sound and disposing mind. I have knowledge of, and am competent to testify about, the matters stated in this Affidavit. I am under no legal or other disability. The facts stated herein are true and correct to the best of my knowledge and belief.

2. I have been employed by the Louisiana Office of Juvenile Justice ("OJJ") as the Director of Education since March 2022. As Director of Education, my responsibilities and duties include, but are not limited to, creating and instituting educational policies and processes, supervising school principals and district office staff, and collaborating with other agency members to manage fiscal operations.

3. Prior to joining OJJ, I served as a school principal for approximately six years with Red River Parish Schools and IDEA Public Schools. Prior to assuming a principal role in 2016, I worked with Louisiana Virtual Charter Academy as the Special Programs Manager for four years, from 2012–2016. From 2008 to 2012, I worked at Louisiana Department of Education Recovery School District as a Regional Academic Coordinator for Baton Rouge and North Louisiana.

4. I have also served in educational leadership roles as a 504 Coordinator, Special Education Coordinator, Instructional Specialist, Site Manager, and Assistant Principal at various school systems and organizations.

5. Prior to working in educational leadership, I worked as a Special Education Teacher for seven years, working with students with needs ranging from mild intellectual disabilities to emotional, behavioral, and other health conditions.

6. I earned a Bachelor of Science in Biology from Grambling State University in 1993. I have two Masters of Education degrees from the University of New Orleans: one in Curriculum

**EXHIBIT C**

and Instruction, which I received in 1997, and the other in Special Education, which I received in 1999. Since 2000, I have received ten Louisiana teacher certifications in various specialties and concentrations. In 2019, I completed the Louisiana Principal Fellowship through the National Institute for School Leaders.

7. Throughout my career, I have received specialized training in the areas of intervention, diverse learners, positive behavior intervention supports, and coaching and feedback.

**Educational Services within OJJ Secure Care Facilities**

8. As part of its mission to rehabilitate Youth in its care and to develop productive, law-abiding citizens, OJJ's secure care facilities typically provide in-person schooling for its Youth. OJJ partners with the Louisiana Special School District ("SSD") to provide special education and related services to Youth in OJJ custody. The contract between OJJ and SSD outlines the responsibilities, practices, procedures, and assurances in place to ensure that Youth in OJJ custody with exceptional needs receive an appropriate public education and all necessary educational support services.

9. The SSD provides instructional staff and pupil appraisal staff to deliver special education services and related services to students with exceptionalities residing in OJJ secure care facilities. SSD's responsibilities include but are not limited to: Child Find process for identification of youth suspected of having an exceptionality, appraisal and evaluation of students with known or suspected exceptionalities, facilitation and development of Individual Education Programs ("IEPs"), directing special education and related service programs, staff development, and monitoring and reporting of SSD operations within OJJ secure care facilities.

**Educational Services to be provided at BCCY-WF**

10. OJJ has a legal obligation to provide educational and rehabilitative services to Youth in its custody. OJJ has plans to continue in-person education at the new secure care facility at the Bridge City Center for Youth at West Feliciana campus ("BCCY-WF").

11. All students in OJJ custody receive universal screenings to assess the need for academic interventions during the school day and during after-school tutoring.

12. Students participate in standardized assessments such as LEAP and HiSET depending upon the educational pathway they are in.

13. Students in OJJ secure care facilities have access to State Tier 1 Curricular and Intervention Resources which address all areas of instruction and education, including core subjects, technology, electives, vocational courses, literacy, and even social emotional learning.

14. The Louisiana Department of Education ("LDOE") will provide annual monitoring visits at BCCY-WF in the same manner and frequency as are conducted at all other OJJ secure care facilities.

15. OJJ staff at BCCY-WF will participate in required professional development and monthly calls provided by LDOE in their respective content areas or assignment areas.

16. OJJ will utilize its current staff for school leadership, curriculum coordination, and some instructional staffing. Additional positions are being filled through the civil service application process.

17. Instructional staff at BCCY-WF will follow similar staffing patterns as those in other OJJ secure care facilities, including credentialed teachers, tutors (also called teaching assistants), a Principal, Administrative Assistant, and an Academic Counselor.

18. The current Principal at the existing Bridge City Center for Youth ("BCCY") will assume responsibilities at BCCY-WF with the support of OJJ headquarters educational staff and administrators from other OJJ secure care facilities as needed.

19. The current Academic Counselor for BCCY will assume responsibilities at BCCY-WF.

20. Instructional staff at BCCY-WF will be required to have the same credentials required for all other OJJ school campuses and/or be eligible for temporary credentialing according to LDOE guidelines.

21. The teacher-to-student ratio at BCCY-WF will be similar to the schools in other OJJ secure care facilities. In fact, the expected teacher-to-student ratio at BCCY-WF is one teacher for every eight students (1:8), whereas other OJJ facilities range between eight and twelve students per teacher.

22. The curriculum resources are uniform statewide for all schools in OJJ secure care facilities. Students attend school year-round with the exception of built-in and state holidays. Students are scheduled for a 360-minute instructional day. BCCY-WF will follow the same scheduling format as is currently in place at BCCY, which consists of a hybrid model of both face-

to-face and online instruction. Youth at BCCY-WF will receive the same educational services as in all other OJJ secure care facilities.

23. Teachers for the BCCY-WF facility are being recruited from both within and outside OJJ through advertisement and recruitment events. Full-time educational staff at BCCY-WF will not be shared with any LSP adult education program.

**Special Education Services at BCCY-WF**

24. OJJ plans to follow OJJ's Child Find Policy in collaboration with the SSD special education providers to identify, locate, and evaluate all students under the age of 21 who might be in need of special education and related services within BCCY-WF.

25. At BCCY-WF, OJJ will use a research-based academic and behavioral response-to-intervention program inclusive of universal screening, three-tier support levels, and progress monitoring, just as it currently does in all other OJJ secure care facilities.

26. At minimum, two special education teachers will be assigned to the school at BCCY-WF to provide students with disabilities with any special education instruction as prescribed by the student's IEP. Additional required providers will be provided by the SSD.

27. Any evaluations in progress at an existing OJJ secure care facility school prior to a Youth's transfer to BCCY-WF will continue and be completed within the required time period unless the parent has consented in writing to an extension of the evaluation period.

28. Within two days of a Youth's assignment to BCCY-WF, the Youth's parent or guardian will be notified of the assignment. The Supervisor of Special Education will notify the SSD of any student with identified exceptionalities who is transferred to BCCY-WF within two business days of the transfer.

29. Any student with an IEP will continue to receive special education services at BCCY-WF as outlined in their IEP. The SSD will confirm to the Supervisor of Special Education and the Principal that services are initiated at BCCY-WF.

30. If an amendment or change to a student's IEP is required due to his assignment to BCCY-WF, SSD will send prior written notice of any proposed changed within ten business days of the transfer. A copy of the prior written notice of proposed change or refused action will be provided to the student's parent or guardian, and all procedural safeguards will be followed.

31. In short, all special education programing available at existing OJJ secure care facilities will continue to be provided at BCCY-WF. Services will not be interrupted, and all federal and state laws and regulations regarding special education will continue to be followed.

_____
Shenell Deville

SWORN TO AND SUBSCRIBED before me, Notary, on the 26th day of August, 2022.

_____
Notary Public

Revettea D. Woods
NOTARY PUBLIC
State of Louisiana
LA Bar Roll #21166
My Commission expires at death