UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

ALEX A., by and through his guardian,　　　　　　　　　CIVIL ACTION
MOLLY SMITH, individually and on behalf
of all others similarly situated　　　　　　　　　　　　　　　NO. 22-573-SDD-RLB

VERSUS

JON BEL EDWARDS, ET AL.

## ORDER

A telephone conference was held on September 1, 2022.

PRESENT:　David J. Utter
　　　　　　　Nancy Rosenbloom
　　　　　　　Counsel for Plaintiff

　　　　　　　Kyle V. Miller
　　　　　　　Lemuel E. Montgomery, III
　　　　　　　Counsel for Defendants

The parties discussed the status of this matter. Specifically, there was some disagreement regarding whether and to what extent depositions prior to the hearing on Tuesday are appropriate. The Court noted that the scheduling order entered by the district judge (R. Doc. 14) contemplated the possibility of depositions on an extremely accelerated timeframe. In addition, the district judge's ruling denying plaintiff's request to interview youth in custody (R. Doc. 24) contemplated a narrow view of the scope of discovery in advance of the hearing.

Taken together, and in consideration of the representations of the parties on the conference call as well as the parties' briefing in the record, the undersigned informed the parties that it was reasonable to conduct certain limited depositions. The Court advised that a deposition of Curtis Nelson, Assistant Secretary for the Louisiana Office of Juvenile Justice ("OJJ"), would be appropriate. In addition to his position within OJJ, Mr. Nelson has submitted a sworn declaration regarding the topics relevant for the preliminary injunction hearing and he will be

present as a witness. Given the significance of his role and anticipated testimony, it is reasonable that the plaintiff has an opportunity to question him in advance of the hearing. This deposition shall take place on or before September 5, 2022, and shall not exceed two hours.[1]

The Court also advised that, in light of the uncertain interplay between security personnel at Louisiana State Penitentiary and how the overall security of the property and facility could affect the confinement conditions of the youths being housed, and appropriate representative of LSP or DOC should be made available for a limited deposition to discuss these topics. The defense shall designate an appropriate individual to testify. This deposition shall take place on or before September 5, 2022, and shall not exceed two hours.

Finally, the parties are required to file Proposed Findings of Fact and Conclusions of Law on or before September 2, 2022. (R. Doc. 14 at 2). The parties must comply with that deadline. However, in light of the timing of the above referenced discovery, the parties may provide supplemental Proposed Findings of Fact and Conclusions of Law on or before September 5, 2022.

Signed in Baton Rouge, Louisiana, on September 1, 2022.

_____
**RICHARD L. BOURGEOIS, JR.**
**UNITED STATES MAGISTRATE JUDGE**

---

[1] Unless otherwise agreed upon by the parties, depositions in advance of the preliminary injunction hearing shall take place by videoconference.