**UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF LOUISIANA**

| | |
|---|---|
| ALEX A., by and through his guardian, MOLLY SMITH individually and on behalf of all others similarly situated,<br><br>        Plaintiffs,<br><br>v.<br><br>GOVERNOR JON BEL EDWARDS, in his official capacity as Governor of Louisiana; WILLIAM SOMMERS, in his official capacity as Deputy Secretary of the Office of Juvenile Justice, JAMES M. LEBLANC, in his official capacity as Secretary of the Louisiana Department of Public Safety & Corrections,<br><br>        Defendants. | Civil Action No. 3:22-573 (SDD) (RLB) |

## MOTION FOR ISSUANCE OF WRIT OF HABEAS CORPUS AD TESTIFICANDUM

NOW INTO COURT comes ALEX A., by and through his guardian, MOLLY SMITH individually and on behalf of all others similarly situated, who, though counsel respectfully asks this Court to issue a Writ of Habeas Corpus Ad Testificandum to the Office of Juvenile Justice ("OJJ") for Alex A. (whose true name and identity—otherwise protected by age—is known by this Court, defendants, and the Office of Juvenile Justice through their counsel) to appear to testify before this Court on September 6, 2022.

1.

The preliminary injunction hearing for this matter is set to commence at 9 a.m. Tuesday, September 6, 2022 before this Court.

2.

Alex A. will be called as a witness by in Plaintiffs' case-in-chief. He is listed in the Plaintiffs' Witness and Exhibit List.

3.

Alex A. is presently housed at Bridge City Correctional Center for Youth in the custody of OJJ.

4.

Accordingly, Plaintiff respectfully requests a Writ of Habeas Corpus Ad Testifcandum issue to have Alex A. appear before this Court at 9 a.m. September 6, 2022.


Respectfully Submitted,


/s/ *Christopher J. Murell*
CHRISTOPHER J. MURELL
Louisiana Bar Number: 32075
MURELL LAW FIRM
2831 St. Claude Avenue
New Orleans, Louisiana 70017
(504) 717-1297 Telephone
(504) 717-6691 Facsimile
chris@murell.law

*Counsel for Plaintiff Alex A., by and through his guardian, Molly Smith, individually and on behalf of all others similarly situated*

## CERTIFICATE OF SERVICE

I hereby certify that on the 2 day of September, 2022, a copy of the foregoing pleading was served upon all counsel of record by electronic transmission via the Court's CM/ECF system.

/s/ *Christopher J. Murell*
CHRISTOPHER J. MURELL