# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| ALEX A., by and through his guardian, MOLLY SMITH individually and on behalf of all other similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>GOVERNOR JOHN BEL EDWARDS, in his official capacity as Governor of Louisiana; WILLIAM SOMMERS, in his official capacity as Deputy Secretary of the Office of Juvenile Justice, JAMES M. LEBLANC, in his official capacity as Secretary of the Louisiana Department of Public Safety & Corrections,<br><br>Defendants. | Civ. A. No. 3:22-CV-00573-SDD-RLB<br><br>**DEFENDANTS' WITNESS LIST AND EXHIBIT LIST FOR HEARING ON PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION** |

COME NOW, through undersigned counsel, Defendants John Bel Edwards, in his official capacity as Governor of Louisiana; William Sommers, in his official capacity as Deputy Secretary of the Office of Juvenile Justice; and James M. LeBlanc, in his official capacity as Secretary of the Louisiana Department of Public Safety & Corrections (collectively "Defendants") and submit their Witness List and Exhibit List for the hearing on Plaintiff's Motion for Preliminary Injunction:

## WITNESS LIST

| No. | Witness | Will Call/May Call |
|---|---|---|
| 1. | Angela Jacobs Bridgewater<br>Program Manager IV<br>Louisiana Office of Juvenile Justice | May |
| 2. | Beth Broussard<br>Parole Director<br>Louisiana Office of Juvenile Justice | May |

1

| 3.  | Denise Dandridge<br>Director of Health Services<br>Louisiana Office of Juvenile Justice | May |
|---|---|---|
| 4.  | Shenell Deville<br>Director of Education<br>Louisiana Office of Juvenile Justice | May |
| 5.  | Maghen Gagnard<br>Executive Staff Officer<br>Louisiana State Penitentiary | May |
| 6.  | James M. LeBlanc<br>Secretary of the Louisiana Department of Public Safety & Corrections | May |
| 7.  | Orlando L. Martinez<br>Martinez-Tjaden, LLP | May |
| 8.  | Otha "Curtis" Nelson<br>Assistant Secretary<br>Louisiana Office of Juvenile Justice | May |
| 9.  | Kristi Nelson<br>Regional Director for Southern Region<br>Louisiana Office of Juvenile Justice | May |
| 10. | Deron Patin<br>Executive Management Advisor<br>Louisiana Office of Juvenile Justice | May |
| 11. | William Sommers<br>Deputy Secretary<br>Louisiana Office of Juvenile Justice | May |
| 12. | Plaintiff | May |

# EXHIBIT LIST

| No. | Description/Name | Bates No. |
|---|---|---|
| **Documents regarding BCCY-WF** | | |
| D-1 | Bridge City Center for Youth at West Feliciana, Summary of Plan | OJJ-000066-67 |
| D-2 | Youth Services Policy, Youth Classification System and Treatment Procedures | OJJ-000001-26 |
| D-3 | Youth Services Policy, Transitional Treatment Unit (TTU) | OJJ-000027-51 |
| D-4 | Youth Services Policy, Behavioral Intervention (BI) and Extended BI | OJJ-000187-198 |
| D-5 | BCCY-WF Organizational Charts *including* Overall, Education, Security Staff, Social Services, Food Services, and HR Purchasing | OJJ-000052-59 |
| D-6 | Google Map Photographs of Facility | OJJ-000146-147 |
| D-7 | WFCY Schematic Layout | OJJ-000170-173 |
| D-8 | Protocol for Video Calls via Microsoft Team at West Feliciana | OJJ-000269 |
| D-9 | System Review Memorandum (7/25/22) | OJJ-000371-372 |
| D-10 | Relocation of Youth Memorandum (8/5/22) | OJJ-000414 |
| D-11 | Memorandum of Understanding between La. Dept. of Public Safety & Corrections – Youth Services—Office of Juvenile Justice and La. Dept. of Corrections—Corrections Services | OJJ-000417-422 |
| D-12 | Affidavit of Deron Patin | OJJ-000658-663 |
| D-13 | Declaration of Otha "Curtis" Nelson | OJJ-000674-705 |
| D-14 | Declaration of Angela Jacobs Bridgewater | OJJ-000706-737 |

