# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| ALEX A., by and through his guardian, MOLLY SMITH, individually and on behalf of all others similarly situated,<br><br>   Plaintiff,<br><br>v.<br><br>GOVERNOR JOHN BEL EDWARDS, in his official capacity as Governor of Louisiana; WILLIAM SOMMERS, in his official capacity as Deputy Secretary of the Office of Juvenile Justice, JAMES M. LEBLANC, in his official capacity as Secretary of the Louisiana Department of Public Safety & Corrections,<br><br>   Defendants. | Civil Action No. 3:22-573 (SDD) (RLB) |

## MOTION FOR LEAVE TO FILE EXHIBITS CONVENTIONALLY

**NOW INTO COURT**, through undersigned counsel, comes Plaintiff, who respectfully requests this Court's leave to file conventionally six videos that are referenced in the expert report of Vincent Schiraldi and contained in Plaintiff's Exhibit List (Plaintiff's Exhs. 21-25 and 35). These videos will separately be uploaded to JERS for the preliminary injunction hearing.

WHEREFORE, Plaintiff prays this Court grants this Motion to Leave to File Exhibits Conventionally and he be allowed to file Plaintiff's Exhibits 21-25 and Exhibit 35 referenced in Plaintiff's expert report conventionally.

                     Respectfully submitted,

| | |
|---|---|
| /s/: *David J. Utter* | /s/: *Christopher J. Murell* |
| DAVID J. UTTER ** | CHRISTOPHER J. MURELL |
| Louisiana Bar Number: 23236 | Louisiana Bar Number: 32075 |
| WILLIAM R. CLAIBORNE | MURELL LAW FIRM |

1

Georgia Bar Number: 126363
THE CLAIBORNE FIRM, P.C.
410 East Bay Street
Savannah, Georgia 31401
(912) 236-9559 Telephone
(912) 236-1884 Facsimile
david@claibornefirm.com
will@claibornefirm.com

2831 St. Claude Avenue
New Orleans, Louisiana 70117
(504) 717-1297 Telephone
(504) 233-6691 Facsimile
chris@murrell.law

/s/: *Hector Linares*
HECTOR LINARES
Louisiana Bar Number: 28857
SARA GODCHAUX
Louisiana Bar Number: 34561
STUART H. SMITH LAW CLINIC
LOYOLA UNIVERSITY NEW ORLEANS
COLLEGE OF LAW
7214 St. Charles Avenue, Box 902
New Orleans, Louisiana 70118
(504) 861-5560 Telephone
(504) 861-5440 Facsimile
halinare@loyno.edu
shgodcha@loyno.edu

/s/: *Ronald Haley*
RONALD HALEY
Louisiana Bar Number: 30900
HALEY & ASSOCIATES
8211 Goodwood Blvd., Suite E
Baton Rouge, Louisiana 70806
(225) 755-9935 Telephone
(888) 900-9771 Facsimile
rhaley@ronaldhaleylawfirm.com

/s/: *David Shanies*
DAVID SHANIES
New York Bar Number: 4471140
SHANIES LAW OFFICE
110 West 40th Street
Tenth Floor
New York, New York 10018
Tel (212) 951-1710
Fax (212) 951-1350
Cell (646) 515-2151
david@shanieslaw.com

*/s/ Nancy Rosenbloom*
NANCY ROSENBLOOM
New York Bar Number: 2168425
ADITI SHAH
New York Bar Number: 5886254
TAMMIE GREGG
MN Bar Number: 026240
ACLU NATIONAL PRISON PROJECT
125 Broad Street
New York, NY 10004
Telephone: (202) 393-4930
Facsimile: (202) 393-4931
nrosenbloom@aclu.org
ashah@aclu.org

\*\* *Lead Counsel*

**ATTORNEYS FOR PLAINTIFF**

# CERTIFICATE OF SERVICE

I hereby certify that on the 2nd day of September, 2022, a copy of the foregoing pleading was served upon all counsel of record by electronic transmission.

/s/ *David J. Utter*
DAVID J. UTTER