UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| ALEX A., by and through his guardian, MOLLY SMITH, individually and on behalf of all others similarly situated,<br><br>        Plaintiff,<br><br>v.<br><br>GOVERNOR JOHN BEL EDWARDS, in his official capacity as Governor of Louisiana; WILLIAM SOMMERS, in his official capacity as Deputy Secretary of the Office of Juvenile Justice, JAMES M. LEBLANC, in his official capacity as Secretary of the Louisiana Department of Public Safety & Corrections,<br><br>        Defendants. | Civil Action No. 3:22-573 (SDD) (RLB) |

**PLAINTIFF'S TRIAL WITNESS AND EXHIBIT LIST**

**NOW INTO COURT,** through undersigned counsel, comes Plaintiff, who pursuant to this Court's Scheduling Order, timely submits the following list of witnesses and exhibits in connection with the trial of this matter.

**I.    WITNESSES**

A) <u>Alex A.</u>, c/o Murell Law Firm, 2831 St. Claude Ave, New Orleans, LA 70117. (504) 717-1297. Testimony regarding his experiences as a youth in Louisiana's juvenile justice system and imminent transfer to the Louisiana State Penitentiary at Angola, and authentication of relevant documents and information.

B) <u>Molly Smith</u>, c/o Murell Law Firm, 2831 St. Claude Ave, New Orleans, LA 70117. (504) 717-1297. Alex A.'s guardian. Testimony regarding Plaintiff's experiences as a youth in Louisiana's juvenile justice system and imminent transfer to the Louisiana State

Penitentiary at Angola, his experiences growing up, and authentication of relevant documents and information.

C) <u>Dr. Monica Stevens</u>, Department of Psychiatry and Behavioral Sciences Tulane University School of Medicine 1430 Tulane Avenue, #8055 New Orleans, LA 70112, (504) 988-5246. Expert testimony about plaintiff's physical and emotional state as a result of imminent transfer to the Louisiana State Penitentiary at Angola.

D) <u>Vincent N. Schiraldi, MSW</u>, 18-05 27th Ave, 5A, Astoria, NY 11102, (347) 559-3699. Expert testimony about the harm to adolescents who are transferred from OJJ's system to the Louisiana State Penitentiary at Angola.

E) <u>Deputy Secretary William Sommers</u>, c/o Kyle Miller, 1020 Highland Colony Parkway, Suite 1400, Ridgeland, MS 39157, (601) 985-4514.  Testimony about the decision and planning to transfer youth from OJJ's system to the Louisiana State Penitentiary at Angola.

F) <u>Otha "Curtis" Nelson, Jr.</u>, c/o Kyle Miller, 1020 Highland Colony Parkway, Suite 1400, Ridgeland, MS 39157, (601) 985-4514.  Testimony about the decision and planning to transfer youth from OJJ's system to the Louisiana State Penitentiary at Angola.

G) <u>Deputy Warden Tracy Falgout</u>, c/o Kyle Miller, 1020 Highland Colony Parkway, Suite 1400, Ridgeland, MS 39157, (601) 985-4514.  Testimony about the preparation and planning to accept youth from OJJ's system to the Louisiana State Penitentiary at Angola, and security to be provided, including maintenance of the facility and its grounds and use of force policy on the youth.

H) <u>Orlando Martinez</u>, c/o Kyle Miller, 1020 Highland Colony Parkway, Suite 1400, Ridgeland, MS 39157, (601) 985-4514.  Testimony about the decision to transfer youth

from OJJ's system to the Louisiana State Penitentiary at Angola, planning for same, and expert tour.

I) <u>Angela Jacobs Bridgewater</u>, c/o Kyle Miller, 1020 Highland Colony Parkway, Suite 1400, Ridgeland, MS 39157, (601) 985-4514. Testimony about the planning to transfer youth from OJJ's system to the Louisiana State Penitentiary at Angola, the policy and procedure for selecting and transferring youth, and what happens to youth who are transferred.

J) <u>Revettea Woods</u>, c/o Kyle Miller, 1020 Highland Colony Parkway, Suite 1400, Ridgeland, MS 39157, (601) 985-4514. Testimony about OJJ's administrative remedy process.

K) <u>Beth Broussard</u>, c/o Kyle Miller, 1020 Highland Colony Parkway, Suite 1400, Ridgeland, MS 39157, (601) 985-4514. Testimony about the transfer of Alex A. OJJ's secure care system to the Louisiana State Penitentiary at Angola.

L) <u>Denise Dandridge</u>, c/o Kyle Miller, 1020 Highland Colony Parkway, Suite 1400, Ridgeland, MS 39157, (601) 985-4514. Testimony about the planning to provide medical and mental health care to youth who are transferred from OJJ's system to the Louisiana State Penitentiary at Angola.

M) <u>Angela Jacobs Bridgewater</u>, c/o Kyle Miller, 1020 Highland Colony Parkway, Suite 1400, Ridgeland, MS 39157, (601) 985-4514. Testimony about the planning to transfer youth from OJJ's system to the Louisiana State Penitentiary at Angola, the policy and procedure for selecting and transferring youth, and what happens to youth who are transferred.

