# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| ALEX A., by and through his guardian, MOLLY SMITH individually and on behalf of all others similarly situated,<br><br>      Plaintiffs,<br><br>v.<br><br>GOVERNOR JON BEL EDWARDS, in his official capacity as Governor of Louisiana; WILLIAM SOMMERS, in his official capacity as Deputy Secretary of the Office of Juvenile Justice, JAMES M. LEBLANC, in his official capacity as Secretary of the Louisiana Department of Public Safety & Corrections,<br><br>      Defendants. | Civil Action No. 3:22-573 (SDD) (RLB) |

## **ORDER**

Premises considered,

Plaintiffs' Motion for Issuance a Writ of Habeas Corpus Ad Testificandum to the Office of Juvenile Justice ("OJJ") for Alex A. (whose true name and identity—otherwise protected by age—is known by this Court, defendants, and the Office of Juvenile Justice through their counsel) to appear to testify before this Court on September 6, 2022 is GRANTED.

The Office of Juvenile Justice shall transport Alex A. to be present to testify before this Court at 9 a.m. on September 6, 2022.

Signed in Baton Rouge, Louisiana, on September 5, 2022.

_____
**CHIEF JUDGE SHELLY D. DICK
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA**