UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

MINUTE ENTRY:
SEPTEMBER 6, 2022
CHIEF DISTRICT JUDGE SHELLY D. DICK

| | |
|---|---|
| **ALEX A.** | **CIVIL ACTION** |
| **VERSUS** | |
| **JON BEL EDWARDS, ET AL.** | **22-573-SDD-RLB** |

This matter came on this day for a *Hearing on Preliminary Injunction*.

**PRESENT:**  **David J. Utter, Esq.**
  **Christopher James Murell, Esq.**
  **Ronald S. Haley, Jr., Esq.**
  **Nancy Rosenbloom, Esq.**
  **Tammie M. Gregg, Esq.**
  Counsel for Plaintiff

  **Lemuel E. Montgomery, III, Esq.**
  **Connell Lee Archey, Esq.**
  **Kyle V. Miller, Esq.**
  **Allena Brooke McCain, Esq.**
  **Anna Little Morris, Esq.**
  **Madaline King, Esq.**
  Counsel for Office of Juvenile Justice

Witnesses are sequestered from the courtroom.

Stipulated exhibits are filed and admitted into the record.

Maghen Gagnard is sworn and testifies.

Courtroom is SEALED.

Alex A. is sworn and testifies. Exhibit filed.

Courtroom is UNSEALED.

      Dr. Monica Stevens is sworn, tendered, accepted as an expert in the field of child clinical psychology and trauma, and testifies. Exhibit filed.

      Denise Dandridge is sworn and testifies.

      Court recesses until Wednesday, September 7, 2022, at 8:30 a.m.

* * * * *

Cv13b/5 hrs.