# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

MINUTE ENTRY:
SEPTEMBER 7, 2022
CHIEF DISTRICT JUDGE SHELLY D. DICK

| | |
|---|---|
| **ALEX A.** | **CIVIL ACTION** |
| **VERSUS** | **22-573-SDD-RLB** |
| **JON BEL EDWARDS, ET AL.** | |

This matter came on this day for continuation of *Hearing on Preliminary Injunction*.

      PRESENT:    David J. Utter, Esq.
                          Christopher James Murell, Esq.
                          Ronald S. Haley, Jr., Esq.
                          Nancy Rosenbloom, Esq.
                          Tammie M. Gregg, Esq.
                          Aditi Shah, Esq.
                          Counsel for Plaintiff

                          Lemuel E. Montgomery, III, Esq.
                          Connell Lee Archey, Esq.
                          Kyle V. Miller, Esq.
                          Allena Brooke McCain, Esq.
                          Anna Little Morris, Esq.
                          Madaline King, Esq.
                          Counsel for Office of Juvenile Justice

    Denise Dandridge, having been previously sworn, resumes her testimony.

    Otha Curtis Nelson, Jr., is sworn and testifies.

    Vincent N. Schiraldi is sworn, tendered, accepted as an expert in the field of juvenile justice, and testifies.

    Court recesses until Thursday, September 8, 2022, at 8:30 a.m.

* * * * *

Cv13b/8 hrs.