United States District Court
Louisiana Middle District
Exhibits Log: 3:22-cv-00573-SDD-RLB
Smith v. Edwards, et al Evidentiary Hearing, 9/6/2022

| EXHIBIT | DESCRIPTION | RLS | SEAL |
|---|---|---|---|
| Pla-2 | ARP-Unredacted 000006-000014 | No | No |
| Pla-3 | BCCY Angola letter 82 signatures 000015-000021 | No | No |
| Pla-4 | demand letter and response 000022-000031 | No | No |
| Pla-5 | DOC Open Records response 000032-000034 | No | No |
| Pla-7 | July 19 press Edwards release 000043-000044 | No | No |
| Pla-8 | OJJ Open Records response 000045-000046 | No | No |
| Pla-10 | SSD1 Open Records response 000049-000052 | No | No |
| Pla-11 | V Schiraldi Resume January 2022 000053-000064 | No | No |
| Pla-12 | Vincent N Schiraldi CV 000065-000076 | No | No |
| Pla-20-photo | 2022-09-01-Anogla-Photographs of Angola Jail Vincent Schiraldi | No | No |
| Pla-21-img | Video - 5356 - Leaking Faucet Jail Vincent | No | No |
| Pla-22-img | Cell Tier Video | No | No |
| Pla-23-img | 5359 Cell door operating Jail Vincent 000440 | No | No |
| Pla-24-img | 5387 Shakey Restraint Box Jail Vincent 000441 | No | No |
| Pla-25-img | 5458 Video of Social Service Area Jail Vincent 000442 | No | No |
| Pla-26 | SSD Contingency Emails 000443-000444 | No | No |
| Pla-27 | 1228-10-22 staffing pattern and needed resources 2 000445-000446 | No | No |
| Pla-28 | 225BCCY SOP C112 Recreation and Activity Monitoring 000447-000450 | No | No |
| Pla-29 | 226C112 Leisure and Recreation Activities 02-01-21 000451-000455 | No | No |
| Pla-30 | 419WS2 000456-000475 | No | No |
| Pla-31 | 421WS4 000476-000478 | No | No |
| Pla-32 | 427BCCY-WF MOU 000479-000484 | No | No |
| Pla-33 | Acadiana Vacant Positions 000485 | No | No |
| Pla-34 | Bridge City CenterGoogle Map 000486 | No | No |
| Pla-35 | 2018 PbS Kids Got Talent Finalist Bridge City Center for Youth- Group Drumline Performance 000487 | No | No |
| Pla-37 | 01BCCY-WF Organizational Chart 1 000500-000507 | No | No |
| Pla-38 | 25WFCY Schematic Layout 000508-000511 | No | No |
| Pla-39 | 34B221 Behavioral Intervention BI and Extended BI 08-01-22 000512-000523 | No | No |
| Pla-41 | B28 000540-000644 | No | No |
| Pla-42 | B53 000645-000675 | No | No |
| Pla-45 | Educational Services - Office of Juvenile Justice 000697-000698 | No | No |
| Pla-48 | Gov Edwards Activates Louisiana State 000713-000714 | No | No |
| Pla-49 | Gov Edwards Activates Louisiana State 000713-000714 | No | No |
| Pla-50 | Gov Edwards Appoints a New Deputy Secr 000719-000720 | No | No |
| Pla-60 | View from back entrance Google Map 000824 | No | No |
| Pla-64 | Aerial Photos of Facility Google Map 001000-001001 | No | No |
| Pla-65 | 18SSD - Contract FY2021 Final 001002-001015 | No | No |
| Pla-70 | OJJ-000066 -OJJ-000067-Bridge City Center for Youth at West Feliciana 001385-001386 | No | No |
| Pla-71 | OJJ-000259 -OJJ-000263-Memo of Understanding 001387-001391 | No | No |

