IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| ALEX A., by and through his guardian, MOLLY SMITH individually and on behalf of all other similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>GOVERNOR JOHN BEL EDWARDS, in his official capacity as Governor of Louisiana; WILLIAM SOMMERS, in his official capacity as Deputy Secretary of the Office of Juvenile Justice, JAMES M. LEBLANC, in his official capacity as Secretary of the Louisiana Department of Public Safety & Corrections,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)  Civ. A. No. 3:22-CV-00573-SDD-RLB<br>)<br>)<br>)  **DEFENDANTS'** *EX PARTE*<br>)  **MOTION FOR EXTENSION**<br>)  **OF TIME TO PLEAD**<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

NOW INTO COURT, through undersigned counsel, come Defendants, John Bel Edwards, in his official capacity as Governor of Louisiana; William Sommers, in his official capacity as Deputy Secretary of the Office of Juvenile Justice; and James Leblanc, in his official capacity as Secretary of the Louisiana Department of Public Safety & Corrections, who move *ex parte* for an extension of time to plead pursuant to Local Rule 7(a) as follows:

1.

Plaintiffs filed their Class Action Complaint (R. Doc. 1) on August 19, 2022. Defendants have not been formally served with the Complaint.

2.

Local Rule 7(a) provides that upon certification by a moving party that there has been no previous extension of time to plead and that the opposing party has not filed into the record an objection to an extension of time, on an *ex parte* motion and order, the Court will allow one

65681699.v1

extension for a period of twenty-one (21) days from the time the pleading would otherwise be due.

3.

Defendants hereby certify that there has been no previous extension of time to plead and the opposing party has not filed in the record an objection to an extension of time.

4.

Pursuant to Federal Rule of Civil Procedure 65, on August 19, 2022, Plaintiff provided notice of Plaintiff's Emergency Motion for a Temporary Restraining Order to Defendants by email to their in-house counsel. (R. Doc. 3) Notice pursuant to Rule 65 is not service of process. *Corrigan Dispatch Co. v. Casa Guzman, S. A.*, 569 F.2d 300, 302 (5th Cir. 1978).

5.

Defendants appeared for a status conference on August 23, 2022 and conducted a three-day hearing on a preliminary injunction between September 7 and September 9, 2022.

6.

Considering the appearance at the status conference on August 23, 2022, Defendants have until September 13, 2022, to file responsive pleadings.

7.

Pursuant to Local Rule 7(a), Defendants are entitled to and pray for an extension of twenty-one (21) days from September 13, 2022, i.e., until October 4, 2022, in which to file responsive pleadings.

WHEREFORE, Defendants respectfully pray that they be granted an extension of time in which to plead through October 4, 2022, a period of twenty-one (21) days from the time the pleading would have otherwise been due.

65681699.v1

Dated: September 9, 2022

Respectfully submitted,

BY:   /s/ Allena McCain
      Connell Archey (#20086)
      Randal J. Robert (#21840)
      Allena McCain (#38830)
      Madaline King (#38301)
      BUTLER SNOW LLP
      445 North Boulevard, Suite 300 (70802)
      P.O. Box 2997
      Baton Rouge LA  70821-2997
      Telephone:   (225) 325-8700
      Facsimile:   (225) 325-8800
      Connell.Archey@butlersnow.com
      Randy.Robert@butlersnow.com
      Madaline.King@butlersnow.com
      Allena.McCain@butlersnow.com

      Counsel for Defendants
      GOVERNOR JON BEL EDWARDS, in his official capacity as Governor of Louisiana; WILLIAM SOMMERS, in his official capacity as Deputy Secretary of the Office of Juvenile Justice; and JAMES M. LEBLANC, in his official capacity as Secretary of the Louisiana Department of Public Safety & Corrections

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing has this day been filed electronically with the Clerk of Court using the CM/ECF system, which will deliver notice of this filing to all counsel of record.

Baton Rouge, Louisiana this 9th day of September, 2022.

      /s/ Allena McCain

65681699.v1