UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| ALEX A., by and through his guardian, MOLLY SMITH individually and on behalf of all others similarly situated,<br><br>      Plaintiffs,<br><br>v.<br><br>GOVERNOR JOHN BEL EDWARDS, in his official capacity as Governor of Louisiana; WILLIAM SOMMERS, in his official capacity as Deputy Secretary of the Office of Juvenile Justice, JAMES M. LEBLANC, in his official capacity as Secretary of the Louisiana Department of Public Safety & Corrections,<br><br>      Defendants. | Civil Action No. 3:22-573 (SDD) (RLB) |

**MOTION FOR LIMITED EXPEDITED DISCOVERY UNDER
FEDERAL RULES OF CIVIL PROCEDURE 26(d)(1) AND 34(b)(2)(A)**

Plaintiff, on his own behalf and on behalf of the proposed Class, hereby moves this Court under Federal Rules of Civil Procedure ("Rules") 26(d)(1) and 34(b)(2)(A) to authorize Plaintiff to serve on Defendants a request under Rule 34(a)(2) to permit entry, for inspection, into the areas of the Louisiana State Penitentiary at Angola ("Angola") to which youth in Office of Juvenile Justice ("OJJ") custody may be transferred, before any youth are transferred there. In the alternative, if Defendants transfer youth to the Angola site before this motion is decided, Plaintiff requests authorization to serve the Rule 34(a)(2) request as soon as the Court authorizes it. The grounds for the motion are set forth in the accompanying Memorandum in Support.

Because of the risk of irreparable harm to Plaintiff and the proposed Class – on which this Court made an explicit finding despite denying Plaintiff's motion for a preliminary injunction, *Doc. 79*, pp. 59-60, Plaintiff respectfully requests that the Court set an expedited time for

1

Defendants to respond pursuant to Rule 34(b)(2)(A), and that the Court consider this motion immediately.

Respectfully submitted, this 3rd day of October, 2022.

/s/: *David J. Utter*
DAVID J. UTTER **
Louisiana Bar Number: 23236
WILLIAM R. CLAIBORNE
Georgia Bar Number: 126363
THE CLAIBORNE FIRM, P.C.
410 East Bay Street
Savannah, Georgia 31401
(912) 236-9559 Telephone
(912) 236-1884 Facsimile
david@claibornefirm.com
will@claibornefirm.com

/s/: *Christopher J. Murell*
CHRISTOPHER J. MURELL
Louisiana Bar Number: 32075
MURELL LAW FIRM
2831 St. Claude Avenue
New Orleans, Louisiana 70117
(504) 717-1297 Telephone
(504) 233-6691 Facsimile
chris@murrell.law

/s/: *Hector Linares*
HECTOR LINARES
Louisiana Bar Number: 28857
SARA GODCHAUX
Louisiana Bar Number: 34561
STUART H. SMITH LAW CLINIC
LOYOLA UNIVERSITY NEW ORLEANS
COLLEGE OF LAW
7214 St. Charles Avenue, Box 902
New Orleans, Louisiana 70118
(504) 861-5560 Telephone
(504) 861-5440 Facsimile
halinare@loyno.edu
shgodcha@loyno.edu

/s/: *Ronald Haley*
RONALD HALEY
Louisiana Bar Number: 30900
HALEY & ASSOCIATES
8211 Goodwood Blvd., Suite E
Baton Rouge, Louisiana 70806
(225) 755-9935 Telephone
(888) 900-9771 Facsimile
rhaley@ronaldhaleylawfirm.com

/s/: *David Shanies*
DAVID SHANIES
New York Bar Number: 4471140
SHANIES LAW OFFICE
110 West 40th Street
Tenth Floor
New York, New York 10018
Tel (212) 951-1710
Fax (212) 951-1350
Cell (646) 515-2151
david@shanieslaw.com

*/s/ Nancy Rosenbloom*
NANCY ROSENBLOOM
New York Bar Number: 2168425
ADITI SHAH
New York Bar Number: 5886254
TAMMIE GREGG
MN Bar Number: 026240
ACLU NATIONAL PRISON PROJECT
125 Broad Street
New York, NY 10004
Telephone: (202) 393-4930

2

Facsimile: (202) 393-4931
nrosenbloom@aclu.org
ashah@aclu.org
tgregg@aclu.org

*\*\* Lead Counsel*

**ATTORNEYS FOR PLAINTIFF**

**CERTIFICATE OF SERVICE**

I hereby certify that on the 3rd day of October, 2022, a copy of the foregoing pleading was served upon all counsel of record by electronic transmission.

<u>/s/ *David J. Utter*</u>
DAVID J. UTTER