## UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| ALEX A., by and through his guardian, Molly Smith; BRIAN B.; and CHARLES C., by and through his guardian Kenione Rogers, individually and on behalf of all others similarly situated,<br><br>    Plaintiffs,<br><br>v.<br><br>GOVERNOR JOHN BEL EDWARDS, in his official capacity as Governor of Louisiana; WILLIAM SOMMERS, in his official capacity as Deputy Secretary of the Office of Juvenile Justice, JAMES M. LEBLANC, in his official capacity as Secretary of the Louisiana Department of Public Safety & Corrections,<br><br>    Defendants. | Civil Action No. 3:22-cv-573-SDD-RLB |

### **PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**

For the reasons set forth in Plaintiffs' Memorandum of Law in Support of Motion for Class Certification, attached below, Plaintiffs request that this Court certify a class, pursuant to Federal Rule of Civil Procedure 23(b)(2), as well as one subclass. This class action seeks declaratory and injunctive relief to enjoin Defendants from moving youth to the Office of Juvenile Justice (OJJ) site at Angola and requiring Defendants to release or return any youth who have already been transferred to the Angola site either to their community or to another OJJ facility.

Plaintiffs, therefore, seek to certify one class with one subclass as follows:

- The Class (the "Principal Class") is defined as: "All youth who are now or will be in the custody of OJJ who have been, might be, or will be transferred to the OJJ site at Angola or another adult prison."

- The "Disability Subclass": "All current and future youth with disabilities within the meaning of the ADA and Section 504 of the Rehabilitation Act in the custody of OJJ who have been, might be, or will be transferred to the OJJ site at Angola or another adult prison."

Plaintiffs further request that: (1) Plaintiffs Alex A., by and through his guardian, Molly Smith, Brian B., and Charles C., by and through his guardian Kenione Rogers are appointed as Class Representatives for the Principal Class; and (2) Plaintiffs Alex A., by and through his guardian, Molly Smith, Brian B., and Charles C., by and through his guardian Kenione Rogers are appointed as Class Representatives for the Disability Subclass.

Plaintiffs further request that their undersigned attorneys be appointed as class counsel pursuant to Federal Rule of Civil Procedure 23(g).

Respectfully submitted, this 31st day of October, 2022.

/s/: *David J. Utter*
DAVID J. UTTER **
Louisiana Bar Number: 23236
WILLIAM R. CLAIBORNE
Georgia Bar Number: 126363
THE CLAIBORNE FIRM, P.C.
410 East Bay Street
Savannah, Georgia 31401
(912) 236-9559 Telephone
(912) 236-1884 Facsimile
david@claibornefirm.com
will@claibornefirm.com

/s/: *Christopher J. Murell*
CHRISTOPHER J. MURELL
Louisiana Bar Number: 32075
MURELL LAW FIRM
2831 St. Claude Avenue
New Orleans, Louisiana 70117
(504) 717-1297 Telephone
(504) 233-6691 Facsimile
chris@murrell.law

/s/: *Hector Linares*
HECTOR LINARES
Louisiana Bar Number: 28857
SARA GODCHAUX
Louisiana Bar Number: 34561
STUART H. SMITH LAW CLINIC
LOYOLA UNIVERSITY NEW ORLEANS
COLLEGE OF LAW

/s/: *Ronald Haley*
RONALD HALEY
Louisiana Bar Number: 30900
HALEY & ASSOCIATES
8211 Goodwood Blvd., Suite E
Baton Rouge, Louisiana 70806
(225) 755-9935 Telephone
(888) 900-9771 Facsimile

7214 St. Charles Avenue, Box 902
New Orleans, Louisiana 70118
(504) 861-5560 Telephone
(504) 861-5440 Facsimile
halinare@loyno.edu
shgodcha@loyno.edu


/s/: *David Shanies*
DAVID SHANIES
New York Bar Number: 4471140
SHANIES LAW OFFICE
110 West 40th Street
Tenth Floor
New York, New York 10018
Tel (212) 951-1710
Fax (212) 951-1350
Cell (646) 515-2151
david@shanieslaw.com

rhaley@ronaldhaleylawfirm.com


*/s/ Nancy Rosenbloom*
NANCY ROSENBLOOM
New York Bar Number: 2168425
ADITI SHAH
New York Bar Number: 5886254
ACLU NATIONAL PRISON PROJECT
125 Broad Street
New York, NY 10004
Telephone: (212) 549-2500
Facsimile: (212) 549-2652
nrosenbloom@aclu.org
ashah@aclu.org
*/s/ Tammie Gregg*
TAMMIE GREGG*
MN Bar Number: 026240
ACLU NATIONAL PRISON PROJECT
915 15th St. N.W., 7th Floor
Washington D.C. 20005
Telephone: (202) 393-4930
Facsimile: (202) 393-4931
tgregg@aclu.org


\*\* *Lead Counsel*
\*Not admitted in DC; practice limited to federal courts

**ATTORNEYS FOR PLAINTIFFS**

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 31st day of October, 2022, a copy of the foregoing was served upon all counsel of record by electronic transmission.

>    /s/ *David J. Utter*
>    DAVID J. UTTER