## Declaration of REDACTED

I, REDACTED, declare the following to be true to the best of my knowledge:

1) I am eighteen (18) years old, of sound mind, and competent to make this declaration. I am making this declaration of my own free will, and everything in this declaration is based on my personal knowledge.

2) I normally reside in East Baton Rouge Parish in Baker, Louisiana with my sister, Anntaesha McDowell. She took custody of me and raised me after my mother passed away when I was a child.

3) I am currently in the custody of the Louisiana Office of Juvenile Justice ("OJJ") as the result of delinquency proceedings.

4) I have been in OJJ custody at Bridge City Center for Youth ("BCCY") since on or about April 20, 2022. I am assigned to Liberty Dorm.

5) I get group counseling every day in my dorm at BCCY. I am in the emerging phase of the LAMOD program. I see a social work counselor once a week in person for an individual session each week.

6) When I was younger, I used to take medication for behavior problems. The name of the medication was Adderol, but I don't remember my diagnosis.

7) Before I was in OJJ custody, I was placed in a

page 1 of 2    Initials: REDACTED

mental health facility on at least two different occasions. I stayed for about a week each time because of a mental health crisis.

8.) I attend Riverside Alternative School at BCCY. I am in tenth grade. We go to school five days a week in person. Sometimes we do work on computer, but a teacher is in the room. I believe I am earning high school credits in my classes at BCCY. I failed sixth grade.

9.) I learned about the plan to move youth from BCCY to Angola from the news. I was shocked and confused when I learned I was one of the youth being moved because I do not believe I have done anything that makes me deserve to be put in Angola. The youth in my dorm are scared, and no one wants to be moved to Angola.

10.) I have never tried to escape from BCCY or any other facility.

On this the 2nd day of September of 2022, I declare under penalty of perjury pursuant to 28 U.S.C.A § 1746 that the foregoing declaration above is true and correct.


REDACTED
REDACTED