STATE OF LOUISIANA

PARISH OF EAST BATON ROUGE

## AFFIDAVIT OF REVETTEA WOODS

BEFORE ME, the undersigned Notary Public qualified in the aforesaid state and parish, came and appeared:

**REVETTEA WOODS**

who, after being duly sworn by me, did depose and state:

1. My name is Revettea Woods. I am over twenty-one (21) years of age and of sound and disposing mind. I have knowledge of, and am competent to testify about, the matters stated in this Affidavit. I am under no legal or other disability. The facts stated herein are true and correct to the best of my knowledge and belief.

2. I am currently employed as Deputy General Counsel with the Louisiana Office of Juvenile Justice ("OJJ"). In that capacity, I am responsible for responding to requests for records kept by the OJJ in the regular course of business.

3. OJJ retains records related to Youth in its custody, including medical, mental health, educational, counseling, disciplinary, probation and parole, and other records. It is regular practice of the OJJ to make and retain such records. In responding to requests, I collect the records from the relevant custodians of such records.

4. With respect to litigation matters, my job entails regularly collecting records, related to pending lawsuits from the relevant custodians of such records.



1

66535782.v1

5. I have collected and reviewed the case files of Alex A., Brian B., and Charles C., plaintiffs in the case *Alex A., et al v. Edwards, et al*, currently pending in the Middle District of Louisiana.

6. Alex A., Brian B., and Charles C. are youth in OJJ custody currently housed in secure care facilities. None of these youth are currently housed at BCCY-WF, nor have they ever previously been housed at BCCY-WF.

7. The above and foregoing is true to the best of my knowledge, information, and belief.

_____
Revettea Woods

SWORN TO AND SUBSCRIBED before me, Notary, on the 21st day of November, 2022.

_____
Notary Public
Tina Dennis Darensbourg
Bar Roll # 26017

2

66535782.v1