IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| ALEX A., by and through his guardian, MOLLY SMITH individually and on behalf of all others similarly situated,  )<br>)<br>)<br>)<br>)<br>Plaintiff,  )<br>)<br>v.  )<br>)<br>GOVERNOR JOHN BEL EDWARDS, in his official capacity as Governor of Louisiana; WILLIAM SOMMERS, in his official capacity as Deputy Secretary of the Office of Juvenile Justice, JAMES M. LEBLANC, in his official capacity as Secretary of the Louisiana Department of Public Safety & Corrections,  )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>Defendants.  ) | Civ. A. No. 3:22-CV-00573-SDD-RLB<br><br>**MOTION TO STAY DISCOVERY PENDING RESOLUTION OF MOTION TO DISMISS FOR LACK OF STANDING** |

COME NOW, through undersigned counsel, Defendants John Bel Edwards, in his official capacity as Governor of Louisiana; William Sommers, in his official capacity as Deputy Secretary of the Office of Juvenile Justice; and James M. LeBlanc, in his official capacity as Secretary of the Louisiana Department of Public Safety & Corrections (collectively "Defendants") and respectfully move for the Court to enter an order staying discovery in this matter pending resolution of Defendants' *Motion to Dismiss for Lack of Standing*. For the reasons stated herein and in the attached memorandum in support, the Court should stay discovery.

1.

Currently pending before the Court are Defendants' Motion to Dismiss (R. Doc. 102) and Plaintiffs' Motion for Class Certification (R. Doc. 99). The Court's ruling on these motions may substantially alter or dismiss altogether the scope of issues in this matter.

2.

Plaintiffs have served voluminous and broad discovery on Defendants in this matter.

3.

Good cause exists to stay discovery and save Defendants from the time, burden, and expense of responding to discovery in this matter until the pending motions are resolved by the Court.

4.

Because Plaintiffs are not currently, and have never been, housed at the facility on which discovery is sought, Plaintiffs will suffer no prejudice in a temporary stay of discovery.

WHEREFORE, for the reasons and based upon the authority cited in the attached memorandum, Defendants respectfully requests that this Court enter an Order (i) granting this Motion and staying all discovery, including Plaintiffs' request for inspection, until this Court rules on Defendants *Motion to Dismiss for Lack of Standing*; and (ii) granting all further relief, at law or in equity, to which Defendants are entitled.

Dated: November 22, 2022.

Respectfully Submitted:

BY: /s/ *Allena McCain*
Connell Archey (#20086)
Randal J. Robert (#21840)
Allena McCain (#38830)
Madaline King (#38301)
BUTLER SNOW LLP
445 North Boulevard, Suite 300 (70802)
P.O. Box 2997
Baton Rouge, LA  70821-2997
Telephone:    (225) 325-8700
Facsimile:     (225) 325-8800
Connell.Archey@butlersnow.com
Randy.Robert@butlersnow.com
Allena.McCain@butlersnow.com

Madaline.King@butlersnow.com

Kyle V. Miller (pro hac vice)
Lemuel E. Montgomery III (pro hac vice)
Anna Morris (pro hac vice)
BUTLER SNOW LLP
1020 Highland Colony Parkway, Suite 1400
Ridgeland, MS 39157
Telephone:   (601) 948-5711
Facsimile:    (601) 985-4500
Kyle.Miller@butlersnow.com
Lem.Montgomery@butlersnow.com
Anna.Morris@butlersnow.com

Counsel for Defendants
GOVERNOR JOHN BEL EDWARDS, in his official capacity as Governor of Louisiana; WILLIAM SOMMERS, in his official capacity as Deputy Secretary of the Office of Juvenile Justice; and JAMES M. LEBLANC, in his official capacity as Secretary of the Louisiana Department of Public Safety & Corrections

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above and foregoing has this day been filed electronically with the Clerk of Court using the CM/ECF system, which will deliver notice of this filing to all counsel of record.

Baton Rouge, Louisiana this 22nd day of November, 2022.

                                            /s/ Allena McCain

66552140.v1