EXHIBIT A

**UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF LOUISIANA**

| | |
|---|---|
| ALEX A., by and through his guardian, Molly Smith; BRIAN B.; and CHARLES C., by and through his guardian Kenione Rogers, individually and on behalf of all others similarly situated,<br><br>        Plaintiffs,<br><br>v.<br><br>GOVERNOR JOHN BEL EDWARDS, in his official capacity as Governor of Louisiana; WILLIAM SOMMERS, in his official capacity as Deputy Secretary of the Office of Juvenile Justice, JAMES M. LEBLANC, in his official capacity as Secretary of the Louisiana Department of Public Safety & Corrections,<br><br>        Defendants. | Civil Action No. 3:22-cv-573-SDD-RLB |

## PLAINTIFFS' REQUEST FOR ENTRY ONTO DEFENDANTS' PREMISES FOR INSPECTION

Pursuant to Federal Rules of Civil Procedure 26 and 34(a)(2), individual plaintiffs Alex A., Brian B. and Charles C. ("Plaintiffs"), on behalf of themselves and the putative plaintiff class, request that Defendants allow Plaintiffs' counsel and their experts to inspect and photograph (subject to the provision of the Protective Order governing this case, Doc. No. 36) all areas of the Louisiana State Penitentiary at Angola (LSP) in which youth in the custody of the Louisiana Office of Juvenile Justice (OJJ) are or will be incarcerated, and to confer with staff and incarcerated youth while there, on or before November 16, 2022.

Plaintiffs' experts are as follows:

    Vincent Schiraldi and Dr. Monica Stevens.

For purposes of this request, INSPECT means to physically walk through, observe, and

1

photograph areas of the building, premises, and surrounding areas of the OJJ site at Angola and any portions of LSP where youth in OJJ custody may be present, including but not limited to: all areas of the building and grounds currently designated by OJJ as the "Bridge City Center for Youth – West Feliciana" (BCCY-WF) and formerly used as a reception building and a death row unit for adults imprisoned at LSP; all areas of the LSP property through which youth in OJJ custody will be transported; all areas of the LSP property to which youth in OJJ custody will be brought for outdoor recreation; the LSP hospital or other LSP medical facilities to which youth in OJJ custody may be brought for medical emergencies.

Inspecting all areas of the building and grounds of "BCCY-WF" shall include inspecting: cells in which youth are or will be housed; any restrictive housing areas; bathrooms and shower areas; outdoor and indoor recreation spaces; spaces used or to be used for education; spaces used or to be used for special education related services; clinical spaces being used or to be used for medical and mental health care; areas being used or to be used for behavioral interventions including "time outs" or other restrictions; areas being used or to be used for psychological evaluation; intake or screening areas; spaces where food served to youth will be prepared; spaces where youth will receive and consume food, including cafeteria and kitchen; visiting areas for family members; visiting areas for attorneys; infirmaries and any other inpatient facilities; counseling/programming areas or offices; and suicide watch areas.

The term INSPECT also includes conferring with and interviewing (1) youth in OJJ custody who are incarcerated at BCCY-WF and (2) OJJ management personnel, OJJ security staff, OJJ or contracted health and mental health care staff including youth counselors, teachers and other education personnel, special education related services providers, Department of Public Safety and Corrections (DOC) security staff who are permitted by the Memorandum of Understanding between DOC and OJJ to provide security for youth in OJJ custody housed at the

Angola site, DOC staff working inside the building or on the grounds of BCCY-WF for other purposes, and any persons working in the LSP hospital or other LSP medical facilities where youth in OJJ custody may be brought for medical emergencies.

