# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| ALEX A., by and through his guardian, Molly Smith; BRIAN B.; and CHARLES C., by and through his guardian, Kenione Rogers, individually and on behalf of all others similarly situated,<br><br>  Plaintiffs,<br><br>v.<br><br>GOVERNOR JOHN BEL EDWARDS, in his official capacity as Governor of Louisiana; WILLIAM SOMMERS, in his official capacity as Deputy Secretary of the Office of Juvenile Justice, JAMES M. LEBLANC, in his official capacity as Secretary of the Louisiana Department of Public Safety & Corrections,<br><br>  Defendants. | Civ. A. No. 3:22-CV-00573-SDD-RLB<br><br>***EX PARTE* MOTION FOR EXPEDITED CONSIDERATION OF DEFENDANTS' MOTION TO STAY DISCOVERY** |

**NOW INTO COURT**, through undersigned counsel, come Defendants John Bel Edwards, in his official capacity as Governor of Louisiana; William Sommers, in his official capacity as Deputy Secretary of the Office of Juvenile Justice; and James M. LeBlanc, in his official capacity as Secretary of the Louisiana Department of Public Safety & Corrections (collectively "Defendants"), who respectfully request this Court grant the instant *Ex Parte* Motion for Expedited Consideration of Defendants' Motion to Stay Discovery Pending Resolution of Motion to Dismiss for Lack of Standing.

1.

Currently pending before the Court are Plaintiffs' Motion for Class Certification (R. Doc. 99) and Defendants' Motion to Dismiss for Lack of Standing (R. Doc. 102).

2.

The Court's ruling on these pending motions have the potential to significantly alter the nature and scope of these proceedings.

3.

No further discovery is necessary for the Court to rule on the pending motions.

4.

Defendants have filed a Motion to Stay Discovery Pending Resolution of the Motion to Dismiss (R. Doc. 103).  A stay of all discovery would allow the parties to engage in narrow and pointed discovery on remaining live issues, if any, following a determination of the class certification issue and the justiciability questions raised in Defendants' Motion to Dismiss.

5.

Expedited consideration is necessary because Plaintiffs have served broad and voluminous discovery requests on Defendants, who will incur significant time, burden, end expense to respond timely.

6.

Defendants request that the Court provide expedited consideration of the Motion to Stay Discovery Pending Resolution of Motion to Dismiss for Lack of Standing so that the parties can effectively direct their discovery efforts to the live and justiciable issues, if any, remaining in this matter following determination of the pending motions.

**WHEREFORE**, Defendants respectfully request that this *Ex Parte* Motion for Expedited Consideration be GRANTED and the Court provide the courtesy of expedited consideration of the Defendants' Motion to Stay Discovery Pending Resolution of Motion to Dismiss for Lack of Standing.

Dated: November 22, 2022.

                      Respectfully Submitted:

BY:    */s/ Allena McCain*
       Connell Archey (#20086)
       Randal J. Robert (#21840)
       Allena McCain (#38830)
       Madaline King (#38301)
       BUTLER SNOW LLP
       445 North Boulevard, Suite 300 (70802)
       P.O. Box 2997
       Baton Rouge, LA  70821-2997
       Telephone:   (225) 325-8700
       Facsimile:    (225) 325-8800
       Connell.Archey@butlersnow.com
       Randy.Robert@butlersnow.com
       Allena.McCain@butlersnow.com
       Madaline.King@butlersnow.com

       Kyle V. Miller (pro hac vice)
       Lemuel E. Montgomery III (pro hac vice)
       Anna Morris (pro hac vice)
       BUTLER SNOW LLP
       1020 Highland Colony Parkway, Suite 1400
       Ridgeland, MS 39157
       Telephone:   (601) 948-5711
       Facsimile:    (601) 985-4500
       Kyle.Miller@butlersnow.com
       Lem.Montgomery@butlersnow.com
       Anna.Morris@butlersnow.com

       Counsel for Defendants
       GOVERNOR JOHN BEL EDWARDS, in his official capacity as Governor of Louisiana; WILLIAM SOMMERS, in his official capacity as Deputy Secretary of the Office of Juvenile Justice; and JAMES M. LEBLANC, in his official capacity as Secretary of the Louisiana Department of Public Safety & Corrections

## CERTIFICATE OF SERVICE

    I hereby certify that a copy of the above and foregoing has this day been filed electronically with the Clerk of Court using the CM/ECF system, which will deliver notice of this filing to all counsel of record.

    Baton Rouge, Louisiana this 22nd day of November, 2022.

                                                    */s/ Allena McCain*

66558665.v1