UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **ALEX A., by and through his guardian, Molly Smith; BRIAN B.; and CHARLES C., by and through his guardian, Kenione Rogers, individually and on behalf of all others similarly situated** | **CIVIL ACTION**<br><br>**NO. 22-573-SDD-RLB** |

**VERSUS**

**GOVERNOR JOHN BEL EDWARDS,**
in his official capacity as Governor of Louisiana;
**WILLIAM SOMMERS,** in his official
capacity as Deputy Secretary of the
Office of Juvenile Justice,
**JAMES M. LEBLANC,** in his official capacity
as Secretary of the Louisiana Department
of Public Safety & Corrections

## ORDER

Before the Court is Defendants' Motion for Expedited Consideration of Defendants' Motion to Stay Discovery ("Motion for Expedited Consideration"). (R. Doc. 104). Plaintiffs submitted the attached letter opposing the motion.

This is a putative class action on behalf of certain individuals under the secure care of the Office of Juvenile Justice to obtain injunctive relief preventing their transfer from the Bridge City Center for Youth ("BCCY") to a location at the Louisiana State Penitentiary at Angola known as the Bridge City Center for Youth at West Feliciana ("BCCY-WF"). (R. Docs. 1, 96).

The Scheduling Order provides, among other things, that non-expert discovery must be completed by March 3, 2023. (R. Doc. 97).

On November 21, 2022, Defendants filed a Motion to Dismiss for Lack of Standing ("Motion to Dismiss") (R. Doc. 102). The following day, Defendants filed a Motion to Stay Discovery Pending Resolution for Motion to Dismiss for Lack of Standing ("Motion to Stay

Discovery") (R. Doc. 103) and the instant Motion for Expedited Consideration (R. Doc. 104). These latter two motions have been referred to the undersigned for resolution.

Defendants' Motion to Stay Discovery seeks a stay of discovery, including any duties to respond or object to Plaintiffs' Request for Entry Onto Defendants' Premises for Inspection (R. Doc. 103-2) and Plaintiffs' Second Request for Production of Documents and Plaintiff's Second Set of Interrogatories (R. Doc. 103-3), until after resolution of the Motion to Dismiss. The instant Motion for Expedited Consideration seeks expedited resolution of the Motion to Stay Discovery "because Plaintiffs have served broad and voluminous discovery requests on Defendants, who will incur significant time, burden, [and] expense to respond timely." (R. Doc. 104 at 2).

Plaintiffs oppose expedited consideration of the Motion to Stay Discovery because "[n]o effort to confer with Plaintiffs' counsel was made prior to its filing, and no authority for the motion can be found in the local rules." (See attached letter). "Plaintiffs request a briefing schedule or be permitted to file their opposition within the time set forth in the local rules—21 days." (*Id.*).

To be clear, "[f]or good cause appearing therefor, a respondent may be required to file a response and supporting documents, including memoranda, within such shorter or longer period of time as the Court may order." LR 7(f). In light of Plaintiffs' opposition, however, the Court will provide Plaintiffs the full 21 days to file a response as allowed by Local Civil Rule 7(f).

The Court has reviewed the pending Motion to Dismiss and Motion to Stay Discovery. Given the record, the Court will stay Defendants' duties to respond or object to all discovery served by Plaintiffs pending resolution of Defendants' Motion to Stay Discovery.

Based on the foregoing,

**IT IS ORDERED** that Defendants' Motion for Expedited Consideration of Defendants' Motion to Stay Discovery (R. Doc. 104) is **DENIED**. Plaintiffs shall file their response to Defendants' Motion to Stay Discovery on or before **December 12, 2022.**

**IT IS FURTHER ORDERED** that Defendants' duties to respond or object to Plaintiffs' Request for Entry Onto Defendants' Premises for Inspection (R. Doc. 103-2) and Plaintiffs' Second Request for Production of Documents and Plaintiff's Second Set of Interrogatories (R. Doc. 103-3) are **STAYED** pending resolution of Defendants' Motion to Stay Discovery.

Signed in Baton Rouge, Louisiana, on November 30, 2022.

  _____
  **RICHARD L. BOURGEOIS, JR.**
  **UNITED STATES MAGISTRATE JUDGE**

** INBOUND NOTIFICATION : FAX RECEIVED SUCCESSFULLY **

| TIME RECEIVED | REMOTE CSID | DURATION | PAGES | STATUS |
|---|---|---|---|---|
| November 28, 2022 at 6:12:48 AM PST | 912 236 1884 | 56 | 1 | Received |

Case 3:22-cv-00573-SDD-RLB    Document 105    11/30/22    Page 4 of 4

From:Claiborne/Woolf		912 236 1884		11/28/2022 09:35		#701 P.001/001

# The Claiborne Firm, P.C.
*Attorneys at Law*
410 E. Bay Street
Savannah, Georgia 31401

Telephone: 912.236.9559		www.claibornefirm.com		Facsimile: 912.236.1884

William R. Claiborne						writer's email: david@claibornefirm.com
David J. Utter (GA, FL & LA)
Casey L. Redwine (GA & NY)
Scott C. Robichaux (*of counsel*)

November 28, 2022

**<u>Via Facsimile</u>**
(225) 389-3603

Honorable Richard L. Bourgeois, Jr.
United States Magistrate Judge
777 Florida Street
Suite 278
Baton Rouge, LA 70801

Re:   <u>**Alex A.**, *et al.* **v. Gov. John Bel Edwards,** *et al.*</u>
       **Civil Action No. 3:22-cv-573-SDD-RLB**

Dear Judge Bourgeois:

I write to note Plaintiffs' objection to and request for time to respond to Defendants' *Ex Parte* Motion for Expedited Consideration of Defendants' Motion to Stay Discovery. *R. Doc. 104*. No effort to confer with Plaintiffs' counsel was made prior to its filing, and no authority for the motion can be found in the local rules. Plaintiffs request a briefing schedule or be permitted to file their opposition within the time set forth in the local rules—21 days.

Thank you for your consideration of this request.

Sincerely,
THE CLAIBORNE FIRM, P.C.

DAVID J. UTTER
*For the firm*

DJU/kag
Cc:   Lem Montgomery, Esq.		(Via Electronic Mail Only)
      Kyle Miller, Esq.			(Via Electronic Mail Only)

Case 3:22-cv-00573-SDD-RLB    Document 105    11/30/22    Page 4 of 4

Claiborne|Fox|Bradley, LLC is of counsel to The Claiborne Firm, P.C.
Atlanta Office: 60 Lennox Pointe, Atlanta, Georgia 30324 · (404) 442.6969
Charlotte Office:417 East Blvd., Suite 101, Charlotte, North Carolina 28203 · (704) 702.0300