UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| ALEX A., by and through his guardian, Molly Smith; BRIAN B.; and CHARLES C., by and through his guardian Kenione Rogers, individually and on behalf of all others similarly situated,<br><br>        Plaintiffs,<br><br>v.<br><br>GOVERNOR JOHN BEL EDWARDS, in his official capacity as Governor of Louisiana; WILLIAM SOMMERS,[1] in his official capacity as Deputy Secretary of the Office of Juvenile Justice, JAMES M. LEBLANC, in his official capacity as Secretary of the Louisiana Department of Public Safety & Corrections,<br><br>        Defendants. | Civil Action No. 3:22-cv-573-SDD-RLB |

# EXHIBIT A

---

[1] On November 18, 2022, Gov. Edwards announced the resignation of Dep. Sec. Sommers and the appointment of Otha "Curtis" Nelson as his replacement. https://gov.louisiana.gov/index.cfm/newsroom/detail/3892  Because Sommers was sued in his official capacity, Nelson is automatically substituted as a Defendant. Fed. R. Civ. P. 25(d). Plaintiff leaves Sommers as a Defendant until the clerk is ordered to change the caption.



*"Our mission to protect the public by providing safe and effective individualized services to youth, who will become productive, law-abiding citizens."*

State of Louisiana **Office of Juvenile Justice**
P. O. Box 66458, Audubon Station
Baton Rouge, LA 70896
(225) 287-7900
(225) 287-7969 Fax

www.ojj.la.gov

William A. Sommers, Deputy Secretary

FOR IMMEDIATE RELEASE
October 19, 2022

Contact: Nicolette Gordon, 225-922-0308
Nicolette.Gordon@la.gov

### OJJ Completes First Phase of Adjudicated Youth Transfers

Baton Rouge, La. – Today, the Office of Juvenile Justice completed the first phase of adjudicated youth transfers as part of a comprehensive plan, both short and long-term, to address the need to provide better care for youth and improve safety for youth, staff and surrounding communities.

Transporters safely moved eighteen youth to secure care facilities throughout the state. Ten youth from BCCY moved to Swanson Center for Youth at Monroe. Four youth from Acadiana Center for Youth at St. Martinville and four youth from Swanson Center for Youth at Monroe were moved to the temporary West Feliciana Center for Youth facility—for a total of eight youth currently housed at the West Feliciana Center for Youth. OJJ is in the process of contacting the youths' families and legal representatives to inform them of the relocation.

Over the summer, disturbances at the Bridge City Center for Youth led OJJ to take proactive measures to stabilize conditions at that facility. That meant that some high-priority youth were transferred from BCCY to other OJJ facilities while work was conducted to prepare the temporary West Feliciana Center for Youth facility.

In June, the legislature passed and Gov. John Bel Edwards signed Act 693 into law which created a tiered system of low risk, moderate and high-risk juveniles within OJJ's secure facilities based on assessments.

OJJ is constantly assessing the youth in our care to determine what facility and level of care is best for their development, their safety, and the safety of those around them.

###

www.ojj.la.gov
Like us on Facebook
Follow us on Instagram
Follow us on Twitter

**Exhibit A**