# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| ALEX A., by and through his guardian, Molly Smith; BRIAN B.; and CHARLES C., by and through his guardian Kenione Rogers, individually and on behalf of all others similarly situated,<br><br>            Plaintiffs,<br><br>v.<br><br>GOVERNOR JOHN BEL EDWARDS, in his official capacity as Governor of Louisiana; WILLIAM SOMMERS,[1] in his official capacity as Deputy Secretary of the Office of Juvenile Justice, JAMES M. LEBLANC, in his official capacity as Secretary of the Louisiana Department of Public Safety & Corrections,<br><br>            Defendants. | Civil Action No. 3:22-cv-573-SDD-RLB |

# EXHIBIT B

---

[1] On November 18, 2022, Gov. Edwards announced the resignation of Dep. Sec. Sommers and the appointment of Otha "Curtis" Nelson as his replacement. https://gov.louisiana.gov/index.cfm/newsroom/detail/3892 Because Sommers was sued in his official capacity, Nelson is automatically substituted as a Defendant. Fed. R. Civ. P. 25(d). Plaintiff leaves Sommers as a Defendant until the clerk is ordered to change the caption.

## David Utter

| | |
|---|---|
| **From:** | David Utter |
| **Sent:** | Monday, December 5, 2022 6:12 AM |
| **To:** | Lem Montgomery; Kyle Miller |
| **Cc:** | 'Christopher Murell'; 'Tammie Gregg'; 'Nancy Rosenbloom'; 'Marisol Dominguez-Ruiz'; 'David Shanies'; 'Hector Linares'; 'Sara Godchaux'; 'rhaley@ronaldhaleylawfirm.com' |
| **Subject:** | Alex A. |

Lem and Kyle,

I write pursuant to FRCP Rule 37 to confer about a discovery dispute, specifically your clients' repeated denial of access to courts for youth in secure care. The most recent denial occurred last week, when OJJ failed to respond to requests for legal visits with my clients at the secure care facility on the grounds of the Louisiana State Penitentiary and then arbitrarily denied visits that were supposed to occur today at 5:27 pm on Friday. Given the urgency of our clients' need for access to courts, we request that we confer today or tomorrow. If you do not reply or refuse to meet, we will seek relief from the Court later this week.

David

David J. Utter, Esq.
The Claiborne Firm, P.C.
410 E. Bay Street
Savannah, GA 31401
(912) 236-9559
david@claibornefirm.com

**Disclaimers:**

**Notice: No duties are assumed, intended or created by this communication.** If you have not executed a fee contract or an engagement letter, this firm does *not* represent you as your attorney. You are encouraged to retain counsel of your choice if you desire to do so.

Disclosure under IRS Circular 230: Unless expressly stated otherwise, nothing contained in this communication (including any attachments) may be relied upon or used (1) by any taxpayer for the purpose of avoiding penalties that may be imposed under the Internal Revenue Code and/or (2) by any person to support the promotion or marketing of or to recommend any Federal tax transaction(s) or matter(s) addressed in this communication. Any taxpayer should seek independent tax advice with respect to any Federal tax transaction or matter addressed herein.

**Confidentiality Notice:** This email has been sent from a law firm. It may contain privileged and confidential information intended for the use of the person(s) named above. If you are not an intended recipient, you are hereby notified that any dissemination or duplication of the email is prohibited, and that there shall be no waiver of any privilege or confidence by your receipt of this transmission. If you have received this email in error, please notify us by collect telephone call and immediately delete this email.

**Exhibit B**