# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| ALEX A., by and through his guardian, Molly Smith; BRIAN B.; and CHARLES C., by and through his guardian Kenione Rogers, individually and on behalf of all others similarly situated,<br><br>         Plaintiffs,<br><br>v.<br><br>GOVERNOR JOHN BEL EDWARDS, in his official capacity as Governor of Louisiana; WILLIAM SOMMERS,[1] in his official capacity as Deputy Secretary of the Office of Juvenile Justice, JAMES M. LEBLANC, in his official capacity as Secretary of the Louisiana Department of Public Safety & Corrections,<br><br>         Defendants. | Civil Action No. 3:22-cv-573-SDD-RLB |

# EXHIBIT 1

---

[1] On November 18, 2022, Gov. Edwards announced the resignation of Dep. Sec. Sommers and the appointment of Otha "Curtis" Nelson as his replacement.   https://gov.louisiana.gov/index.cfm/newsroom/detail/3892   Because Sommers was sued in his official capacity, Nelson is automatically substituted as a Defendant. Fed. R. Civ. P. 25(d). Plaintiff leaves Sommers as a Defendant until the clerk is ordered to change the caption.

# YOUTH SERVICES POLICY

| **Title:** Attorney Visits | **Type:** C. Field Operations<br>**Sub Type:** 1. General<br>**Number:** C.1.4 |
|---|---|
| | **Page** 1 **of** 6 |
| **References:**<br>ACA Standards 2-CO-3C-01 (Administration of Correctional Agencies) 4-JCF-3A-01 (Performance-Based Standards For Juvenile Correctional Facilities); DOJ PREA Standard 115.353(d); YS Policy Nos. A.2.15 "Dress Code for Secure Care Facilities and Community Based Services", B.8.1 "Telephone Usage by Youth and Monitoring of Calls", C.2.5 "Searches of Visitors – Secure Care" and C.2.8 "Youth Visitation in Secure Facilities". ||
| **STATUS: Approved** ||
| **Approved By:** *William A. Sommers, Deputy Secretary* | **Date of Approval:** 01/20/2022 |

I. **AUTHORITY:**

Deputy Secretary of Youth Services (YS) as contained in La. R.S. 36:405. Deviation from this policy must be approved by the Deputy Secretary.

II. **PURPOSE:**

To provide uniform procedures for approving and conducting attorney visits, and visits by authorized legal representatives of an attorney.

III. **APPLICABILITY:**

Deputy Secretary, Assistant Secretary, Chief of Operations, Secure Facilities Director, General Counsel and Facility Directors. It is the Facility Director's responsibility to convey the contents of this policy to all youth, affected employees, and attorneys seeking to visit.

IV. **DEFINITIONS:**

***Authorized Legal Representative (ALR)*** - Authorized legal representative of an attorney, includes paralegals, certified legal assistants (CLAs), law clerks, investigators and youth advocates.

**YS Policy No. C.1.4**
Page 2

***Attorney Visits*** - Includes visits by an attorney to a secure care facility for face-to-face meetings, visits through the use of teleconference equipment and telephone calls.

***Certified Legal Assistant (CLA)*** - Legal assistants are a person, qualified by education, training or work experience who is employed or retained by a lawyer, law office, corporation, governmental agency or other entity and who performs specifically delegated substantive legal work for which a lawyer is responsible.

***Facility Director*** - Administrator appointed by the Deputy Secretary to be responsible for the operations of a YS secure care facility.

***Youth Advocate*** - A person working for a non-profit organization or government agency whose mission includes advocating for delinquent youth in the custody of YS/OJJ. A youth advocate must work under the supervision of an attorney licensed to practice law in Louisiana, who is employed by the same non-profit organization or government agency.

V. **POLICY:**

It is the Deputy Secretary's policy that youth shall be provided reasonable and confidential access to their attorneys and/or authorized legal representative in accordance with the following procedures.

VI. **PROCEDURES:**

A. Approval of Attorney Visits:

Requests from attorneys for visits (face-to-face, teleconference or telephone) with clients shall be faxed or emailed to the General Counsel/designee and the appropriate Facility Director simultaneously, and must be approved in advance by the General Counsel/designee.

