# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| ALEX A., by and through his guardian, Molly Smith; BRIAN B.; and CHARLES C., by and through his guardian Kenione Rogers, individually and on behalf of all others similarly situated,<br><br>        Plaintiffs,<br><br>v.<br><br>GOVERNOR JOHN BEL EDWARDS, in his official capacity as Governor of Louisiana; WILLIAM SOMMERS,[1] in his official capacity as Deputy Secretary of the Office of Juvenile Justice, JAMES M. LEBLANC, in his official capacity as Secretary of the Louisiana Department of Public Safety & Corrections,<br><br>        Defendants. | Civil Action No. 3:22-cv-573-SDD-RLB |

# EXHIBIT 3

---

[1] On November 18, 2022, Gov. Edwards announced the resignation of Dep. Sec. Sommers and the appointment of Otha "Curtis" Nelson as his replacement. https://gov.louisiana.gov/index.cfm/newsroom/detail/3892  Because Sommers was sued in his official capacity, Nelson is automatically substituted as a Defendant. Fed. R. Civ. P. 25(d). Plaintiff leaves Sommers as a Defendant until the clerk is ordered to change the caption.

# David Utter

| | |
|---|---|
| **From:** | David Utter |
| **Sent:** | Friday, December 2, 2022 4:30 PM |
| **To:** | Lem Montgomery; Kyle Miller |
| **Cc:** | Nancy Rosenbloom |
| **Subject:** | FW: Attorney Visits Request |
| **Attachments:** | 20221202 Cert Good Standing.pdf |

Lem and Kyle,

I write to provide a heads up that since yesterday I've been requesting in person confidential legal visits with our clients. See below the email chain and attached. I am happy to provide any other documentation your clients may request and will plan to be at the gates of Angola at 9 a.m. on Monday, December 5, 2022.

David

David J. Utter, Esq.
The Claiborne Firm, P.C.
410 E. Bay Street
Savannah, GA 31401
(912) 236-9559
david@claibornefirm.com

**Disclaimers:**
*Notice: No duties are assumed, intended or created by this communication.* If you have not executed a fee contract or an engagement letter, this firm does *not* represent you as your attorney. You are encouraged to retain counsel of your choice if you desire to do so.

Disclosure under IRS Circular 230: Unless expressly stated otherwise, nothing contained in this communication (including any attachments) may be relied upon or used (1) by any taxpayer for the purpose of avoiding penalties that may be imposed under the Internal Revenue Code and/or (2) by any person to support the promotion or marketing of or to recommend any Federal tax transaction(s) or matter(s) addressed in this communication. Any taxpayer should seek independent tax advice with respect to any Federal tax transaction or matter addressed herein.

**Confidentiality Notice:** This email has been sent from a law firm. It may contain privileged and confidential information intended for the use of the person(s) named above. If you are not an intended recipient, you are hereby notified that any dissemination or duplication of the email is prohibited, and that there shall be no waiver of any privilege or confidence by your receipt of this transmission. If you have received this email in error, please notify us by collect telephone call and immediately delete this email.

**From:** David Utter
**Sent:** Friday, December 2, 2022 3:10 PM
**To:** Revettea Woods <Revettea.Woods@LA.GOV>; Angelic Keller <Angelic.Keller@LA.GOV>; Linda.London@la.gov
**Subject:** RE: Attorney Visits Request

Revettea, Linda, and Angelic,

I have not heard from anyone to confirm my scheduled visits for Monday, Dec. 5 at 9 a.m. I am scheduled to fly to Louisiana Sunday night in order to be at the prison on Monday. Please confirm my visits or let me know what else you need from me.

In addition, out of an abundance of caution, please find a certification of good standing from the Louisiana State Bar.

David

David J. Utter, Esq.
The Claiborne Firm, P.C.
410 E. Bay Street
Savannah, GA 31401
(912) 236-9559
david@claibornefirm.com

*Disclaimers:*

**Notice: No duties are assumed, intended or created by this communication.** If you have not executed a fee contract or an engagement letter, this firm does *not* represent you as your attorney. You are encouraged to retain counsel of your choice if you desire to do so.

Disclosure under IRS Circular 230: Unless expressly stated otherwise, nothing contained in this communication (including any attachments) may be relied upon or used (1) by any taxpayer for the purpose of avoiding penalties that may be imposed under the Internal Revenue Code and/or (2) by any person to support the promotion or marketing of or to recommend any Federal tax transaction(s) or matter(s) addressed in this communication. Any taxpayer should seek independent tax advice with respect to any Federal tax transaction or matter addressed herein.

**Confidentiality Notice:** This email has been sent from a law firm. It may contain privileged and confidential information intended for the use of the person(s) named above. If you are not an intended recipient, you are hereby notified that any dissemination or duplication of the email is prohibited, and that there shall be no waiver of any privilege or confidence by your receipt of this transmission. If you have received this email in error, please notify us by collect telephone call and immediately delete this email.

**From:** David Utter
**Sent:** Friday, December 2, 2022 11:31 AM
**To:** Revettea Woods <Revettea.Woods@LA.GOV>; Angelic Keller <Angelic.Keller@LA.GOV>; Linda.London@la.gov
**Subject:** RE: Attorney Visits Request

Revettea, Linda, and Angelic,

Please add [REDACTED] to my list of youth to visit on December 5, 2022.

In addition, please confirm receipt of this email and yesterday's, and let me know what else you need to effectuate my clients' right to visit with their attorney.

Finally, please have their OJJ files available for my review upon my arrival on Monday, December 5, at 9 a.m.

