UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| ALEX A., by and through his guardian, Molly Smith; BRIAN B.; and CHARLES C., by and through his guardian Kenione Rogers, individually and on behalf of all others similarly situated,<br><br>　　　　　Plaintiffs,<br><br>v.<br><br>GOVERNOR JOHN BEL EDWARDS, in his official capacity as Governor of Louisiana; WILLIAM SOMMERS,[1] in his official capacity as Deputy Secretary of the Office of Juvenile Justice, JAMES M. LEBLANC, in his official capacity as Secretary of the Louisiana Department of Public Safety & Corrections,<br><br>　　　　　Defendants. | Civil Action No. 3:22-cv-573-SDD-RLB |

# EXHIBIT 4

---

[1] On November 18, 2022, Gov. Edwards announced the resignation of Dep. Sec. Sommers and the appointment of Otha "Curtis" Nelson as his replacement.   https://gov.louisiana.gov/index.cfm/newsroom/detail/3892   Because Sommers was sued in his official capacity, Nelson is automatically substituted as a Defendant. Fed. R. Civ. P. 25(d). Plaintiff leaves Sommers as a Defendant until the clerk is ordered to change the caption.

# David Utter

| | |
|---|---|
| **From:** | David Utter |
| **Sent:** | Monday, December 5, 2022 5:54 PM |
| **To:** | Lem Montgomery |
| **Cc:** | 'Christopher Murell'; 'Tammie Gregg'; 'Nancy Rosenbloom'; 'Marisol Dominguez-Ruiz'; 'David Shanies'; 'Hector Linares'; 'Sara Godchaux'; 'rhaley@ronaldhaleylawfirm.com'; Kyle Miller; Anna Morris; Allena McCain; Maddy Rabalais |
| **Subject:** | RE: Alex A. |

Lem,

Whether or not my request for legal visits with clients who are also putative class members in Alex A. v. Edwards are discovery requests may be in dispute, but I complied with the policy regarding attorney visits. There is no requirement that lawyers "provide proof of representation and/or other documentation" in OJJ's policy. Nor did Ms. Woods request any such proof even though I repeatedly asked if she needed any further documentation. I do have proof of representation.

I also followed the policy to request the visits, which require emailing the people I emailed—OJJ legal counsel and the facility director.

Your clients are unconstitutionally blocking access to legal visits with their lawyers. They have a right to meet with us and we have a right to meet with them, and your clients have an obligation to provide reasonable accommodations for such legal visits, per OJJ's policy.

Unless your clients provide the legal visitation with our clients, we will seek relief from the federal Court.

David

David J. Utter, Esq.
The Claiborne Firm, P.C.
410 E. Bay Street
Savannah, GA 31401
(912) 236-9559
david@claibornefirm.com

*Disclaimers:*

***Notice: No duties are assumed, intended or created by this communication.*** If you have not executed a fee contract or an engagement letter, this firm does *not* represent you as your attorney. You are encouraged to retain counsel of your choice if you desire to do so.

Disclosure under IRS Circular 230: Unless expressly stated otherwise, nothing contained in this communication (including any attachments) may be relied upon or used (1) by any taxpayer for the purpose of avoiding penalties that may be imposed under the Internal Revenue Code and/or (2) by any person to support the promotion or marketing of or to recommend any Federal tax transaction(s) or matter(s) addressed in this communication. Any taxpayer should seek independent tax advice with respect to any Federal tax transaction or matter addressed herein.

**Confidentiality Notice:** This email has been sent from a law firm. It may contain privileged and confidential information intended for the use of the person(s) named above. If you are not an intended recipient, you are hereby notified that any dissemination or duplication of the email is prohibited, and that there shall be no waiver of any privilege or confidence by your receipt of this transmission. If you have received this email in error, please notify us by collect telephone call and immediately delete this email.

**From:** Lem Montgomery <Lem.Montgomery@butlersnow.com>
**Sent:** Monday, December 5, 2022 5:03 PM
**To:** David Utter <david@claibornefirm.com>

1

**Cc:** 'Christopher Murell' <chris@murell.law>; 'Tammie Gregg' <tgregg@aclu.org>; 'Nancy Rosenbloom' <nrosenbloom@aclu.org>; 'Marisol Dominguez-Ruiz' <mdominguez-ruiz@aclu.org>; 'David Shanies' <david@shanieslaw.com>; 'Hector Linares' <halinare@loyno.edu>; 'Sara Godchaux' <shgodcha@loyno.edu>; 'rhaley@ronaldhaleylawfirm.com' <rhaley@ronaldhaleylawfirm.com>; Kyle Miller <Kyle.Miller@butlersnow.com>; Anna Morris <Anna.Morris@butlersnow.com>; Allena McCain <Allena.McCain@butlersnow.com>; Maddy Rabalais <Madaline.Rabalais@butlersnow.com>
**Subject:** RE: Alex A.

