# UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| ALEX A., by and through his guardian, Molly Smith; BRIAN B.; and CHARLES C., by and through his guardian Kenione Rogers, individually and on behalf of all others similarly situated,<br><br>        Plaintiffs,<br><br>v.<br><br>GOVERNOR JOHN BEL EDWARDS, in his official capacity as Governor of Louisiana; WILLIAM SOMMERS,[1] in his official capacity as Deputy Secretary of the Office of Juvenile Justice, JAMES M. LEBLANC, in his official capacity as Secretary of the Louisiana Department of Public Safety & Corrections,<br><br>        Defendants. | Civil Action No. 3:22-cv-573-SDD-RLB |

# EXHIBIT 5

---

[1] On November 18, 2022, Gov. Edwards announced the resignation of Dep. Sec. Sommers and the appointment of Otha "Curtis" Nelson as his replacement. https://gov.louisiana.gov/index.cfm/newsroom/detail/3892   Because Sommers was sued in his official capacity, Nelson is automatically substituted as a Defendant. Fed. R. Civ. P. 25(d). Plaintiff leaves Sommers as a Defendant until the clerk is ordered to change the caption.

## David Utter

| | |
|---|---|
| **From:** | Revettea Woods <Revettea.Woods@LA.GOV> |
| **Sent:** | Monday, October 24, 2022 10:19 AM |
| **To:** | David Utter; Jennifer Van Metre; Curtis Nelson; Gwendolyn Gene; James Woods; Judith Sylvester |
| **Cc:** | Lem Montgomery; Kyle Miller; Aditi Shah; Christopher Murell; rhaley@ronaldhaleylawfirm.com; Tammie Gregg; David Shanies; Will Claiborne; Hector Linares; Sara Godchaux; Nancy Rosenbloom; Nishi Kumar; Samantha Bosalavage |
| **Subject:** | RE: Attorney Visit Request - REDACTED |

David,

Despite your representation that you made repeated requests for visits,  Ms. Kumar has not been denied access to your client.  Ms. Kumar's visit has been approved.  Please provide a Zoom link for a 1 o'clock Legal Zoom Visit.

With regards,

*Revettea D. Woods*

Deputy General Counsel
Office of Juvenile Justice
7919 Independence Boulevard
P.O. Box 66458
Audubon Station
Baton Rouge, LA 70896
225. 287.7972 (Office)
22.287.7901 (Fax)
Revettea.woods@la.gov

**From:** David Utter <david@claibornefirm.com>
**Sent:** Monday, October 24, 2022 8:44 AM
**To:** Jennifer Van Metre <Jennifer.VanMetre2@la.gov>; Revettea Woods <Revettea.Woods@LA.GOV>
**Cc:** Lem Montgomery <Lem.Montgomery@butlersnow.com>; Kyle Miller <Kyle.Miller@butlersnow.com>; Aditi Shah <ashah@aclu.org>; Christopher Murell <chris@murell.law>; rhaley@ronaldhaleylawfirm.com; Tammie Gregg <tgregg@aclu.org>; David Shanies <david@shanieslaw.com>; Will Claiborne <will@claibornefirm.com>; Hector Linares <halinare@loyno.edu>; Sara Godchaux <shgodcha@loyno.edu>; Nancy Rosenbloom <nrosenbloom@aclu.org>; Nishi Kumar <NKumar@defendla.org>; Samantha Bosalavage <SBosalavage@defendla.org>
**Subject:** Attorney Visit Request - Curtis Tassin

**EXTERNAL EMAIL:** Please do not click on links or attachments unless you know the content is safe.

Dear Jennifer and Revettea,

1

I write to follow up on the request for a legal visit with our client (REDACTED). Nishi Kumar provided the requested documents to you soon after your request below, on Oct. 17.  As of today, in spite of our repeated requests, you have not provided our client access to his lawyers.

We request a meeting via Zoom today.  Please let me know a time and whom I should be coordinating with at St. Martinville.

Thank you,

David

David J. Utter, Esq.
The Claiborne Firm, P.C.
410 E. Bay Street
Savannah, GA 31401
(912) 236-9559
david@claibornefirm.com

**Disclaimers:**

***Notice: No duties are assumed, intended or created by this communication.*** If you have not executed a fee contract or an engagement letter, this firm does *not* represent you as your attorney. You are encouraged to retain counsel of your choice if you desire to do so.

