Declaration of ▮▮▮▮▮

I, ▮▮▮▮▮ declare the following to be true to the best of my knowledge:

1) I am seventeen (17) years old and am making this declaration of my own free will. Everything in this declaration is based on my personal knowledge.

2) I normally reside in St. Landry Parish, Louisiana with my mother, Jernita Williams, my father, ▮▮▮▮▮, and my siblings.

3) I am currently in the custody of the Louisiana Office of Juvenile Justice ("OJJ") as the result of delinquency proceedings in juvenile court. My full term date is November 22, 2026.

4) While in OJJ custody I have been placed at Swanson-Monroe, Bridge City, Acadiana Center for Youth (Bunkie), and a facility in Alabama.

5) I am currently at BCCY-West Feliciana, also known as Angola, on the grounds of the Louisiana State Penitentiary at Angola, Louisiana.

6) I was part of the first group of youth moved to Angola in October and was first placed in "Achieve" Tier. I am currenlty in "Believe" tier, which is for the youth with better behavior. There are a total of four (4) youth in Believe and three (3) youth in Achieve currently.

7) The whole experience of being moved to Angola was very traumatizing and depressing. It was early one morning when close to two dozen guards came to my dorm at Swanson-Monroe and made us all get on the

pg. 1 of 4

ground. They pointed tazers at us and put us in hand cuffs.

8.) No youth should be at the facility for youth at Angola. The food is worse than any other facility I have been to. I believe it is the same food they give to the adult inmates. We often find hair in our food. One day another youth threw his plate on the ground after finding a hair. The next day, the staff blended all of his food together and fried it into a food loaf.

9.) There are staff from both OJJ and the Department of Correction ("DOC") here. Some of the OJJ staff I knew from before who are here keep things organized but staff that is new to me do not know what they are doing. OJJ staff carry pepper spray. DOC guards sometimes carry big sticks or clubs.

10.) On weekdays, we get one hour of recreation outside but get more on weekends. We wake up, go to school until 10:50 am. We then go to lunch at 10:50 am and then go back to our locked cells. We go back to school at 12:20 pm and then stay until 3:20 pm, when we get our hour of outside time. We eat breakfast before school and we eat dinner after recreation. After dinner, we go back to our cells, shower one at a time, take our meds, and go to sleep in our locked cells.

11.) I am in the 10th grade. I have had an IEP because of poor focus and being easily distracted

Pg. 2 of 4

since well before I was in OJJ custody. However, I do not believe I am getting any IEP services in OJJ custody.

12.) There is only one permanent teacher for us at Angola, Mr. Williams. He splits his time between the classrooms for the two tiers spending the morning with one and the afternoon with the others. There are sometimes other teachers from other facilities that stay with us when Mr. Williams is with the other class but sometimes we do work by ourselves without a teacher.

13.) We all get the same work and assignments even if we are on different grade levels except for the work we do on "study buddy" devices. I have been given work from an 8th grade ELA workbook even though I am supposed to be in English I.

14) I have been diagnosed with ADHD, PTSD, + Bipolar disorder. I take medication for the PTSD and another medication called Ten-X for ADHD and blood pressure.

15.) We do not do LaMod or group therapy at Angola. I do talk to my social worker three or four times a week. I also occasionally see another mental health professional over Zoom but I don't think those sessions are helpful because she doesn't know me. When I first arrived, I would see Mr. Church for mental health but have not seen him very much lately.

Pg. 3 of 4

16) When I was on Achieve tiers, we would get less recreation time. If one youth acted up, the whole tiers would lose recreation time for the day and we would be in our locked cells instead.

17) There is no library here at the Angola Facility for youth like there are at other youth facilities.

18) It is very depressing to be here knowing this is the former death row. When the lights go out at night, I think I see shadows going past. The nightmares I have from my PTSD have gotten worse since I have been at Angola.

19) My mother has visited me at other facilities but not at Angola.

20) I have seen at least two youth get pepper sprayed here at Angola.

On this, the 12th day of December of 2022, I declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the foregoing declaration above is true and correct.