# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| ALEX A., by and through his guardian, Molly Smith; BRIAN B.; and CHARLES C., by and through his guardian Kenione Rogers, individually and on behalf of all others similarly situated,<br><br>        Plaintiffs,<br><br>v.<br><br>GOVERNOR JOHN BEL EDWARDS, in his official capacity as Governor of Louisiana; WILLIAM SOMMERS,[1] in his official capacity as Deputy Secretary of the Office of Juvenile Justice, JAMES M. LEBLANC, in his official capacity as Secretary of the Louisiana Department of Public Safety & Corrections,<br><br>        Defendants. | Civil Action No. 3:22-cv-573-SDD-RLB |

# EXHIBIT 1

---

[1] On November 18, 2022, Gov. Edwards announced the resignation of Dep. Sec. Sommers and the appointment of Otha "Curtis" Nelson as his replacement.  https://gov.louisiana.gov/index.cfm/newsroom/detail/3892  Because Sommers was sued in his official capacity, Nelson is automatically substituted as a Defendant. Fed. R. Civ. P. 25(d). Plaintiff leaves Sommers as a Defendant until the clerk is ordered to change the caption.



JOHN BEL EDWARDS, Governor

OTHA "CURTIS" NELSON, JR, Deputy Secretary

# Office of Juvenile Justice

## EMERGENCY ARP RESPONSE

### December 16, 2022

**Submitted on Behalf of** REDACTED

### Number: BCCY/WF-2022-001

We acknowledge receipt of your request for an Emergency ARP at 12:49 pm on December 14, 2022. Youth REDACTED ARP is designated as an "Emergency ARP". Youth REDACTED is not subject to any immediate risk of harm nor is Youth REDACTED subject to any substantial risk of imminent personal injury or serious and irreparable harm. Additionally, Youth REDACTED is not housed at BCCY/WF. Therefore, the ARP does not qualify as an Emergency ARP. This request is being denied.

With regards,

*Kevin Thomas*

Kevin Thomas
Statewide Facility Director
Office of Juvenile Justice
7919 Independence Blvd.
Baton Rouge, LA 70806
Cell: 225-226-0359
Kevin.Thomas@la.gov