# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| ALEX A., by and through his guardian, Molly Smith; BRIAN B.; and CHARLES C., by and through his guardian Kenione Rogers, individually and on behalf of all others similarly situated,<br><br>        Plaintiffs,<br><br>v.<br><br>GOVERNOR JOHN BEL EDWARDS, in his official capacity as Governor of Louisiana; WILLIAM SOMMERS,[1] in his official capacity as Deputy Secretary of the Office of Juvenile Justice, JAMES M. LEBLANC, in his official capacity as Secretary of the Louisiana Department of Public Safety & Corrections,<br><br>        Defendants. | Civil Action No. 3:22-cv-573-SDD-RLB |

# EXHIBIT 3

---

[1] On November 18, 2022, Gov. Edwards announced the resignation of Dep. Sec. Sommers and the appointment of Otha "Curtis" Nelson as his replacement.   https://gov.louisiana.gov/index.cfm/newsroom/detail/3892   Because Sommers was sued in his official capacity, Nelson is automatically substituted as a Defendant. Fed. R. Civ. P. 25(d). Plaintiff leaves Sommers as a Defendant until the clerk is ordered to change the caption.

# David Utter

| | |
|---|---|
| **From:** | David Utter |
| **Sent:** | Thursday, December 8, 2022 5:21 PM |
| **To:** | Lem Montgomery |
| **Cc:** | 'Christopher Murell'; 'Tammie Gregg'; 'Nancy Rosenbloom'; 'Marisol Dominguez-Ruiz'; 'David Shanies'; 'Hector Linares'; 'Sara Godchaux'; 'rhaley@ronaldhaleylawfirm.com'; Kyle Miller; Anna Morris; Allena McCain; Maddy Rabalais |
| **Subject:** | Alex. A. |
| **Attachments:** | 20221129 Rep Letter.pdf; 20221202 Attorney Authorization Letter.pdf; 20221130 LCCR agreement executed.pdf; 20221130 Retainer docs executed.pdf |

Lem,

Hector Linares is prepared to visit our clients on Monday, Dec. 12. Please find attached proof that we represent all 4. Please let us know what Hector needs to do to meet with our clients.

David

David J. Utter, Esq.
The Claiborne Firm, P.C.
410 E. Bay Street
Savannah, GA 31401
(912) 236-9559
david@claibornefirm.com

*Disclaimers:*

**Notice: No duties are assumed, intended or created by this communication.** If you have not executed a fee contract or an engagement letter, this firm does *not* represent you as your attorney. You are encouraged to retain counsel of your choice if you desire to do so.

Disclosure under IRS Circular 230: Unless expressly stated otherwise, nothing contained in this communication (including any attachments) may be relied upon or used (1) by any taxpayer for the purpose of avoiding penalties that may be imposed under the Internal Revenue Code and/or (2) by any person to support the promotion or marketing of or to recommend any Federal tax transaction(s) or matter(s) addressed in this communication. Any taxpayer should seek independent tax advice with respect to any Federal tax transaction or matter addressed herein.

**Confidentiality Notice:** This email has been sent from a law firm. It may contain privileged and confidential information intended for the use of the person(s) named above. If you are not an intended recipient, you are hereby notified that any dissemination or duplication of the email is prohibited, and that there shall be no waiver of any privilege or confidence by your receipt of this transmission. If you have received this email in error, please notify us by collect telephone call and immediately delete this email.

The Claiborne Firm, P.C.
Attorneys at Law
410 E. Bay Street
Savannah, Georgia 31401

Telephone: 912.236.9559    www.claibornefirm.com    Facsimile: 912.236.1884

William R. Claiborne
David J. Utter (GA, FL & LA)
Casey L. Redwine (GA & NY)

writer's email: david@claibornefirm.com

November 30, 2022

Aaron Clark-Rizzio
Kristen A. Rome
La. Center for Children's Rights
1100-B Milton St.
New Orleans, LA 70122

Dear Aaron and Kristen,

Please allow this to confirm that the attorneys at the Claiborne Firm and Murell Law Firm agree to provide legal representation at no cost to REDACTED a current client of the La. Center for Children's Rights, for purposes of challenging his placement by the Office of Juvenile Justice ("OJJ") at the West Feliciana Center for Youth, a facility on the grounds of the Louisiana State Penitentiary at Angola, and for any other matter related to his disposition to the OJJ.

