# UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| ALEX A., by and through his guardian, Molly Smith; BRIAN B.; and CHARLES C., by and through his guardian Kenione Rogers, individually and on behalf of all others similarly situated,<br><br>        Plaintiffs,<br><br>v.<br><br>GOVERNOR JOHN BEL EDWARDS, in his official capacity as Governor of Louisiana; WILLIAM SOMMERS,[1] in his official capacity as Deputy Secretary of the Office of Juvenile Justice, JAMES M. LEBLANC, in his official capacity as Secretary of the Louisiana Department of Public Safety & Corrections,<br><br>        Defendants. | Civil Action No. 3:22-cv-573-SDD-RLB |

# EXHIBIT 4

---

[1] On November 18, 2022, Gov. Edwards announced the resignation of Dep. Sec. Sommers and the appointment of Otha "Curtis" Nelson as his replacement.  https://gov.louisiana.gov/index.cfm/newsroom/detail/3892  Because Sommers was sued in his official capacity, Nelson is automatically substituted as a Defendant. Fed. R. Civ. P. 25(d). Plaintiff leaves Sommers as a Defendant until the clerk is ordered to change the caption.

## David Utter

| | |
|---|---|
| **From:** | Hector Linares <halinare@loyno.edu> |
| **Sent:** | Friday, December 16, 2022 4:31 PM |
| **To:** | Nancy Rosenbloom |
| **Cc:** | David Utter; Sara Godchaux; Marisol Dominguez-Ruiz; Tammie Gregg; Christopher Murell |
| **Subject:** | Re: Emergency ARP |

REDACTED had his delinquency proceeding terminated in REDACTED Court last week. This was the case that the public defender I have been speaking with represented him on. He wasn't sure if that meant REDACTED was going to be released outright or if he still had proceedings in other parishes that he was in custody for.

Best,

Hector Linares
Edward J. Womac, Jr. Distinguished Clinic Professor
Director of Skills & Experiential Learning
Loyola University New Orleans College of Law
Mailing Address: 7214 St. Charles Avenue, Box 902
Physical Address: 540 Broadway Street
New Orleans, LA 70118
Direct: (504) 861-5560
halinare@loyno.edu