UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| ALEX A., by and through his guardian, Molly Smith; BRIAN B.; and CHARLES C., by and through his guardian Kenione Rogers, individually and on behalf of all others similarly situated,<br><br>        Plaintiffs,<br><br>v.<br><br>GOVERNOR JOHN BEL EDWARDS, in his official capacity as Governor of Louisiana; WILLIAM SOMMERS,[1] in his official capacity as Deputy Secretary of the Office of Juvenile Justice, JAMES M. LEBLANC, in his official capacity as Secretary of the Louisiana Department of Public Safety & Corrections,<br><br>        Defendants. | Civil Action No. 3:22-cv-573-SDD-RLB |

# EXHIBIT 5

---

[1] On November 18, 2022, Gov. Edwards announced the resignation of Dep. Sec. Sommers and the appointment of Otha "Curtis" Nelson as his replacement.  https://gov.louisiana.gov/index.cfm/newsroom/detail/3892  Because Sommers was sued in his official capacity, Nelson is automatically substituted as a Defendant. Fed. R. Civ. P. 25(d). Plaintiff leaves Sommers as a Defendant until the clerk is ordered to change the caption.

# David Utter

| | |
|---|---|
| **From:** | Kyle Miller <Kyle.Miller@butlersnow.com> |
| **Sent:** | Friday, January 13, 2023 11:16 AM |
| **To:** | David Utter; Lem Montgomery; Anna Morris; Allena McCain; Maddy Rabalais; Revettea Woods; Angelic Keller; Linda London; Shaeki Shanklin; Donna Bowie; Curtis Nelson; Kevin Thomas |
| **Cc:** | 'Christopher Murell'; 'Tammie Gregg'; 'Nancy Rosenbloom'; 'Marisol Dominguez-Ruiz'; 'David Shanies'; 'Hector Linares'; 'Sara Godchaux'; Lauren A. Winkler; Susan Meyers; Ashley Dalton |
| **Subject:** | RE: Alex. A. [IWOV-BUTLERSNOW.FID9947435] |

David,

We have spoken with our client, and your reading of the YS Policy B.3.2. is not correct. The Memorandum of Understanding provision relates to MOUs between the public defenders' office in certain jurisdictions and public-defender organizations. The "MOU" that you submitted is not such a document.

Despite the repeated accusations by you and the other lawyers representing the plaintiffs in the *Alex A.* case, OJJ is not placing any unreasonable restrictions on the granting of legal visits. Rather, OJJ is simply enforcing the policies as written. The repeated failures on your part and the part of the other plaintiffs' attorneys to comply with the policies is the reason your requests for attorney visits have been denied. As the track record clearly shows, when you all have complied with the policies, OJJ grants the requested attorney visits; when you all fail to comply, OJJ properly denies the requests for attorney visits.

With regard to youth [REDACTED], the deficiency in your requests has been clearly explained. Why we are having to continue talking about this is beyond me. If you represent the young man, then have his parent/guardian sign a letter of representation. Your continued refusal to do so is a strong indication that [REDACTED] parent/guardian either has no idea that you are claiming a representative relationship with this minor or has refused to enter into a representative relationship. Either way, your efforts to meet with this minor without the consent of his parent/guardian is one of the very reasons that policy exists in the first place.

If/when you have the informed consent of [REDACTED] parent/guardian, you can resubmit your request along with a copy of the proper documentation.

