UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| ALEX A., by and through his guardian, Molly Smith; BRIAN B.; and CHARLES C., by and through his guardian Kenione Rogers, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>DANIEL D. and EDWARD E.,<br><br>Proposed Plaintiffs-Intervenors,<br><br>v.<br><br>GOVERNOR JOHN BEL EDWARDS, in his official capacity as Governor of Louisiana; WILLIAM SOMMERS,[1] in his official capacity as Deputy Secretary of the Office of Juvenile Justice, JAMES M. LEBLANC, in his official capacity as Secretary of the Louisiana Department of Public Safety & Corrections,<br><br>Defendants. | Civil Action No. 3:22-cv-573-SDD-RLB |

# EXHIBIT 1

---

[1] On November 18, 2022, Gov. Edwards announced the resignation of Dep. Sec. Sommers and the appointment of Otha "Curtis" Nelson as his replacement. https://gov.louisiana.gov/index.cfm/newsroom/detail/3892 Because Sommers was sued in his official capacity, Nelson is automatically substituted as a Defendant. Fed. R. Civ. P. 25(d). Plaintiffs leave Sommers named as a Defendant until the clerk is ordered to change the caption.

# LOYOLA UNIVERSITY NEW ORLEANS

COLLEGE OF LAW
STUART H. SMITH LAW CLINIC

August 15, 2022

To Whom It May Concern,

I, Molly Smith, have signed a client retainer agreement with the attorneys at the Loyola Stuart H. Smith Law Clinic ("Loyola Law Clinic") in association with the Murell Law Firm, the Claiborne Firm, and the Shanies Law Office on my own behalf and on behalf of my minor son, ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮. The above-referenced attorneys represent my son and me for the purpose of challenging the Office of Juvenile Justice plan to move youth housed at Bridge City Center for Youth ("BCCY"), of which he is one, to a facility on the grounds of the Louisiana State Penitentiary at Angola. I understand that the attorneys at the above-referenced organizations do not represent my son in any proceedings in criminal or juvenile court.

I authorize the attorneys at the Loyola Law Clinic, the Murell Law Firm, the Claiborne Firm, and the Shanies Law Office to file any paperwork or court filings on behalf of my son or myself that they deem necessary throughout the course of this representation. Specifically, I authorize the above-referenced attorneys to file an emergency grievance/Administrative Remedy Procedure form on behalf of my son and to sign the Third-Party Acknowledgment Form on his behalf. As the planned move to Angola is imminent and could occur at any time, it is not possible to get a physical signature from my son for the Third-Party Acknowledgment Form prior to the filing of this grievance, in particular because of the restrictions on in-person attorney visits in place. A representative of the Loyola Law Clinic, the Murell Law Firm, the Claiborne Firm, and the Shanies Law Office; and I have signed the form on his behalf. My son approves the above-referenced attorneys filing an emergency grievance/ Administrative Remedy Procedure Form on his behalf and understands that the attorney is not his parent or legal guardian, and is acting in his best interest.

_DocuSigned by:_
Molly Smith
Parent of ▮▮▮▮▮▮

_DocuSigned by:_
Hector Linares, Esq.
Loyola Law Clinic

_DocuSigned by:_
Christopher Murell
Murell Law Firm

_DocuSigned by:_
David Utter
Claiborne Firm, P.C.

_DocuSigned by:_
David B. Shanies
Shanies Law Office

7214 St. Charles Avenue, Campus Box 902, New Orleans, LA 70118, 504.861.5590, FAX: 504.861.5440
Physical Address: 540 Broadway Street, New Orleans, LA 70118
www.loyno.edu/lawclinic



COLLEGE OF LAW
STUART H. SMITH LAW CLINIC

September 2, 2022

To Whom It May Concern,

I, ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ have retained the attorneys at the Loyola Stuart H. Smith Law Clinic ("Loyola Law Clinic") in association with the Murell Law Firm, the Claiborne Firm, the Ronald Haley Law Firm, the Shanies Law Office, and the national American Civil Liberties Union ("ACLU") to represent me for purposes of challenging the plan proposed by the Office of Juvenile Justice ("OJJ") to place me and other youth at Bridge City Center for Youth at a facility on the grounds of the Louisiana State Penitentiary at Angola. I am eighteen years of age and have consented to this representation of my own free will.

