UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| ALEX A., by and through his guardian, Molly Smith; BRIAN B.; and CHARLES C., by and through his guardian Kenione Rogers, individually and on behalf of all others similarly situated,<br><br>    Plaintiffs,<br><br>DANIEL D. and EDWARD E.,<br><br>    Proposed Plaintiffs-Intervenors,<br><br>v.<br><br>GOVERNOR JOHN BEL EDWARDS, in his official capacity as Governor of Louisiana; WILLIAM SOMMERS,[1] in his official capacity as Deputy Secretary of the Office of Juvenile Justice, JAMES M. LEBLANC, in his official capacity as Secretary of the Louisiana Department of Public Safety & Corrections,<br><br>    Defendants. | Civil Action No. 3:22-cv-573-SDD-RLB |

# EXHIBIT 2

---

[1] On November 18, 2022, Gov. Edwards announced the resignation of Dep. Sec. Sommers and the appointment of Otha "Curtis" Nelson as his replacement. https://gov.louisiana.gov/index.cfm/newsroom/detail/3892  Because Sommers was sued in his official capacity, Nelson is automatically substituted as a Defendant. Fed. R. Civ. P. 25(d). Plaintiffs leave Sommers named as a Defendant until the clerk is ordered to change the caption.



Hector Linares <halinare@loyno.edu>

## Re: client records
1 message

**Hector Linares** <halinare@loyno.edu>                                                Wed, Feb 8, 2023 at 7:53 AM
To: David Utter <david@claibornefirm.com>
Cc: Revettea Woods <Revettea.Woods@la.gov>, Angelic Keller <Angelic.Keller@la.gov>, Lem Montgomery <Lem.Montgomery@butlersnow.com>, Kyle Miller <Kyle.Miller@butlersnow.com>, Sara Godchaux <shgodcha@loyno.edu>

Good morning,

For your convenience, the reference numbers assigned to each request in the OJJ online records portal through which the requests were submitted are:

▇▇▇▇▇▇▇ : J000216-120822
▇▇▇▇▇▇▇ : J000180-091422
▇▇▇▇▇▇▇ : J000208-112922
▇▇▇▇▇▇▇ : J000170-082522
▇▇▇▇▇▇▇ : J000194-102322

Best,

Hector Linares
Edward J. Womac, Jr. Distinguished Clinic Professor
Director of Skills & Experiential Learning
Loyola University New Orleans College of Law
Mailing Address: 7214 St. Charles Avenue, Box 902
Physical Address: 540 Broadway Street
New Orleans, LA 70118
Direct: (504) 861-5560
halinare@loyno.edu


On Feb 8, 2023, at 7:05 AM, David Utter <david@claibornefirm.com> wrote:

Revettea and Angelic,

I write to follow up on our requests for our clients' records via OJJ's online portal. I seek the complete files on each youth, made current to today. I cc Hector and Sara, whose office made the requests.

For the following youth, I provide the date of our request, and the date of OJJ's response, and request that you provide an update, i.e., provide the youth's file with all current information:

▇▇▇▇▇▇▇ --requested on 8/25/22, OJJ responded on 9/02/22.
▇▇▇▇▇▇▇ --requested on 9/14/22, OJJ responded on 10/04/22.
▇▇▇▇▇▇▇ --requested on 12/08/22, OJJ responded on 1/06/23.

For the following youth, OJJ as simply failed to provide any documents:

▇▇▇▇▇▇▇ssin--requested on 10/23/22
▇▇▇▇▇▇▇ -requested on 11/29/22

Please let me know how we can secure our clients' OJJ file.

Thank you,

David

David J. Utter, Esq.
The Claiborne Firm, P.C.
410 E. Bay Street
Savannah, GA 31401
(912) 236-9559
david@claibornefirm.com

Disclaimers:
Notice: No duties are assumed, intended or created by this communication. If you have not executed a fee contract or an engagement letter, this firm does not represent you as your attorney. You are encouraged to retain counsel of your choice if you desire to do so.
Disclosure under IRS Circular 230: Unless expressly stated otherwise, nothing contained in this communication (including any attachments) may be relied upon or used (1) by any taxpayer for the purpose of avoiding penalties that may be imposed under the Internal Revenue Code and/or (2) by any person to support the promotion or marketing of or to recommend any Federal tax transaction(s) or matter(s) addressed in this communication. Any taxpayer should seek independent tax advice with respect to any Federal tax transaction or matter addressed herein.
Confidentiality Notice: This email has been sent from a law firm. It may contain privileged and confidential information intended for the use of the person(s) named above. If you are not an intended recipient, you are hereby notified that any dissemination or duplication of the email is prohibited, and that there shall be no waiver of any privilege or confidence by your receipt of this transmission. If you have received this email in error, please notify us by collect telephone call and immediately delete this email.