UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| ALEX A., by and through his guardian, Molly Smith; BRIAN B.; and CHARLES C., by and through his guardian Kenione Rogers, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>DANIEL D. by and through his guardian, Angela Williams, EDWARD E., by and through his guardian Jernita Williams, and FRANK F., by and through his guardian, Taquita Morgan,<br><br>Proposed Plaintiffs,<br><br>v.<br><br>GOVERNOR JOHN BEL EDWARDS, in his official capacity as Governor of Louisiana; WILLIAM SOMMERS,[1] in his official capacity as Deputy Secretary of the Office of Juvenile Justice, JAMES M. LEBLANC, in his official capacity as Secretary of the Louisiana Department of Public Safety & Corrections,<br><br>Defendants. | Civil Action No. 3:22-cv-573-SDD-RLB<br><br>**MOTION FOR LEAVE TO AMEND COMPLAINT** |

# EXHIBIT 2

# FRANK F. DECLARATION
# REDACTED

---

[1] On November 18, 2022, Gov. Edwards announced the resignation of Dep. Sec. Sommers and the appointment of Otha "Curtis" Nelson as his replacement. https://gov.louisiana.gov/index.cfm/newsroom/detail/3892  Because Sommers was sued in his official capacity, Nelson is automatically substituted as a Defendant. Fed. R. Civ. P. 25(d). Plaintiff leaves Sommers as a Defendant until the clerk is ordered to change the caption, and also replace him as a party with Nelson in the proposed Second Amended Class Action Complaint, filed simultaneously with this motion.

Alex A., by and through his guardian, Molly Smith ne, et al.
Plaintiffs

v.

Governor John Bel Edwards, in his official capacity as Governor of Louisiana, et al.
Defendants

22-cv-573

I, Redacted, hereby declare the following to be true under penalty of perjury:

(1) I am 16 years-old and am making this declaration of my own free will. Everything in this declaration is true to the best of my personal knowledge.

(2) I normally reside in East Baton Rouge Parish with my mom and grandma and grandpa. My mom's name is Taquita Morgan. My grandma's name is Clara Dorsey.

(3) I am currently in OJJ custody. My full term date is June 04, 2024.

(4) I was taken into OJJ custody on or around September 20, 2020.

(5) I am presently housed at OJJ's West Feliciana campus at Angola. I got moved here on or around March 8, 2023.

(6) I am currently in C-Pod. I have been

1 of 3

in C-Pod for about a week. Before C-Pod, I was in B-Pod.

(7) Before being moved to Angola, I was first put in a grey home. Then I was moved Swanson around March 2021. I was there for three months until I was put in another grey home. I went back to Swanson on or around October 2021.

(8) I came to Angola after furlough from Swanson.

(9) At the other facilities I have been, I have not had to be alone in a cell every day. I am alone in my cell every day from around 4pm to 8am. Most of the time I sleep.

(10) The past two days, I have been alone in my cell all day. I was not allowed to come out except to shower, and I did not get to talk to anyone.

(11) The food here is terrible. It is much worse than other facilities in OJJ where I've been.

(12) I have an Individualized Education Program (IEP), and one of the accommodations I'm supposed to get is having materials read aloud to me. That doesn't happen here.

2 of 3

(13) At Swanson, I got group therapy for an hour every day. The group therapy was helpful to me. I do not get group therapy here at Angola.

(14) We don't always have hot water in the bathroom to take a shower.

(15) When I was at Swanson, I got to use the phone to call home. That was my favorite thing to do. I do not get to use the phone to call home when I want. I just get a video visit twice a week

(16) This is the worst OJJ facility I have been in. It's even worse than St. Martinville, where I had to quarantined before entering Swanson again in October 2021.

(17) I have never been allowed to go outside for recreation on the weekends.

3/21/23
Date

Redacted

Ashley Darton, witness

3 of 3