UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| ALEX A., by and through his guardian, Molly Smith; BRIAN B.; and CHARLES C., by and through his guardian Kenione Rogers, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>DANIEL D. by and through his guardian, Angela Williams, EDWARD E., by and through his guardian Jernita Williams, and FRANK F., by and through his guardian, Taquita Morgan,<br><br>Proposed Plaintiffs,<br><br>v.<br><br>GOVERNOR JOHN BEL EDWARDS, in his official capacity as Governor of Louisiana; WILLIAM SOMMERS,[1] in his official capacity as Deputy Secretary of the Office of Juvenile Justice, JAMES M. LEBLANC, in his official capacity as Secretary of the Louisiana Department of Public Safety & Corrections,<br><br>Defendants. | Civil Action No. 3:22-cv-573-SDD-RLB<br><br>**ORDER ON PLAINTIFFS' MOTION FOR LEAVE TO FILE REPLY BRIEF TO DEFENDANTS' RESPONSE IN OPPOSITION TO MOTION FOR LEAVE TO AMEND COMPLAINT** |

Having duly considered the foregoing *Plaintiffs' Motion for Leave to file Reply Brief to Defendants' Response in Opposition to Motion for Leave to Amend Complaint*;

IT IS HEREBY ORDERED that this Motion is GRANTED. The Clerk of Court is hereby Ordered to file Plaintiffs' Reply Brief To Defendants' Response In Opposition To Motion For Leave To Amend

---

[1] On November 18, 2022, Gov. Edwards announced the resignation of Dep. Sec. Sommers and the appointment of Otha "Curtis" Nelson as his replacement.  https://gov.louisiana.gov/index.cfm/newsroom/detail/3892  Because Sommers was sued in his official capacity, Nelson is automatically substituted as a Defendant. Fed. R. Civ. P. 25(d). Plaintiff leaves Sommers as a Defendant until the clerk is ordered to change the caption, and also replace him as a party with Nelson in the proposed Second Amended Class Action Complaint, filed simultaneously with this motion.

Complaint.

      BATON ROUGE, LOUISIANA, this ___day of _____, 2023.

                                                                 _____
                                                                  JUDGE, UNITED STATES DISTRICT COURT
                                                                  MIDDLE DISTRICT OF LOUISIANA