# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

ALEX A., by and through his guardian,
MOLLY SMITH, individually and on behalf
of all others similarly situated

CIVIL ACTION

VERSUS

22-573-SDD-RLB

GOVERNOR JON BEL EDWARDS,
in his official capacity as Governor of Louisiana;
WILLIAM SOMMERS, in his official
capacity as Deputy Secretary of the
Office of Juvenile Justice,
JAMES M. LEBLANC, in his official capacity
as Secretary of the Louisiana Department
of Public Safety & Corrections

## RULING

The Court has carefully considered the record, the law applicable to this action, and the *Report and Recommendation*[1] of United States Magistrate Richard L. Bourgeois, Jr. dated March 28, 2023, the Plaintiffs' Objection,[2] the Defendants' Response,[3] and the Plaintiffs' Reply.[4] The Court has undertaken a de novo review and adopts the Magistrate Judge's Report and Recommendation.

Plaintiffs seek access to four non-party juveniles who are in the custody of the OJJ. The Court notes that Plaintiffs' counsel's letter to OJJ to schedule meetings with the four non-party youth detainees[5] is not a letter of representation. The subject youth are not clients of Plaintiffs' counsel merely by virtue of their being putative class members. Hence,

---

[1] Rec. Doc. 143.
[2] Rec. Doc. 147.
[3] Rec. Doc. 149.
[4] Rec. Doc. 158.
[5] Rec. Doc. 113-4.

the Court is not presented with a situation where an attorney has been denied access to or an opportunity to meet with his/her client.

The argument that the named Plaintiffs, Alex A., et al., are injured by OJJ's refusal to grant access to other "similarly situated" youth is subterfuge for saying that the Plaintiffs are injured by the inability of Plaintiffs' counsel to conduct discovery. Because the non-parties are in OJJ custody, the Plaintiffs must seek access to them. However, discovery is stayed,[6] and as juveniles in State detention, Plaintiffs are impeded from simply interviewing these non-parties. This does not present a claim of unconstitutional denial of access to counsel. For the reasons articulated by Magistrate Judge Bourgeois, the Plaintiffs lack standing to urge the subject *Motion for Access to Counsel*.[7]

The Court hereby approves the *Report and Recommendation* of the Magistrate Judge and adopts it as the Court's opinion herein.

**ACCORDINGLY,**

**IT IS ORDERED** that Plaintiffs' *Motion for Access to Counsel*[8] is DENIED.

Signed in Baton Rouge, Louisiana, on this ___5th___ day of July, 2023.

CHIEF JUDGE SHELLY D. DICK
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

---

[6] Rec. Doc. 118.
[7] Rec. Doc. 113.
[8] Rec. Doc. 113.