## UNITED STATES DISTRICT COURT FOR
## THE MIDDLE DISTRICT OF OUISIANA

| | |
|---|---|
| ALEX A., by and through his guardian, Molly Smith; BRIAN B.[1]; and CHARLES C., by and through his guardian, Kenione Rogers, individually and on behalf of all others similarly situated,<br><br>        Plaintiffs,<br><br>v.<br><br>GOVERNOR JOHN BEL EDWARDS, in his official capacity as Governor of Louisiana; WILLIAM SOMMERS[2], in his official capacity as Deputy Secretary of the Office of Juvenile Justice, JAMES M. LEBLANC, in his official capacity as Secretary of the Louisiana Department of Public Safety & Corrections,<br><br>        Defendants. | Civil Action No. 3:22-CV-00573-SDD-RLB<br><br><br>**PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION** |

Upon the Declarations and exhibits filed with this motion and Plaintiffs' Memorandum of Law in support of the motion, Plaintiffs Alex A. and Charles C., on behalf of themselves and all members of the putative Plaintiff class and pursuant to Federal Rule of Civil Procedure 65 and Local Civil Rule 65, respectfully move this Court for a preliminary injunction, ORDERING Defendants to:

---

[1] On July 14, 2023, pursuant to Rule 25(a)(2) of the Federal Rules of Civil Procedure, Plaintiffs notified the Court of the death of Brian B.  Doc. 162.  Plaintiffs leave Brian B. as a Plaintiff until the clerk is ordered to change the caption.

[2] On November 18, 2022, Gov. Edwards announced the resignation of Dep. Sec. Sommers and the appointment of Otha "Curtis" Nelson as his replacement. https://gov.louisiana.gov/index.cfm/newsroom/detail/3892  Because Sommers was sued in his official capacity, Nelson is automatically substituted as a Defendant. Fed. R. Civ. P. 25(d).  Plaintiff leaves Sommers as a Defendant until the clerk is ordered to change the caption.

(1) Immediately transfer Plaintiff Charles C. and all putative class members currently housed at the OJJ Angola facility (also known as Bridge City – West Feliciana) out of that facility, to OJJ children's facilities that provide all legally-required services, education and supports for children adjudicated delinquent; and

(2) Immediately cease placing at or transferring any children in OJJ's custody to the OJJ Angola facility.

In the alternative, Plaintiffs Alex A. and Charles C., on behalf of themselves and all members of the putative class, move the Court for a preliminary injunction, ORDERING Defendants to immediately take the following actions at the OJJ Angola facility:

(1) Cease confining children in individual cells for more than 8 hours per day (for sleeping), as Defendants promised during the September 2022 preliminary injunction hearing;

(2) Cease using confinement in individual cells for behavior infractions or as any other type of discipline, as Defendants promised during the September 2022 preliminary injunction hearing;

(3) Cease confining children in individual cells when they first arrive at the facility for more than 8 hours per day (for sleeping);

(4) Implement an excessive-heat remediation plan in the areas of the building where children sleep, eat, and have recreation, in classrooms, and in all other areas where children spend time;

(5) Provide potable drinking water to all children in the facility, while in cells and elsewhere;

(6) Provide counseling and other mental health treatment services as Defendants promised during the September 2022 preliminary injunction hearing;

(7) Provide all educational and special education services and supports that Defendants promised to provide during the September 2022 preliminary injunction hearing;

(8) Allow and facilitate in-person, telephone and video visits for children with family members, as Defendants promised during the September 22 preliminary injunction hearing, at least two times per week; and

(9) Provide indoor and outdoor recreation and exercise opportunities as Defendants promised during the September 2022 preliminary injunction hearing.

A proposed Order is attached hereto.

Respectfully submitted, this 17th day of July, 2023.

/s/: *David J. Utter*
DAVID J. UTTER *
Louisiana Bar Number: 23236
WILLIAM R. CLAIBORNE**
Georgia Bar Number: 126363
THE CLAIBORNE FIRM, P.C.
410 East Bay Street
Savannah, Georgia 31401
(912) 236-9559 Telephone
(912) 236-1884 Facsimile
david@claibornefirm.com
will@claibornefirm.com

/s/: *Christopher J. Murell*
CHRISTOPHER J. MURELL
Louisiana Bar Number: 32075
MURELL LAW FIRM
2831 St. Claude Avenue
New Orleans, Louisiana 70117
(504) 717-1297 Telephone
(504) 233-6691 Facsimile
chris@murell.law

/s/: *Hector Linares*
HECTOR LINARES
Louisiana Bar Number: 28857
SARA GODCHAUX
Louisiana Bar Number: 34561
STUART H. SMITH LAW CLINIC
LOYOLA UNIVERSITY NEW ORLEANS
COLLEGE OF LAW
7214 St. Charles Avenue, Box 902
New Orleans, Louisiana 70118
(504) 861-5560 Telephone
(504) 861-5440 Facsimile
halinare@loyno.edu
shgodcha@loyno.edu

/s/ *Nancy Rosenbloom*
NANCY ROSENBLOOM**
New York Bar Number: 2168425
ACLU NATIONAL PRISON PROJECT
125 Broad Street
New York, NY 10004
Telephone: (212) 549-2500
Facsimile: (212) 549-2652
nrosenbloom@aclu.org

/s/ *Tammie Gregg*
TAMMIE GREGG***
MN Bar Number: 026240
ACLU NATIONAL PRISON PROJECT

/s/: *David Shanies*
DAVID SHANIES**
New York Bar Number: 4471140
SHANIES LAW OFFICE
110 West 40th Street, 10th Fl.
New York, New York 10018
Tel. (212) 951-1710
Fax (212) 951-1350
Cell (646) 515-2151
david@shanieslaw.com

915 15th St. N.W., 7th Floor
Washington D.C. 20005
Telephone: (202) 393-4930
Facsimile: (202) 393-4931
tgregg@aclu.org

/s/ *Susan M. Meyers*
SUSAN M. MEYERS
Louisiana Bar Number: 29346
LAUREN WINKLER
Louisiana Bar Number: 39062
ASHLEY DALTON
Louisiana Bar Number: 40330
SOUTHERN POVERTY LAW CENTER
201 St. Charles Avenue, Suite 2000
New Orleans, LA 70170
Telephone: 504-512-8649
susan.meyers@splcenter.org
lauren.winkler@splcenter.org
ashley.dalton@splcenter.org

\* *Lead Counsel*
\*\*Appearing *Pro Hac Vice*
\*\*\*Appearing *Pro Hac Vice* and not admitted
in DC; practice limited to federal courts

**ATTORNEYS FOR PLAINTIFFS**

## CERTIFICATE OF SERVICE

I hereby certify that on the 17th day of July, 2023, a copy of the foregoing was served

upon all counsel of record by electronic transmission.

/s/ *David J. Utter*
DAVID J. UTTER