# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| ALEX A., by and through his guardian, Molly Smith; BRIAN B.[1]; and CHARLES C., by and through his guardian, Kenione Rogers, individually and on behalf of all others similarly situated,<br><br>         Plaintiffs,<br><br>v.<br><br>GOVERNOR JOHN BEL EDWARDS, in his official capacity as Governor of Louisiana; WILLIAM SOMMERS[2], in his official capacity as Deputy Secretary of the Office of Juvenile Justice, JAMES M. LEBLANC, in his official capacity as Secretary of the Louisiana Department of Public Safety & Corrections,<br><br>         Defendants. | Civil Action No. 3:22-CV-00573-SDD-RLB<br><br>**ORDER ON PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION** |

Plaintiffs' moved on July 17, 2023 for preliminary injunctive relief pursuant to Federal Rule of Civil Procedure 65 and Local Civil Rule 65. The Court, having reviewed all legal submissions and evidence, hereby GRANTS the motion and ORDERS Defendants to:

(1) Immediately transfer Plaintiff Charles C. and all putative class members currently housed at the OJJ Angola facility (also known as Bridge City – West Feliciana) out of

---

[1] On July 14, 2023, pursuant to Rule 25(a)(2) of the Federal Rules of Civil Procedure, Plaintiffs notified the Court of the death of Brian B. Doc. 162. Plaintiffs leave Brian B. as a Plaintiff until the clerk is ordered to change the caption.

[2] On November 18, 2022, Gov. Edwards announced the resignation of Dep. Sec. Sommers and the appointment of Otha "Curtis" Nelson as his replacement. https://gov.louisiana.gov/index.cfm/newsroom/detail/3892 Because Sommers was sued in his official capacity, Nelson is automatically substituted as a Defendant. Fed. R. Civ. P. 25(d). Plaintiff leaves Sommers as a Defendant until the clerk is ordered to change the caption.

that facility, to OJJ children's facilities that provide all legally-required services, education and supports for children adjudicated delinquent; and

(2) Immediately cease placing at or transferring any children in OJJ's custody to the OJJ Angola facility.

[alternatively:]

(1) Immediately cease confining children in individual cells at the OJJ Angola facility for more than 8 hours per day (for sleeping);

(2) Immediately cease using confinement in individual cells for behavior infractions or as any other type of discipline at the OJJ Angola facility;

(3) Immediately cease confining children in individual cells when they first arrive at the facility for more than 8 hours per day (for sleeping) at the OJJ Angola facility;

(4) Immediately implement an excessive-heat remediation plan in the areas of the building where children sleep, eat, and have recreation, in classrooms, and in all other areas where children spend time;

(5) Immediately provide potable drinking water to all children in the facility, while in cells and elsewhere;

(6) Immediately provide counseling and other mental health treatment services as Defendants promised during the September 2022 preliminary injunction hearing;

(7) Immediately provide all educational and special education services and supports that Defendants promised to provide during the September 2022 preliminary injunction hearing;

(8) Immediately allow and facilitate in-person, telephone and video visits for children with family members, at least two times per week; and

(9) Provide indoor and outdoor recreation and exercise opportunities as Defendants promised during the September 2022 preliminary injunction hearing.

SO ORDERED, this ___day of _____, 2023.

                                                      JUDGE, UNITED STATES DISTRICT COURT
                                                      MIDDLE DISTRICT OF LOUISIANA