UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF OUISIANA

| | |
|---|---|
| ALEX A., by and through his guardian, Molly Smith; BRIAN B.[1]; and CHARLES C., by and through his guardian, Kenione Rogers, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>GOVERNOR JOHN BEL EDWARDS, in his official capacity as Governor of Louisiana; WILLIAM SOMMERS[2], in his official capacity as Deputy Secretary of the Office of Juvenile Justice, JAMES M. LEBLANC, in his official capacity as Secretary of the Louisiana Department of Public Safety & Corrections,<br><br>Defendants. | Civil Action No. 3:22-CV-00573-SDD-RLB |

# EXHIBIT 7

---

[1] On July 14, 2023, pursuant to Rule 25(a)(2) of the Federal Rules of Civil Procedure, Plaintiffs notified the Court of the death of Brian B. Doc. 162. Plaintiffs leave Brian B. as a Plaintiff until the clerk is ordered to change the caption.

[2] On November 18, 2022, Gov. Edwards announced the resignation of Dep. Sec. Sommers and the appointment of Otha "Curtis" Nelson as his replacement. https://gov.louisiana.gov/index.cfm/newsroom/detail/3892  Because Sommers was sued in his official capacity, Nelson is automatically substituted as a Defendant. Fed. R. Civ. P. 25(d). Plaintiff leaves Sommers as a Defendant until the clerk is ordered to change the caption.

# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| ALEX A., by and through his guardian, Molly Smith, *et al.*, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>JOHN BEL EDWARDS, in his official capacity as Governor of Louisiana, *et al.*,<br><br>Defendants. | Civ. Act. No. 3:22-CV-00573-SDD-RLB<br><br>**DECLARATION OF JACK WARSHAL IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION** |

I, Jack Warshal, hereby declare:

1. I am an intern at the American Civil Liberties Union's National Prison Project (NPP), supervised by Plaintiffs' counsel in this matter. The matters set forth herein are true and correct of my own personal knowledge, and, if called as a witness, I could and would testify competently thereto.

2. Attached as **Exhibit 1** is a table that I prepared that summarizes the daily temperature, humidity, and heat index for Angola, LA between May 1, 2023 and July 16, 2023. I first prepared the table in the following manner on July 7, 2023.

   a. I used the weather service "Visual Crossing" to obtain the maximum temperature and humidity data for each day from May 1, 2023 to July 16, 2023 (https://www.visualcrossing.com/). I first reviewed the data collection methods used by Visual Crossing to ensure its accuracy. These methods can be found here: https://www.visualcrossing.com/resources/documentation/weather-data/how-historical-weather-data-records-are-created-from-local-weather-station-observations/.

   b. I used the "query builder" function to select the original date range as May 1, 2023 to July 6, 2023. I input the location as West Feliciana, the parish in which Angola is located. In order to download the data, I created an account on the website and returned to the download page. I then downloaded all available weather data during this period as a CSV file. The CSV file included data for the maximum temperature and humidity of each day in this range.

   c. I then created a Microsoft Excel spreadsheet with columns for the date, maximum temperature, humidity, and heat index for each day. I then entered the maximum temperature and humidity from the CSV file into this spreadsheet.

1

      d. To determine the heat index for each day, I used the heat index calculator from the National Weather Service's Weather Prediction Service, at https://www.wpc.ncep.noaa.gov/html/heatindex.shtml. I entered the maximum temperature and humidity for each day into this calculator, and then entered the heat index into the Microsoft Excel spreadsheet. An attorney supervising me spot-checked my results.

3.     I repeated this process each workday between July 7 and July 14, 2023 to update the Microsoft Excel spreadsheet with the most recently available data.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on July 17, 2023, in Atlanta, Georgia.