| **Documents regarding Damage Caused to Other Secure Care Facilities** | | |
|---|---|---|
| D-15 | Unusual Occurrence Report regarding damage to Faith Dorm (3/16/21) | OJJ-000982-983 |
| D-16 | Photos of damage to Faith Dorm (Composite exhibit) | OJJ-000857-868 |
| D-17 | Unusual Occurrence Report regarding damage to Hope Dorm (4/8/21) | OJJ-000984-988 |
| D-18 | Photos of damage to Hope Dorm (Composite exhibit) | OJJ-000843-856 |
| D-19 | Unusual Occurrence Reports regarding damage to Dignity Dorm (5/4/21) (Composite exhibit) | OJJ-000989-993 |
| D-20 | Photos of Dignity Dorm (Composite exhibit) | OJJ-000827-833 |
| D-21 | Unusual Occurrence Reports regarding damage to Dignity Dorm (6/7/21) (Composite exhibit) | OJJ-000994-1001 |
| D-22 | Unusual Occurrence Reports regarding damage to Hope Dorm (7/24/21) (Composite exhibit) | OJJ-001002-1005 |
| D-23 | Photos of Hope Dorm (Composite exhibit) | OJJ-000797-820 |
| D-24 | Unusual Occurrence Reports regarding damage to Liberty Dorm (11/28/21) (Composite exhibit) | OJJ-001006-1011 |
| D-25 | Photos of Liberty Dorm (Composite exhibit) | OJJ-000771-796 |
| D-26 | Unusual Occurrence Reports regarding damage to Dignity Dorm (3/9/22) (Composite exhibit) | OJJ-001014-1016 |
| D-27 | Photos of Dignity Dorm (Composite exhibit) | OJJ-000759-766 |
| D-28 | Unusual Occurrence Report regarding damage to Liberty Dorm (3/17/22) | OJJ-001012-1013 |
| D-29 | Photos of Liberty Dorm (Composite exhibit) | OJJ-000767-770 |
| D-30 | Unusual Occurrence Report regarding damage to Infirmary (5/9/22) | OJJ-000078 |
| D-31 | Photos of damage to Infirmary (Composite exhibit) | OJJ-000079-81 |

| | | |
|---|---|---|
| D-32 | Unusual Occurrence Report regarding damage to MHTU Dorm (5/9/22) | OJJ-000124 |
| D-33 | Photos of damage in MHTU Dorm Incident | OJJ-000084-95, OJJ-000098-109, OJJ-000112-123, & OJJ-000127-138 |
| D-34 | Photos of damage to TMHU/Apple (5/25/22) | OJJ-000139-145 |
| D-35 | Unusual Occurrence Reports regarding damage to Cypress (5/31/22) (Composite exhibit) | OJJ-000895-902 |
| D-36 | Photos of Cypress (Composite exhibit) | OJJ-000869-893 |
| D-37 | Unusual Occurrence Reports regarding damage to Hope Dorm (6/8/22) (Composite exhibit) | OJJ-001017-1018 & OJJ-000918-919 |
| D-38 | Photos of damage to Hope Dorm (Composite exhibit) | OJJ-000738-758 & OJJ-000905-917 |
| D-39 | Unusual Occurrence Reports regarding damage to BI Room (7/6/22) (Composite exhibit) | OJJ-000961-962 |
| D-40 | Photos of damage to BI Room (Composite exhibit) | OJJ-000960 & OJJ-000963 |
| D-41 | Email: SCY ADO Report – Property Destruction (7/24/22) | OJJ-000955-56 |
| **Documents regarding Educational Programming at BCCY-WF** | | |
| D-42 | Affidavit of Shenell Deville | OJJ-000664-668 |
| D-43 | TTU Education Programming | OJJ-000265-267 |
| D-44 | Contract between La. Dept. of Public Safety & Corrections Youth Services (YS) and La. Special School District | OJJ-000148-161 |
| D-45 | BCCY Education Schedule | OJJ-000174-175 |
| D-46 | BCCY-WF Education Schedule | OJJ-000184-185 |
| D-47 | School Calendar | OJJ-000146-177 |
| D-48 | Certifications and Resumes of BCCY-WF Educational Staff (Composite Exhibit) | OJJ-000178-183 & OJJ-000186 |