N) <u>Deron Patin</u>, c/o Kyle Miller, 1020 Highland Colony Parkway, Suite 1400, Ridgeland, MS 39157, (601) 985-4514. Testimony about the planning to transfer youth from OJJ's system to the Louisiana State Penitentiary at Angola and planning regarding sight and sound separation between transferred youth and adults.

O) <u>Shenell Deville</u>, c/o Kyle Miller, 1020 Highland Colony Parkway, Suite 1400, Ridgeland, MS 39157, (601) 985-4514. Testimony about the planning to transfer youth from OJJ's system to the Louisiana State Penitentiary at Angola and planning regarding education for transferred youth at Angola.

P) Any witness listed by the Defense.

## II.   EXHIBITS

| Exhibit Number | Description | Bates Number |
|---|---|---|
| P 1 | 20220818 T Smith dec-Unredacted | 000001-000005 |
| P 2 | ARP-Unredacted | 000006-000014 |
| P 3 | BCCY Angola letter 8.2 signatures | 000015-000021 |
| P 4 | demand letter and response | 000022-000031 |
| P 5 | DOC Open Records response | 000032-000034 |
| P 6 | Glenn Holt dec and resume | 000035-000042 |
| P 7 | July 19 press Edwards release | 000043-000044 |
| P 8 | OJJ Open Records response | 000045-000046 |
| P 9 | Parent Declaration - M.S. (Executed) | 000047-000048 |
| P 10 | SSD1 Open Records response | 000049-000052 |
| P 11 | V. Schiraldi Resume January 2022 | 000053-000064 |
| P 12 | Vincent N. Schiraldi CV | 000065-000076 |
| P 13 | Affidavit of Beth Broussard | 000077-000079 |
| P 14 | Affidavit of Denise Dandridge | 000080-000081 |
| P 15 | Affidavit of Deron Patin | 000082-000087 |
| P 16 | Affidavit of Revettea Woods | 000088-000142 |
| P 17 | Affidavit of Shenell Deville | 000143-000147 |
| P 18 | Declaration of Angela Bridgewater | 000148-000179 |
| P 19 | Declaration of Curtis Nelson | 000180-000211 |
| P 20 | 20220901-Anogla-Photographs of Angola Jail_Vincent Schiraldi | 000212-000231, 000233-000283, 000288-000292, 000297-000322, 000325-000335, 000337-000338, 000344-000367, 000369-000415, 000417-000437 |
| P 21 | Video- IMG_5356_Leaking Faucet_Jail_Vincent | 000438 |
| P 22 | Video- IMG_5357_Cell tier video_Jail_Vincent | 000439 |
| P 23 | Video- IMG_5359_Cell door operating_Jail_Vincent | 000440 |
| P 24 | Video- IMG_5387_Shakey Restraint | 000441 |

|  | Box_Jail_Vincent |  |
|---|---|---|
| P 25 | Video- IMG_5458_Video of Social Service Area_Jail_Vincent | 000442 |
| P 26 | SSD Contingency Emails | 000443-000444 |
| P 27 | 122_8-10-22 staffing pattern and needed resources (2) | 000445-000446 |
| P 28 | 225_BCCY SOP C.1.12 Recreation and Activity Monitoring | 000447-000450 |
| P 29 | 226_C.1.12 Leisure and Recreation Activities 02-01-21 | 000451-000455 |
| P 30 | 419_WS2 | 000456-000475 |
| P 31 | 421_WS4 | 000476-000478 |
| P 32 | 427_BCCY-WF MOU | 000479-000484 |
| P 33 | Acadiana Vacant Positions | 000485 |
| P 34 | Bridge City Center_Google Map | 000486 |
| P 35 | Video- 2018 PbS Kids Got Talent Finalist Bridge City Center for Youth- Group Drumline Performance | 000487 |
| P 36 | The Advocate-After turmoil in youth jails, guards form adult prisons respond with use of force auth. | 000488-000499 |
| P 37 | 01_BCCY-WF Organizational Chart (1) | 000500-000507 |
| P 38 | 25_WFCY Schematic Layout | 000508-000511 |
| P 39 | 34_B.2.21 Behavioral Intervention (BI) and Extended BI 08-01-22 | 000512-000523 |
| P 40 | No light. No nothing | 000524-000539 |
| P 41 | B.2.8 | 000540-000644 |
| P 42 | B.5.3 | 000645-000675 |
| P 43 | Central Southwest Alternative High School Louisiana Department of Education | 000676-000678 |
| P 44 | Children in Lockdown_ Solitary Confinem | 000679-000686 |
| P 45 | Educational Services - Office of Juvenile Justice | 000697-000698 |
| P 46 | education-for-youth-in-the-juvenile-justice-system | 000679-000696 |
| P 47 | Effects on Violence of Laws and Policie.. | 000699-000712 |
| P 48 | Gov. Edwards Activates Louisiana State .. | 000713-000714 |
| P 49 | Gov. Edwards Announces Ongoing Investig.. | 000715-000718 |
| P 50 | Gov. Edwards Appoints a New Deputy Secr.. | 000719-000720 |
| P 51 | Inside the U.S.'s Largest Maximum-Secur...ed Their Fight a Success | 000721-000740 |
| P 52 | Internal document outlining program for.. | 000741-000747 |
| P 53 | Locked in Solitary at 14_ Adult Jails I. | 000748-000751 |