| EXHIBIT | DESCRIPTION | RLS | SEAL |
|---|---|---|---|
| Pla-76 | Stevens CV | No | No |
| Def-01 | Bridge City for Youth at West Feliciana Summary of Plan | No | No |
| Def-02 | Youth Services Policy | No | No |
| Def-03 | Youth Services Policy | No | No |
| Def-04 | Youth Services Policy | No | No |
| Def-05 | BCCY-WF Organizational Charts | No | No |
| Def-06 | Google Map Photographs of Facility | No | No |
| Def-07 | WFCY Schematic Layout | No | No |
| Def-08 | Protocal for Video Calls via Microsoft Team at West Feliciana | No | No |
| Def-09 | System Review Memorandum | No | No |
| Def-10 | Relocation of Youth Memorandum | No | No |
| Def-11 | Memorandum of Understanding | No | No |
| Def-15 | REDACTED Unusual Occurrence Report re Damage to Faith Dorm | No | No |
| Def-16 | Photos of Damage to Faith Dorm | No | No |
| Def-17 | REDACTED Unusual Occurrence Report re Damage to Hope Dorm | No | No |
| Def-18 | Phots of Damage to Hope Dorm | No | No |
| Def-19 | REDACTED Unusual Occurrence Report re Damage to Dignity Dorm | No | No |
| Def-20 | Photos of Dignity Dorm | No | No |
| Def-21 | REDACTED Unusual Occurrence Reports re Damage to Dignity Dorm June 7 2021 | No | No |
| Def-22 | REDACTED Unusual Occurrence Reports re damage to Hope Dorm July 24 2021 | No | No |
| Def-23 | Photos of Hope Dorm | No | No |
| Def-24 | REDACTED Unusual Occurrence Reports re Damage to Liberty Dorm | No | No |
| Def-25 | Photos of Liberty Dorm | No | No |
| Def-26 | REDACTED Unusual Occurrence Reports re damage to Disgnity Dorm March 9 2022 | No | No |
| Def-27 | Photos of Dignity Dorm | No | No |
| Def-28 | REDACTED Unusual Occurrence Report re Damage to Liberity Dorm | No | No |
| Def-29 | Photos of Liberty Dorm | No | No |
| Def-30 | REDACTED Unusual Occurrence Report re Damage to Infirmary May 9 2022 | No | No |
| Def-31 | Photos of Damage to Infirmary | No | No |
| Def-32 | REDACTED Unusual Occurrence Report re Damage to MHTU Dorm May 9 2022 | No | No |
| Def-33 | Photos of Damage in MHTU Dorm Incident | No | No |
| Def-34 | Photos of Damage to TMHU Apple May 25 2022 | No | No |
| Def-35 | REDACTED Unusual Occurrence Report re Damage to Cypress May 31 2022 | No | No |
| Def-36 | REDACTED Photos of Cypress | No | No |
| Def-37 | REDACTED Unusual Occurrence Reports re Damage to Hope Dorm June 8 2022 | No | No |
| Def-38 | Photos of Damage to Hope Dorm | No | No |
| Def-39 | REDACTED Unusual Occurrence Reports re Damage to BI Room July 6 2022 | No | No |
| Def-40 | Photos of Damage to BI Room | No | No |
| Def-41 | REDACTED Email SCY ADO Report | No | No |
| Def-43 | TTU Education Programming | No | No |
| Def-44 | Contract between LA Dept of Public Safety and Corrections Youth Services and LA Special School Distr | No | No |
| Def-45 | BCCY Educueation Schedule | No | No |
| Def-46 | BCCY WF Education Schedule | No | No |
| Def-47 | School Calendar | No | No |

| EXHIBIT | DESCRIPTION | RLS | SEAL |
|---|---|---|---|
| Def-48 | REDACTED Certifications and Resumes of BCCY WF Educational Staff | No | No |
| Def-50 | Amendment No 2 to the Agreement between LA DPSC Youth Services and Wellpath LLC | No | No |
| Def-51 | 2022 | No | No |
| Def-52 | REDACTED Licenses of BCCY WF Medical Staff | No | No |
| Def-53 | REDACTED Licenses Resumes and Training Transcripts of BCCY WF Mental Health Staff | No | No |
| Def-54 | Recreation and Activity Monitoring | No | No |
| Def-55 | Leisure and Recreation Activities | No | No |
| Def-56 | West Feliciana Activity Schedule | No | No |
| Def-59 | REDACTED TTU Referral Form | No | No |
| Def-60 | REDACTED Code of Conduct Violation Report May 24 2022 | No | No |
| Def-61 | REDACTED Code of Conduct Violation Report June 4 2022 | No | No |
| Def-62 | REDACTED Unusual Occurrence Reports June 13 2022 | No | No |
| Def-63 | REDACTED Code of Conduct Violation Reports July 1 2022 | No | No |
| Def-64 | REDACTED Code of Conduct Violatior Reports July 17 2022 | No | No |
| Def-65 | REDACTED Code of Conduct Violation Reports July 19 2022 | No | No |
| Def-66 | REDACTED Code of Conduct Violation Reports July 21 2022 | No | No |
| Def-67 | REDACTED Unusual Occurrence Reports August 15 2022 | No | No |
| Def-68 | Orlando Martinez CV | No | No |