The term INSPECT further means to review documents or records, including: all grievances received from youth in OJJ's custody at BCCY-WF related to the conditions of confinement, programming, schooling, and provision of health and mental health care; incident reports or equivalent reporting related to behavior of youth in OJJ's custody at BCCY-WF; use of force reports for youth in OJJ's custody; a list of all youth in OJJ's custody at BCCY-WF; a list of all youth with disabilities in OJJ's custody at BCCY-WF; and a sample of records (including medical and mental health records) of youth in OJJ's custody at BCCY-WF. To enable review of electronic medical records, Plaintiffs request that Defendants make available a computer on which medical records can be reviewed and a person who can operate the electronic medical record system.

Therefore, Plaintiffs request that subject to the above definitions, Defendants allow Plaintiffs' counsel and Plaintiffs' experts to INSPECT all areas of the LSP in which youth in the custody of OJJ are or will be incarcerated, in Angola, Louisiana, and confer with staff and incarcerated youth on November ___, 2022, from 9:00 AM to 5:00 PM.

Pursuant to Fed. R. Civ. P. 26 and 34, this discovery request is deemed to have been served on the date of the parties' Rule 26(f) conference, October 4, 2022.

Respectfully submitted, this 2nd day of November, 2022.

/s/: *David J. Utter*
DAVID J. UTTER **
Louisiana Bar Number: 23236
WILLIAM R. CLAIBORNE
Georgia Bar Number: 126363
THE CLAIBORNE FIRM, P.C.
410 East Bay Street

/s/: *Christopher J. Murell*
CHRISTOPHER J. MURELL
Louisiana Bar Number: 32075
MURELL LAW FIRM
2831 St. Claude Avenue
New Orleans, Louisiana 70117
(504) 717-1297 Telephone

Savannah, Georgia 31401
(912) 236-9559 Telephone
(912) 236-1884 Facsimile
david@claibornefirm.com
will@claibornefirm.com

/s/: *Hector Linares*
HECTOR LINARES
Louisiana Bar Number: 28857
SARA GODCHAUX
Louisiana Bar Number: 34561
STUART H. SMITH LAW CLINIC
LOYOLA UNIVERSITY NEW ORLEANS
COLLEGE OF LAW
7214 St. Charles Avenue, Box 902
New Orleans, Louisiana 70118
(504) 861-5560 Telephone
(504) 861-5440 Facsimile
halinare@loyno.edu
shgodcha@loyno.edu

/s/: *David Shanies*
DAVID SHANIES
New York Bar Number: 4471140
SHANIES LAW OFFICE
110 West 40th Street
Tenth Floor
New York, New York 10018
Tel (212) 951-1710
Fax (212) 951-1350
Cell (646) 515-2151
david@shanieslaw.com

(504) 233-6691 Facsimile
chris@murrell.law

/s/: *Ronald Haley*
RONALD HALEY
Louisiana Bar Number: 30900
HALEY & ASSOCIATES
8211 Goodwood Blvd., Suite E
Baton Rouge, Louisiana 70806
(225) 755-9935 Telephone
(888) 900-9771 Facsimile
rhaley@ronaldhaleylawfirm.com

*/s/ Nancy Rosenbloom*
NANCY ROSENBLOOM
New York Bar Number: 2168425
ADITI SHAH
New York Bar Number: 5886254
ACLU NATIONAL PRISON PROJECT
125 Broad Street
New York, NY 10004
Telephone: (212) 549-2500
Facsimile: (212) 549-2652
nrosenbloom@aclu.org
ashah@aclu.org

*/s/ Tammie Gregg*
TAMMIE GREGG*
MN Bar Number: 026240
ACLU NATIONAL PRISON PROJECT
915 15th St. N.W., 7th Floor
Washington D.C. 20005
Telephone: (202) 393-4930
Facsimile: (202) 393-4931
tgregg@aclu.org

\*\* *Lead Counsel*
\*Not admitted in DC; practice limited to federal courts
**ATTORNEYS FOR PLAINTIFF**

4

## **CERTIFICATE OF SERVICE**

      I hereby certify that on November 2, 2022, the foregoing Plaintiffs' Request for Entry Onto Defendants' Premises for Inspection was sent electronically to counsel of record for Defendants.

By: /s/ *David Utter*