Attorney credentials must be verified through the Louisiana State Bar Association (LSBA) prior to being approved to visit or engage in privileged communication with youth. Verification may be obtained by going to the LSBA website (www.lsba.org) and clicking on the "Membership" button, or calling the LSBA at 1-800-421-5722.

**YS Policy No. C.1.4**
**Page 3**

        The General Counsel/designee shall approve/disapprove requests, and email confirmations to the appropriate Facility Director. The Facility Director/designee shall advise attorneys of approval or non-approval of requested visits and copy the General Counsel/designee on the response.

        Designated Facility staff shall print or file the approval from the General Counsel/designee in their computer system, and maintain a paper or computer log of the actual attorney visits.

    B.    Approval of Authorized Legal Representative (ALR) Visits:

        The initial requests by an employee or supervising attorney for an ALR to be approved to enter the grounds of a facility, must meet the following requirements:

        a.    The ALR must not be on the visiting list of any youth confined in a YS secure care facility.

        b.    A paralegal must have completed a paralegal or legal assistant study program at an accredited four-year college or junior college, or have completed a paralegal or legal assistant study program approved by the American Bar Association. (Certification by the National Association of Legal Assistants, Inc. as a Certified Legal Assistant (CLA) may be substituted for the aforementioned programs.)

        c.    The employing or supervising attorney must submit the "Authorized Legal Representative Affidavit" [see Attachment C.1.4 (a)] to the General Counsel/designee with a copy sent to the Facility Director certifying the following:

            I.    The ALR's name and date of birth;

            II.    The length of time the ALR has been employed or supervised by the attorney;

            III.    Paralegals, CLAs, and investigators must attach a copy of their certification or license to the affidavit.

    2.    The Facility Director/designee shall notify the attorney and ALR whether the request is approved or denied and copy the General Counsel on the response. As long as the supervising attorney has been approved by the General Counsel/designee, and the ALR continues in the employ or under the supervision of that same attorney, visits may be approved for a period not to exceed one (1) year.

**YS Policy No. C.1.4**
**Page 4**

      3. Subsequent requests for ALRs to be permitted to enter the facility to conduct interviews with their clients shall be faxed or emailed by the supervising attorney or ALR to the General Counsel/designee and the appropriate Facility Director simultaneously, and must be approved in advance by the General Counsel/designee.

      4. The Facility Director/designee shall advise of approval or non-approval of the requested visits for ALRs and copy the General Counsel/designee on the response.

      5. Facility staff shall print or file the approval from the General Counsel/designee in their computer system and maintain a paper or computer log of the actual ALR visits.

      6. Following approval of ALR visits, they may be permitted to enter the facility to conduct interviews with clients of their supervising attorney, either with the attorney or alone, at the discretion of the Facility Director. Visits by ALRs must be face-to-face and do not include teleconference or telephone contacts.

C. Scheduling: Visits by attorneys and/or their authorized representatives must be scheduled through the Facility Director's office a minimum of 24 hours in advance. Scheduling is accomplished through emailing or faxing the completed "Indigent Defender Board Attorney Visit Request" form [see Attachment C.1.4 (b)] to the appropriate Facility Director and to the General Counsel, Angelic Keller @ Angelic.Keller@LA.GOV.

D. Time of visits: Visits by attorneys and their authorized representatives shall take place Monday through Friday, excluding holidays, between the hours of 8 a.m. and 4 p.m.

E. Exceptions:

      1. The Facility Director may approve special visits not in conformity with Sections VI. A., B., C. and D., when unusual circumstances warrant.

      2. Any improper acts or unethical behavior with a youth during a visit may result in an attorney or ALR being denied future visitation requests.

F. Social Services staff shall advise the youth on the proper way to place a legal call and assist youth, if needed, in making attorney contact.

**YS Policy No. C.1.4**
**Page 5**

VII. **LIMITATIONS ON VISITS:**

    A.    Number of youth: Generally, no more than 10 youth may be seen at any one time, and no more than 20 on any one (1) day subject to available space and security constraints. Further limitations may be imposed by the Facility Director if valid reasons exist.