David

David J. Utter, Esq.
The Claiborne Firm, P.C.
410 E. Bay Street
Savannah, GA 31401
(912) 236-9559
david@claibornefirm.com

*Disclaimers:*

**Notice: No duties are assumed, intended or created by this communication.** If you have not executed a fee contract or an engagement letter, this firm does *not* represent you as your attorney. You are encouraged to retain counsel of your choice if you desire to do so.

Disclosure under IRS Circular 230: Unless expressly stated otherwise, nothing contained in this communication (including any attachments) may be relied upon or used (1) by any taxpayer for the purpose of avoiding penalties that may be imposed under the Internal Revenue Code and/or (2) by any person to support the promotion or marketing of or to recommend any Federal tax transaction(s) or matter(s) addressed in this communication. Any taxpayer should seek independent tax advice with respect to any Federal tax transaction or matter addressed herein.

**Confidentiality Notice:** This email has been sent from a law firm. It may contain privileged and confidential information intended for the use of the person(s) named above. If you are not an intended recipient, you are hereby notified that any dissemination or duplication of the email is prohibited, and that there shall be no waiver of any privilege or confidence by your receipt of this transmission. If you have received this email in error, please notify us by collect telephone call and immediately delete this email.

**From:** David Utter
**Sent:** Thursday, December 1, 2022 4:55 PM
**To:** Revettea Woods <Revettea.Woods@LA.GOV>; Angelic Keller <Angelic.Keller@LA.GOV>; Linda.London@la.gov
**Subject:** Attorney Visits Request

Revettea, Linda, and Angelic,

I write to request legal visits with the following youth at the new secure care facility on the grounds of the Louisiana State Penitentiary, known as BCCY-West Feliciana. I will plan to be at the facility at 9 a.m. on December 5, 2022. My bar card number is 23236. I request confidential, contact visits with:



David

David J. Utter, Esq.
The Claiborne Firm, P.C.
410 E. Bay Street
Savannah, GA 31401
(912) 236-9559
david@claibornefirm.com

**Disclaimers:**

***Notice: No duties are assumed, intended or created by this communication.*** If you have not executed a fee contract or an engagement letter, this firm does *not* represent you as your attorney. You are encouraged to retain counsel of your choice if you desire to do so.

Disclosure under IRS Circular 230: Unless expressly stated otherwise, nothing contained in this communication (including any attachments) may be relied upon or used (1) by any taxpayer for the purpose of avoiding penalties that may be imposed under the Internal Revenue Code and/or (2) by any person to support the promotion or marketing of or to recommend any Federal tax transaction(s) or matter(s) addressed in this communication. Any taxpayer should seek independent tax advice with respect to any Federal tax transaction or matter addressed herein.

**Confidentiality Notice:** This email has been sent from a law firm. It may contain privileged and confidential information intended for the use of the person(s) named above. If you are not an intended recipient, you are hereby notified that any dissemination or duplication of the email is prohibited, and that there shall be no waiver of any privilege or confidence by your receipt of this transmission. If you have received this email in error, please notify us by collect telephone call and immediately delete this email.

**From:** Revettea Woods <Revettea.Woods@LA.GOV>
**Sent:** Wednesday, November 30, 2022 3:55 PM
**To:** David Utter <david@claibornefirm.com>; Angelic Keller <Angelic.Keller@LA.GOV>
**Subject:** RE: Attorney Visit Request

Good afternoon,

The facility director is Mrs. Linda London. Her email address is Linda.London@la.gov.

With regards,

*Revettea D. Woods*

Deputy General Counsel
Office of Juvenile Justice
7919 Independence Boulevard
P.O. Box 66458

3

Audubon Station
Baton Rouge, LA 70896
225. 287.7972 (Office)
22.287.7901 (Fax)
Revettea.woods@la.gov


**From:** David Utter <david@claibornefirm.com>
**Sent:** Wednesday, November 30, 2022 2:49 PM
**To:** Revettea Woods <Revettea.Woods@LA.GOV>; Angelic Keller <Angelic.Keller@LA.GOV>
**Subject:** Attorney Visit Request

**EXTERNAL EMAIL:** Please do not click on links or attachments unless you know the content is safe.

Dear Revettea and Angelic,

Can you please provide the email address and name for the facility director at the new secure care facility on the Angola grounds? I plan on requesting legal visits with a number of youth for next week and want to make sure I follow OJJ policy.

Thank you,

David

David J. Utter, Esq.
The Claiborne Firm, P.C.
410 E. Bay Street
Savannah, GA 31401
(912) 236-9559
david@claibornefirm.com

**Disclaimers:**

**Notice: No duties are assumed, intended or created by this communication.** If you have not executed a fee contract or an engagement letter, this firm does *not* represent you as your attorney. You are encouraged to retain counsel of your choice if you desire to do so.

Disclosure under IRS Circular 230: Unless expressly stated otherwise, nothing contained in this communication (including any attachments) may be relied upon or used (1) by any taxpayer for the purpose of avoiding penalties that may be imposed under the Internal Revenue Code and/or (2) by any person to support the promotion or marketing of or to recommend any Federal tax transaction(s) or matter(s) addressed in this communication. Any taxpayer should seek independent tax advice with respect to any Federal tax transaction or matter addressed herein.

**Confidentiality Notice:** This email has been sent from a law firm. It may contain privileged and confidential information intended for the use of the person(s) named above. If you are not an intended recipient, you are hereby notified that any dissemination or duplication of the email is prohibited, and that there shall be no waiver of any privilege or confidence by your receipt of this transmission. If you have received this email in error, please notify us by collect telephone call and immediately delete this email.