David,

Based on our review of the email correspondence, you reached out directly to Revettea Woods and/or others within OJJ to schedule one or more visitations within BCCY-WF and did not copy anyone from our firm, but those visitations were denied based on failure to provide proof of representation and/or other documentation required by OJJ policies. Your email below now confirms that your attempts to meet with Youth at BCCY-WF are for purposes of taking discovery in *Alex A. v. Edwards*. Pursuant to the Court's most recent Order [Doc. 105], the Court has "stay[ed] Defendants' duties to respond or object to all discovery served by Plaintiffs pending resolution of Defendants' Motion to Stay Discovery." Thus we currently have no discovery to confer about, and any attempt to take or propound discovery during the stay would be improper. When and if the stay is lifted, please direct all future discovery requests and discovery communications to defense counsel (i.e., myself, Kyle, Anna, Allena, and Maddie) and please do not contact our clients directly / ex parte. Thanks in advance.
Sincerely,
LM

**Lem Montgomery III**
**Butler Snow LLP**

D: (601) 985-4410 | F: (601) 985-4500
1020 Highland Colony Parkway, Suite 1400, Ridgeland, MS 39157
P.O. Box 6010, Ridgeland, MS 39158-6010
Lem.Montgomery@butlersnow.com | vCard | Bio

Twitter | LinkedIn | Facebook | YouTube


**From:** David Utter <david@claibornefirm.com>
**Sent:** Monday, December 5, 2022 5:12 AM
**To:** Lem Montgomery <Lem.Montgomery@butlersnow.com>; Kyle Miller <Kyle.Miller@butlersnow.com>
**Cc:** 'Christopher Murell' <chris@murell.law>; 'Tammie Gregg' <tgregg@aclu.org>; 'Nancy Rosenbloom' <nrosenbloom@aclu.org>; 'Marisol Dominguez-Ruiz' <mdominguez-ruiz@aclu.org>; 'David Shanies' <david@shanieslaw.com>; 'Hector Linares' <halinare@loyno.edu>; 'Sara Godchaux' <shgodcha@loyno.edu>; 'rhaley@ronaldhaleylawfirm.com' <rhaley@ronaldhaleylawfirm.com>
**Subject:** Alex A.


Lem and Kyle,


I write pursuant to FRCP Rule 37 to confer about a discovery dispute, specifically your clients' repeated denial of access to courts for youth in secure care. The most recent denial occurred last week, when OJJ failed to respond to requests for legal visits with my clients at the secure care facility on the grounds of the Louisiana State Penitentiary and then

2

arbitrarily denied visits that were supposed to occur today at 5:27 pm on Friday. Given the urgency of our clients' need for access to courts, we request that we confer today or tomorrow. If you do not reply or refuse to meet, we will seek relief from the Court later this week.

David

David J. Utter, Esq.

The Claiborne Firm, P.C.

410 E. Bay Street

Savannah, GA 31401

(912) 236-9559

david@claibornefirm.com

***Disclaimers:***

***Notice: No duties are assumed, intended or created by this communication.*** If you have not executed a fee contract or an engagement letter, this firm does *not* represent you as your attorney. You are encouraged to retain counsel of your choice if you desire to do so.

Disclosure under IRS Circular 230: Unless expressly stated otherwise, nothing contained in this communication (including any attachments) may be relied upon or used (1) by any taxpayer for the purpose of avoiding penalties that may be imposed under the Internal Revenue Code and/or (2) by any person to support the promotion or marketing of or to recommend any Federal tax transaction(s) or matter(s) addressed in this communication. Any taxpayer should seek independent tax advice with respect to any Federal tax transaction or matter addressed herein.

**Confidentiality Notice:** This email has been sent from a law firm. It may contain privileged and confidential information intended for the use of the person(s) named above. If you are not an intended recipient, you are hereby notified that any dissemination or duplication of the email is prohibited, and that there shall be no waiver of any privilege or confidence by your receipt of this transmission. If you have received this email in error, please notify us by collect telephone call and immediately delete this email.

CONFIDENTIALITY NOTE: This e-mail and any attachments may be confidential and protected by legal privilege. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the e-mail or any attachment is prohibited. If you have received this e-mail in error, please notify us immediately by replying to the sender and deleting this copy and the reply from your system. Thank you for your cooperation.