Disclosure under IRS Circular 230: Unless expressly stated otherwise, nothing contained in this communication (including any attachments) may be relied upon or used (1) by any taxpayer for the purpose of avoiding penalties that may be imposed under the Internal Revenue Code and/or (2) by any person to support the promotion or marketing of or to recommend any Federal tax transaction(s) or matter(s) addressed in this communication. Any taxpayer should seek independent tax advice with respect to any Federal tax transaction or matter addressed herein.

**Confidentiality Notice:** This email has been sent from a law firm. It may contain privileged and confidential information intended for the use of the person(s) named above. If you are not an intended recipient, you are hereby notified that any dissemination or duplication of the email is prohibited, and that there shall be no waiver of any privilege or confidence by your receipt of this transmission. If you have received this email in error, please notify us by collect telephone call and immediately delete this email.

Begin forwarded message:

**From:** Revettea Woods <Revettea.Woods@la.gov>
**Date:** October 17, 2022 at 8:31:19 AM CDT
**To:** Nishi Kumar <NKumar@defendla.org>, Jennifer Van Metre
<Jennifer.VanMetre2@la.gov>
**Subject: RE: Attorney Visit Request – Curtis Tassin**

Good morning,

Please provide us with documentation showing you were retained or appointed to represent REDACTED. Please find attached a copy of our policy regarding attorney visits.

With regards,

*Revettea D. Woods*

Deputy General Counsel
Office of Juvenile Justice
7919 Independence Boulevard
P.O. Box 66458
Audubon Station

Baton Rouge, LA 70896
225. 287.7972 (Office)
22.287.7901 (Fax)
Revettea.woods@la.gov

**From:** Nishi Kumar <NKumar@defendla.org>
**Sent:** Saturday, October 15, 2022 9:11 AM
**To:** Jennifer Van Metre <Jennifer.VanMetre2@la.gov>
**Cc:** Revettea Woods <Revettea.Woods@LA.GOV>
**Subject:** Re: Attorney Visit Request - Curtis Tassin

**EXTERNAL EMAIL:** Please do not click on links or attachments unless you know the content is safe.

Hi Ms. Vanmetre,

I'm so sorry to bother you on a weekend but just wanted to follow up on my request. Is St. Martinville able to accommodate a visit with █REDACTED█ this weekend, either in-person or on zoom?

Thank you!

Nishi Kumar
Pronouns: she/her/hers
The Promise of Justice Initiative
www.justicespromise.org
nkumar@defendla.org
504.529.5955

Follow us on Instagram, Twitter, & Facebook!

This message is a PRIVILEGED AND CONFIDENTIAL communication. This message and all attachments are a private communication sent by a law office and may be confidential or protected by privilege. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or use of the information contained in or attached to this message is strictly prohibited. Please notify the sender of the delivery error by replying to this message, and then delete it from your system. Thank you.

> On Oct 14, 2022, at 3:35 PM, Nishi Kumar <NKumar@defendla.org> wrote:
>
> Please see below for the request. Thank you!
>
> Nishi Kumar
> Pronouns: she/her/hers
> The Promise of Justice Initiative

3

www.justicespromise.org
nkumar@defendla.org
504.529.5955

Follow us on Instagram, Twitter, & Facebook!

This message is a PRIVILEGED AND CONFIDENTIAL communication. This message and all attachments are a private communication sent by a law office and may be confidential or protected by privilege. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or use of the information contained in or attached to this message is strictly prohibited. Please notify the sender of the delivery error by replying to this message, and then delete it from your system. Thank you.


Begin forwarded message:

> **From:** Nishi Kumar <NKumar@defendla.org>
> **Date:** October 14, 2022 at 1:44:00 PM CDT
> **To:** revettea.woods@la.gov
> **Subject: Attorney Visit Request - Curtis Tassin**


Hi Ms. Woods,

I hope you are well. I am seeking to schedule an expedited attorney visit with REDACTED n St. Martinville. Is there any way I could get a visit with him tomorrow afternoon or Sunday? If an in-person visit is not possible for those days, could I set up a zoom meeting? I really appreciate anything you can do to help facilitate.

I also left you a voicemail earlier. Please feel free to give me a call back if that is easier. My number is 404-617-1467.

Best,

Nishi Kumar
Pronouns: she/her/hers
The Promise of Justice Initiative
www.justicespromise.org
nkumar@defendla.org
504.529.5955

Follow us on Instagram, Twitter, & Facebook!

This message is a PRIVILEGED AND CONFIDENTIAL communication. This message and all attachments are a private communication sent by a law office and may be confidential or protected by privilege. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or use of the information contained in or attached to this message is strictly prohibited. Please notify the sender of the delivery error by replying to this message, and then delete it from your system. Thank you.

<Attorney Visits C.1.4.pdf>