This representation extends to necessary legal visits and communication with REDACTED, as well as the ability to seek and receive any educational, medical, and other records pertaining to him and maintained by OJJ or the State of Louisiana. The parties agree that my firm and the Murrell Law Firm may share any information gathered in our representation with REDACTED with our co-counsel in a related matter, Hector Linares, Sara Godchaux, Ronald Haley, David Shanies, Nancy Rosenbloom, Tammie Greg, Marisol Dominguez-Ruiz, and their staff.

_____
Aaron Clark-Rizzio
Kristen A. Rome
La. Center for Children's Rights

_____
David J. Utter
The Claiborne Firm

December 2, 2022

Revettea Woods
Deputy General Counsel
Office of Juvenile Justice
7919 Independence Boulevard
Baton Rouge, LA 70896
Revettea.woods@la.gov

Dear Ms. Woods:

I, Robert Duffy, am the public defender appointed to represent REDACTED, in delinquency proceedings before the REDACTED Court as your records should indicate for case numbers REDACTED and REDACTED. REDACTED is one of the youth in OJJ custody who has been moved to the West Feliciana Center for Youth on the grounds of the Louisiana State Penitentiary at Angola. In my role as REDACTED public defender, I am associating as counsel on REDACTED behalf with the attorneys at the Loyola Stuart H. Smith Law Clinic ("Loyola Law Clinic"), the Murell Law Firm, the Claiborne Firm, the Ronald Haley Law Firm, the Shanies Law Office, and the national American Civil Liberties Union ("ACLU") for the purposes of advocating for REDACTED removal from the Angola facility.

I authorize and consent to any requests for legal visits with REDACTED made by attorneys or their representatives from the above-referenced firms and legal organizations, who are acting as my agents in making such requests. This authorization extends to any requests made by David Utter, Hector Linares, Sara Godchaux, Christopher Murell, Ronald Haley, David Shanies, Nancy Rosenbloom, Tammie Greg, or their staff. I also authorize the above-referenced attorneys and legal organizations to request and receive any educational, medical, and other records pertaining to REDACTED and maintained by OJJ or the State of Louisiana. I also authorize the above-referenced attorneys and legal organizations to file an emergency grievance/Administrative Remedy Procedure form on REDACTED behalf and to sign the Third-Party Acknowledgment Form on REDACTED behalf for any matter related to his placement at the Angola facility. Please treat any request for legal visits or records from the above-referenced attorneys as if coming directly from me. Thank you for your assistance with this matter.

Sincerely

DocuSigned by:
*[signature]*
767A04BF0BCA4D4...

Robert Duffy
La. Bar No. 23467

# David Utter

| | |
|---|---|
| **From:** | Kyle Miller <Kyle.Miller@butlersnow.com> |
| **Sent:** | Friday, December 9, 2022 3:29 PM |
| **To:** | 'Hector Linares'; David Utter |
| **Cc:** | Lem Montgomery; Christopher Murell; Tammie Gregg; Nancy Rosenbloom; Marisol Dominguez-Ruiz; David Shanies; Sara Godchaux; rhaley@ronaldhaleylawfirm.com; Anna Morris; Allena McCain; Maddy Rabalais |
| **Subject:** | RE: Alex A. [IWOV-BUTLERSNOW.FID9947435] |

Dave and Hector,

We forwarded the letters and the requests for visitation to our client this morning. After reviewing the letters, the OJJ advised:

1. [REDACTED] – The request for a legal visit is denied. The letter of representation is not executed by [REDACTED] parent/legal guardian.

2. [REDACTED] – The request for a legal visit is denied. The letter of representation is not executed by [REDACTED] parent/legal guardian.

3. [REDACTED] – The request for Hector to conduct a legal visit is approved. Time and date of the visit are TBD. Revettea Woods is contacting the facility director with the request for the visit to take place on Monday, December 12th at 10:00 a.m. and will either advise the group that the proposed time and date works or provide alternate available times/dates.

[REDACTED]

Should you have any questions or need any additional information, please let us know.

**Kyle V. Miller**
**Butler Snow LLP**

D: (601) 985-4514 | F: (601) 985-4500
1020 Highland Colony Parkway, Suite 1400, Ridgeland, MS 39157
P.O. Box 6010, Ridgeland, MS 39158-6010
Kyle.Miller@butlersnow.com | vCard | Bio

Twitter | LinkedIn | Facebook | YouTube


**From:** Hector Linares <halinare@loyno.edu>
**Sent:** Friday, December 9, 2022 12:20 PM

1