**Kyle V. Miller**
**Butler Snow LLP**

D: (601) 985-4514 | F: (601) 985-4500
1020 Highland Colony Parkway, Suite 1400, Ridgeland, MS 39157
P.O. Box 6010, Ridgeland, MS 39158-6010
Kyle.Miller@butlersnow.com | vCard | Bio

Twitter | LinkedIn | Facebook | YouTube


**From:** David Utter <david@claibornefirm.com>
**Sent:** Wednesday, January 11, 2023 2:05 PM
**To:** Kyle Miller <Kyle.Miller@butlersnow.com>; Lem Montgomery <Lem.Montgomery@butlersnow.com>; Anna Morris <Anna.Morris@butlersnow.com>; Allena McCain <Allena.McCain@butlersnow.com>; Maddy Rabalais

1

<Madaline.Rabalais@butlersnow.com>; Revettea Woods <Revettea.Woods@LA.GOV>; Angelic Keller <Angelic.Keller@LA.GOV>; Linda London <Linda.London@la.gov>; Shaeki Shanklin <Shaeki.Shanklin@LA.GOV>; Donna Bowie <Donna.Bowie@LA.GOV>; Curtis Nelson <Curtis.Nelson@LA.GOV>; Kevin Thomas <Kevin.Thomas@LA.GOV>
**Cc:** 'Christopher Murell' <chris@murell.law>; 'Tammie Gregg' <tgregg@aclu.org>; 'Nancy Rosenbloom' <nrosenbloom@aclu.org>; 'Marisol Dominguez-Ruiz' <mdominguez-ruiz@aclu.org>; 'David Shanies' <david@shanieslaw.com>; 'Hector Linares' <halinare@loyno.edu>; 'Sara Godchaux' <shgodcha@loyno.edu>; Lauren A. Winkler <lauren.winkler@splcenter.org>; Susan Meyers <susan.meyers@splcenter.org>; Ashley Dalton <ashley.dalton@splcenter.org>
**Subject:** RE: Alex. A. [IWOV-BUTLERSNOW.FID9947435]

Kyle,

We requested the visit after providing proof that we are attorneys with whom REDACTED is entitled to visit pursuant to YS Policy B.3.2, specifically section VI(D)(5) which permits establishing our attorney-client relationship through a number of documents, including a "memorandum of understanding which authorizes a public-defender organization to participate in the defense of youth." Nowhere in OJJ policy is there a requirement for both a letter of representation signed by REDACTED parent/guardian *and* a MOU.

The repeated obstacles to our clients' access to courts and counsel is interfering with our relationships with our clients and our ability to litigate this case. It seems clear that OJJ's goal is to prevent us from being able to gather information about the Angola facility, a clearly illegitimate response to a valid lawsuit. Because of your and Defendants' behavior, our ethical obligations to our clients and the putative class are compromised.

I reiterate our request to visit REDACTED at the Angola facility or via Zoom as soon as possible, but no later than Friday, Jan. 13.

David

David J. Utter, Esq.
The Claiborne Firm, P.C.
410 E. Bay Street
Savannah, GA 31401
(912) 236-9559
david@claibornefirm.com

*Disclaimers:*

*Notice: No duties are assumed, intended or created by this communication.* If you have not executed a fee contract or an engagement letter, this firm does *not* represent you as your attorney. You are encouraged to retain counsel of your choice if you desire to do so.

Disclosure under IRS Circular 230: Unless expressly stated otherwise, nothing contained in this communication (including any attachments) may be relied upon or used (1) by any taxpayer for the purpose of avoiding penalties that may be imposed under the Internal Revenue Code and/or (2) by any person to support the promotion or marketing of or to recommend any Federal tax transaction(s) or matter(s) addressed in this communication. Any taxpayer should seek independent tax advice with respect to any Federal tax transaction or matter addressed herein.

**Confidentiality Notice:** This email has been sent from a law firm. It may contain privileged and confidential information intended for the use of the person(s) named above. If you are not an intended recipient, you are hereby notified that any dissemination or duplication of the email is prohibited, and that there shall be no waiver of any privilege or confidence by your receipt of this transmission. If you have received this email in error, please notify us by collect telephone call and immediately delete this email.