I consent to and echo any requests for legal visits made on my behalf by attorneys or their representatives with the above-referenced firms and legal organizations, including requests by Hector Linares, Sara Godchaux, David Utter, Christopher Murell, Ronald Haley, David Shanies, Nancy Rosenbloom, Tammie Greg, or Aditi Shah. I authorize the above-referenced attorneys and legal organizations to request on my behalf any educational, medical, and other records pertaining to me and maintained by OJJ or the State of Louisiana. I also authorize the above-referenced attorneys and legal organizations to file an emergency grievance/Administrative Remedy Procedure form on my behalf and to sign the Third-Party Acknowledgment Form on my behalf. I understand that the attorneys at the above-referenced organizations do not represent me in any proceedings in criminal or juvenile court.

_____        _____
Client                                                           Hector Linares, Esq.
                                                                   Loyola Law Clinic

# Authorization to Release or Obtain Health Information
(including paper, oral and electronic information)

| Name | Request Date |
|---|---|
| ▮ | ▮ |
| Mailing Address | Date of Birth |
| ▮ | ▮ |
| City/State/Zip | Medicaid ID # or Social Security # |
| ▮ | ▮ |

**I authorize:**

Name: The Louisiana Office of Juvenile Justice and the State of Louisiana

Mailing Address: 7919 Independence Blvd.

City, State, Zip Code: Baton Rouge, LA 70806

Relationship: Custodian of Records    Telephone Number: 225-287-7900

[✓] TO RELEASE Information TO    OR    [ ] TO OBTAIN Information FROM
*(Place an "X" in the box that indicates if the information is being released OR requested.)*

Name: Hector Linares, Sara Godchaux, the Loyola Law Clinic, and associated counsel

Mailing Address: 7214 St. Charles Ave, Box 902

City, State, Zip Code: New Orleans, LA 70118

Relationship: Attorneys    Telephone Number: 504-861-5560

The Purpose of this Authorization is indicated in the box(es) below. *(Place an "X" in the box(es) that apply.)*

[ ] Further Medical Care    [ ] Personal    [✓] Legal Investigation or Action    [ ] Changing Physicians
[ ] Research related treatment    [ ] Creating health information for disclosure to a third party

**I authorize the release of the following protected health information.**
*(Place an "X" in the box(es) that apply to the information you want released or you want to obtain.)*

[✓] Entire Record    [ ] Medical History, Examination, Reports    [ ] Surgical Reports    [ ] Treatment or Tests
[ ] Prescriptions    [ ] Immunizations    [ ] Hospital Records including Reports    [ ] Laboratory Reports
[ ] X-ray Reports    [ ] MR/DD Records    [ ] Other:

**In compliance with state and/or federal laws which require special permission to release otherwise privileged information, please release the following records.**

[✓] Alcoholism    [✓] Drug Abuse    [✓] Mental Health    [✓] Vocational Rehabilitation    [✓] HIV (AIDS)
[✓] Sexually Transmitted Diseases    [✓] Genetics    [✓] Psychotherapy Notes
[✓] Other: Educational records and records related to delinquency proceedings, adjudications, and dispositions

This authorization shall expire on 9/02/2023 _____ (date or event) and is needed for the period beginning 9/02/2022 and ending 9/02/2023.

I understand that if I do not specify an expiration date, this authorization will expire six (6) months from the date on which it was signed. I acknowledge that I have read both pages 1 and 2 of this form.

Signature: ▮    Date: 9/2/22

**For Agency Use When Requesting Records**
*I am authorized to receive this disclosure. Documentation on the above Personal Representative has been obtained.*

Signature and Title of Agency Representative    Date

October 14, 2022

To Whom It May Concern,

I, Kenione Rogers, have retained the attorneys at the Claiborne Firm in association with the Loyola Stuart H. Smith Law Clinic ("Loyola Law Clinic"), the Murell Law Firm, the Ronald Haley Law Firm, the Shanies Law Office, the American Civil Liberties Union ("ACLU"), and the Promise of Justice Initiative ("PJI") on my own behalf and on behalf of my minor son, ███████, to represent us for purposes of challenging the plan proposed by the Office of Juvenile Justice ("OJJ") that would allow ███ and other youth in OJJ custody to be placed at a facility on the grounds of the Louisiana State Penitentiary at Angola.