_Jack Warshal_

# EXHIBIT 1

| Date | Max Temp (° F) | Humidity (%) | Heat Index (° F) |
|---|---|---|---|
| 5/1/2023 | 78.2 | 61.1 | 79 |
| 5/2/2023 | 79.5 | 60.5 | 81 |
| 5/3/2023 | 82.1 | 58.5 | 84 |
| 5/4/2023 | 86.7 | 57.7 | 92 |
| 5/5/2023 | 84.9 | 81.5 | 97 |
| 5/6/2023 | 74.5 | 93.4 | 76 |
| 5/7/2023 | 84.6 | 83.5 | 97 |
| 5/8/2023 | 82.7 | 87 | 93 |
| 5/9/2023 | 80.7 | 90.4 | 88 |
| 5/10/2023 | 81.1 | 86.5 | 88 |
| 5/11/2023 | 87.2 | 81.3 | 104 |
| 5/12/2023 | 89 | 81.3 | 111 |
| 5/13/2023 | 88.7 | 74.7 | 105 |
| 5/14/2023 | 89.3 | 79.6 | 110 |
| 5/15/2023 | 88.8 | 83.6 | 112 |
| 5/16/2023 | 86.5 | 77.9 | 100 |
| 5/17/2023 | 83.2 | 78 | 91 |
| 5/18/2023 | 86.7 | 72.3 | 98 |
| 5/19/2023 | 91.5 | 69.1 | 110 |
| 5/20/2023 | 91.7 | 74 | 115 |
| 5/21/2023 | 81.3 | 73.1 | 86 |
| 5/22/2023 | 86.5 | 67.6 | 95 |
| 5/23/2023 | 89.2 | 64.5 | 100 |
| 5/24/2023 | 84.8 | 73.3 | 93 |
| 5/25/2023 | 87.5 | 68.7 | 98 |
| 5/26/2023 | 87.7 | 60.3 | 95 |
| 5/27/2023 | 87.7 | 66.2 | 97 |
| 5/28/2023 | 88.7 | 65.7 | 100 |
| 5/29/2023 | 89.6 | 65 | 102 |
| 5/30/2023 | 90.6 | 65.9 | 105 |
| 5/31/2023 | 90.7 | 64.3 | 104 |
| 6/1/2023 | 91.2 | 67 | 107 |
| 6/2/2023 | 92.4 | 63.9 | 109 |
| 6/3/2023 | 93.3 | 64.1 | 111 |
| 6/4/2023 | 90.8 | 77.1 | 114 |
| 6/5/2023 | 84.8 | 80.7 | 97 |
| 6/6/2023 | 87.7 | 75.3 | 102 |
| 6/7/2023 | 90.5 | 72.8 | 109 |
| 6/8/2023 | 92.4 | 70.5 | 114 |
| 6/9/2023 | 92.2 | 68.5 | 112 |
| 6/10/2023 | 93.3 | 72.1 | 118 |
| 6/11/2023 | 91.7 | 71 | 112 |
| 6/12/2023 | 92.6 | 73.9 | 118 |
| 6/13/2023 | 94.6 | 72 | 123 |
| 6/14/2023 | 94.6 | 71.1 | 122 |

| Date | Max Temp (° F) | Humidity (%) | Heat Index (° F) |
|---|---|---|---|
| 6/15/2023 | 93.9 | 76.3 | 125 |
| 6/16/2023 | 96.8 | 69.2 | 129 |
| 6/17/2023 | 96.1 | 75 | 133 |
| 6/18/2023 | 96 | 74.5 | 132 |
| 6/19/2023 | 96.9 | 72.5 | 133 |
| 6/20/2023 | 96.1 | 77.6 | 136 |
| 6/21/2023 | 92.4 | 74.2 | 117 |
| 6/22/2023 | 91.6 | 69.9 | 111 |
| 6/23/2023 | 91.8 | 70.5 | 112 |
| 6/24/2023 | 91.7 | 76.2 | 116 |
| 6/25/2023 | 94.8 | 77 | 129 |
| 6/26/2023 | 90.2 | 81.6 | 115 |
| 6/27/2023 | 96.1 | 72.3 | 129 |
| 6/28/2023 | 97 | 70.4 | 131 |
| 6/29/2023 | 97.9 | 69.7 | 134 |
| 6/30/2023 | 98.7 | 65.6 | 132 |
| 7/1/2023 | 98.6 | 66.7 | 133 |
| 7/2/2023 | 96 | 65 | 121 |
| 7/3/2023 | 95.7 | 65.4 | 120 |
| 7/4/2023 | 93.5 | 70.2 | 117 |
| 7/5/2023 | 94.7 | 73.5 | 125 |
| 7/6/2023 | 93.3 | 75.6 | 122 |
| 7/7/2023 | 95.6 | 71.1 | 126 |
| 7/8/2023 | 92.5 | 70.8 | 115 |
| 7/9/2023 | 92 | 76.5 | 118 |
| 7/10/2023 | 92.9 | 74 | 119 |
| 7/11/2023 | 97.1 | 70.7 | 132 |
| 7/12/2023 | 96.2 | 68.6 | 126 |
| 7/13/2023 | 96 | 72.5 | 129 |