|  | | | |
|---|---|---|---|
| **Documents regarding Medical Services at BCCY-WF** ||||
| D-49 | Affidavit of Denise Dandridge | | OJJ-000669-70 |
| D-50 | Amendment #2 to the Agreement between La. DPS&C/Youth Services (YS) and Wellpath, LLC | | OJJ-000162-169 |
| D-51 | 2022-2023 Joint Policy and Procedure Manual | | OJJ-000215-218 & OJJ-000423-568 |
| D-52 | Licenses of BCCY-WF Medical Staff (Composite Exhibit) | | OJJ-000219-221 |
| D-53 | Licenses, Resumes, and Training Transcripts of BCCY-WF Mental Health Staff (Composite Exhibit) | | OJJ-000199-214 |
| **Documents Regarding Recreation and Activity** ||||
| D-54 | Recreation and Activity Monitoring | | OJJ-000272-275 |
| D-55 | Leisure and Recreation Activities | | OJJ-000276-280 |
| D-56 | West Feliciana Activity Schedule | | OJJ-001066-1068 |
| **Documents Regarding Plaintiff's Administrative Review Process** ||||
| D-57 | Affidavit of Revettea Woods | | OJJ-000603-657 |
| **Documents regarding Basis for and Classification of Plaintiff for Transfer to TTU** ||||
| D-58 | Affidavit of Beth Broussard | | OJJ-000671-673 |
| D-59 | TTU Referral Form | | OJJ-001098-1099 |
| D-60 | Code of Conduct Violation Report (5/24/22) | | OJJ-001100-1101 |
| D-61 | Code of Conduct Violation Report (6/4/22) | | OJJ-001102-1103 |
| D-62 | Unusual Occurrence Reports (6/13/22) (Composite exhibit) | | OJJ-001104-1105 |
| D-63 | Code of Conduct Violation Reports (7/1/22) (Composite exhibit) | | OJJ-001106-1109 |
| D-64 | Code of Conduct Violation Reports (7/17/22) (Composite exhibit) | | OJJ-001110-1111 |

| | | |
|---|---|---|
| D-65 | Code of Conduct Violation Reports (7/19/22) (Composite exhibit) | OJJ-001112-1113 |
| D-66 | Code of Conduct Violation Reports (7/21/22) (Composite exhibit) | OJJ-001114-1118 |
| D-67 | Unusual Occurrence Reports (8/15/22) (Composite exhibit) | OJJ-001119-1139 |
| **Expert Witness Documents** | | |
| D-68 | Curriculum Vitae of Orlando L. Martinez | |
| D-69 | Expert Report of Orland L. Martinez | |
| **Additional Designations** | | |
| | Any documents included on Plaintiffs' Exhibit List. | |
| | Documents used solely for the purpose of impeachment. | |

Respectfully Submitted:

BY: /s/ Allena McCain
Connell Archey (#20086)
Randal J. Robert (#21840)
Allena McCain (#38830)
Madaline King (#38301)
BUTLER SNOW LLP
445 North Boulevard, Suite 300 (70802)
P.O. Box 2997
Baton Rouge LA  70821-2997
Telephone:    (225) 325-8700
Facsimile:     (225) 325-8800
Connell.Archey@butlersnow.com
Randy.Robert@butlersnow.com
Madaline.King@butlersnow.com
Allena.McCain@butlersnow.com

Kyle V. Miller (*pro hac vice*)
Lemuel E. Montgomery III (*pro hac vice*)
Anna Morris (*pro hac voce*)
BUTLER SNOW LLP
1020 Highland Colony Parkway, Suite 1400
Ridgeland, MS 39157
Telephone:    (601) 948-5711
Facsimile:     (601) 985-4500

>kyle.miller@butlersnow.com
>lem.montgomery@butlersnow.com
>anna.morris@butlersnow.com
>
>Counsel for Defendants
>GOVERNOR JON BEL EDWARDS, in his official capacity as Governor of Louisiana; WILLIAM SOMMERS, in his official capacity as Deputy Secretary of the Office of Juvenile Justice; and JAMES M. LEBLANC, in his official capacity as Secretary of the Louisiana Department of Public Safety & Corrections

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above and foregoing has this day been filed electronically with the Clerk of Court using the CM/ECF system, which will deliver notice of this filing to all counsel of record.

Baton Rouge, Louisiana this 2nd day of September, 2022.

>*/s/ Allena McCain*
>Allena McCain

65605257.v1