| | | |
|---|---|---|
| P 54 | New Report, Getting to Zero_ A 50 State.. | 000752-000754 |
| P 55 | SG Declaration re BCCY ARP Process | 000755-000756 |
| P 56 | Southern Education Foundation - Just Learning - Report on Juvenile Justice Schools, 2014 | 000757-000804 |
| P 57 | Southside Alternative High School _ Louisiana Department of Education | 000805-000808 |
| P 58 | Two juveniles still at large after escape from OJJ facility in St | 000809-000816 |
| P 59 | US_ Teens in Solitary Confinement _ Human Rights Watch | 000817-000823 |
| P 60 | View from back entrance_Google Map | 000824 |
| P 61 | 20220823 Lens Internal Document Raises Concerns and program summary_full doc. | 000825-000851 |
| P 62 | Marked up Google View Picture_Glenn | 000852 |
| P 63 | Human Rights Watch | 000853-000999 |
| P 64 | Aerial Photos of Facility_Google Map | 001000-001001 |
| P 65 | 8_SSD - Contract FY2021 Final | 001002-001015 |
| P 66 | Doc 1- Class Action Complaint | 001116-001130 |
| P 67 | Doc 3- Plaintiff's Emergency Motion for Temporary Restraining Order | 001131-001133 |
| P 68 | Doc 9- Memorandum in Support of Plaintiff's EMTRO | 001134-001210 |
| P 69 | Doc 28- Defendants' Response to Opposition to ETRO | 001211-001384 |
| P 70 | OJJ-000066-OJJ-000067-Bridge City Center for Youth at West Feliciana | 001385-001386 |
| P 71 | OJJ-000259-OJJ-000263-Memo of Understanding | 001387-001391 |
| P 72 | Family and Culinary Arts Vocational Program_Google Map | 0001392 |
| P 73 | Bridge-City-Center-for-Youth-at-West-Feliciana-Program-Summary | (001393-001413) |
| P 74 | Expert Report of Dr. Monica Stevens | |
| P 75 | Expert Report of Vincent Schiraldi | |
| | | |

Respectfully submitted, this 2nd day of September, 2022.

/s/: *David J. Utter*  
DAVID J. UTTER **  
Louisiana Bar Number: 23236  
WILLIAM R. CLAIBORNE  
Georgia Bar Number: 126363  
THE CLAIBORNE FIRM, P.C.  
410 East Bay Street  

/s/: *Christopher J. Murell*  
CHRISTOPHER J. MURELL  
Louisiana Bar Number: 32075  
MURELL LAW FIRM  
2831 St. Claude Avenue  
New Orleans, Louisiana 70117  
(504) 717-1297 Telephone

Savannah, Georgia 31401
(912) 236-9559 Telephone
(912) 236-1884 Facsimile
david@claibornefirm.com
will@claibornefirm.com

/s/: *Hector Linares*
HECTOR LINARES
Louisiana Bar Number: 28857
SARA GODCHAUX
Louisiana Bar Number: 34561
STUART H. SMITH LAW CLINIC
LOYOLA UNIVERSITY NEW ORLEANS
COLLEGE OF LAW
7214 St. Charles Avenue, Box 902
New Orleans, Louisiana 70118
(504) 861-5560 Telephone
(504) 861-5440 Facsimile
halinare@loyno.edu
shgodcha@loyno.edu

/s/: *David Shanies*
DAVID SHANIES
New York Bar Number: 4471140
SHANIES LAW OFFICE
110 West 40th Street
Tenth Floor
New York, New York 10018
Tel (212) 951-1710
Fax (212) 951-1350
Cell (646) 515-2151
david@shanieslaw.com

(504) 233-6691 Facsimile
chris@murrell.law

/s/: *Ronald Haley*
RONALD HALEY
Louisiana Bar Number: 30900
HALEY & ASSOCIATES
8211 Goodwood Blvd., Suite E
Baton Rouge, Louisiana 70806
(225) 755-9935 Telephone
(888) 900-9771 Facsimile
rhaley@ronaldhaleylawfirm.com

*/s/ Nancy Rosenbloom*
NANCY ROSENBLOOM
New York Bar Number: 2168425
ADITI SHAH
New York Bar Number: 5886254
TAMMIE GREGG
MN Bar Number: 026240
ACLU NATIONAL PRISON PROJECT
125 Broad Street
New York, NY 10004
Telephone: (202) 393-4930
Facsimile: (202) 393-4931
nrosenbloom@aclu.org
ashah@aclu.org

\*\* *Lead Counsel*

**ATTORNEYS FOR PLAINTIFF**

**CERTIFICATE OF SERVICE**

I hereby certify that on the 2nd day of September, 2022, a copy of the foregoing pleading was served upon all counsel of record by electronic transmission.

/s/ *David J. Utter*

DAVID J. UTTER