    B.    Number of attorneys: Generally, no more than two (2) persons (attorneys, ALRs or any combination thereof) may see a youth on any one (1) day, subject to available space and security constraints. Exceptions may be approved for good cause by the Facility Director.

VIII. **GENERAL:**

    A.    ALRs may be required to attend training/orientation prior to being allowed to visit.

    B.    Youth may refuse to see an attorney or ALR. Such refusal shall be in writing.

    C.    In accordance with Section VI. A. of this policy, a paper or computer log shall be maintained of all actual visits by both attorneys and ALRs.

    D.    Visits are subject to visual observation. Conversations between youth and counsel shall not be audio-monitored under any circumstances.

    E.    Attorneys and ALRs are subject to the procedures regarding searches as outlined in YS Policy No. C.2.5.

    F.    Attorneys and ALR's are subject to facility dress code restrictions as outlined in 1-6 below. At the discretion of the Facility Director, an attorney or ALR may have a visit declined based on inappropriate attire.

        1.    Blouses, shirts, sweaters, polo shirts and other top garments that are not too tight, too low cut or revealing;

        2.    Slacks that are not too tight, revealing or worn too low;

        3.    Sandals with a back strap that comes over the foot;

        4.    Professional length dresses/skirts;

        5.    Jeans that are not torn or ripped; and

        6.    Heels 2" or below for professional office attire.

**YS Policy No. C.1.4**
**Page 6**

IX. **EXCEPTION:**

    With the exception of Sections VIII.E. and F., this policy does not apply to attorneys representing the State or YS.


**Previous Regulation/Policy Number:**  C.1.4
**Previous Effective Date:**  01/06/2020
**Attachments/References:**  C.1.4 (a) Authorized Legal Rep Affidavit 8-15-11.docx
                                          C.1.4 (b) Indigent Defender Board Attorney Visit Request January 2022.docx

STATE OF _____

PARISH/COUNTY OF _____

## **AUTHORIZED LEGAL REPRESENTATIVES AFFIDAVIT**

BEFORE ME, the undersigned Notary, personally came and appeared (1)_____, who, after being duly sworn, did depose and say that:

I am an attorney-at-law and I am presently representing (2)_____ _____, _____, a youth(s) confined by Youth Services. (3)_____, _____, _____ is employed or supervised by me as a (4)_____, and has been since _____.

Should the individual leave my employ or supervision, I will notify the facility.

_____
Attorney-at-law

Sworn to and subscribed before me this \_\_\_\_\_ day of _____, _____ at _____.

_____
Notary Public and Notary Number or Bar Roll Number

(1) Attorney's name
(2) Youth's name and JETS #
(3) Representative's name, social security number and birth date
(4) ALR (paralegal, certified legal assistant, law clerk, investigator, or youth advocate)
(5) Beginning date of employment or supervision

Note: Attach certificate for authorized representative

August 15, 2011

C.1.4 (b) January 2022

## Indigent Defender Board Attorney Visit Request

TO: Angelic.Keller@LA.GOV;
Facility Director; Acadiana Center for Youth / Acadiana Center for Youth @ St. Martinville
Facility Director; Bridge City Center for Youth
Facility Director; Swanson Center for Youth / Swanson Center for Youth @ Columbia

**(You must send your request to Angelic Keller, and the appropriate facility director more than one business day (M-F) in advance of your planned visit.)**

FROM: IDB attorney (name and bar #)

RE: Attorney visit for (youth name/s)

Please verify my good standing with the Louisiana State Bar Association in accordance with YS Policy C.1.4 in order that you can approve this attorney visit request. I need to visit with my client(s) (name him/them here, including date of birth if known) on (day of the week) (month, day and year) at (time). I understand that the facility will make every effort to accommodate this request, and will contact me to let me know that my request has been approved. I understand that my contacts for this request are as follows:

| | |
|---|---|
| Angelic Keller<br>General Counsel<br>225-287-7976 | ACY/ACY-SM Facility Director<br>318- 346-0127 |
| BCCY Facility Director<br>504-437-3020 | SCY/SCYC Facility Director<br>318-362-4810 |

Sincerely,

[Lawyer name and phone number(s)]