**From:** Kyle Miller <Kyle.Miller@butlersnow.com>
**Sent:** Wednesday, January 11, 2023 10:32 AM
**To:** David Utter <david@claibornefirm.com>; Lem Montgomery <Lem.Montgomery@butlersnow.com>; Anna Morris <Anna.Morris@butlersnow.com>; Allena McCain <Allena.McCain@butlersnow.com>; Maddy Rabalais <Madaline.Rabalais@butlersnow.com>; Revettea Woods <Revettea.Woods@LA.GOV>; Angelic Keller <Angelic.Keller@LA.GOV>; Linda London <Linda.London@la.gov>; Shaeki Shanklin <Shaeki.Shanklin@LA.GOV>; Donna

Bowie <Donna.Bowie@LA.GOV>; Curtis Nelson <Curtis.Nelson@LA.GOV>; Kevin Thomas <Kevin.Thomas@LA.GOV>
**Cc:** 'Christopher Murell' <chris@murell.law>; 'Tammie Gregg' <tgregg@aclu.org>; 'Nancy Rosenbloom' <nrosenbloom@aclu.org>; 'Marisol Dominguez-Ruiz' <mdominguez-ruiz@aclu.org>; 'David Shanies' <david@shanieslaw.com>; 'Hector Linares' <halinare@loyno.edu>; 'Sara Godchaux' <shgodcha@loyno.edu>; Lauren A. Winkler <lauren.winkler@splcenter.org>; Susan Meyers <susan.meyers@splcenter.org>; Ashley Dalton <ashley.dalton@splcenter.org>
**Subject:** RE: Alex. A. [IWOV-BUTLERSNOW.FID9947435]

David,

We have spoken with our client, and OJJ again is denying your request for a legal visit with [REDACTED] due to the fact that you have not submitted a letter of representation signed by [REDACTED] parent/legal guardian.

OJJ of course permits legal visits between youth in its custody and the attorney(s) who represent the youth in his underlying delinquency proceeding. But the fact remains that OJJ has nothing indicating that the adult(s) who have legal responsibility for this minor have retained you to represent [REDACTED] in any capacity. OJJ has a responsibility to ensure that when an outside adult requests to meet with a minor in OJJ's custody that the meeting has been approved by the minor's parent/legal guardian.

If [REDACTED] parent/legal guardian has retained you to represent [REDACTED]., please resubmit the request for a legal visit with a copy of the signed letter of representation.

**Kyle V. Miller**
**Butler Snow LLP**

D: (601) 985-4514 | F: (601) 985-4500
1020 Highland Colony Parkway, Suite 1400, Ridgeland, MS 39157
P.O. Box 6010, Ridgeland, MS 39158-6010
Kyle.Miller@butlersnow.com | vCard | Bio

Twitter | LinkedIn | Facebook | YouTube


**From:** David Utter <david@claibornefirm.com>
**Sent:** Tuesday, January 10, 2023 10:11 AM
**To:** Lem Montgomery <Lem.Montgomery@butlersnow.com>; Kyle Miller <Kyle.Miller@butlersnow.com>; Anna Morris <Anna.Morris@butlersnow.com>; Allena McCain <Allena.McCain@butlersnow.com>; Maddy Rabalais <Madaline.Rabalais@butlersnow.com>; Revettea Woods <Revettea.Woods@LA.GOV>; Angelic Keller <Angelic.Keller@LA.GOV>; Linda London <Linda.London@la.gov>; Shaeki Shanklin <Shaeki.Shanklin@LA.GOV>; Donna Bowie <Donna.Bowie@LA.GOV>; Curtis Nelson <Curtis.Nelson@LA.GOV>; Kevin Thomas <Kevin.Thomas@LA.GOV>
**Cc:** 'Christopher Murell' <chris@murell.law>; 'Tammie Gregg' <tgregg@aclu.org>; 'Nancy Rosenbloom' <nrosenbloom@aclu.org>; 'Marisol Dominguez-Ruiz' <mdominguez-ruiz@aclu.org>; 'David Shanies' <david@shanieslaw.com>; 'Hector Linares' <halinare@loyno.edu>; 'Sara Godchaux' <shgodcha@loyno.edu>; Lauren A. Winkler <lauren.winkler@splcenter.org>; Susan Meyers <susan.meyers@splcenter.org>; Ashley Dalton <ashley.dalton@splcenter.org>
**Subject:** Alex. A.