I authorize and consent to any requests for legal visits with my son, ███████, made by attorneys or their representatives from the above-referenced firms and legal organizations. This authorization extends to any requests made by David Utter, Hector Linares, Sara Godchaux, Christopher Murell, Ronald Haley, David Shanies, Nancy Rosenbloom, Tammie Greg, Aditi Shah, Nishi Kumar, Samantha Bosalavage, or their staff or authorized legal representatives. I also authorize the above-referenced attorneys and legal organizations to request and receive any educational, medical, and other records pertaining to my son, ███████, and maintained by OJJ or the State of Louisiana. I also authorize the above-referenced attorneys and legal organizations to file an emergency grievance/Administrative Remedy Procedure form on my son's behalf and to sign the Third-Party Acknowledgment Form on my son's behalf. I understand that the attorneys at the above-referenced organizations do not represent me or my son, ███████, in any proceedings in criminal or juvenile court.

Signature: _K. Rogers_   Signature: _[signature]_

Date: 10/14/2022   Date: 10/14/22

# Authorization to Release or Obtain Health Information
(including paper, oral and electronic information)

**Name:** ▓▓▓▓▓ via mother Kenione Rogers

**Mailing Address:** ▓▓▓▓▓ 30 ▓▓▓▓▓ New Orleans ▓▓▓▓▓

**Request Date:** ▓▓▓▓▓

**Date of Birth:** ▓▓▓▓▓

**I authorize:**

**Name:** The Louisiana Office of Juvenile Justice and the State of Louisiana

**Mailing Address:** 7919 Independence Blvd.

**City, State, Zip Code:** Baton Rouge, LA 70806

**Relationship:** Custodian of Records      **Telephone Number:** 225-287-7900

[X] **TO RELEASE Information TO**    OR    [ ] **TO OBTAIN Information FROM**
*(Place an "X" in the box that indicates if the information is being released OR requested.)*

**Name:** Hector Linares, Sara Godchaux, the Loyola Law Clinic, and associated counsel

**Mailing Address:** 7214 St. Charles Ave, Box 902

**City, State, Zip Code:** New Orleans, LA 70118

**Relationship:** Attorneys      **Telephone Number:** 504-861-5560

The **Purpose of this Authorization** is indicated in the box(es) below. *(Place an "X" in the box(es) that apply.)*

[ ] Further Medical Care   [ ] Personal   [X] Legal Investigation or Action   [ ] Changing Physicians
[ ] Research related treatment   [ ] Creating health information for disclosure to a third party.

**I authorize the release of the following protected health information.**
*(Place an "X" in the box(es) that apply to the information you want released or you want to obtain.)*

[X] Entire Record   [ ] Medical History, Examination, Reports   [ ] Surgical Reports   [ ] Treatment or Tests
[ ] Prescriptions   [ ] Immunizations   [ ] Hospital Records including Reports   [ ] Laboratory Reports
[ ] X-ray Reports   [ ] MR/DD Records   [ ] Other: _____

In compliance with state and/or federal laws which require special permission to release otherwise privileged information, please release the following records.

[X] Alcoholism   [X] Drug Abuse   [X] Mental Health   [X] Vocational Rehabilitation   [X] HIV (AIDS)
[X] Sexually Transmitted Diseases   [X] Genetics   [X] Psychotherapy Notes
[X] Other Educational records and records related to delinquency proceedings, adjudications, and dispositions.

**This authorization shall expire on** 10/13/2023 _____ (date or event) and **is needed for the period beginning** 10/13/2022 **and ending** 10/13/2023.

I understand that if I do not specify an expiration date, this authorization will expire six (6) months from the date on which it was signed. I acknowledge that I have read both pages 1 and 2 of this form.

**Signature:** /s/   **Date:** 10/14/2022

## For Agency Use When Requesting Records
*I am authorized to receive this disclosure. Documentation on the above Personal Representative has been obtained.*

_____    _____
Signature and Title of Agency Representative    Date

HIPAA 404P pg 1
Issued 4/14/03

## Authorization to Disclose Protected Information

Name of Client/Student/Patient: 

Date of Birth:

Social Security Number:

**Permission is hereby given for the release of any and all information pertaining to the client/student/patient named herein which is considered confidential, including but not limited to the following: educational, juvenile, medical and dental, psychiatric/psychological, foster care, employment, military, social/personal and child protection records and information.**

The following person(s) or organization(s) are permitted to disclose and provide the information:

---

I authorize this release in accordance with the Family Educational Rights and the Privacy Act of 1974 ("FERPA", or the "Buckley Amendment"), and the Health Insurance Portability and Accountability Act, 45 CFR Parts 160 and 164 ("HIPAA").