Folks,

I write to renew Plaintiffs' demand for a legal visit with REDACTED, a youth at the Angola facility. We initially made the request over a month ago. As you know, Kyle Miller responded on Dec. 9 that the visit request was denied because "the letter of representation is not executed by D.D.'s parent/legal guardian."

As noted in the attached memorandum of understanding between Plaintiffs' counsel and REDACTED lawyer, the legal visit was and is requested as co-counsel with his delinquency lawyer. Our understanding is that the law requires, and OJJ allows, lawyers representing youth in their delinquency proceeding legal visits. If you deny Plaintiffs' demand for access to our client, please explain on what basis you are denying REDACTED access to his lawyers.

David

David J. Utter, Esq.

The Claiborne Firm, P.C.

410 E. Bay Street

Savannah, GA 31401

(912) 236-9559

david@claibornefirm.com

**Disclaimers:**

**Notice: No duties are assumed, intended or created by this communication.** If you have not executed a fee contract or an engagement letter, this firm does *not* represent you as your attorney. You are encouraged to retain counsel of your choice if you desire to do so.

Disclosure under IRS Circular 230: Unless expressly stated otherwise, nothing contained in this communication (including any attachments) may be relied upon or used (1) by any taxpayer for the purpose of avoiding penalties that may be imposed under the Internal Revenue Code and/or (2) by any person to support the promotion or marketing of or to recommend any Federal tax transaction(s) or matter(s) addressed in this communication. Any taxpayer should seek independent tax advice with respect to any Federal tax transaction or matter addressed herein.

**Confidentiality Notice:** This email has been sent from a law firm. It may contain privileged and confidential information intended for the use of the person(s) named above. If you are not an intended recipient, you are hereby notified that any dissemination or duplication of the email is prohibited, and that there shall be no waiver of any privilege or confidence by your receipt of this transmission. If you have received this email in error, please notify us by collect telephone call and immediately delete this email.

**From:** David Utter
**Sent:** Thursday, December 8, 2022 5:21 PM

4

The Claiborne Firm, P.C.
Attorneys at Law
410 E. Bay Street
Savannah, Georgia 31401

Telephone: 912.236.9559     www.claibornefirm.com     Facsimile: 912.236.1884

William R. Claiborne                              writer's email: david@claibornefirm.com
David J. Utter (GA, FL & LA)
Casey L. Redwine (GA & NY)

November 30, 2022

Aaron Clark-Rizzio
Kristen A. Rome
La. Center for Children's Rights
1100-B Milton St.
New Orleans, LA 70122

Dear Aaron and Kristen,

Please allow this to confirm that the attorneys at the Claiborne Firm and Murell Law Firm agree to provide legal representation at no cost to REDACTED (REDACTED), a current client of the La. Center for Children's Rights, for purposes of challenging his placement by the Office of Juvenile Justice ("OJJ") at the West Feliciana Center for Youth, a facility on the grounds of the Louisiana State Penitentiary at Angola, and for any other matter related to his disposition to the OJJ.

This representation extends to necessary legal visits and communication with REDACTED as well as the ability to seek and receive any educational, medical, and other records pertaining to him and maintained by OJJ or the State of Louisiana. The parties agree that my firm and the Murrell Law Firm may share any information gathered in our representation with REDACTED with our co-counsel in a related matter, Hector Linares, Sara Godchaux, Ronald Haley, David Shanies, Nancy Rosenbloom, Tammie Greg, Marisol Dominguez-Ruiz, and their staff.

_____          _____
Aaron Clark-Rizzio                  David J. Utter
Kristen A. Rome                     The Claiborne Firm
La. Center for Children's Rights