**I hereby authorize all attorneys, youth advocates, investigators social workers and assigns of the organizations below to receive and use the information:**

Hector Linares, Sara Godchaux, the Loyola Law Clinic, and associated counsel
7214 St. Charles Ave, Box 902
New Orleans, LA 70118
504-861-5560

The above-named attorneys, staff, and organization are permitted to receive the information and are hereby appointed as my representative pursuant to La. R.S. 40:1299.96(A)(2)(b) for the limited purpose of obtaining and using any and all information the releasing person(s) or organization(s) may have concerning educational records including but not limited to: traditional educational records (attendance records, discipline referrals/behavior referrals, suspension documentation, expulsion documentation, expulsion hearing notes, LEAP/GEE test scores, quarterly and yearly grades, progress reports, medical exclusion forms, school application forms, school withdrawal forms, school social worker logs and notes, school psychologist logs and notes, referrals to school social worker, referral to school psychologist), special education records (individualized educational program/plan, manifestation determination review, functional behavioral analysis/assessment, educational evaluation, behavior management plan, social/emotional checklist, social/emotional recoupment data, transition plan, change of placement paperwork.) Additionally records from any treatment or services rendered to the undersigned for any reason, including but not limited to notes (handwritten and/or typed), charts, medical reports, face sheets, discharge summaries, history and physical, consults, laboratory results, reports of x-rays and copies of any and all actual films and/or x-rays, outpatient records, test results, operative reports, pathology reports, physician orders, progress notes, emergency records, therapy records, nurse's notes, opinions, diagnoses, prognoses, histories, statements and/or bills, correspondence, pharmaceutical records, including but not limited to date of prescription, prescribing physician, name of drug, dosage and amount dispensed, and/or any other medical information regarding any treatment, whether inpatient or outpatient. This specifically includes documents to and from other health care providers, attorneys, insurance companies, etc.

The information will be used or given out for the purposes of handling the attorney's or law firm's duties in the investigation and possible litigation of claims in which I am involved. This authorization is initiated at my request and the educational, health, and mental health information will be disclosed at my request.

I understand that information used or disclosed pursuant to this authorization may be re-disclosed or shared by the persons or organizations receiving the information and may no longer be protected by federal or state law.

**Authorization to Disclose Protected Information, page 2**

I understand that I may refuse to sign this authorization. I further understand that my refusal to sign will not affect my ability to receive health care services, reimbursement for services, enrollment in a health plan or my eligibility for health benefits. I understand that (1) I have the right not to consent to the release of my educational records; (2) I have the right to review such records upon request; (3) I have the right to request changes or deletions to items which I believe to be inaccurate; and (4) in the event a change or deletion is rejected, I have the right to place a statement in the records explaining my view of the circumstances.

I understand that I may revoke, or withdraw, this authorization at any time by sending a written notice to the above-named person or organization authorized to release the information. This revocation will be effective for future uses and disclosures of the information described above. I understand that a revocation is not effective to the extent that any person or entity has already acted in reliance on my authorization or if my authorization was obtained as a condition of obtaining insurance coverage and the insurer has a legal right to contest a claim. The authorized requesting party shall provide to me or my attorney a copy of this authorization at the same time the authorization is provided to the health care provider(s) authorized above to release information.

The authorized requesting party shall mail to me or my attorney a copy of all records received pursuant to this request within seven days of receipt of the information. This consent and authorization to release records to the above named individual(s) or organization covers all past, present, and future periods, and shall remain in effect until _____ (4 years from date of signature if no date is specified).
*(Expiration date)*

In addition, the above-named attorneys, staff, and organization are hereby granted permission to visit the client/student/patient at school, in the hospital, or at any other public or private institution or facility.

The below signed parent/guardian affirms that (s)he is the custodial guardian of the below signed client/student/patient.

_K. Kays_ _____   _10/16/2022_ _____
Signature of Parent or Guardian              Date

_Kenione Rogers_ _____   _Mother Guardian_ _____
Printed Name of Parent or Guardian           Relationship to Client/Student/Patient

*A copy of this completed form must be given to the client/student/patient, or the person signing on the patient's behalf.*

The Claiborne Firm, P.C.
Attorneys at Law
410 E. Bay Street
Savannah, Georgia 31401

Telephone: 912.236.9559          www.claibornefirm.com          Facsimile:
                                 912.236.1884

William R. Claiborne                              writer's email:
david@claibornefirm.com
David J. Utter (GA, FL & LA)
Casey L. Redwine (GA & NY)

November 26, 2022

To Whom It May Concern,

I, Angela Williams, have retained the attorneys at the Claiborne Firm in association with the Loyola Stuart H. Smith Law Clinic ("Loyola Law Clinic"), the Murell Law Firm, the Ronald Haley Law Firm, the Shanies Law Office, and the American Civil Liberties Union ("ACLU") on my own behalf and on behalf of ▮▮▮▮▮▮▮▮, my grandson ▮▮▮▮▮▮▮▮), to represent us for purposes of challenging his placement by the Office of Juvenile Justice ("OJJ") at the West Feliciana Center for Youth, a facility on the grounds of the Louisiana State Penitentiary at Angola, and for any other matter related to his disposition to the OJJ.

I authorize and consent to any requests for legal visits with my grandson made by attorneys or their representatives from the above-referenced firms and legal organizations. This authorization extends to any requests made by David Utter, Hector Linares, Sara Godchaux, Christopher Murell, Ronald Haley, David Shanies, Nancy Rosenbloom, Tammie Greg, Marisol Dominguez-Ruiz or their staff. I also authorize the above-referenced attorneys and legal organizations to request and receive any educational, medical, and other records pertaining to my grandson and maintained by OJJ or the State of Louisiana. I also authorize the above-referenced attorneys and legal organizations to file an emergency grievance/Administrative Remedy Procedure form on my grandson's behalf and to sign the Third-Party Acknowledgment Form on my grandson's behalf. I understand that the attorneys at the above-referenced organizations do not represent me or my grandson in any proceedings in criminal or juvenile court.

_/s/ Angela Williams_
Angela Williams
Client

_/s/ David Utter_
David Utter
The Claiborne Firm

The Claiborne Firm, P.C.
Attorneys at Law
410 E. Bay Street
Savannah, Georgia 31401

Telephone: 912.236.9559         www.claibornefirm.com
Facsimile: 912.236.1884

William R. Claiborne
David J. Utter (GA, FL & LA)
Casey L. Redwine (GA & NY)

## PRO BONO ATTORNEY - CLIENT CONTRACT

### WITNESSETH

THE CLAIBORNE FIRM P.C. is hereby retained to represent, ▮▮▮▮▮ ("Client"), for the purpose of challenging his placement by the Office of Juvenile Justice ("OJJ") at the West Feliciana Center for Youth, a facility on the grounds of the Louisiana State Penitentiary at Angola, and for any other matter related to his disposition to the OJJ in his claim for injury or damages arising from time with OJJ against any and all individuals or entities responsible for any injuries and/or claims arising therefrom.

THE CLAIBORNE FIRM, P.C. is hereby authorized to take all necessary steps to represent Client in the matter described above. It is understood that THE CLAIBORNE FIRM, P.C. may rescind this contract and decline employment if it should appear at any time that a conflict of interest should develop, or that, in the opinion of THE CLAIBORNE FIRM, P.C., it is not feasible to pursue the claim.

It is agreed that CLIENT owes nothing to THE CLAIBORNE FIRM, P.C. for its services or expenses, that this representation is *pro bono* except that THE CLAIBORNE FIRM, P.C. may seek attorney's fees under 42 U.S.C. § 1988 should CLIENT prevail in the civil rights claims brought in his case. THE CLAIBORNE FIRM, P.C. agrees to pursue CLIENT'S claims for any statutory or other attorney's fees which it determines CLIENT may be entitled to collect from the opposing party(ies). THE CLAIBORNE FIRM, P.C. will request an award of fees based upon our then current hourly rates of $450 an hour. You have assigned to us the right to petition for attorney's fees and to recover all attorney fees if available.

No settlement of the claim can be made without the consent of the Client.

In the event reasonable professional efforts have been made by THE CLAIBORNE FIRM, P.C. in the pursuit of the claim and Client is unwilling to settle for relief THE CLAIBORNE FIRM, P.C. in its professional judgment determines is reasonable in light of the issues in the case, THE CLAIBORNE FIRM, P.C. reserves the right to withdraw as counsel.

_Angela Williams_
Client's Guardian:

_[signature]_
THE CLAIBORNE FIRM, P.C.

Date: 11/26/2022

**LOYOLA UNIVERSITY NEW ORLEANS**

COLLEGE OF LAW
STUART H. SMITH LAW CLINIC

November 29, 2022

To Whom It May Concern,

I, Jernita Williams, have retained the attorneys at the Loyola Stuart H. Smith Law Clinic ("Loyola Law Clinic") in association with the Claiborne Firm, the Murell Law Firm, the Ronald Haley Law Firm, the Shanies Law Office, and the American Civil Liberties Union ("ACLU") on my own behalf and on behalf of my minor son, ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ to represent us for purposes of challenging his placement by the Office of Juvenile Justice ("OJJ") at the West Feliciana Center for Youth, a facility on the grounds of the Louisiana State Penitentiary at Angola.

I authorize and consent to any requests for legal visits with my son, ▓▓▓▓▓▓▓▓▓▓, made by attorneys or their representatives from the above-referenced firms and legal organizations. This authorization extends to any requests made by David Utter, Hector Linares, Sara Godchaux, Christopher Murell, Ronald Haley, David Shanies, Nancy Rosenbloom, Tammie Gregg, Marisol Dominguez-Ruiz or their staff or agents. I also authorize the above-referenced attorneys and legal organizations to request and receive any educational, medical, and other records pertaining to my son, ▓▓▓▓▓▓, and maintained by OJJ or the State of Louisiana. I also authorize the above-referenced attorneys and legal organizations to file an emergency grievance/Administrative Remedy Procedure form on my son's behalf and to sign the Third-Party Acknowledgment Form on my son's behalf. I understand that the attorneys at the above-referenced organizations do not represent me or my son in any proceedings in criminal or juvenile court.

_Jernita Williams_
Jernita Williams
Client

_Hector Linares_
Hector Linares
Loyola Law Clinic

## Authorization to Release or Obtain Health Information
(including paper, oral and electronic information)

| Name: ▓▓▓▓▓▓▓▓▓▓ | Request Date: |
| --- | --- |
| Mailing Address: ▓▓▓▓▓▓ | Date of Birth: ▓▓▓▓ |
| City/State/Zip: ▓▓▓▓▓▓ | Medicaid ID # or Social Security #: |

**I authorize:**

Name: The Louisiana Office of Juvenile Justice and the State of Louisiana

Mailing Address: 7919 Independence Blvd.

City, State, Zip Code: Baton Rouge, LA 70806

Relationship: Custodian of Records    Telephone Number: 225-287-7900

[X] **TO RELEASE Information TO**  OR  [ ] **TO OBTAIN Information FROM**
*(Place an "X" in the box that indicates if the information is being released OR requested.)*

Name: Hector Linares, Sara Godchaux, the Loyola Law Clinic, and associated counsel

Mailing Address: 7214 St. Charles Ave, Box 902

City, State, Zip Code: New Orleans, LA 70118

Relationship: Attorneys    Telephone Number: 504-861-5560

The **Purpose of this Authorization** is indicated in the box(es) below. *(Place an "X" in the box(es) that apply.)*

[ ] Further Medical Care  [ ] Personal  [X] Legal Investigation or Action  [ ] Changing Physicians
[ ] Research related treatment  [ ] Creating health information for disclosure to a third party.

**I authorize the release of the following protected health information.**
*(Place an "X" in the box(es) that apply to the information you want released or you want to obtain.)*

[X] Entire Record  [ ] Medical History, Examination, Reports  [ ] Surgical Reports  [ ] Treatment or Tests
[ ] Prescriptions  [ ] Immunizations  [ ] Hospital Records including Reports  [ ] Laboratory Reports
[ ] X-ray Reports  [ ] MR/DD Records  [ ] Other: _____

**In compliance with state and/or federal laws which require special permission to release otherwise privileged information, please release the following records.**

[X] Alcoholism  [X] Drug Abuse  [X] Mental Health  [X] Vocational Rehabilitation  [X] HIV (AIDS)
[X] Sexually Transmitted Diseases  [X] Genetics  [X] Psychotherapy Notes
[X] Other Educational records and records related to delinquency proceedings, adjudications, and dispositions.

This authorization shall expire on 11/29/2023 _____ (date or event) and
is needed for the period beginning 11/29/2022 and ending 11/29/2023.

I understand that if I do not specify an expiration date, this authorization will expire six (6) months from the date on which it was signed. I acknowledge that I have read both pages 1 and 2 of this form.

Signature: *[signature]*    Date: 11/29/2022

### For Agency Use When Requesting Records
*I am authorized to receive this disclosure. Documentation on the above Personal Representative has been obtained.*

Signature and Title of Agency Representative    Date