## UNITED STATES DISTRICT COURT FOR
## THE MIDDLE DISTRICT OF OUISIANA

| | |
|---|---|
| ALEX A., by and through his guardian, Molly Smith; BRIAN B.[1]; and CHARLES C., by and through his guardian, Kenione Rogers, individually and on behalf of all others similarly situated, | |
| Plaintiffs, | Civil Action No. 3:22-CV-00573-SDD-RLB |
| v. | |
| GOVERNOR JOHN BEL EDWARDS, in his official capacity as Governor of Louisiana; WILLIAM SOMMERS[2], in his official capacity as Deputy Secretary of the Office of Juvenile Justice, JAMES M. LEBLANC, in his official capacity as Secretary of the Louisiana Department of Public Safety & Corrections, | |
| Defendants. | |

# EXHIBIT 8

---

[1] On July 14, 2023, pursuant to Rule 25(a)(2) of the Federal Rules of Civil Procedure, Plaintiffs notified the Court of the death of Brian B. Doc. 162. Plaintiffs leave Brian B. as a Plaintiff until the clerk is ordered to change the caption.

[2] On November 18, 2022, Gov. Edwards announced the resignation of Dep. Sec. Sommers and the appointment of Otha "Curtis" Nelson as his replacement. https://gov.louisiana.gov/index.cfm/newsroom/detail/3892 Because Sommers was sued in his official capacity, Nelson is automatically substituted as a Defendant. Fed. R. Civ. P. 25(d). Plaintiff leaves Sommers as a Defendant until the clerk is ordered to change the caption.

# UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| ALEX A., by and through his guardian, Molly Smith, *et al.*, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>JOHN BEL EDWARDS, in his official capacity as Governor of Louisiana, *et al*.,<br><br>Defendants. | Civ. Act. No. 3:22-CV-00573-SDD-RLB<br><br><br>**DECLARATION OF DR. JOSEPH BROJOMOHUN-GAGNON, PH.D. IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION** |

I, Joseph Calvin Brojomohun-Gagnon, declare as follows:

## I.    INTRODUCTION

### A. Background, Qualifications, and Experience

1.      I am a Professor of Special Education, Faculty of Educational Sciences at the University of Helsinki. I am a former Associate Professor with Tenure in the Department of Special Education at the University of Florida. My full employment and background can be found in my CV which is attached to this report as Exhibit 1.

2.      I am appointed as Senior Education Expert – Rule of Law Centre, Faculty of Law at the University of Helsinki. I am also a Special Member of the Graduate Faculty, College of Education at the University of Maryland – College Park.

3.      I received a Ph.D. from the University of Maryland – College Park in 2002 with a major in Special Education with an emphasis on Behavior Disorders. I also have a Master's Degree in Special Education with an emphasis on Severe Affective Disorders from the University of Colorado. My full educational background can be found in my curriculum vitae, attached hereto as **Exhibit 1**.

4.      Much of my research, training, and service has focused on the provision of special education services in juvenile correction facilities. I have researched and written extensively on the implementation of education/special education and rehabilitative services for incarcerated youth. To date, I have 83 publications, including 37 focused on the United States juvenile justice system. Specifically, I have published peer-reviewed studies related to teacher qualifications. I have published articles on broad juvenile correctional school issues, including curriculum and assessment/accountability, and provision of a free and appropriate public education. My published research in juvenile corrections also includes studies on mathematics instruction, reading instruction, use of positive behavioral interventions and supports (PBIS), mental health screening/evaluations and interventions, and teacher/staff professional development. In addition, I was the lead author on the Council for Exceptional Children, Division for Emotional and Behavioral Health's position statement on the use of solitary confinement in juvenile corrections.

5.      My research has been cited in key policy documents. For example, my work was cited in the U.S. Departments of Justice and Education's *Guiding Principles for Providing High-Quality Education in Juvenile Justice Secure Care Settings*, by the Office of Juvenile Justice and Delinquency Prevention, and in a recent article by the U.S. Surgeon General. Moreover, I have

also shared my research throughout the United States, Finland, and in twelve countries, including Azerbaijan, China, Egypt, Venezuela, South Africa, Turkey, and Colombia.

6.  During my career, I have served as an expert, consultant, monitor, special master, and evaluator in juvenile and criminal justice matters in a number of states. In addition, I was a Court-Appointed Independent Education/Special Education Expert in federal class action *Adam X., Brian Y., Casey Z., the American Civil Liberties Union of New Jersey, and ARC of New Jersey v. New Jersey Department of Corrections and New Jersey Department of Education* (Case No. 2:17-cv-00188). I also served as an expert and testified in seven cases that addressed the provision of education and special education services to adjudicated youth placed in secure care including *Charles H. et al., v. District of Columbia Public Schools, et al.*, *Zyaire Flemmings v. District of Columbia Public Schools, et al.*; *Martinez Raynor v. District of Columbia Public Schools, et al.*; *Jaheim Foster v. District of Columbia Public Schools, et al.*; *Elijah Jarmon v. District of Columbia Public Schools, et al.*; and *Mosby v. District of Columbia Public Schools*.

7.  I have previously served as an Education/Special Education Expert Consultant in 11 cases including federal cases *J.C. v. School Board of St. Johns County, Handberry v. Thompson,* and *J.C. et al. v. Vance, et al.* In 8 of these cases, I was retained by the Civil Rights Division of the United States Department of Justice (DOJ). In the cases for DOJ, I was responsible for identifying issues with the provision of education/special education services and overseeing the implementation of recommendations required by settlement agreements. Following each settlement, I developed an implementation rubric and schedule that identified issues needed for compliance and then I monitored compliance with the settlement agreement via document review, site visits, classroom observations, and interviews with youth, teachers, staff, and administrators.

8.  Currently, I serve as (a) Education/Special Education Monitor pursuant to an agreement between Louisiana's Special School District and the Louisiana Center for Children's Rights, concerning appropriate allocations of compensatory education for youth at Louisiana Office of Juvenile Justice Secure Care Facilities; and (b) Education/Special Education Expert Consultant in *Charles H. and Israel F., on behalf of themselves and all others similarly situated v. District of Columbia Public Schools, et al.* (Civil Action No. 1:21-cv-00997). Recently, I began serving as an Education/Special Education Expert Consultant for two due process claims concerning youth in adult prison.

9.      Prior to starting my academic career, I taught in general and special education for 12 years. Three of those years were in psychiatric facilities for youth, many of whom were also involved in the juvenile justice system. I spent the nine other years of teaching at elementary and middle school.

10.     I have been retained by Plaintiffs' counsel in *Alex A., et al. v. Edwards, et al.*, to provide expert opinions about the quality of education and special education services, including instruction time and the use of the online teaching platform, Edgenuity, provided to the children incarcerated at Angola's former Death Row building, now referred to as the "OJJ Angola Unit" or "Bridge City – West Feliciana."

11.     I have been retained at my standard hourly rate of $200 an hour. The matters set forth are my independent opinions, true and correct of my personal and professional knowledge. If called as a witness, I could and would testify competently as follows.

12.     The opinions contained in this declaration are based on my own training, research, expertise, and familiarity with the extensive body of literature on education for incarcerated youth. In this declaration, I provide information on the impact of inadequate educational services to youth in juvenile correctional facilities.

### B. Materials Reviewed

13.     For purposes of this declaration, I have reviewed the following:

   a. The complaint and other case filings in this case;

   b. Declaration of named plaintiffs and putative class members in this case;

   c. Educational records of several named plaintiffs;

   d. Bridge City West Feliciana Transfer Record which provides demographics of youth transferred to Angola;[1] and

   e. Youth Services Policy B.2.8 – Transitional-Treatment-Unit.

14.     As discovery is stayed in this case and has not been certified, I have not been able to request or review the following information, which would be informative:

   a. Educational records for all the children incarcerated at Angola;

   b. Special education records, including IEPs or 504 plans, for all children at Angola

---

[1] *See*, Exhibit 1 (Demographics of youth transferred to Angola, OJJ's June 23, 2023 response to public records request) (showing a total of 49 youth transferred to Angola and 23 youth identified with Special Needs).

    c.   Attendance logs

    d.   Policies, plans, or procedures in relation to the hiring, screening, and training of teachers and substitutes who interact with youth at BCCY-WF facility at Angola

    e.   Policies, plans, or procedures in relation to education services provided to youth at BCCY-WF

    f.   Policies, plans, or procedures in relation to measures taken to address and/or accommodate the particular needs of youth with disabilities under Section 504 of the Rehabilitation Act and the Americans with Disability Act (ADA)

    g.   Policies, plans, or procedures for all education services when there are power outages at the facility, youth are placed in solitary confinement, youth are placed on suicide watch, or any other interruption to education services.

15.    Despite this inability to obtain this additional useful data and information, all of my opinions and conclusions are rendered to a degree of reasonable certainty under the standards of my profession. I reserve the right to supplement this declaration when and if the stay of discovery is lifted and Plaintiffs' counsel are able to obtain additional information from Defendants or I am able to visit the OJJ Angola Unit.

## II.   Summary of My Opinions

### A.   The Needs of Incarcerated Youth

16.    Incarcerated youth commonly have complicated and traumatic histories, as well as significant education, special education, and mental health needs.[2] Recognition of these needs is necessary to ensure that students are provided adequate general education supports, in addition to disability-related accommodations and special education services for students identified with a disability under the Individuals with Disabilities Education Act (IDEA), Title II of the Americans with Disabilities Act (ADA), and/or Section 504 of the Rehabilitation Act of 1973 (i.e., "Section 504").

17.    It is important to emphasize that despite these difficulties, incarcerated students maintain the capacity to learn, progress academically, and develop socially and emotionally, if

---

[2] See Gagnon, J. C., & Barber, B. R. (2010). Characteristics of and services provided to youth in secure care facilities. *Behavioral Disorders, 36*, 7-19. https://doi.org/10.1177/019874291003600102.

provided with evidenced-based academic and behavioral interventions, related services, and accommodations in a supportive environment. In fact, evidence exists in the research that incarcerated students can be successful. For example, a recent peer-reviewed randomized controlled trial of a reading intervention reported improvements in incarcerated student reading.[3] However, as described throughout this report, students at Angola are not provided even the most basic academic and behavioral supports.

### B.    Characteristics of the Plaintiffs

18.    Plaintiffs Charles C. and Proposed Plaintiff Frank F., each have an Individualized Education Plan (IEP).[4] Plaintiff Alex A. has a 504 plan for a learning disability.[5]

19.    While I have only been able to review Daniel D.'s OJJ records, the declarations that I have read from youth at Angola describe an education system that lacks the most basic components and a complete lack of special education services; given the systematic failures of Angola to provide education and special education services, it is likely that plaintiffs' experiences are typical of the experiences of the other youth at Angola. As such, it is likely that all students with disabilities at Angola experience the serious short- and long-term harm that I detail throughout this declaration.

20.    It is important to recognize specific details of student history when considering their disability to provide appropriate general and special education service and accommodations. For example, Plaintiff Charles C. has "ADHD, bipolar disorder, schizophrenia, and PTSD" and has been hospitalized for mental health crises.[6] Similarly, Plaintiff Brian B. stated he had a mental health diagnosis and a history of being hospitalized due to a mental health crisis.[7] Histories such as these can have a profound impact on student learning and behavior, as well as how they react to situations (e.g., isolation, described below).

### C.    Summary of Conditions for Youth at the OJJ Angola Site

21.    It is my understanding that children at the Angola site are not receiving, (a) access to an adequate number of qualified general and special education teachers, (b) access to the general

---

[3] Houchins, D. E., Gagnon, J. C., Lane, H. B., Lambert, R. G., & McCray, E. D. (2018). The efficacy of a literacy intervention for incarcerated adolescents. *Residential Treatment for Children and Youth, 35*, 60-91. https://doi.org/10.1080/0886571X.2018.1448739.
[4] *See* June Dec. of Charles C., ¶ 11; March Dec. of Frank F., ¶ 11.
[5] Dec. of Alex A., ¶ 7.
[6] Doc. 99-3, Dec. of Charles C., ¶¶ 6-7.
[7] Doc. 99-2, Dec. of Brian B., ¶¶ 6-7.

education curriculum, (c) continuous specialized instruction, (d) appropriate academic and behavioral monitoring, (e) positive behavioral interventions and supports and individualized behavioral interventions and supports, (f) social interaction with peers, (g) a lack of related services, and (h) a lack of familial contact.

22.    At times, youth appear to be not receiving any type of education for days on end. Based on the youth's declarations, they are spending time in solitary confinement/lock down due to their individual behavior and/or the behavior of other students at the facility. No youth have reported access to any type of schooling during these periods of isolation.[8]

23.    There appears to be no adequate or consistent staffing of teachers. According to recent youth reports, one cell block has a teacher available to ask questions if someone asks but otherwise no other kind of support or instruction; meanwhile, another cell block does not have an adult present to provide any necessary assistance.[9]

24.    No youth has reported having access to a special education teacher, paraprofessional, or tutor. Further, youth with disabilities report that no special education supports or accommodations are provided to them.[10]

### D.    Special Education Defined and Scope of Conclusions

25.    Under the IDEA, "[s]pecial education means specially designed instruction, at no cost to the parents, to meet the unique needs of a child with a disability"[11] that is provided in the least restrictive environment, aligns with the goals, objectives, and supports noted on a student's Individualized Education Program (IEP), and may include additional supports, such as positive behavioral interventions and supports, as well as related services and accommodations. Special education services are intended to ensure that students with disabilities are provided with a free appropriate public education (FAPE) and can access the general education curriculum.[12]

26.    Students with disabilities under Section 504 also are guaranteed FAPE.[13]

---

[8] *See, e.g.*, June Dec. of Daniel D., ¶ 9; July Dec. of Charles C., ¶ 7.

[9] June Dec. of Daniel D., ¶ 17; June Dec. of Charles C., ¶ 10.

[10] *See, e.g.*, March Dec. of Frank F., ¶ 12; June Dec. of Charles C., ¶ 11.

[11] IDEA, 2006, 34 C.F.R. 71. Sec. 300.39(a){l)

[12] Quinn, M. M., Rutherford, R. B., Leone, P. E., Osher, D. M., & Poirier, J.M. (2005). Youth with disabilities in juvenile corrections: A national survey. *Exceptional Children, 71,* 339-345.
Gagnon, J.C., Barber, B. R., Van Loan, C. L., & Leone, P. E. (2009). Juvenile correctional schools: Characteristics and approaches to curriculum. *Education and Treatment of Children, 32,* 673-696.

[13] U.S. Department of Education (2023). Protecting students with disabilities. https://www2.ed.gov/about/offices/list/ocr/504faq.html#:~:text=Section%20504%20requires%20that%20school,or%20more%20major%20life%20activities.

27.    In this declaration, I describe my concerns related to the problems with the provision of education at the OJJ Angola unit that would allow the plaintiffs and other students with disabilities at Angola to have access to and a reasonable likelihood of success in education.

### E.    Provision of an Adequate Number of Qualified Teachers

28.    Teacher quality is the most important school-related factor influencing student achievement.[14] In addition to teacher qualifications in general, teachers that have subject-specific qualifications are associated with greater student learning.[15] So, it is important that teachers are qualified, but also that they have expertise in specific content areas.

29.    Daniel D. reports there is only teacher for all the kids in his housing tier.[16] More recently, Charles C. reports that his cell block does not include a teacher – he only has access to a computer.[17]

30.    Plaintiffs Charles C. and Alex A.,[18] as well as proposed plaintiff Frank F.,[19] all reported having an accommodation that teachers would read material aloud to them. Such an accommodation, like many others typically provided to children with special education needs, is impossible to implement with just one teacher who is responsible for so many students at different grade levels and with special needs related to disabilities.

### F.    Access to the General Education Curriculum

31.    Access to the general education curriculum must take into consideration the common academic needs of incarcerated youth and the critical importance of real-time instructional support from qualified teachers during the instructional process. Incarcerated youth commonly have long histories of academic difficulties and failure. There is overwhelming evidence that incarcerated youth perform below their peers in the community in the areas of

---

[14] Podolsky, A., Darling-Hammond, L., Doss, C., & Reardon, S. (2019). *California's positive outliers: Districts beating the odds*. Learning Policy Institute. https://learningpolicyinstitute.org/product/positive-outliers-districts-beating-odds International Task Force on Teachers for Education 2030. (2021). *Qualified teachers urgently needed: What TIMSS data reveal about teacher qualifications and student learning*. UNESCO publishing. https://teachertaskforce.org/sites/default/files/2021-10/TIMSS_%20EN%20FINAL%204%20Oct.pdf.

[15] Sancassani, P. (2023). The effect of teacher subject-specific qualifications on student science achievement. *Labour Economics, 80* (article 102309), 1-17.

[16] June Dec. of Daniel D., ¶ 17.

[17] July Dec. of Charles C., ¶ 7.

[18] Declaration of T.S.

[19] March Dec. of Frank F., ¶ 12.

reading and mathematics,[20] as well in writing.[21] For example, across three regions (i.e., southwestern, southeastern, mid-Atlantic) incarcerated youth functioned one standard deviation below youth in the community in reading.[22] Additionally, other researchers noted that incarcerated youth have an average fourth-grade reading level and more than one-third are illiterate.[23] In another study in one U.S. region, incarcerated youth were four years behind nonincarcerated peers in reading and mathematics.[24] As noted, these academic characteristics are evident for the plaintiffs and certainly likely for other students with and without disabilities at Angola.

32.    Given the common academic characteristics of incarcerated youth with and without disabilities, it is of utmost importance to clarify that the sole or primary reliance on a computer program, such as Edgenuity, has no empirical basis. First, there are no rigorous peer-reviewed studies that have evaluated the effectiveness of Edgenuity specifically and separately for students that have a disability classification under IDEA, ADA, or Section 504. Second, no research has been conducted that shows positive effects of the program on incarcerated youth. The lack of a sound research base and the fact that students at Angola are often left without any actual teacher instruction, leads to one conclusion—the education services provided at Angola are an inappropriate and ineffectual approach to educating incarcerated youth and does not provide these students with the guaranteed access to the general education curriculum. Moreover, there are serious concerns that students are not taking the courses necessary for each of them to work toward and earn a high school diploma.

33.    The lack of access to the general education curriculum must also consider the issues within the facility that disrupt education. For example, in their declarations, Charles C.,[25] Daniel D.,[26] and Frank F.[27] all reported being locked in their cells on occasion for approximately 23 hours

---

[20] Pyle, N., Flower, A., Fall, A. M., & Williams, J. (2016). Individual-level risk factors of incarcerated youth. Remedial and Special Education, 37, 172-186.

[21] Rodgers, D. B., Reed, D. K., Houchins, D. E., & Aloe, A. M. (2020). The writing abilities of juvenile justice youth: A confirmatory factor analysis. *Journal for Educational Research Online, 113*, 438–451.

[22] Harris, P. J., Baltodano, H. M., Jolivette, K., & Mulcahy, C. (2009). Reading achievement of incarcerated youth in three regions. *Journal of Correctional Education, 60*, 120-145.

[23] Leone, P. E., Krezmien, M., Mason, L., & Meisel, S. M. (2005). Organizing and delivering empirically based literacy instruction to incarcerated youth. *Exceptionality, 13*, 89–102.

[24] Krezmien, M. P., Mulcahy, C. A., & Leone, P. E. (2008). Detained and committed youth: Examining differences in achievement, mental health needs, and special education status. *Education & Treatment of Children, 31*, 445-464.

[25] June Dec. of Charles C., ¶ 6. .

[26] Doc. 122-2, December Dec. of Daniel D., ¶ 14.

[27] Doc. 146-2 at 3, March Dec. of Frank F., ¶ 10.

per day, and none have declared that they have been provided with access to education services, much less special education services, during those periods of solitary confinement.[28] Moreover, Charles C. reported seeing other kids locked in their cells for several days and even up to weeks for minor infractions.[29]

### G. Instruction and the Effectiveness of Edgenuity

34.     Based on the available information, in lieu of continuous real-time instruction (i.e. synchronous) instruction, youth are assigned to complete assignments on Edgenuity. Charles C. describes school as a computer and no teacher where he is put in front of a computer all day and there is no library or a teacher on his tier.[30] Similarly, Daniel D. reported that his school consists of sitting at a computer and there is one teacher for all students.[31]

35.     For young people with disabilities to have access to the general education curriculum, they require explicit instruction. This approach to instruction is evidence-based and necessarily requires teacher-student interaction, as the teacher provides review, explanation of new skills and information, opportunities for students to practice skills with teacher guidance, ongoing teacher correction and feedback, independent practice, and weekly and monthly review.[32]

36.     There is no research demonstrating that providing a tablet or computer and solely relying on asynchronous information and activities (i.e., recorded lectures, educational games, discussion boards, email) is an effective educational approach for students with disabilities. Even when asynchronous information and activities are coupled with synchronous (interactive instruction) activities, peer-reviewed research provides limited evidence of the benefits to middle and high school students with learning disabilities or emotional disturbance without additional monitoring and supports.[33]

37.     The lack of instruction from a teacher is not consistent with the requirements for educational services. Moreover, there is a significant likelihood that given the lack of educational activities, Charles C., Daniel D., Frank F., and other students with and without disabilities at the

---

[28] Doc. 122-2, December Dec. of Daniel D., ¶ 22 (reports not getting access to school when there is a power outage).
[29] July Dec. of Charles C., ¶¶ 3-7.
[30] July Dec. of Charles C., ¶ 7; June Dec. of Charles C., ¶ 10.
[31] June Dec. of Daniel D., ¶¶ 17-18.
[32] Gagnon, J. C., & Maccini, P. (2005). *Direct instruction in mathematics for youth with learning disabilities in middle school* (pp. 1-6). The Access Center: Improving Outcomes for all Students K-8.
[33] Dahlstrom-Hakki, I., Alstad, Z., & Banerjee, M. (2020). Comparing synchronous and asynchronous online discussions for students with disabilities: The impact of social presence. *Computers & Education, 150,* (article 103842), 1-11.

Angola site will fall further behind academically and fail to make progress toward and earn a high school diploma.

38.     Therefore, it is my opinion that the educational programming at Angola fails to provide youth at Angola with a free and appropriate public education.

## H.     Monitoring as a Key Component of Instruction and Accommodation for Students with Disabilities

39.     In order to provide FAPE to Charles C., Daniel D., Frank F., and other similarly situated students with disabilities at Angola, frequent and accurate monitoring of student progress is an essential component of the instructional process. Monitoring student academic progress can help identify if students are learning and benefitting from the instructional program in place, as well as provide important data to adjust and provide more effective instruction and instructional supports.[34] Without appropriately monitoring of student academic work, it is not possible to adequately address students' needs, particularly for those with disabilities.[35] Teacher monitoring is required during instructional time, in order to provide additional explanations, opportunities for students to practice skills, and ensure that real-time instructional adaptations and accommodations are provided to students.

40.     The IDEA requires consideration of adapting the IEP based on student progress on their IEP goals.[36] To understand if Charles C., Daniel D., Frank F. and other students are making progress in the general education curriculum and their IEP goals, their academic work and behavior must be monitored by their teachers.[37] However, given that there are times when students do not have access to a teacher, it is not possible for the teacher to appropriately monitor student progress in real-time, as part of the instructional process.

41.     None of the youth have declared receiving feedback on assignment on a regular basis. Without ongoing real time teacher monitoring, there is no way to know if students are making progress on their IEP goals and objectives. Without collecting and analyzing academic and behavioral data, it is also impossible to understand if modifications are needed to the services

---

[34] Fuchs, L. S., & Fuchs, D. (2001). *What is scientifically-based research on progress monitoring?* National Center on Student Progress Monitoring. https://files.eric.ed.gov/fulltext/ED502460.pdf.

[35] Gagnon, J. C., & Barber, B. R. (2015). Research-based academic and behavioral practices in alternative education settings: Best evidence, challenges, and recommendations. In B. G. Cook, M. Tankersley, & T. J. Landrum (Eds.), *Advances in Learning and Behavioral Disabilities* (Vol. 28, pp. 225-271). Emerald Group Publishing. ISBN: 1784419346.

[36] IDEA, 2006, 34 C.F.R. 71. 300.324(a)(6)(B)(ii)(A)

[37] IDEA, 2006, 34 C.F.R. 71. §300.320(a)(4)(i-ii)

being provided, as well as the frequency and duration of services, and necessity of providing additional services. In sum, there is no way to implement an IEP appropriately without monitoring students and making data-based decisions. The result is that students with disabilities have not been provided FAPE at Angola, leading to irreparable harm.

I.      **Harm from Denial of Appropriate Education and Special Education Services at Angola**

42.      As described, youth are only assigned Edgenuity with limited exposure to a teacher and some youths, such as Charles C., do not even have a teacher to provide support in the classroom.[38] The limited or complete lack any real time instruction during their time at the Angola site has no doubt resulted in irreparable harm and inhibited student progress toward and attainment of a high school diploma.

43.      There are a number of ways in which the lack of direct instruction can cause irreparable harm for youth at Angola. For example, the reliance on programs like Edgenuity with little or no teacher instruction makes it impossible for Angola to appropriately implement a student's IEP and necessary accommodations.

44.      Moreover, the lack of direct instruction can lead to the inability of students with disabilities to complete their work and be motivated, potentially resulting in them dropping out of high school. Repeated failure to complete work on the computer over many months can seriously and negatively impact students' motivation and ability to focus, a sentiment echoed by Frank F. who spent a lot of time at Angola sleeping in his cell.[39] Many incarcerated students with disabilities have already experienced years of academic failure and their current frustrations may lead them to feel disconnected from the school environment and abandon any hopes for earning a high school diploma. Researchers have noted that school engagement, including attendance, active participation in classroom activities, and a positive perception of "school belonging" are factors that help prevent student from dropping out.[21] In the long-term, failure to earn a diploma can have serious long-term effects including unemployment, poverty, mental health conditions, problems with physical health (e.g., diabetes, heart disease), drug abuse, and future criminal behavior.[40]

---

[38] July Dec. of Charles C., ¶ 7.
[39] March Dec. of Frank F., ¶ 9.
[40] Gonzalez, J.M. R., Salas-Wright, C. P., Connell, . M., Jetelina, K. K., Clipper, S. J., & Businelle, M. S. (2016). The long-term effects of school dropout and GED attainment on substance u e disorder. *Drug and Alcohol Dependence, 158,* 60-66.

45.    Without access to the general education curriculum, students with disabilities may be forced, in the long-term, to pursue a GED. Having a GED instead of a high school diploma puts young people in jeopardy for their adult life, as employers indicate they typically looked to hire those with a GED for lower paying unskilled labor positions.[41] Researchers have gone so far as to say that, "[a] GED testing program does little good for the substantial majority of its takers in generating economic opportunity directly and in opening the door to post-secondary education" (p. 59).[42]

## J.    Positive Behavioral Interventions and Supports

46.    There is no evidence that any positive and proactive approaches are implemented at Angola to promote and reinforce the appropriate behavior of students with disabilities.

47.    In addition, there is no evidence that the necessary individualized behavioral interventions are provided to students with disabilities. For example, Charles C. reports there are no behavioral programs at the OJJ Angola site.[43] This is different from other OJJ facilities where he was able to meet with a counselor and work towards achieving his goals.[44] Similarly, Frank F. received daily group therapy at the previous facility that he found helpful. He reported no group therapy at the Angola site.[45]

48.    Undoubtedly, the lack of necessary systemic and individualized behavioral supports and accommodations prevents students from accessing the general education curriculum and being able to participate in the educational program. Moreover, the unavailability of supports leads to more serious behavior and behavioral escalation that can result in isolation of students with disabilities at Angola.

## K.    Negative Effects of Isolation

49.    It is unfortunate, but not surprising that Angola relies on the use of isolation, given the lack of behavioral interventions that promote and reinforce positive prosocial behavior and individualized behavioral interventions and supports for students with disabilities. Because of the

---

[41] Hartwig, R., & Sitlington, P. L. (2008). Employer perspectives on high school diploma options for adolescents with disabilities. *Journal of Disability Policy Studies, 19,* 5-14.
[42] Heckman, J. J., Humphries, J.E., & Mader, N. S. (2010). The GED. *NBER working paper series* (#16064; pp. 1-67). National Bureau of Economic Research.
https://www.nber.org/system/files/working_papers/w16064/w16064.pdf
[43] June Dec. of Charles C., ¶17.
[44] June Dec. of Charles C., ¶17.
[45] Dec. of Frank F., ¶ 13.

neglect of student needs, it is necessary to discuss the far reaching negative effects of isolation on youth and young men with disabilities.

50.    Harm to a young person's brain occurs regardless of the intent of the isolation (e.g., punitive, safety, etc.). "Research shows that brain cells are wired to react to environmental conditions and can die in extreme settings such as long periods of solitary confinement and even a few days of solitary confinement will predictably shift the [brain's] electroencephalogram (EEG) pattern toward an abnormal pattern characteristic of stupor and delirium" (p. 2).[46] Adolescent brains are particularly sensitive to, "the traumatic impact of physical isolation, and even a short stay in a confinement setting can have a long-term deleterious impact on an adolescent" (p. 352).[47] In my opinion, the days held in solitary for lockdown and upon arrival to Angola results in these impacts.

**L.    Lack of Related Services**

51.    Related services are, "developmental, corrective, and other supportive services as are required to assist a child with a disability to benefit from special education, and includes speech- language pathology and audiology services, interpreting services, psychological services, physical and occupational therapy, recreation, including therapeutic recreation, early identification and assessment of disabilities in children, counseling services, including rehabilitation counseling, orientation and mobility services, and medical services for diagnostic or evaluation purposes. Related services also include school health services and school nurse services, social work services in schools, and parent counseling and training."[48] Related services provide the necessary supports that allow students to access the general education curriculum.

52.    The IDEA specifically identifies the provision of related services to students that need them as a necessary component of FAPE.[49]

53.    Neither Charles C., Daniel D., nor Frank F. declares having access to related services in their IEPs at Angola.

54.    The fact that the plaintiffs have had insufficient access to related services likely has a negative impact on their ability to learn and could result in behavior that results in being placed

---

[46] Paruch, D. (2019, November). Banishing juvenile solitary confinement: A call to reform Michigan's practices. *Children's Law, 40,* 1-4.
[47] Cooper, A. Q. (2017). Beyond the reach of the constitution: A new approach to juvenile solitary confinement reform. Columbia Journal of Law and Social Problems, 50, 343-377.
[48] IDEA, 2006, 34 C.F.R. 71. Sec. 300.34(a)
[49] FAPE is defined as "special education and related services" (IDEA, 2006, 34 C.F.R. 71. Sec. 300.17)

in isolation. As previously noted, isolation has severe negative impacts on youth in addition to restricting them from accessing education.

**M.      Lack of Familial Contact**

55.      Frank F. can only contact family twice per week.[50]

56.      Charles C. reported that he cannot have contact with his family.[51] In another declaration, he reported that he does not get any in person visits with my family.[52]

57.      Daniel D reported not having face-to-face contact with his family and being allowed to contact them only twice per week in his first declaration, and only being able to call his family on one occasion in his second declaration.[53]

58.      While at the Angola site, Frank F. was restricted in speaking with his family. He was limited to two video visits per week.[54] This is different than his experience at Swanson where he could use the phone to call home every day.[55] Frank F. did not report in-person visits from his family when he was at Angola."[56]

59.      Parental visitation is associated with better mental health and a decline in youth depressive symptoms, even when the youth and parent have a strained relationship.[57] Familial contact is associated with incarcerated youth exhibiting fewer behavior problems and earning a higher grade point average (GPA) in school.[58] As such, it is clear that for the plaintiffs and similarly situated youth with disabilities at Angola, the limitations to visitation and contact can seriously and negatively impact their education and well-being.

**III.      CONCLUSIONS**

60.      Throughout this declaration, I have reviewed the serious deficiencies in the provision of education and special education at Angola. I detailed specific violations and harm

---

[50] Dec. of Frank F., ¶ 15.
[51] June Dec. of Charles C., ¶ 13.
[52] July Dec. of Charles C., ¶ 9.
[53] March Dec. of Daniel D., ¶¶ 7, 9; June Dec. of Daniel D., ¶ 14.
[54] Dec. of Frank F., ¶ 15.
[55] *Id*.
[56] *Id*. ("I just et a video visit twice a week).
[57] Monahan, K. C., Goldweber, A., & Cauffman, E. (2011). The effects of visitation on incarcerated juvenile offenders: How contact with the outside impacts adjustment on the inside. *Law and Human Behavior*, *35*, 143–151. https://doi.org/10.1007/s10979-010-9220-x
[58] Agudelo, S. V. (2013, April). *The impact of family visitation on incarcerated youth's behavior and school performance* [Issue brief]. Vera Institute of Justice. https://www.vera.org/downloads/Publications/the-impact-of-family-visitation-on-incarcerated-youths-behavior-and-school-performance-findings-from-the-families-as-partners-project/legacy_downloads/impact-of-family-visitation-on-incarcerated-youth-brief.pdf

related to several issues including a lack of, (a) access to an adequate number of qualified general and special education teachers, (b) access to the general education curriculum, (c) continuous specialized instruction, (d) appropriate academic and behavioral monitoring, (e) positive behavioral interventions and supports and individualized behavioral interventions and supports, (f) socialization with peers, (g) related services, and (h) familial contact. I also detailed the serious harm and education deprivation associated with placing youth in isolation. It is likely that these serious failures of the education system at the facility negatively impact the plaintiffs and other students' education, ability to work toward and earn a high school diploma, and eventually to reintegrate into schools, the workforce, and community upon their exit from the facility.

I declare under penalty of perjury that the foregoing is true and correct.

Executed July <u>17</u>, 2023, in New York, New York.

Joseph Brojomohun-Gagnon (Jul 17, 2023 21:17 EDT)

Joseph Calvin Brojomohun-Gagnon, Ph.D.

# DECLARATION OF JOSEPH CALVIN BROJOMOHUN_FINAL

Final Audit Report                                      2023-07-18

| | |
|---|---|
| Created: | 2023-07-18 |
| By: | Ashley Dalton (ashley.dalton@splcenter.org) |
| Status: | Signed |
| Transaction ID: | CBJCHBCAABAAl3mO_pYPwvvvEW1jh44a-WAyeTiKxKNv |

## "DECLARATION OF JOSEPH CALVIN BROJOMOHUN_FINAL" History

Document created by Ashley Dalton (ashley.dalton@splcenter.org)
2023-07-18 - 1:14:07 AM GMT

Document emailed to Joseph Brojomohun-Gagnon (joseph.gagnon@helsinki.fi) for signature
2023-07-18 - 1:14:38 AM GMT

Email viewed by Joseph Brojomohun-Gagnon (joseph.gagnon@helsinki.fi)
2023-07-18 - 1:17:06 AM GMT

Document e-signed by Joseph Brojomohun-Gagnon (joseph.gagnon@helsinki.fi)
Signature Date: 2023-07-18 - 1:17:41 AM GMT - Time Source: server

Agreement completed.
2023-07-18 - 1:17:41 AM GMT

Adobe Acrobat Sign

**EXHIBIT 1**

CERTIFICATION

I have read the following and certify that this curriculum vita is a current and accurate statement of my professional record.

July 10, 2023                    Signature:

**VITA OF**    Joseph Calvin Gagnon, Ph.D.

**PERSONAL DATA**

Joseph Calvin Gagnon, Ph.D.
Professor of Special Education
University of Helsinki
Faculty of Educational Sciences
PL 9 (Siltavuorenpenger 5A)
Helsinki, Finland 00014
Phone: +358 504724600
Email: joseph.gagnon@helsinki.fi

University of Helsinki Webpage: https://researchportal.helsinki.fi/en/persons/joseph-calvin-gagnon
ORCID ID: https://orcid.org/0000-0003-3266-5843
Google Scholar: https://scholar.google.com/citations?user=E91DESMAAAAJ&hl=en
Researchgate: https://www.researchgate.net/profile/Joseph_Gagnon

**EDUCATION**

Ph.D.   Special Education – Behavior Disorders, University of Maryland at College Park, 2002

M.A.    Special Education – Severe Affective Disorders, University of Colorado at Denver, 1995

B.S.    Education – Concentration in Special Education, University of Vermont, 1986

**HONORS AND AWARDS**

2017-2018    Recipient, University of Florida Term Professorship Award, University of Florida

2013-2014    Recipient, J. William Fulbright Scholar, Republic of South Africa

2011         Recipient, Excellence Award for Assistant Professors, Office of the Provost, University of Florida

2010         Recipient, Scholarship of Engagement Award, School of Special Education, School Psychology, & Early Childhood Studies, College of Education, University of Florida

## PROFESSIONAL EXPERIENCE

| | |
|---|---|
| 2019-Present | Professor of Special Education (Permanent Position/Tenure), Faculty of Educational Sciences, University of Helsinki |
| 2011-2019 | Associate Professor with Tenure, Department of Special Education, University of Florida |
| 2007-2011 | Assistant Professor, Department of Special Education, University of Florida |
| 2002-2007 | Assistant Professor, Department of Special Education, George Mason University |
| 2001-2002 | Faculty Research Assistant, National Center on Education, Disability, and Juvenile Justice (EDJJ), Department of Special Education, University of Maryland |
| 1999-2002 | Graduate Research Associate for Dr. Paula Maccini, Department of Special Education, University of Maryland |
| 2000-2001 | Graduate Research Assistant, National Center on Education, Disability, and Juvenile Justice (EDJJ), Department of Special Education, University of Maryland |
| 1999 | Graduate Research Assistant, Center for the Study of Troubling Behavior, Department of Special Education, University of Maryland |
| 1998-1999 | Graduate Research Assistant, Center for Policy Research on the Impact of General and Special Education Reform, Department of Special Education, University of Maryland |
| 1996-1998 | First and second grade teacher, Tanapag Elementary School, Tanapag, Saipan, C.N.M.I. |
| 1994-1996 | Fifth and sixth grade teacher, Stargate School (charter school for students classified as gifted and talented), Eastlake, CO |
| 1991-1994 | Third through sixth grade teacher, Cleo Wallace Center (psychiatric residential and day treatment school), Eastlake, CO |
| 1990-1991 | Sixth grade special education teacher, Angevine Middle School, Lafayette, CO |
| 1989-1990 | Fifth through eighth grade special education teacher, Achievement Center (public psychiatric day treatment school), Sebring, FL |
| 1987-1989 | Peace Corps Volunteer, teacher of students age 6-21 with varying exceptionalities (Instruction carried out in Moroccan Arabic). Association Wefukh, Larache, Morocco |
| 1986-1987 | First through fifth grade special education teacher for students with varying exceptionalities, Woodlawn Elementary School, Sebring, FL |

## APPOINTMENTS

2022-Present   Senior Education Expert, Rule of Law Centre, Faculty of Law, University of Helsinki. Helsinki, Finland

2022-2027      Special Member of the Graduate Faculty, College of Education, University of Maryland. College Park, MD

2010-2018      Affiliate Faculty, Center on Children and Families, Levin College of Law, University of Florida. Gainesville, Florida

## PUBLICATIONS

### Journal Articles

\* Designates refereed articles
+ Designates invited articles
(g) Designates graduate student co-author

\*Mulcahy, C., **Gagnon, J. C.**, Atkinson, V., & Miller, J. (2023). Self-regulated strategy development for algebra problem-solving. *TEACHING Exceptional Children*. Online. https://doi.org/10.1177/00400599231167816

\*Ross Benedick, A. (g), **Gagnon, J. C.**, & Murphy, K. (2023). Education and rehabilitation of incarcerated youth during COVID-19: Views of state level administrators. *Journal of Correctional Education, 74*, 33-59. https://www.jstor.org/stable/48718310

\***Gagnon, J. C.**, McCray, E. D., & Mullen, D. (g) (2022). From the inside out: A life story narrative of one young man's experience post-apartheid, post-prison. *The Humanistic Psychologist*. Online. https://doi.org/10.1037/hum0000306

\***Gagnon, J. C.**, Kern, L., & Mathur, S. R. (2022). Council for Exceptional Children, Division for Emotional and Behavioral Health's position statement on the use of solitary confinement in juvenile corrections. *Behavioral Disorders*, *47*, 282-291. https://doi.org/10.1177/01987429211063625

+Leone, P. E., & **Gagnon, J. C.** (2022). The imperative of high-quality education in juvenile corrections: An introduction to the special section. *American Journal of Orthopsychiatry, 92*, 389-390. https://doi.org/10.1037/ort0000639

\***Gagnon, J. C.**, Ross Benedick, A. (g), & Mason-William, L. (2022). Mental health interventions for youth who are incarcerated: A systematic review of literature. *American Journal of Orthopsychiatry, 92*, 391-404. https://doi.org/10.1037/ort0000587

\***Gagnon, J. C.**, Ruiz, E. (g), Mathur, S. R., & Mason-Williams, L. (2022). Interventions addressing incarcerated youth behavior: A review of literature. *American Journal of Orthopsychiatry, 92*, 405-417. https://doi.org/10.1037/ort0000621

*Hunter, A., Griller Clark, H., Mason-William, L., & **Gagnon, J. C.** (2022). Curriculum, instruction, and promoting college and career readiness for incarcerated youth: A literature review. *American Journal of Orthopsychiatry, 92*, 418-428. http://dx.doi.org/10.1037/ort0000623

***Gagnon, J. C.**, Mason-Williams, L., Griller-Clark, H., LaBelle, B., Mathur, S., & Leone, P. E. (2022). Providing high-quality education in juvenile corrections: Next steps. *American Journal of Orthopsychiatry, 92*, 429-441. https://doi.org/10.1037/ort0000612

***Gagnon, J. C.** (2022). Inclusion in American and Finnish schools: The neglect of youth with emotional and behavioral disorders. *European Journal of Special Needs Education, 37*, 603-616. https://doi.org/10.1080/08856257.2021.1929235

***Gagnon, J. C.** (2022). Advocacy for incarcerated youth: A conversation with Peter Leone. *Intervention in School & Clinic, 58*, 64-67. https://doi.org/10.1177/10534512211047583

*Vessonen, T. (g), Hakkarainen, A., Väisänen, E., Laine, A., Aunio, P., & **Gagnon, J. C.** (2021). Differential effects of virtual and concrete manipulatives in a fraction intervention on fourth and fifth grade students' fraction skills. *Investigations in Mathematics Education, 13*, 323-337. https://doi.org/10.1080/19477503.2021.1982586

+***Gagnon, J. C.**, & Ross Benedick, A. (g) (2021). Provision of a free and appropriate public education in an adult jail during COVID-19: The case of Charles H. et al. v. District of Columbia et al., *Education Sciences*, *11*(12), 1-13. https://doi.org/10.3390/educsci11120767

***Gagnon, J. C.**, & Swank, J. (2021). A national survey on mental health professional development in juvenile justice facilities: Implications for youth reentry. *Behavioral Disorders*, *46*, 149–162. https://doi.org/10.1177/0198742920911183

***Gagnon, J. C.**, Sylvester, F. J., & Marsh, K. (2021). Alignment of school discipline with positive behavioural interventions and supports: The case for one disadvantaged South African primary school. *South African Journal of Childhood Education*, *11*(1), 1-9. https://doi.org/10.4102/sajce.v11i1.1022

***Gagnon, J. C.**, Murphy, K. M., & Howie, S. M. (2020). "I grew up… I was still small": Experiences before and after juvenile corrections in South Africa. *Exceptionality*, 28, 294-311. https://doi.org/10.1080/09362835.2020.1727329

***Gagnon, J. C.**, Barber, B. R., & Soyturk, I. (g) (2020). Policies and practices supporting positive behavioral interventions and supports (PBIS) implementation in Florida Title 1 middle schools. *Exceptionality*, *28*, 176-194. https://doi.org/10.1080/09362835.2020.1727333

**Gagnon, J. C.** (2020). The solitary confinement of incarcerated American youth during COVID-19. *Psychiatry Research*, *291*, (Article 113219), 1-2. https://doi.org/10.1016/j.psychres.2020.113219

*Bussing, R., **Gagnon, J. C.**, Garvan, C., Ribuffo, C. (g), & Houchins, D. (2020). Psychometric properties of the Vanderbilt Attention Deficit Hyperactivity Disorder Diagnostic Rating Scale completed by juvenile corrections staff. *Journal of Attention Disorders, 24*, 1521-1529. https://doi.org/10.1177/1087054717690811

***Gagnon, J. C.**, Barber, B. R., & Soyturk, I. (g) (2018). Positive behavior interventions and supports implementation in secure care juvenile justice schools: Results of a national survey of school administrators. *Behavioral Disorders, 44*, 3-19. https://doi.org/10.1177/0198742918763946

*Griffin, C. C., **Gagnon, J. C.**, Jossi, M. H., Ulrich, T. G., & Myers, J. (g) (2018). Priming mathematics word problem structures in a rural elementary classroom. *Rural Special Education Quarterly, 37*, 150-163. https://doi.org/10.1177/8756870518772164

*Houchins, D. E., **Gagnon, J. C.**, Lane, H. B., Lambert, R. G., & McCray, E. D. (2018). The efficacy of a literacy intervention for incarcerated adolescents. *Residential Treatment for Children and Youth, 35*, 60-91. https://doi.org/10.1080/0886571X.2018.1448739

*McCray, E. D., Ribuffo, C. (g), Lane, H., Murphy, K. M., **Gagnon, J. C.**, Houchins, D. E., & Lambert, R. G. (2018). "As real as it gets": A grounded theory study of a literacy intervention in a juvenile correctional school. *Child and Youth Care Forum, 47*, 259-281. https://doi.org/10.1007/s10566-017-9429-7

***Gagnon, J. C.**, Gurel, S., & Barber, B. R. (2017). State-level analysis of school punitive discipline practices in Florida. *Behavioral Disorders, 42*, 65-80. https://doi.org/10.1177/0198742916688652

*Mason-Williams, L., & **Gagnon, J. C.** (2017). An analysis of teacher sorting in secondary special education and alternative schools. *Journal of Special Education*, 50, 239-250. https://doi.org/10.1177/0022466916656174

*Mason-Williams, L., Bettini, E., & **Gagnon, J. C.** (2017). Access to qualified special educators across elementary neighborhood and exclusionary schools. *Remedial & Special Education, 38*, 297-307. https://doi.org/10.1177/0741932517713311

*Swank, J., & **Gagnon, J. C.** (2017). A national survey of mental health screening and assessment practices in juvenile correctional facilities. *Child and Youth Care Forum, 46*, 379-393. https://doi.org/10.1007/s10566-016-9379-5

*Swank, J., & **Gagnon, J. C.** (2016). Mental health services in juvenile correctional facilities: A national survey of clinical staff. *Journal of Child & Family Studies, 25*, 2862-2872. https://doi.org/10.1007/s10826-016-0436-3

*Bussing, R., Koro-Ljungberg, M., **Gagnon, J. C.**, Mason, D., Ellison, P. A. T., Noguchi, K., Garvan, C. W., & Albarracin, D. (2016). Feasibility of school-based ADHD interventions: A mixed methods study of perceptions by adolescents and adults. *Journal of Attention Disorders, 20*, 400-413. https://doi.org/10.1177/1087054713515747

*Myers, J. A. (g), Wang, J. (g), Brownell, M. T., & **Gagnon, J. C.** (2015). Mathematics interventions for students with learning disabilities (LD) in secondary school: A review of the literature. *Learning Disabilities: A Contemporary Journal, 13*, 207-235. https://files.eric.ed.gov/fulltext/EJ1085228.pdf

+\***Gagnon, J. C.**, & Barber, B. R. (2014). Instructional practice guide for teaching reading and mathematics in juvenile correctional schools. *Journal of Correctional Education, 65*(3), 5-23. https://www.jstor.org/stable/26507739

\***Gagnon, J. C.**, Maccini, P., Mulcahy, C. A., & Mason-Williams, L. (2014). Mathematics in secondary psychiatric schools: Curricular and assessment policies and practices. *Exceptionality, 22*, 51-67. https://doi.org/10.1080/09362835.2013.865536

+Russell, S. C., Maccini, P., & **Gagnon, J. C.** (2013). Introduction to this special issue on mathematics and learning disabilities. *Learning Disabilities: A Multidisciplinary Journal*, *19*, 49-50. https://doi.org/10.18666/LDMJ-2013-V19-I2-4793

\*Maccini, P., **Gagnon, J. C.**, Mulcahy, C., & Wright, K. (g) (2013). Mathematics instructional practices in psychiatric schools for secondary students with emotional/behavioral disorders and learning disabilities. *International Journal on School Disaffection, 10*, 47-71. https://doi.org/10.18546/IJSD.10.1.04

\***Gagnon, J. C.**, Murphy, K. (g), Steinberg, M. (g), Gaddis, J. (g), & Crockett, J. (2013). IDEA-related professional development in juvenile corrections schools. *The Journal of Special Education Leadership, 26*, 93-105.

\*Dobbins, A. (g), **Gagnon, J. C.**, & Ulrich, T. (g) (2013). Teaching geometry to students with learning disabilities and emotional disturbance using graduated and peer-mediated instruction. *Preventing School Failure: Alternative Education for Children and Youth, 58*, 17-25. https://doi.org/10.1080/1045988X.2012.743454

\*Wilkerson, K. L., **Gagnon, J. C.**, Mason-Williams, L., & Lane, H. (2012). Reading instruction for students with high incidence disabilities in juvenile corrections. *Preventing School Failure: Alternative Education for Children and Youth, 56*, 219-231. https://doi.org/10.1080/1045988X.2011.652698

+\***Gagnon, J. C.**, Houchins, D. E., & Murphy, K. M. (g) (2012). Current juvenile corrections professional development practices and future directions. *Teacher Education and Special Education, 35*, 333-344. https://doi.org/10.1177/0888406411434602

\*Wilkerson, K. W., **Gagnon, J. C.**, Melekoglu, M. A. (g), & Cakiroglu, O. (g) (2012). Reading instruction in secondary day treatment and residential schools for youth with emotional or behavioral disorders. *Remedial & Special Education, 33,* 78-88. https://doi.org/10.1177/0741932510364546

\*Maccini, P., **Gagnon, J. C.**, & Mason-Williams, L. (2012). Mathematics in juvenile correctional schools: Curricular and assessment practices. *Learning Disabilities: A Multidisciplinary Journal, 18,* 11-22.

\***Gagnon, J. C.**, Maccini, P., & Haydon, T. (g) (2011). Assessment and accountability in public and private secondary day treatment and residential schools for students with emotional and behavioral disorders. *The Journal of Special Education Leadership, 24*, 79-91.

6

\***Gagnon, J. C.**, Van Loan, C. L. (g), & Barber, B. R. (g) (2010). Secondary psychiatric schools: Characteristics and approaches to curriculum. *Preventing School Failure: Alternative Education for Children and Youth, 55*, 42-52. https://doi.org/10.1080/10459880903472827

+\***Gagnon, J. C.**, & Barber, B. R. (g) (2010). Characteristics of and services provided to youth in secure care facilities. *Behavioral Disorders, 36*, 7-19. https://doi.org/10.1177/019874291003600102

\***Gagnon, J. C.**, Haydon, T. (g), & Maccini, P. (2010). Juvenile correctional schools: Assessment and accountability policies and practices. *Journal of Correctional Education*, *61*(1), 23-45.

\***Gagnon, J. C.** (2010). State level curricular, assessment, and accountability policies, practices, and philosophies for exclusionary school settings. *Journal of Special Education, 43*, 206-219. https://doi.org/10.1177/0022466908321442

\***Gagnon, J. C.**, Barber, B. R. (g), Van Loan, C. L. (g), & Leone, P. E. (2009). Juvenile correctional schools: Characteristics and approaches to curriculum. *Education and Treatment of Children*, *32,* 673-696. https://www.jstor.org/stable/42900045

+**Gagnon, J. C.**, Rockwell, S. (g), & Scott, T. M. (2008). Positive behavior supports in exclusionary schools: A practical approach based on what we know. *Focus on Exceptional Children, 41*(1), 1-20. https://doi.org/10.17161/foec.v41i1.6834

+Maccini, P., Strickland, T. (g), **Gagnon, J. C.**, & Malmgren, K. W. (2008). Accessing the general education math curriculum for secondary students with high incidence disabilities. *Focus on Exceptional Children*, *40*(8), 1-32. https://doi.org/10.17161/foec.v40i8.6833

+\*Scott, T., **Gagnon, J. C.**, & Nelson, C. M. (2008). School-wide systems of positive behavior support: A framework for reducing school crime and violence. *Journal of Behavior Analysis of Offender and Victim - Treatment and Prevention*, *1*, 259-272. http://dx.doi.org/10.1037/h0100448

\***Gagnon, J. C.**, & Maccini, P. (2007). Teacher-reported use of empirically-validated and standards-based instructional approaches in secondary mathematics. *Remedial & Special Education, 28*, 43-56. https://doi.org/10.1177/07419325070280010501

+\***Gagnon, J. C.**, & Bottge, B. (2006). Mathematics instruction in secondary interim, short- and long-term alternative placements. *Preventing School Failure: Alternative Education for Children and Youth, 51*, 39-47. https://doi.org/10.3200/PSFL.51.1.39-47

\*Maccini, P., **Gagnon, J. C.**, Mulcahy, C. (g), & Leone, P. (2006*)*. Math instruction for committed youth within juvenile correctional schools. *Journal of Correctional Education*, *57*, 210-229.

\***Gagnon, J. C.**, & Leone, P. E. (2006). Day and residential schools for children with emotional and behavioral disorders: Characteristics of educators and students. *Education and Treatment of Children, 29*, 51-78.

*Maccini, P., & **Gagnon, J. C.** (2006). Mathematics instructional practices and assessment accommodations by secondary special and general educators. *Exceptional Children, 72*, 217-234. https://doi.org/10.1177/001440290607200206

***Gagnon, J. C.**, & Leone, P. E. (2005). Elementary day and residential schools: Characteristics and entrance and exit policies. *Remedial & Special Education*, *26*, 141-150. https://doi.org/10.1177/07419325050260030201

*Malmgren, K. W., & **Gagnon, J. C.** (2005). School mobility and students with emotional disturbance. *Journal of Child and Family Studies, 14*, 301-314. https://doi.org/10.1007/s10826-005-5058-0

***Gagnon, J. C.**, & McLaughlin, M. J. (2004). Curriculum, assessment, and accountability in day treatment and residential schools. *Exceptional Children*, *70*, 263-283. https://doi.org/10.1177/001440290407000301

*Hughes, C. A., Maccini, P. M., & **Gagnon, J. C.** (2003). Interventions that positively impact the performance of students with learning disabilities in secondary general education classrooms. *Learning Disabilities: A Multidisciplinary Journal, 12*, 101-111.

*Maccini, P. M., **Gagnon, J. C.**, & Hughes, C. A. (2002). Technology-Based practices for secondary students with learning disabilities. *Learning Disability Quarterly, 25*, 247-261. https://doi.org/10.2307/1511356

***Gagnon, J. C.**, McLaughlin, M. J., Rhim, L. M., & Davis, G. (2002). Standards-driven reform policies at the local level: Report on a survey of local special education directors in large districts. *Journal of Special Education Leadership, 15,* 3-9.

*Maccini, P., & **Gagnon, J. C.** (2002). Perceptions and application of NCTM's standards by special and general education teachers. *Exceptional Children, 68,* 325-344. https://doi.org/10.1177/001440290206800303

+***Gagnon, J. C.**, & Maccini, P. (2001). Preparing students with disabilities for algebra: Kindergarten through secondary school. *TEACHING Exceptional Children, 34*(1), 8-15. https://journals.sagepub.com/doi/pdf/10.1177/004005990103400101

+**Gagnon, J. C.**, & Leone, P. E. (2001). Alternative strategies for school violence prevention. *New Directions for Youth Development*, 92, 101-125. https://doi.org/10.1002/yd.23320019207

+Maccini, P., & **Gagnon, J. C.** (2000). Best practices for teaching mathematics to secondary students with special needs: Implications from teacher perceptions and a review of the literature. *Focus on Exceptional Children, 32*(5), 1-22. https://doi.org/10.17161/foec.v32i5.6919

**Book Chapters**

+**Gagnon, J. C.**, Honkasilta, J. & Jahnukainen, M., (2023). Formação de professores na Finlândia: Progresso na Preparação de Professores para a Inclusão de Alunos com Dificuldades de Aprendizagem e Comportamento. In R. de Oliveira Brito, R. & A. Anselmo Guilherme (Eds.), *Formação de Professores ao redor do mundo: Desafios e oportunidades* (*Teacher education around the world: Challenges and opportunities*) (pp. 169-196). United Nations Educational, Scientific and Cultural Organization (UNESCO). ISBN: 978-65-87522-13-5.

+**Gagnon, J. C.**, Honkasilta, J., & Jahnukainen, M. (2023). Teacher education in Finland: Progress on preparing teachers for inclusion of students with learning and behavioral difficulties. In R. de Oliveira Brito, R. & A. Anselmo Guilherme (Eds.), *Formação de Professores ao redor do mundo: Desafios e oportunidades* (*Teacher education around the world: Challenges and opportunities*) (pp. 197-222). United Nations Educational, Scientific and Cultural Organization (UNESCO). ISBN: 978-65-87522-13-5.

+Barber, B. R., & **Gagnon, J. C.** (2020). Alternative educational settings. In R. T. Boon, M. D. Burke, & L. Bowman (Eds.), *Literacy instruction for students with emotional and behavioral disorders: Research-based interventions for classroom practice* (pp. 211-245). Information Age Publishing. ISBN: 9781648021237

+Unruh, D., **Gagnon, J. C.**, & MaGee, C. (2018). Community re-integration for young offenders in the United States. In S. O'Neill (Ed.), *Incarcerated youth transitioning back to community - International perspectives* (pp. 205-219). Springer. ISBN 978-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-2

+Leone, P. E., Lockwood, S., & **Gagnon, J. C.** (2017). Creating and sustaining safe environments in juvenile corrections. In P. Sturmey (Ed.), *The Wiley handbook of violence and aggression* (Vol. 3: Societal interventions, pp. 1541-1552). John Wiley & Sons. ISBN: 978-1-119-05755-0

+**Gagnon, J. C.**, & Barber, B. R. (2015). Research-based academic and behavioral practices in alternative education settings: Best evidence, challenges, and recommendations. In B. G. Cook, M. Tankersley, & T. J. Landrum (Eds.), *Advances in Learning and Behavioral Disabilities* (Vol. 28, pp. 225-271). Emerald Group Publishing. ISBN: 1784419346

+**Gagnon, J. C.**, & Barber, B. R. (g) (2011). Preventing incarceration through special education and mental health collaboration for students with emotional and behavioral disorders. In N. Dowd (Ed.), *Justice for kids: Keeping kids out of the juvenile justice system* (pp. 82-106)*.* New York University Press. ISBN: 978-0814721377

+Maccini, P., & **Gagnon, J. C.** (2005). Mathematics and technology-based interventions for secondary students with learning disabilities. In D. Edyburn, K. Higgins, & R. Boone, *The handbook of special education technology research and practice* (pp. 599-622). Knowledge By Design, Inc. ISBN: 978-0970842961

**Monographs**

+**Gagnon, J. C.**, Kennedy-Lewis, B. L., & Gurel, S. (g) (2014). *Corporal punishment in Florida schools: Trends in reactive, punitive, and ineffective approaches to youth behavior* (pp. 1-33). Southern Poverty Law Center. https://www.splcenter.org/sites/ default/files/d6_legacy_files/downloads/publication/corporal_punishment_fl_2014_final.pdf

+**Gagnon, J. C.**, & Richards, C. (2008). *Making the right turn: A guide about improving transition outcomes for youth involved in the juvenile corrections system* (pp. 1-61). National Collaborative on Workforce and Disability for Youth, Institute for Educational Leadership. http://www.ncwd-youth.info/publications/making-the-right-turn-a-guide-about-improving-transition-outcomes-for-youth-involved-in-the-juvenile-corrections-system/

+Mulcahy, C. A. (g), & **Gagnon, J. C.** (2007) Teaching mathematics to secondary students with emotional/behavioral disorders. In L. M. Bullock & R. A. Gable (Eds.), *Seventh CCBD mini-library series* (pp. 1-36). Council for Children with Behavioral Disorders.

+**Gagnon, J. C.**, Wehby, J., Strong, A. (g), & Falk, K. B. (g) (2006). Effective mathematics and reading instruction for secondary-age youths with emotional and behavioral disorders. In L. M. Bullock, R. A. Gable, & K. J. Melloy (Eds.), *Sixth CCBD mini-library series* (1-57). Council for Children with Behavioral Disorders.

+**Gagnon, J. C.**, & Mayer, M. (2004). Educating juveniles with disabilities in correctional settings. In L. M. Bullock, R. A. Gable, & K. J. Melloy (Eds.), *Fifth CCBD mini-library series* (pp. 1-59). Council for Children with Behavioral Disorders.

**Research Briefs**

+**Gagnon, J. C.**, & Barber, B. R. (2019, May). *Making the right turn: A research update on evidence-based and promising post-exit supports for formerly incarcerated youth* (Research Brief 5, 1-27). National Collaborative on Workforce and Disability for Youth, Institute for Educational Leadership. http://www.ncwd-youth.info/wp-content/uploads/2019/07/Making-the-Righ-Turn_A-Research-Update_May-2019_Accessible.pdf

+**Gagnon, J. C.** (2018, May). *Making the right turn: A research update on prevention and diversion for justice-involved youth* (Research Brief, Issue 4, 1-24). National Collaborative on Workforce and Disability for Youth, Institute for Educational Leadership. http://www.ncwd-youth.info/publications/making-the-right-turn-a-research-update-on-prevention-and-diversion-for-justice-involved-youth/

+**Gagnon, J. C.** (2018, May). *Making the right turn: A research update on improving transition outcomes among youth involved in the juvenile corrections system* (Research Brief, Issue 3, 1-28). National Collaborative on Workforce and Disability for Youth, Institute for Educational Leadership. http://www. ncwd-youth.info/publications/making-the-right-turn-a-research-update-on-improving-transition-outcomes-among-youth-involved-in-the-juvenile-corrections-system/

**Issue Briefs**

+**Gagnon, J. C.**, Read, N. W., & Gonsoulin, S. (2015). *Key considerations in providing a free and appropriate public education for youth with disabilities in juvenile secure care facilities* (pp. 1-12). The National Evaluation and Technical Assistance Center for the Education of Children and Youth who are Neglected or At-Risk. https://neglected-delinquent.ed.gov/sites/default/files/NDTAC_Issue_Brief_FAPE_12_15.pdf

+Maccini, P., & **Gagnon, J. C.** (2005). *Math strategy instruction for middle school students with learning disabilities* (pp. 1-9). The Access Center: Improving Outcomes for all Students K-8. http://www.ldonline.org/article/14919/

+**Gagnon, J. C.**, & Maccini, P. (2005). *Direct instruction in mathematics for youth with learning disabilities in middle school* (pp. 1-6). The Access Center: Improving Outcomes for all Students K-8.

+Maccini, P., & **Gagnon, J. C.** (2005). *Math graphic organizers for students with disabilities* (pp. 1-10). The Access Center: Improving Outcomes for all Students K-8.

+**Gagnon, J. C.**, McLaughlin, M. J., & Leone, P. (2003). *Educational accountability in day treatment and residential schools for students with EBD: Report on a national survey* (pp. 1-19). Educational Policy Reform Research Institute.

**Reports**

**Gagnon, J. C.**, McLaughlin, M. J., Rhim, L. M., Adunga, G., & Davis, G. A. (2000). *Education reform policies and students with disabilities: Report on a survey of large districts* (pp. 1-19). Center for Policy Research on the Impact of General and Special Education Reform, National Association of State Boards of Education.

**Gagnon, J. C.**, McLaughlin, M. J., Rhim, L. M., Adunga, G., & Davis, G. A. (2000). *Education reform policies and students with disabilities: Report on a national survey* (pp. 1-26). Center for Policy Research on the Impact of General and Special Education Reform, National Association of State Boards of Education.

+Meisel, S. M., Malmgren, K. W., **Gagnon, J. C.**, & Leone, P. E. (2000). *Report of the Montgomery county interagency project: Characteristics and service trajectory of youth with emotional disturbance in special education, child welfare, and juvenile justice* (pp. 1-33). Prepared for Montgomery County Public Schools, Maryland Department of Health and Human Services, and Maryland Department of Juvenile Justice.

**Encyclopedia Entry**

+**Gagnon, J. C.**, & Barber, B. R. (2018). Feasibility in education research. In B. Fey (Ed.), T*he SAGE encyclopedia of educational research, measurement and evaluation* (p. 668). Sage.

11

**Newsletters**

+Nelson, C. M., Scott, T. M., **Gagnon, J. C.**, Jolivette, K., Sprague, J. (2008). Positive behavior support in the juvenile justice system. *Positive Behavioral Interventions and Supports Newsletter, 4*(3), 1-9. Office of Special Education Programs Center on Positive Behavioral Interventions and Supports. http://www.pbis.org/pbis_newsletter/volume_4/issue3.aspx

**Social Media**

***Gagnon, J. C.** (2015, October 20). In 19 states it's okay to hit kids with a wooden board. *The Conversation* (Also posted online at *Washington Post*, *HuffPost*, & *Newsweek*; 45,017 readers). https://theconversation.com/in-19-states-its-okay-to-hit-kids-with-a-wooden-board-47744

**Manuscripts in Review/Revision**

***Gagnon, J. C.**, Gurel, S., Barber, B. R., Houchins, D. E., Lane, H., McCray, E., & Lambert, R. G. (in review). Teacher instructional approaches and student engagement and behavioral responses during literacy instruction in a juvenile correctional facility. *Behavioral Disorders*

*LaBelle, B., **Gagnon, J. C.**, Joyce-Beaulieu, D., Lane, J., Gage, N., Kranzler, J., Houchins, D., Lane, H., McCray, E., Lambert, R., & Ball, S. (in review). Evaluating the utility of the MAYSI-2 among African-American male juvenile offenders. *Behavioral Disorders*

*Houchins, D. E., Lambert, R., Henrich, C., & **Gagnon, J. C.** (in revision). Literacy profiles of incarcerated youth. *Behavioral Disorders*

**Manuscripts in Progress**

**Gagnon, J. C.**, Barber, B. R., Gurel, S., Houchins, D. E., Lane, H., McCray, E., & Lambert, R. G. (in progress). *A lag sequential analysis of instructional grouping and teacher supervision, and student engagement during reading instruction in a juvenile correctional facility.*

**Gagnon, J. C.**, Honkasilta, J., & Tapio, H. S. (g) (in progress). *Finnish special education teachers' use of tier II interventions to address youth behavior.*

**Gagnon, J. C.**, Quan, J., Daley, M., Huggins-Manley, C., Houchins, D. E., Lane, H., McCray, E., & Lambert, R. G. (in progress). *Convergence, divergence, and predictive validity in depression and suicidality screening tools for adjudicated youth across ethnicity.*

**Gagnon, J. C.** (in progress). *Leveraging the Individuals with Disabilities Education Act to end the solitary confinement of youth with disabilities.*

## GRANT AWARDS

**In Review:**

2023            Principal Investigator, *Unlocking Opportunities: Greening Engineering and Vocational Education to Tackle Environmental Challenges and Unemployment*. Higher Education Partnership Programme. Requested 1,081,700 € (with Hammouda S. M., Co-PI; Khlaif, Z. N., Co-PI; Jabreen, K., Co-PI; Abdelall, S. A., Co-PI).

2023            Co-Principal Investigator, *School-Wide Positive Behavioral Interventions and Supports for Green Schools*. Erasmus+ KA210-ADU, Small-Scale Partnerships In Adult Education. Requested 60,000 € (with Demirtaş, Ş., Afacan, K., Besalti, M., Ceylan, M., Karasu, N., Aykut, C., Sert, C., Açikgöz, G., Burak, Y., Altun, N., Erdem, A., & Goei, S. L.)

**Funded:**

2023            Recipient, Global Innovation Network for Teaching and Learning (GINTL) Travel Grant. Teacher Education for Equality and Equity in the Post-Pandemic Era: Examples from China and Finland. Shijiazhuang, People's Republic of China. Funded 3,044 €

2019            Principal Investigator, *A Fraction Intervention with Virtual Manipulatives for Students with LD in Math*. Digital Development Grant. University of Helsinki, Faculty of Educational Sciences. Funded 10,000 € (with Aunio, P., Co-PI)

2015-2016       Principal Investigator, *More Than a Number*. College Research Incentive Fund Awards. University of Florida, College of Education. Funded $5,000.00

2013-2014       Fulbright Scholar, *Education in South African Juvenile Corrections*. Fulbright Scholars Program, The Council for International Exchange of Scholars, the Scholar Division of the Institute of International Education (IIE). Funded $42,440

2013-2014       Co-Principal Investigator, *An Examination of Mental Health Policies and Procedures within Juvenile Correctional Facilities*. College Research Incentive Fund Awards. University of Florida, College of Education. Funded $39,931.69 (with Swank, J., PI)

2013            Principal Investigator, *Corporal Punishment in Florida Schools*. Southern Poverty Law Center. Funded $16,221.80 (with Kennedy-Lewis, B., Co-PI)

2009-2013       Co-Principal Investigator (Principal Investigator of subcontract), *Project LIBERATE: Literacy Based on Evidence through Research for Adjudicated Teens to Excel*. U.S. Department of Education, Institute of Education Sciences. Funded $2,956,349.00 (Total of University of Florida subcontract: $1,957,277.00) (with Houchins, D. PI; Lane, H. Co-PI)

2011-2012       Member of Scientific Review and Policy Analysis Team (Principal Investigator of subcontract). *Juvenile Correction Project*. U.S. Department of Justice, Bureau of Justice Assistance. Rand Corporation. Funded $2,500,000.00 (Total of University of Florida subcontract: $18,606.00) (with Bozick, R., PI)

2008-2012    Co-Principal Investigator, *Project COMPUTE: Creating Opportunities for Mathematics Progress Utilizing Teacher Education*. U.S. Department of Education, Office of Special Education Programs. Funded $788,291.00 (with Griffin, C. C., PI; Pape, S., Co-PI)

2010-2011    Principal Investigator, *Development, validation, and pilot of a juvenile corrections evaluation tool of implementing positive behavior interventions and supports*. College Research Incentive Fund Awards. University of Florida, College of Education. Funded $6,202.00 (with Barber, B. R., Co-PI)

2003-2006    Principal Investigator, *Alternative settings: Curriculum assessment, and accountability policies and practices for students with learning and behavioral disorders*, U.S. Department of Education, Office of Special Education & Rehabilitative Services (OSERS), Field Initiated Research Project. Funded, $540,000.00 (with Maccini, P., Co-PI; & Malmgren, K., Co-PI)

2001-2002    Co-Principal Investigator, *Survey of teachers and principals in residential and day treatment school programs for students with emotional and behavioral disorders*, U.S. Department of Education, Office of Special Education & Rehabilitative Services (OSERS), Student Initiated Research Project. Funded, $19,981.00 (with Leone, P. E., PI)

**Not Funded:**

2022    Principal Investigator, Digitalization and Problem-Based Learning in Teacher Training to Address Student Behavior. Projects for promoting digitalization. University of Helsinki, Faculty of Educational Sciences. Requested 9,920 € (with Honkasilta, J., Co-PI)

2021    Principal Investigator, *American and Finnish Facility Interactions Concerning Rehabilitation and Mental Health* (*AFFIRM*). U.S. Embassy Helsinki Small Grants Program (PAS-FI-FY21-01). Requested $10,907

2020    Principal Investigator, *Supporting the Transition of Adolescents out of Reform School* (STARS). Academy of Finland, Research Council for Culture and Society. Requested 479,883€ (with Honkasilta, J., Post-Doctoral Researcher; Kiilakoski, T., Collaborator; Virtanen, T., Collaborator; Brunila, K., Collaborator; Jahnukainen, J., Collaborator; Palsanen, K., Collaborator; Unruh, D., Collaborator; Griller Clark, H., Collaborator; Barkman, J., Collaborator)

2020    Principal Investigator, *National Studies of Intensive and Special Behavioral Interventions*. Suomen Kulttuurirahasto Expenditure Grant. Requested 13,381€

2020    Principal Investigator, *Educating Incarcerated Youth in the Time of COVID-19 (EIYC)*. Russell Sage Foundation. Requested $49,818 (with Murphy, K., Co-PI; Griller Clark, H., Co-PI)

2020    Principal Investigator, *Policy & Practice in Alternative Schools Supporting the Education of Youth with Disabilities* (PPASSED). Spencer Foundation. Requested $499,354 (with Perzigian, A., Co-PI; Mulcahy, C., Co-PI; Manley, A., Co-PI)

2020    Principal Investigator, *Educating Incarcerated Youth in the Time of COVID-19 (EIYC)*. Spencer Foundation. Requested $49,818 (with Macsuga-Gage, A., Co-PI)

2019    Principal Investigator, *Policy & Practice in Alternative Schools Supporting the Education of Youth with Disabilities* (PPASSED). Spencer Foundation. Requested $467,815 (with Aunio, P., Co-PI; Mason-Williams, L., Co-PI; Manley, A., Co-PI)

2019    Principal Investigator, *Investigating Services Provided In Reform Exclusionary Schools* (Project INSPIRES). Wihuri Foundation. Requested 78,928 € (with Manninen, M., Co-PI)

2018    Principal Investigator, *Policy & Practice in Alternative Schools Supporting the Education of Youth with Disabilities* (PPASSED). U.S. Department of Education. Requested $1,392,740 (with Houchins, D, Co-PI; Reed, D., Co-PI; Manley, A., Co-PI)

2017    Principal Investigator, *Promoting Leadership for Educational Access in Alternative Settings* (PLEAAS). U.S. Department of Education. Requested $248,420 (with Griffin, C., Co-PI; Ritzhaupt, A., Co-PI; Dawson, K., Co-PI)

2016    Principal Investigator, *Prevalence of Mental Disorders Among South African Inmates*. Research Opportunity Fund, University of Florida. Requested $100,000 (with Bussing, R., Co-PI; Cottler, L., Co-PI)

2016    Principal Investigator, *Linking Education/Special Education Research and Policy: Supporting Youth At-Risk and Involved with Juvenile Corrections*. William T. Grant Foundation. Requested $175,302

2015    Principal Investigator, *Client Satisfaction with Participation in the Mobile Outreach Clinic and Intimate Partner Violence Assistance Program*. Feminist Review Trust. Requested £14,833.36 (with Drake, T., Co-PI; Grigg, J., Co-PI)

2015    Principal Investigator, *Linking Education/Special Education Research and Policy: Supporting Youth At-Risk and Involved with Juvenile Corrections*. William T. Grant Foundation. Requested $159,975

2014    Co-Principal Investigator, *Development and Evaluation of an Intervention for Trauma Counseling and Support in Juvenile Corrections*. National Institute of Justice. (with Swank, J., PI) Requested $627,270

2013    Principal Investigator, *Reforming Education in Secure Care Utilizing E-Learning* (RESCUE). U.S. Department of Education. Requested $1,499,446 (with Crockett, J., Co-PI; Leone, P., Co-PI)

2012    Co-Principal Investigator, *Quality Universal Access Designed to Remediate Algebra Troubles in Class* (QUADRATIC). National Science Foundation. Requested $138,549 (Subcontract) (with Maccini, P., PI)

2011    Co-Principal Investigator, *Ecological Grounding of Evidence Based ADHD Treatment for Incarcerated Youth*. National Institutes of Health. Requested $402,875 (with Bussing, R., PI; Koro-Ljunberg, M., Co-PI; Fasig, L., Co-PI)

2009    Principal Investigator, *Implementing Policy/Practice in Alternative Secondary Schools* (IPASS). William T. Grant Foundation. Requested $600,000 (with Lane, H., Co-PI; McCray, E., Co-PI)

2007    Principal Investigator, *Curriculum, Assessment, and Accountability Policies and Instructional Practices for Students with Learning and Behavioral Disorders in Alternative Schools*. U.S. Department of Education. Requested $594,895 (with Lane, H., Co-PI; Garvan, C., Co-PI)

2006    Principal Investigator, *Alternative Schools: Curriculum, Assessment and Accountability Policies and Practices for Students with Learning and Behavioral Disorders*. U.S. Department of Education. Requested $439,553

2005    Co-Principal Investigator, *Health Behavior in School-Age Children - U.S. Survey*. National Institutes of Health. Requested $174,971 (Subcontract) (with Camp, S., PI)

2004    Co-Principal Investigator, *Effects of Research-Based Reading and Mathematics Instructional Strategies on Secondary Youth with High Incidence Disabilities Committed to Juvenile Corrections. Special Education*. U.S. Department of Education. Requested $540,000 (with Maccini, P., PI; Malmgren, K., Co-PI)

2004    Principal Investigator, *Curriculum, Assessment, and Accountability Policies and Instructional Practices for Students with Learning and Behavioral Disorders in Alternative Schools*. U.S. Department of Education. Requested $540,000.00 (with Maccini, P., Co-PI; & Malmgren, K., Co-PI)

## PROFESSIONAL SERVICE

### Consultancy

2023-Present    Education/Special Education Expert Consultant, *M. B. v. District of Columbia Public Schools and Office of the State Superintendent of Education*. The School Justice Project, Washington Lawyers' Committee, and Nixon Peabody. Washington DC

2023-Present    Education/Special Education Expert Consultant, *D. M. v. District of Columbia Public Schools and Office of the State Superintendent of Education*. The School Justice Project, Washington Lawyers' Committee, and Nixon Peabody. Washington DC

2022-Present    Senior Education Expert, *Introducing Education to Rule of Law Teaching Modules in the Mozambican Educational System*. United Nations Office on Drugs and Crime, and Rule of Law Centre, University of Helsinki. Maputo, Mozambique

2022-Present    Education/Special Education Monitor, In re: *Compensatory Education at Louisiana Office of Juvenile Justice Secure Care Facilities* (Agreement between Louisiana's Special School District and the Louisiana Center for Children's Rights). Baton Rouge, LA

2021-Present    Education/Special Education Expert Consultant, *Derrick et al v. Glen Mills Schools et al.* (Civil Action No. 19-1541). Juvenile Law Center and Education Law Center. Philadelphia, PA

16

| 2021-Present | Education/Special Education Expert Consultant, *Charles H. and Israel F., on behalf of themselves and all others similarly situated v. District of Columbia Public Schools, et al.* (Civil Action No. 1:21-cv-00997). Terris, Pravlik & Millian, the School Justice Project, and the Washington Lawyers' Committee. Washington DC |
|---|---|
| 2022-2023 | Education/Special Education Monitor, In re*: Special Education at Acadiana Center for Youth – St. Martinville* (Agreement between Louisiana's Office of Juvenile Justice, Louisiana's Special School District, the Louisiana Center for Children's Rights, and the Stuart H. Smith Law Clinic & Center for Social Justice at Loyola University). St. Martinville, LA |
| 2020 | Evaluator of Teacher Training Curriculum. *MIDA FINNSOM Sub-Project*, International Organisation of Migration and Somalia National University. Mogadishu, Somalia |
| 2019-2022 | Juvenile Justice Behavior Consultant, *Project Liberate II: Literacy Instruction Based on Evidence through Research for Adjudicated Teens to Excel*. U.S. Department of Education, Institute of Education Sciences (Principal Investigator: Houchins, D.) |
| 2020 | Member, *Participatory Research Group on Inclusion*, Viikki Normal School. Helsinki, Finland |
| 2018-2019 | Education/Special Education Expert Consultant, Prisoners' Legal Services of New York and The Legal Aid Society Prisoners' Rights Project. New York, NY |
| 2017-2018 | Court-Appointed Independent Education/Special Education Expert, *Adam X., Brian Y., Casey Z., and the American Civil Liberties Union of New Jersey, and ARC of New Jersey v. New Jersey Department of Corrections and New Jersey Department of Education* (Case No. 2:17-cv-00188). |
| 2016 | Education/Special Education Expert Consultant, *Handberry v. Thompson*, (Case No. 1:96-cv-06161 (S.D.N.Y.)). Paul, Weiss, Wharton, & Garrison, LLP, & The Legal Aid Society. New York, NY |
| 2015-2016 | Education/Special Education Expert Consultant, *J.C. v. School Board of St. Johns County* (Case No. 3:14-cv-1225-J-39JBT). Southern Legal Counsel. Gainesville, FL |
| 2011-2016 | Expert Consultant, *Project Leaders in Exceptionalities, Alternative and Delinquency-related Environments through Research and Scholarship* (*LEADERS*; H325D110030). U.S. Department of Education, Office of Special Education Programs. (Principal Investigator: Houchins, D. E.) |
| 2011-2014 | Project Faculty, *Restructuring and Improving Teacher Education* (*RITE*; H325T110002). U.S. Department of Education, Office of Special Education Programs. (Principal Investigator: McLeskey, J. & Cox, P.) |
| 2013 | Behavioral and Instructional Consultant, Nooitgedacht Primary School. Cape Town, South Africa |

2009-2013     Education/Special Education Expert Consultant, *U.S. v. LeFlore County, Mississippi* (Case No. 4:15-CV-059-DMB-JMV). Special Litigation Section, Civil Rights Division, U.S. Department of Justice

2007-2012     Consultant, *Arizona Urban Teachers Professional Learning School Project*. U.S. Department of Education, Office of Special Education Programs. (Principal Investigator: Kozleski, E.)

2010-2011     Education/Special Education Expert Consultant, provision of education and special education services in Canton, Massachusetts psychiatric facility. Educational Opportunities Section, Civil Rights Division, U.S. Department of Justice

2009-2010     Education/Special Education Expert Consultant, provision of education and special education services in Alexander, Arkansas juvenile corrections. Special Litigation Section, Civil Rights Division, U.S. Department of Justice

2008-2010     Education/Special Education Expert Consultant, provision of education and special education services in Pendleton, Indiana juvenile corrections. Special Litigation Section, Civil Rights Division, U.S. Department of Justice

2008-2010     Education/Special Education Expert Consultant, provision of education and special education services in Indianapolis, Indiana juvenile corrections. Special Litigation Section, Civil Rights Division, U.S. Department of Justice

2004-2010     Education/Special Education Expert Consultant, provision of education and special education services in South Bend, Indiana juvenile corrections. Special Litigation Section, Civil Rights Division, U.S. Department of Justice

2005-2009     Education/Special Education Expert Consultant, education of incarcerated youth for District of Columbia Public Schools and Department of Corrections [defendants] in *J.C. et al. v. Vance, et al.* (Case No. 03-09719). Washington DC

2008     Expert Consultant, *2008 Pearson Expert Panel for Struggling Learners*. Boston, MA

2004-2005     Education/Special Education Expert Consultant, provision of education and special education services in Plainfield, Indiana juvenile corrections. Special Litigation Section, Civil Rights Division, U.S. Department of Justice

2003-2004     Education/Special Education Expert Consultant, conditions of confinement and provision of educational services in Los Angeles, California juvenile corrections. Special Litigation Section, Civil Rights Division, U.S. Department of Justice

2003     Consultant and Observer, evaluation of Outcome 8 of the Ultimate Measurable Outcomes Consent Order entered in *Vaughn G. et al. v. Mayor and City Council of Maryland et al.* (Case No. 9430058/CE 189672). United States District Court

2002     Consultant and Observer, evaluation of Outcome 9 of the Ultimate Measurable Outcomes Consent Order entered in *Vaughn G. et al. v. Mayor and City Council of Maryland et al.* (Case No. 9430058/CE 189672). United States District Court

2001            Participant, review of educational services in Cook County Jail, Chicago, IL.
                Special Litigation Section, Civil Rights Division, U.S. Department of Justice

2000-2001       Consultant, Glendale Regional Program for Students with Emotional Disturbance. Glen
                Burnie, MD

2000            Reviewer, *Connected Mathematics* (Fey, Fitzgerald, Friel, Lappan, & Phillips, 2006)

1999            Consultant, National Board for Professional Teaching Standards

## Expert Witness

2023            Education/Special Education Expert Witness, *M. B. v. District of Columbia Public
                Schools and Office of the State Superintendent of Education*. The School Justice Project,
                Washington Lawyers' Committee, and Nixon Peabody. Washington DC

2023            Education/Special Education Expert Witness, *Derrick et al v. Glen Mills Schools et
                al.* (Civil Action No. 19-1541). Juvenile Law Center and Education Law Center.
                Philadelphia, PA

2021            Education/Special Education Expert Witness, *Zyaire Flemmings v. District of Columbia
                Public Schools, et al.* School Justice Project. Washington DC

2021            Education/Special Education Expert Witness, *Martinez Raynor v. District of Columbia
                Public Schools, et al.* School Justice Project. Washington DC

2021            Education/Special Education Expert Witness, *Jaheim Foster v. District of Columbia
                Public Schools, et al.* School Justice Project. Washington DC

2020-2021       Education/Special Education Expert Witness, *Elijah Jarmon v. District of Columbia
                Public Schools, et al.* School Justice Project (Case No. 2020-0184). Washington DC

2014            Education/Special Education Expert Witness, *Mosby v. District of Columbia Public
                Schools* (Case No. 2014-0336). Washington DC

## Advisory Board Member

2020-2023       Advisory Board Member, *Brain Injury & Juvenile Services Training:
                Empirically Defining Training Needs and Competencies for Juvenile Services
                Personnel for Young Offenders with TBI* (B-JUST). National Institute on Disability,
                Independent Living, and Rehabilitation Research (Principal Investigator: Unruh, D.)

2011-Present    Advisory Board Member, *Center for Educational Excellence in Alternative Settings*.
                College, Park, MD (Invited)

2014-2018       Advisory Board Member, *Reclaiming Access to Inquiry-based Science Education for
                Incarcerated Students* (*RAISE*, 1418152). National Science Foundation (Principal
                Investigator: Krezmien, M.)

**Membership on Editorial Boards**

2022-Present  Editorial Board Member, *Learning Disability Quarterly*

2022-Present  Editorial Board Member, *Learning Disabilities: A Multidisciplinary Journal*

2021-Present  Editorial Board Member, *Academia Eğitim Araştırmaları Dergisi* (*Academia Journal of Educational Research*)

2018-Present  Editorial Board Member, *Child & Youth Care Forum*

2018-Present  Editorial Board Member, *Journal of Correctional Education*

2017-Present  Editorial Board Member, *Exceptionality*

2017-Present  Consulting Editor, *Journal of Emotional and Behavioral Disorders*

2017-Present  Consulting Editor, *Remedial & Special Education*

2016-Present  Consulting Editor, *Educational Psychology: An International Journal of Experimental Educational Psychology*

2011-Present  Associate Editor, *Behavioral Disorders*

2014-2016  Associate Editor, *Preventing School Failure: Alternative Education for Children and Youth*

2013-2016  Editorial Board Member, *International Journal on School Disaffection*

2014-2015  Editorial Board Member, *Journal of Special Education Leadership*

2006-2014  Consulting Editor, *Preventing School Failure: Alternative Education for Children and Youth*

2001-2005  Editor, *EDJJ Notes* [On-line]. www.edjj.org. National Center on Education, Disability, and Juvenile Justice

**Guest Editor**

2013  Guest Editor, special issue on mathematics and learning disabilities (with P. Maccini), *Learning Disabilities: A Multidisciplinary Journal*

**Journal Reviewer**

2023-Present  Reviewer, *Psychiatry Research*

2022-Present  Reviewer, *Aggression and Violent Behavior*

2022-Present  Reviewer, *Journal of Child and Family Studies*

2022-Present    Reviewer, *Implementation Research and Practice*

2022-Present    Reviewer, *International Criminal Justice Review*

2022-Present    Reviewer, *European Journal of Education*

2022-Present    Reviewer, *Journal of Forensic Psychology Research and Practice*

2021-Present    Reviewer, *Journal of Disability Policy Studies*

2020-Present    Reviewer, *Residential Treatment for Children and Youth*

2020-Present    Reviewer, *International Journal of Environmental Research and Public Health*

2020-Present    Reviewer, *Children*

2020-Present    Reviewer, *Exceptional Children*

2020-Present    Reviewer, *Journal of Clinical Medicine*

2019-Present    Reviewer, *Educational Policy*

2018-Present    Reviewer, *Teaching and Teacher Education*

2017-Present    Reviewer, *Journal of Substance Abuse Treatment*

2017-Present    Reviewer, *Review of Educational Research*

2016-Present    Reviewer, *Journal of Special Education*

2016-Present    Reviewer, *Journal of Educational Psychology*

2014-Present    Reviewer, *Justice Quarterly*

2011-Present    Reviewer, *Learning Disabilities: A Contemporary Journal*

2009-Present    Reviewer, *Children and Youth Services Review*

2001-Present    Reviewer, *Education and Treatment of Children*

2015-2022    Reviewer, *Learning Disabilities: A Multidisciplinary Journal*

2013-2017    Reviewer, *Exceptionality*

2010-2017    Reviewer, *Journal of Emotional & Behavioral Disorders*

2006-2017    Reviewer, *Remedial and Special Education (RASE)*

2013    Reviewer, *Journal of Educational Psychology*

2010-2011    Reviewer, *Behavioral Disorders*

2007    Reviewer, *Educational Evaluation and Policy Analysis*

2003-2007    Reviewer, *Exceptional Children*

## Evaluator of Programs of Study

2021-2022    Member, External Evaluation Committee for re-accreditation, University of Zagreb, Faculty of Humanities and Social Sciences. The Accreditation Council of the Agency for Science and Higher Education. Zagreb, Croatia

2021    Member, External Evaluation Committee for re-accreditation, Frederick University, Special Education Master's Degree. Cyprus Council of the Agency of Quality Assurance and Accreditation in Higher Education. Nicosia, Cyprus

2021    Member, External Evaluation Committee for re-accreditation, Frederick University, Special Education Master's Degree-Online. Cyprus Council of the Agency of Quality Assurance and Accreditation in Higher Education. Nicosia, Cyprus

## Evaluator of Applications for Academic Positions

2020    External Evaluator, Tenure track position for Inclusive and Special Education, School of Educational Sciences, University of Tallinn. Tallinn, Estonia

2020    External Evaluator, Tenure track position for School Counselling and Psychology, School of Natural Sciences and Health, University of Tallinn. Tallinn, Estonia

2019    External Evaluator, Tenure track position for Efficacy of Teaching, Support, and Learning Interventions, Faculty of Education and Psychology, University of Jyväskylä. Jyväskylä, Finland

## Proposal Reviewer

2023    Reviewer, Fulbright Host University Proposals, Council for International Exchange of Scholars (CIES). Washington DC

2022    Reviewer, Fulbright Distinguished Awards in Teaching Program, Council for International Exchange of Scholars. Washington DC

2021    Reviewer, TrygFonden (Tryg Foundation) research grant. Virum, Denmark

2021    Reviewer, Swiss National Science Foundation, Humanities and Social Sciences Division. Berne, Switzerland

2021    Reviewer, Fulbright Host University Proposals, Council for International Exchange of Scholars (CIES). Washington DC

| | |
|---|---|
| 2021 | Reviewer, National Science Foundation Law and Science Program, Division of Social and Economic Sciences. Alexandria, Virginia |
| 2015-2022 | Reviewer, Mandela Washington Fellowship for Young African Leaders. Washington DC |
| 2020 | Reviewer, Fulbright Distinguished Awards in Teaching Program for International Teachers, Council for International Exchange of Scholars. Washington DC |
| 2018-2020 | Reviewer, Fulbright U.S. Scholar Program, Council for International Exchange of Scholars. Washington DC |
| 2019 | Reviewer, Fulbright Distinguished Awards in Teaching Short-Term, Council for International Exchange of Scholars. Washington DC |
| 2018 | Reviewer, Fulbright Teaching Excellence and Achievement Program, Council for International Exchange of Scholars. Washington DC |
| 2018 | Reviewer, Fulbright Peer Review Committee for the Field of Education, Council for International Exchange of Scholars. Washington DC |
| 2014-2016 | Reviewer, Fulbright Peer Review Committee for the Field of Education, Council for International Exchange of Scholars. Washington DC |
| 2014 | Reviewer, Fulbright Sub-Saharan Africa Regional Peer Review Committee, Council for International Exchange of Scholars. Washington DC |
| 2010-2011 | Reviewer, Mathematics and Science Education Scientific Review Panel, Institute of Education Sciences, U.S. Department of Education. Washington DC |
| 2010 | Reviewer, Institute of Education Sciences, Special Education Research and Development Center (CFDA Number: 84.324C): Center on Improving Mathematics Instruction for Students with Mathematics Difficulties. U.S. Department of Education. Washington DC |

**Office and Committee Memberships held in Professional Organizations**

| | |
|---|---|
| 2020-Present | Member, The European Group for the Study of Deviance and Social Control: Prisons, Punishment and Detention Working Group. Liverpool, England |
| 2022 | Member, Scientific Committee, International Congress of Healthcare Research, Sağlık Bilimleri Üniversitesi. Istanbul, Türkiye (Invited) |
| 2020-2021 | Affiliated Member, AGORA Centre for the Study of Social Justice and Equality in Education. Helsinki, Finland (Invited) |
| 2018-2020 | Member of Expert Panel, The National Evaluation and Technical Assistance Center for the Education of Children and Youth who are Neglected or At-Risk. Washington DC (Invited) |

2019      Committee Member and Judge, International Youth Innovation Design Competition. Beijing, China (Invited)

2017-2018      Guardian ad litem volunteer, Eighth Judicial Circuit of Florida

2016      Participant, Expert Roundtable on Youth Justice and Education, Legal Center for Youth Justice and Education. Washington DC (Invited)

2013      Participant, Juvenile Law Center, Open Society Foundations, Pennsylvania Academic and Career/Technical Training Alliance, Racial Justice Initiative, and Robert F. Kennedy Juvenile Justice Collaborative, Southern Listening Session on Juvenile Correctional and Reentry Education. Atlanta, GA (Invited)

2006      Participant, National Center on Education, Disability, and Juvenile Justice and The Johnson Foundation Symposium on Delinquency, Disability, and Juvenile Justice. Racine, WI (Invited)

2005      Member of Expert Panel, National Center for Children in Poverty (NCCP) stakeholders meeting on Empirically Supported/Effective Practices and Policies Across Systems for Youth: What We Know and What We Need to Know. New York, NY (Invited)

2002-2006      Resource Fellow, National Center on Education, Disability, and Juvenile Justice (EDJJ), Department of Special Education. University of Maryland. College Park, Maryland (Invited)

2002      Participant, National Association of Protection and Advocacy Systems, National Criminal Justice Coalition Planning Meeting for Persons with Disabilities. Washington DC (Invited)

2002      Member of Expert Panel, National Collaborative on Workforce and Disability for Youth. Washington DC (Invited)

**Conference Planning**

2011-2013      Member, Planning Committee, *2013 Juvenile Justice Conference*, Center on Children and Families, University of Florida Levin College of Law, University of Florida

2007      Training Strand Leader, *Teaching math to secondary students with emotional/behavioral disorders* (6 sessions). International Conference on Behavioral Disorders, Dallas, TX. (Invited training strand leader with C. Mulcahy)

2005-2007      Chair, U.S. Steering Committee, *2007 China – U.S. Conference on Youth at Risk*. Beijing, China

2005      Training Strand Leader, *Academic success as preventative medicine for students at-risk for behavioral problems* (6 sessions). International Conference on Behavioral Disorders. Dallas, TX. (Invited training strand leader)

**University Service**

2019-Present    Member, Education & Society Research Community, University of Helsinki

2019-Present    Member, Helsinki Inequality Initiative (INEQ), University of Helsinki. Helsinki, Finland

2019-2020    Member, Open Science Panel: International Researchers Group, University of Helsinki

2017-2019    Member, South African Working Group, Office for Global Research Engagement, International Center, University of Florida

2017-2019    Member, University of Florida Institutional Review Board (IRB02), University of Florida

2017-2019    Member, Faculty Senate, University of Florida

2016-2019    Mentor, UF Minority Mentor Program, University of Florida

2018    Reviewer, UF Campus Committee for the Fulbright U.S. Student Program, University of Florida

2015, 2016    Reviewer, UF Campus Committee for the Fulbright U.S. Student Program, University of Florida

2012-2013    Faculty Advisor, For the Brighter Future (James Nguyen, President), University of Florida

**College/Faculty Service**

2022-Present    Member, Equality and Non-Discrimination Group, Faculty of Educational Sciences, University of Helsinki, Helsinki, Finland

2022-Present    Member, Equality and Non-Discrimination Group, Faculty's Equality and Non-Discrimination Plan Working Group, Faculty of Educational Sciences, University of Helsinki, Helsinki, Finland

2022-Present    Member, Equality and Non-Discrimination Group, Curricula Working Group, Faculty of Educational Sciences, University of Helsinki, Helsinki, Finland

2018-2019    Member, Faculty Policy Council Research Advisory Committee, College of Education, University of Florida

2016-2017    Chair, Faculty Policy Council, College of Education, University of Florida

2016-2017    Chair, Faculty Policy Council Agenda Committee, College of Education, University of Florida

2015-2016    Chair Elect, Faculty Policy Council, College of Education, University of Florida

| | |
|---|---|
| 2015-2016 | Chair, Faculty Policy Council College Curriculum Committee, College of Education, University of Florida |
| 2015-2016 | Member, Faculty Policy Council Agenda Committee, College of Education, University of Florida |
| 2013 | Member, Faculty Search Committee, School of Human Development and Organizational Studies in Education, College of Education, University of Florida |
| 2013 | Chair, Scholarship Selection Committee, College of Education, University of Florida |
| 2012-2013 | Chair, Faculty Policy Council Research Advisory Committee, College of Education, University of Florida |
| 2012-2013 | Member, Faculty Policy Council, College of Education, University of Florida |
| 2011-2012 | Member, Scholarship Selection Committee, College of Education, University of Florida |
| 2011 | Member, Planning Committee for the 2011 Juvenile Justice Conference, Center on Children & Families, University of Florida Levin College of Law, University of Florida |
| 2009-2010 | Member, Faculty Policy Council, Technology and Distance Education Committee, Faculty Policy Council, College of Education, University of Florida |

**Department Service**

| | |
|---|---|
| 2021-Present | Co-Coordinator, Master's Thesis and Seminar, Changing Education Program, Faculty of Educational Sciences, University of Helsinki, Helsinki, Finland |
| 2021-Present | Member, Steering Committee, Doctoral Programme in School, Education, Society and Culture, University of Helsinki, Helsinki, Finland |
| 2019-Present | Member, Admission Committee, Changing Education Program, Faculty of Educational Sciences, University of Helsinki |
| 2022 | Member, Admission Committee, Doctoral Programme in School, Education, Society and Culture, University of Helsinki, Helsinki, Finland |
| 2019-2020 | Member, Steering Committee for the development of Changing Education International Master's Program, Faculty of Educational Sciences, University of Helsinki |
| 2016-2018 | Member, Doctoral Admissions Committee, Department of Special Education, Educational Psychology, and Early Childhood Studies, College of Education, University of Florida |
| 2015-2016 | School Representative, Faculty Policy Council, School of Special Education, Educational Psychology, and Early Childhood Studies, College of Education, University of Florida |

2014            Member, Doctoral Planning Committee, Department of Special Education, Educational Psychology, and Early Childhood Studies

2003            Interim Coordinator, Special Education Program, College of Education, George Mason University (Summer)

**Host for Research Scholars**

2019            University of Helsinki Host for Professor Peter E. Leone, University of Maryland, College of Education

2019            University of Helsinki Host for Joseph B. Tulman, Professor of Law Emeritus, University of the District of Columbia, David A. Clarke School of Law

2019            University of Helsinki Host for Professor Aydin Bal, University of Wisconsin-Madison, College of Education, Fulbright Finland Foundation Inter-Country Travel Grant Awardee

2017-2018     University of Florida Host for Dr. Orhan Cakiroglu, Karadeniz Technical University, Post-Doctoral Research Studies

## PROFESSIONAL PRESENTATIONS

+ Designates invited training or presentation

**National and International Conference Presentations**

+**Gagnon, J. C.** (2023, August*). Inclusion in Finland and the U.S.: Approaches to supporting students with behavioral difficulties*. International Conference on Education Innovation. Surabaya, Indonesia (Keynote address)

+**Gagnon, J. C.** (2023, July). *Promoting inclusion via evidence-based and high-leverage practices*. International Conference on Future Education. Kuala Lumpur, Malaysia (Keynote address)

**Gagnon, J. C.** (2023, June). *Supporting the emotional and behavioral health of children and youth in China Post-COVID: School-based approaches*. Teacher Education for Equality and Equity in the Post-Pandemic Era: Examples from China and Finland. Shijiazhuang, People's Republic of China

**Gagnon, J. C.** (2022, November). *Leveraging IDEA to stop solitary confinement*. Annual Teacher Educators for Children with Behavioral Disorders Conference. Tempe, AZ

**Gagnon, J. C.** (2022, November). *Screening for suicide and depression in juvenile corrections*. Annual Teacher Educators for Children with Behavioral Disorders Conference. Tempe, AZ

+**Gagnon, J. C.** (2022, June). *Evidence-based and empowering practices to support the inclusion of students with learning and behavioural difficulties*. Inclusion in Education Summit, Ministry of National Education, General Directorate of Special Education and Guidance Services. Ankara, Türkiye (Keynote address)

Elizabeth Ruiz, E., Mathur, S. R., & **Gagnon, J. C.** (2022, January). *A review of interventions in juvenile corrections that promote a safe climate for education.* International Conference for Exceptional Children. Orlando, FL

**Gagnon, J. C.** (2022, January). *Tier II/III behavioral and cognitive interventions in Finnish lower secondary school.* International Conference for Exceptional Children. Orlando, FL

**Gagnon, J. C.**, & Ross Benedick, A. (2022, January). *Inclusion of youth with emotional and behavioral disorders in American and Finnish schools.* International Conference for Exceptional Children. Orlando, FL

**Gagnon, J. C.**, & Mason, L., Griller Clark, H., Mathur, S., Hunter, A., & Ruiz, E. (2021, November). *Providing high-quality education in juvenile corrections: Next steps.* Annual Teacher Educators for Children with Behavioral Disorders Conference. Tempe, AZ

Ross Benedick, A., **Gagnon, J. C.**, & Mason, L. (2021, November). *State-level juvenile justice administrators' views of education and rehabilitation provided to incarcerated youth during Covid-19.* Annual Teacher Educators for Children with Behavioral Disorders Conference. Tempe, AZ

**Gagnon, J. C.**, Mathur, S., & Kern, L. (2021, November). *DEBH position statement on youth solitary confinement: Stance and a way forward.* Annual Teacher Educators for Children with Behavioral Disorders Conference. Tempe, AZ

+**Gagnon, J. C.** (2019, December). *Inclusion in American and Finnish schools: The neglect of youth with emotional and behavioral difficulties.* 6th World Inclusive Education Conference. Beijing, People's Republic of China (Keynote address)

+**Gagnon, J. C.** (2019, December). *Instruction of secondary youth with learning disabilities/difficulties: Using evidence-based and high-leverage practices.* International Youth Innovation Design Competition. Beijing, People's Republic of China

**Gagnon, J. C.**, LaBelle, B. (g), Griller-Clark, H., Mason-Williams, L., & Leone, P. E. (2019, October). *Providing a high-quality education in juvenile justice: Progress and directions forward.* Annual Teacher Educators for Children with Behavioral Disorders Conference. Tempe, AZ

LaBelle, B. (g), & **Gagnon, J. C.** (2019, October). *Empirically supported school-based interventions for conduct problems.* Annual Teacher Educators for Children with Behavioral Disorders Conference. Tempe, AZ

**Gagnon, J. C.**, & Barber, B. R. (2018, October). *Learning from lawsuits: A proactive approach for juvenile justice schools to adhere to IDEA.* Annual Teacher Educators for Children with Behavioral Disorders Conference. Tempe, AZ

**Gagnon, J. C.**, & Barber, B. R. (2018, October). *Policies and practices supporting positive behavioral interventions and supports (PBIS) implementation in Florida Title 1 middle schools.* Annual Teacher Educators for Children with Behavioral Disorders Conference. Tempe, AZ

Kumm, S., **Gagnon, J. C.**, & Mathur, S. R. (2018, October). *Delivering evidence-based mental health interventions as part of a facility-wide PBIS framework*. Annual Teacher Educators for Children with Behavioral Disorders Conference. Tempe, AZ

+**Gagnon, J. C.** (2018, October). *Evidence-based vs. best available evidence: Approaching instruction for youth with learning disabilities*. Eskisehir Osmangazi University 8th National Conference on Special Education. Eskisehir, Türkiye (Keynote address)

+**Gagnon, J. C.** (2018, October). *Publishing in American academic journals*. Eskisehir Osmangazi University 8th National Conference on Special Education. Eskisehir, Türkiye

**Gagnon, J. C.** (2017, October). *Results from a national study on mental health training in juvenile corrections*. Annual Teacher Educators for Children with Behavioral Disorders Conference. Tempe, AZ

Murphy, K. M., **Gagnon, J. C.**, & Howie, S. (2017, April). *I grew up, I was still small: Experiences before and after juvenile corrections in South Africa.* American Educational Research Association Annual Meeting. San Antonio, TX

Mulcahy, C., **Gagnon, J.**, & Miller, J. (2017, April). *Using the SRSD Framework for Mathematics Problem Solving.* International Conference for Exceptional Children. Boston, MA

Mason-Williams, L., & **Gagnon, J. C.** (2016, November). *An analysis of teacher sorting in secondary special education and alternative schools*. Council for Exceptional Children, Teacher Education Division Annual Conference. Lexington, KY

Mason-Williams, L., Bettini, E. A., & **Gagnon, J. C.** (2016, November). *Teacher sorting among elementary special educators in neighborhood and exclusionary school settings*. Council for Exceptional Children, Teacher Education Division Annual Conference. Lexington, KY

**Gagnon, J. C.**, Barber, B., Van Loan, C., Bettini, E. A., Wilkerson, K., & Haydon, T. (2016, October). *Implications from national studies on education in juvenile corrections*. Annual Teacher Educators for Children with Behavioral Disorders Conference. Tempe, AZ

Bettini, E. A., & **Gagnon, J. C.** (2016, October). *Teacher sorting among elementary special educators in neighborhood and exclusionary school settings*. Annual Teacher Educators for Children with Behavioral Disorders Conference. Tempe, AZ

+Nelson, C. M., Colombi, G., **Gagnon, J. C.**, Penkoff, K. B., Jolivette, K., Griller-Clark, H., & Mathur, S. (2016, October). *Educating children and youth who are neglected delinquent, or at-risk: Research and resources*. Annual Teacher Educators for Children with Behavioral Disorders Conference. Tempe, AZ

Mason-Williams, L., **Gagnon, J.C.**, & Mulcahy, C.A. (2015, November). *Filling holes: Providing qualified secondary content teachers to all schools*, Council for Exceptional Children, Teacher Education Division Annual Conference, Tempe AZ

+**Gagnon, J. C.**, & Murphy, K. (2015, September). *More than a number: Documentary film sharing and discussion*. Council for Exceptional Children, Council for Children with Behavioral Disorders Division Annual Conference. Atlanta, GA

Barber, B., & **Gagnon, J. C.** (2015, September). *Implementing schoolwide & positive behavior supports in juvenile corrections: Results from a national survey of principals*. Council or Exceptional Children, Council for Children with Behavioral Disorders Division Annual Conference. Atlanta, GA

**Gagnon, J. C.,** Barber, B., & Houchins, D. (2015, September*). Teacher instructional approaches and student engagement and behavioral responses in a juvenile corrections school*. Council for Exceptional Children, Council for Children with Behavioral Disorders Division Annual Conference. Atlanta, GA

Barber, B. R., **Gagnon, J. C.**, & Adkins, N. (2015, May). *National survey of positive behavioral interventions and supports in juvenile correctional schools: Results and policy implications*. Annual Meeting of the Society for Prevention Research. Washington DC

McCray, E., **Gagnon, J. C.,** Houchins, D., & Lane, H. (2015, April). *Implementing literacy intervention in a secure-care facility: Considering context*. International Conference for Exceptional Children. San Diego, CA

Bussing, R., & **Gagnon, J. C.** (2014, August). *Psychometric properties of the Vanderbilt Attention Deficit Hyperactivity Disorder Diagnostic Rating Scale completed by juvenile corrections staff*. International Association for Child & Adolescent Psychiatry & Allied Professions 21st World Congress. Durban, South Africa

+Amos, L., **Gagnon, J. C.**, Burrell, J., & Gonsoulin, S. (2014, July). *Plenary Session II: The education of children and youth who are justice-involved*. The National Evaluation and Technical Assistance Center for the Education of Children and Youth who are Neglected or At-Risk: 2014 National Conference. Washington DC

Houchins, D., Lane, H. B., **Gagnon, J. C.**, McCray, E., & Lambert, R. (2014, April). *Literacy in juvenile justice schools: Results from an RCT*. International Conference for Exceptional Children. Philadelphia, PA

Houchins, D., Lambert, R., Lane, H. B., **Gagnon, J. C.**, & McCray, E. (2013, May). *Literacy implementation fidelity: Findings from an efficacy study.* American Educational Research Association Annual Meeting. San Francisco, CA

**Gagnon, J. C.** (2013, April). *Aligning exclusionary school policy and practice with IDEA: A practical approach*. International Conference for Exceptional Children. San Antonio, TX

Houchins, D., **Gagnon, J. C.**, & Lambert, R. (2013, March). *Project LIBERATE: Preliminary findings on the usability and feasibility of a reading program in juvenile justice*. Institute of Education Sciences Project Directors Meeting. Washington DC

**Gagnon, J. C.**, & Houchins, D. (2013, February). *Reading intervention for adolescents in a juvenile correctional facility*. Annual Pacific Coast Research Conference. San Diego, CA

Fox, J., **Gagnon, J. C.**, Jolivette, K., Liaupsin, C. J., & Tankersley, M. (2012, October). *Richard E. Shores research in emotional and behavioral disorders discussant section*. Annual Teacher Educators for Children with Behavioral Disorders Conference. Tempe, AZ

**Gagnon, J. C.**, Murphy, K., & Houchins, D. (2012, October). *Professional development practices in juvenile corrections schools*. Annual Teacher Educators for Children with Behavioral Disorders Conference. Tempe, AZ

**Gagnon, J. C.**, Barber, B., Van Loan, C. (2012, April). *A case study of the contextual influences on the adoption of effective behavioral practices in juvenile corrections schools*. International Conference for Exceptional Children. Denver, CO

Barber, B. R., Van Loan, C. L., & **Gagnon, J. C.** (2012, April). *Positive behavior supports in alternative settings: Overcoming contextual barriers.* International Conference for Exceptional Children. Denver, CO

Lane, H., Houchins, D., & **Gagnon, J. C.** (2012, February). *Reading interventions in juvenile corrections*. Annual Pacific Coast Research Conference. Coronado, CA

Maccini, P., & **Gagnon, J. C.** (2012, February). *Mathematics in juvenile corrections: Curricular and assessment policies and practices*. Learning Disabilities Association Annual Conference. Chicago, IL

**Gagnon, J. C.**, & Maccini, P. (2012, February). *Mathematics in psychiatric schools: Curricular and assessment policies and practices*. Learning Disabilities Annual Conference. Chicago, IL

+**Gagnon, J. C.**, & Barber, B. R. (2011, November). *Examination of classroom interactions of teachers and incarcerated youth*. Annual Teacher Educators for Children with Behavioral Disorders Conference. Tempe, AZ

Gaddis, J., & **Gagnon, J. C.** (2011, November). *Treating anxiety disorders: Implications and strategies for using CBT with E/BD youth*. Annual Teacher Educators for Children with Behavioral Disorders Conference. Tempe, AZ

Houchins, D., & **Gagnon, J. C.** (2011, March). Correlations between literacy and incarcerated youth: Preliminary findings. Council for Exceptional Children, Council for Children with Behavioral Disorders Division Annual Conference. New Orleans, LA

Wilkerson, K., & **Gagnon, J. C.** (2010, April). *Reading instruction in juvenile correctional facilities for students with high incidence disabilities*. American Educational Research Association Annual Meeting. New Orleans, LA

Ulrich, T., & **Gagnon, J. C.** (2010, April). *Teaching multiplication and division word problem solving using schema-based instruction*. International Conference for Exceptional Children. Washington DC

Maccini, P., & **Gagnon, J. C.** (2010, October). *Mathematics in juvenile correctional schools for students with disabilities: Characteristics, curriculum, and assessment policies*. National Council of Teachers of Mathematics Conference. Baltimore, MD

Griffin, C., & **Gagnon, J. C.** (2010, July). *Project COMPUTE: Preparing special education researchers in mathematics education*. OSEP Project Directors' Conference. Washington DC

Maccini, P., & **Gagnon, J. C.** (2010, April). *Mathematics in juvenile correctional schools*. International Conference for Exceptional Children. Memphis, TN

Wilkerson, K., & **Gagnon, J. C.** (2010, April). *Providing reading instruction in secondary day treatment and residential settings*. International Conference for Exceptional Children. Memphis, TN

+**Gagnon, J. C.** (2010, February). *Research-based mathematics instruction for secondary students with EBD*. Council for Exceptional Children, Council for Children with Behavioral Disorders Division Annual Conference. New Orleans, LA

**Gagnon, J. C.**, & Barber, B. R. (2009, November). *Youth involved with juvenile corrections: Effective interventions and alternatives to incarceration*. Annual Teacher Educators for Children with Behavioral Disorders Conference. Tempe, AZ

+**Gagnon, J. C.**, & Barber, B. R. (2009, November). *State assessment and youth with disabilities in exclusionary schools: Issues and potential solutions*. Annual Teacher Educators for Children with Behavioral Disorders Conference. Tempe, AZ

+Fox, J., **Gagnon, J. C.**, & Haydon, T. (2009, November). *Research on assessment and intervention with EBD students: Response and discussion session*. Annual Teacher Educators for Children with Behavioral Disorders Conference. Tempe, AZ

+Houchins, D., **Gagnon, J. C.**, & Murphy, K. (2009, November). *Effective practices in transition for court-involved youth*. Annual Teacher Educators for Children with Behavioral Disorders Conference. Tempe, AZ

+**Gagnon, J. C.**, & Maccini, P., Houchins, D. (2009, June). *Providing appropriate services and instruction to youth in secure care*. 2009 NDTAC National Conference on Improving Educational Outcomes for All Students who are Neglected, Delinquent, or At-Risk of Academic Failure. The National Evaluation and Technical Assistance Center for the Education of Children and Youth Who Are Neglected, Delinquent, or At Risk (NDTAC). Washington DC

**Gagnon, J. C.**, & Maccini, P. (2008, November). *Principal versus state views on state assessments in juvenile corrections*. Annual Teacher Educators for Children with Behavioral Disorders Conference. Tempe, AZ

Scott, T. M., Nelson, C. M., & **Gagnon, J. C.** (2008, November). *Implementing positive behavior interventions and supports in settings for juvenile offenders*. Annual Teacher Educators for Children with Behavioral Disorders Conference. Tempe, AZ

**Gagnon, J. C.**, Barber, B. R., & Van Loan, C. L. (2008, November). *Comparing state and school approaches to curriculum in juvenile corrections*. Annual Teacher Educators for Children with Behavioral Disorders Conference. Tempe, AZ

**Gagnon, J. C.**, Van Loan, C. L., & Barber, B. R. (2008, November). *Day treatment and residential schools for students with EBD: Characteristics and curriculum*. Annual Teacher Educators for Children with Behavioral Disorders Conference. Tempe, AZ

Maccini, P., & **Gagnon, J. C.** (2008, November). *Research-based mathematics instructional practices for secondary students with EBD and LD*. Annual Teacher Educators for Children with Behavioral Disorders Conference. Tempe, AZ

**Gagnon, J. C.**, Leone, P. E., Mulcahy, C., & Barber, B. (2008, April). *Future employment and self-sufficiency of youth in juvenile corrections.* International Conference for Exceptional Children. Boston, MA

**Gagnon, J. C.** (2007, November). *Juvenile corrections: Using youth characteristics and effective practices to promote positive outcomes.* Annual Teacher Educators for Children with Behavioral Disorders Conference. Tempe, AZ

+**Gagnon, J. C.** (2007, October). *Combining explicit and constructivist instructional approaches in secondary mathematics*. Council for Exceptional Children, Council for Children with Behavioral Disorders Division Annual Conference. Dallas, TX

+Mulcahy, C. A., & **Gagnon, J. C.** (2007, October). *Empirically-based mathematics instruction for secondary students with EBD*. Council for Exceptional Children, Council for Children with Behavioral Disorders Division Annual Conference. Dallas, TX

+**Gagnon, J. C.** (2007, March). *Proactively addressing student behavior problems in international schools.* East Asia Council of Overseas Schools Teachers' Conference. Bangkok, Thailand

+**Gagnon, J. C.** (2007, March). *Math instruction for secondary students with learning and behavioral difficulties.* East Asia Council of Overseas Schools Teachers' Conference. Bangkok, Thailand

**Gagnon, J. C.** (2007, January). *Juvenile corrections and day treatment/residential schools: Implications from a national survey of State Directors of Special Education*. Hawaii International Conference on Education. Honolulu, HI

**Gagnon, J. C.** (2006, November) *Survey of state directors of special education: Juvenile corrections and psychiatric schools*. Annual Teacher Educators for Children with Behavioral Disorders Conference, Tempe, AZ

**Gagnon, J. C.**, & Van Acker, R. (2006, November) *2007 China-U.S. Conference on At-Risk Youth: Informational session*. Annual Teacher Educators for Children with Behavioral Disorders Conference. Tempe, AZ

+**Gagnon, J. C.**, & Rutherford, R. (2006, October). *Proactive strategies for addressing problem student behavior.* Tri-Association Annual Educators' Conference. Bogotá, Colombia

+**Gagnon, J. C.** (2006, October). *Effective math instruction for secondary students with learning and behavioral difficulties.* Tri-Association Annual Educators' Conference. Bogotá, Colombia

**Gagnon, J. C.**, Leone, P. E., & Mulcahy. C. (2006, August). *Curriculum policy and educational reform: What do we do for youth in corrections?* OSEP Research Project Directors Conference. Washington DC

**Gagnon, J. C.**, & Mason, L. (2006, April). *National study of curriculum in juvenile correctional schools for committed youth*. International Conference for Exceptional Children. Salt Lake City, UT

+**Gagnon, J. C.** (2006, February). *Academic instruction for children and adolescents with challenging behaviors in interim, short- and long-term placements*. Council for Children with Behavior Disorders 2006 Forum on Alternative Schooling: Changing Perspectives and Emerging Best Practices for Children and Adolescents with Challenging Behaviors. Norfolk, VA (Keynote Address)

**Gagnon, J. C.** (2005, November). *National study of curriculum in secondary day/residential psychiatric schools*. Annual Teacher Educators for Children with Behavioral Disorders Conference. Tempe, AZ

Maccini, P., & **Gagnon, J. C.** (2005, November). *Mathematics instruction in secondary day treatment/residential programs: Implications from a national survey and a review of the literature*. Annual Teacher Educators for Children with Behavioral Disorder Conference. Tempe, AZ

Mason, L., & **Gagnon, J. C.** (2005, November). *Implications of current approaches to curriculum in juvenile correctional schools for committed youth*. Annual Teacher Educators for Children with Behavioral Disorders Conference. Tempe, AZ

DiGangi, S., & **Gagnon, J. C.** (2005, November). *International special education: Meeting the needs of a global community through distance learning technologies*. Annual Teacher Educators for Children with Behavioral Disorders Conference. Tempe, AZ

+**Gagnon, J. C.**, (2005, November). *Students with special needs and approaches to mental health*. National Center for Children in Poverty (NCCP) Stakeholders Meeting on Empirically Supported/Effective Practices and Policies Across Systems for Youth: What We Know and What We Need to Know. New York, NY

**Gagnon, J. C.** (2005, October). *Special education in international schools: Self-assessment and planning*. Near East South Asia Council for Overseas School Administrators Conference. Cairo, Egypt

+**Gagnon, J. C.**, & Maccini, P. (2005, September). *Math instruction for youth with high incidence disabilities in secondary day and residential schools*. Council for Exceptional Children, Council for Children with Behavioral Disorders Division Annual Conference. Dallas, TX

Rhim, L. M., & **Gagnon, J. C.** (2005, July). *Access and accountability for students with disabilities in schools of choice and alternative schools*. OSEP Research Project Directors Conference. Washington DC

Malmgren, K. W., **Gagnon, J. C.**, Stierli, E., & Maccini, P. (2005, July). *Policies and teacher practices in residential and day treatment schools for students with emotional and behavioral disorders*. OSEP Research Project Directors Conference. Washington DC

**Gagnon, J. C.** (2005, July). *Curriculum, assessment, and accountability in day and residential schools*. China-U.S. Education Conference: Aligning Assessment with Instruction, Beijing, People's Republic of China

**Gagnon, J. C.** (2005, April). *Proactive approaches to promoting positive student behavior*. Annual Near East South Asia (NESA) Teachers Conference. Istanbul, Türkiye

+**Gagnon, J. C.**, & Rhim, L. M. (2005, April). *Exploring alternatives to traditional public schools for students with disabilities*. International Conference for Exceptional Children. Baltimore, MD (Program Chair Invited presentation)

Maccini, P., Malmgren, K., & **Gagnon, J. C.** (2005, April). *Accessing the curriculum through empirically-validated practices within day treatment/residential schools*. International Conference for Exceptional Children, Baltimore, MD

**Gagnon, J. C.**, & Maccini, P. (2004, November). *Linking curriculum in exclusionary school placements to public schools.* Annual Teacher Educators for Children with Behavioral Disorders Conference. Tempe, AZ

**Gagnon, J. C.**, & Cutting, C. (2004, November). *Approaches to curriculum in juvenile correctional schools.* Annual Teacher Educators for Children with Behavioral Disorders Conference. Tempe, AZ

**Gagnon, J. C.**, & McGlynn, M. (2004, November). *EDJJ Professional Development Series: Viewing of the instructional strategies module.* Annual Teacher Educators for Children with Behavioral Disorders Conference. Tempe, AZ

**Gagnon, J. C.** (2004, July*). Curriculum, assessment, and accountability in secondary day and residential schools.* OSEP Research Project Directors Conference. Washington DC

+Leone, P. E., Christle, C., **Gagnon, J. C.**, Griller-Clark, H. (2004, July*). Promoting positive outcomes for youth with disabilities in the justice system: Prevention, education, and transition*. OSEP Research Project Directors Conference. Washington DC

+**Gagnon, J. C.**, Krezmien, M., & Krause, R. (2004, June). *Effective instructional strategies for correctional education programs.* National Center on Education, Disability, and Juvenile Justice (EDJJ) National Conference: Achieving Positive Outcomes for Court-Involved Youth: Prevention, Education, Transition. Denver, CO

Maccini, P., **Gagnon, J. C.**, & Cutting, C. (2003, November). *Juvenile correctional educator adaptations and accommodations for students with disabilities in math.* Annual Teacher Educators for Children with Behavioral Disorders Conference. Tempe, AZ

+**Gagnon, J. C.** (2003, June). *Strategies for supporting youth involved with juvenile corrections.* Youth Violence Prevention Program Annual Meeting. Baltimore, MD

Foegen, A., Maccini, P., **Gagnon, J. C.**, & Bottge, B. (2003, February). *Secondary mathematics for students with disabilities: Issues in teaching and learning.* Annual Pacific Coast Research Conference. La Jolla, CA

+**Gagnon, J. C.** (2002, November). *Youth with emotional/behavioral disorders involved with juvenile corrections.* U. S. Department of Labor Conference for Youth Opportunity Grantees: Healthy Emotional & Psychological Development of Our Youth. Denver, CO

**Gagnon, J. C.** (2002, November). *A national study of day treatment and residential schools for youth with EBD: Characteristics of students, teachers, principals, and educational programs.* Annual Teacher Educators for Children with Behavioral Disorders Conference. Tempe, AZ

Maccini, P., & **Gagnon, J. C.** (2002, November). *Special and general education teachers' use of instructional adaptations for teaching mathematics to students with emotional disorders and learning disabilities.* Annual Teacher Educators for Children with Behavioral Disorders Conference. Tempe, AZ

Walker, B., **Gagnon, J. C.**, Griller-Clark, H., Kelk, M., & Seibert, J. K. (2002, November). *OSEP Student initiated research panel: Trials and tribulations of conducting applied research in the schools.* Annual Teacher Educators for Children with Behavioral Disorders Conference. Tempe, AZ

+**Gagnon, J. C.** (2002, July*). National survey of elementary teachers and principals in residential and day treatment school programs for children with emotional and behavioral disorders.* OSEP Research Project Directors Conference. Crystal City, VA

Nelson, C. M., **Gagnon, J. C.**, Mathur, S. R., McGlynn, M., & Christle, C. A. (2002, April). *Promoting professional development and collaboration for educators in juvenile justice.* International Conference for Exceptional Children. New York, NY

**Gagnon, J. C.**, & Maccini, P. (2002, April). *Instructional focus and adaptations for teaching math to students with mild disabilities.* International Conference for Exceptional Children. New York, NY

+Garfinkel, L., & **Gagnon, J. C.** (2002, April). *Juvenile justice and students with disabilities.* Annual National Conference for Technical Assistance Alliance for Parent Centers. Washington DC

Maccini, P., & **Gagnon, J. C.** (2001, November). *Instructional adaptations for secondary students with EBD in mathematics.* Annual Teacher Educators for Children with Behavioral Disorders Conference. Tempe, AZ

**Gagnon, J. C.** (2001, November). *Educational services and instruction in juvenile corrections: Current and promising practices.* Annual Teacher Educators for Children with Behavioral Disorders Conference. Tempe, AZ

Leone, P., **Gagnon, J. C.**, Bradley, R., Quinn, M. (2001, October*). Status of education programs for youth with disabilities in juvenile corrections: Overview of a national center.* Council for Exceptional Children, Council for Children with Behavioral Disorders Division Annual Conference. Atlanta, GA

Hughes, C. A., Maccini, P., & **Gagnon, J. C.** (2001, April). *Effective interventions for students with learning disabilities in the general education classroom.* International Conference for Exceptional Children. Kansas City, MO

Garfinkel, L., & **Gagnon, J. C.** (2001, April). *Advocating on behalf of youth at risk for involvement in the juvenile justice system.* International Conference for Exceptional Children. Kansas City, MO

+Maccini, P., & **Gagnon, J. C.** (2000, September). *Best practices for teaching math skills to adolescents: Focus on national council for teachers of mathematics (NCTM) standards.* Council for Exceptional Children, Learning Disabilities Division Annual Conference. Charleston, SC

+Maccini, P., & **Gagnon, J. C.** (2000, September). *Teaching introductory algebra skills.* Council for Exceptional Children, Learning Disabilities Division Annual Conference. Charleston, SC

Meisel, S., & **Gagnon, J. C.** (2000, November). *Legal rights of youth with disabilities in juvenile corrections.* Annual International Adolescent Conference. Portland, OR

Howell, K., Nelson, C. W., Rutherford, R., Meisel, S., & **Gagnon, J. C.** (2000, November). *Promoting appropriate education services in juvenile corrections.* Annual International Adolescent Conference. Portland, OR

+Maccini, P., & **Gagnon, J. C.** (2000, June). *Teaching mathematics to secondary students with learning disabilities and emotional/behavioral disorders: Implications from research.* Annual OSEP Transition Project Director's Meeting. Washington DC

Maccini, P., & **Gagnon, J. C.** (2000, April). *Teaching mathematics to secondary students with learning disabilities and emotional/behavioral disorders: Implications from research.* International Conference for Exceptional Children. Vancouver, British Columbia

**Gagnon, J. C.** (2000, April). *Education reform policies and students with disabilities: Report on a national study.* International Conference for Exceptional Children. Vancouver, British Columbia

**Gagnon, J. C.** (1999, October). *Empowering students for positive behavior change: Integrating cognitive and behavioral approaches with student choice.* Council for Exceptional Children, Council for Children with Behavioral Disorders Division Annual Conference. Dallas, TX

**Gagnon, J. C.** (1997, August). *Portfolios: A practical approach to authentic assessment.* Pacific Regional Education Conference. Majuro, The Republic of The Marshall Islands

**Regional/Local Conference Presentations**

+**Gagnon, J. C.** (2021, March). *Recognizing, adapting to, and handling special needs when teaching at a university*. Bachelor's Programme in Physical Sciences, University of Helsinki. Helsinki, Finland

+**Gagnon, J. C.** (2021, February). *Prevention and planned response: Promoting positive and prosocial student behavior*. The English School. Helsinki, Finland

**+Gagnon, J. C.** (2013, April). *Addressing the mental health needs of youth in juvenile corrections*. Reforming the Juvenile Justice System: A Workshop for Change. University of Florida Levin College of Law, Gainesville, FL

Vivian, P., & **Gagnon, J. C.** (2011, November). *Juvenile corrections and universities: Developing and maintaining collaborative relationships*. 2011 Educational Strategies & Student Engagement Institute. St. Petersburg, FL

**Gagnon, J. C.**, & Ulrich, K. (2011, November). *Addressing youth problem behavior in juvenile corrections: Effective approaches and barriers*. 2011 Educational Strategies & Student Engagement Institute. St. Petersburg, FL

+**Gagnon, J. C.** (2011, October). *Transition from Corrections: Preparation begins at intake*. Arizona's Eleventh Annual Transition Conference. Scottsdale, AZ

+**Gagnon, J. C.** (2011, October). *Future employment and self-sufficiency of youth in corrections*. Arizona's Eleventh Annual Transition Conference. Scottsdale, AZ

Vivian, P., **Gagnon, J. C.**, Lane, H., Houchins, D., & Jolivette, K. (2010, August). *Promoting effective collaboration between universities and juvenile correctional facilities*. Juvenile Justice Education Institute and Southern Conference on Corrections. Tampa Bay, FL

Ulrich, T. G., **Gagnon, J. C.** (2010, August). *Providing appropriate education services for students with disabilities in juvenile corrections schools*. Juvenile Justice Education Institute and Southern Conference on Corrections. Tampa Bay, FL

Barber, B. R., & **Gagnon, J. C.** (2010, August). *Issues and trends in addressing the mental health needs of youth involved in the juvenile justice system*. Juvenile Justice Education Institute and Southern Conference on Corrections. Tampa Bay, FL

**Gagnon, J. C.**, & Barber, B. (2009, August). *Incarcerated youth with disabilities: Reintegration into the community, school, and workforce*. Juvenile Justice Education Institute and Southern Conference on Corrections. Tampa Bay, FL

+Maccini, P., & **Gagnon, J. C.** (2007, May). *Effective math strategies for students with learning difficulties.* Towson University, Laurel Center Campus. Laurel, MD

**Gagnon, J. C.** (2007, March). *Youth in juvenile corrections: Future employment and self-sufficiency*. Virginia Transition Forum. Norfolk, VA

Maccini, P., & **Gagnon, J. C.** (2006, October). *Instructional recommendations for teaching math to secondary students with learning difficulties: Part I*. Maryland Council of Teachers of Mathematics. Millersville, MD

Maccini, P., & **Gagnon, J. C.** (2006, October). *Instructional recommendations for teaching math to secondary students with learning difficulties: Part II*. Maryland Council of Teachers of Mathematics. Millersville, MD

**Gagnon, J. C.**, Maccini, P., & Mason, L. (2006, March). *Effective math instructional practices for secondary students with emotional and learning disabilities*. Closing the Achievement Gap: Northern Virginia Instructional and Professional Issues Conference. Fairfax, VA

+**Gagnon, J. C.** (2005, October). *Research-based math instructional strategies*. The Access Center and CCSSO Present: Third Annual State-to-State Information Sharing Community Meeting. Washington DC

+Meisel, S., & **Gagnon, J. C.** (2002, June). *Transition services for youth with disabilities in the juvenile justice system.* Maryland State Department of Education, Division of Rehabilitative Services Advisory Group. Baltimore, MD

+Maccini, P., & **Gagnon, J. C.** (2000, April). *Teacher perceptions of teaching math to secondary students with emotional disturbances and learning disabilities.* University of Maryland Department of Special Education and Office of Laboratory Experiences: Twentieth Annual Spring Meeting. College Park, MD

Maccini, P., & **Gagnon, J. C.** (1999, October). *Teaching math to students with mild disabilities: Implications from a state survey of general and special educators.* Maryland Council of Teachers of Mathematics. Broad Neck HS, MD

**University Lectures and Seminars**

+**Gagnon, J. C.** (2019, March). *What the Finnish education system needs to focus on in terms of providing support for youth at risk?* University of Helsinki Seminar on Preventing and Addressing Violent Extremism in Education. Helsinki, Finland

**International Trainings Conducted**

+**Gagnon, J. C.** (2010, August). *Effective approaches to student behavior and learning difficulties*. Colegio Internacional De Caracas. Caracas, Venezuela (2-day training)

+**Gagnon, J. C.** (2006, September). *University course development training: Introduction to Special Education*. Open Society Institute and Soros Foundations Network. Baku, Azerbaijan (1-week training for faculty)

+**Gagnon, J. C.** (2005, spring). *Assessment and instruction in mathematics in special* education (EDSP 687-graduate level). Department of Special Education, University of Maryland– Heidelberg, Germany Division (Guest lecturer for 9 class periods)

+**Gagnon, J. C.** (2005, spring). Promoting prosocial behavior in special education (EDSP 686-graduate level). Department of Special Education, University of Maryland–Heidelberg, Germany Division (Guest lecturer for 6 class periods)

+**Gagnon, J. C.** (2002, September). *Effective instructional strategies within a correctional education setting*. Correctional Services of Canada. Ottawa, Canada

**U.S. Trainings Conducted**

+Maccini, P., **Gagnon, J. C.**, & Strickland, T. (2009, March). *Teaching mathematics to secondary students with learning disabilities or emotional and behavioral disorders*. Northeast Regional Education Cooperative. Santa Fe, NM

+**Gagnon, J. C.** (2008, December). *Collaborate to educate: Strategies for life…plan early!* 24th Annual Learning Disabilities of Mohawk Valley Conference. Utica, NY

+**Gagnon, J. C.** (2007, June). *Teaching math to students with behavior problems.* Summer Behavior Institute. Madison, WI

+**Gagnon, J. C.** (2006, April). *Instructional strategies staff development project*. North Carolina Department of Juvenile Justice and Delinquency Prevention and the National Center on Education, Disability and Juvenile Justice. Raleigh, NC

+**Gagnon, J. C.**, & Maccini, P. (2006, March). *Juvenile correctional education: Considering educational reform and characteristics of youth*. Massachusetts Department of Youth Services Professional Development Day. Worcester, MA

+Maccini, P., & **Gagnon, J. C.** (2006, March). *Math instruction in juvenile correctional facilities: Implications from a national survey and review of the literature.* Massachusetts Department of Youth Services Professional Development Day. Worcester, MA

+**Gagnon, J. C.** (2005, September). *Effective instruction in juvenile corrections*. North Carolina Department of Juvenile Justice and Delinquency Prevention and the National Center on Education, Disability and Juvenile Justice: Train the Trainers. Raleigh, NC

+**Gagnon, J. C.**, & Maccini, P. (2004, March). *Teaching algebraic reasoning skills to students with emotional and learning disabilities*. Pennsylvania Training and Technical Assistance Network, Pennsylvania Department of Education. Harrisburg, PA

+**Gagnon, J. C.**, & Maccini, P. (2003, October). *Math instruction in juvenile corrections.* Presented seminar for the Department of Services for Children, Youth and their Families, Ferris School. Wilmington, DE

+**Gagnon, J. C.** (2001, May). *Behavior management workshop for Maryland Governor's Office of Crime Control and Prevention*. Rockville, MD

40

+**Gagnon, J. C.** (2001, May). *Behavior management workshop for Community Educational Programs of Sheppard Pratt*. California, MD

**Media Presentations**

+**Gagnon, J. C.**, Erb, D., & Farmer, R. (2019, April). *Topical Call #2: Utilizing Title I, Part D Funds to Support Students' Social, Emotional, Behavioral and Mental Health*. Washington DC: The National Evaluation and Technical Assistance Center for the Education of Children and Youth who are Neglected or At-Risk

+**Gagnon, J. C.**, & Gonsoulin, S. (2018, November). *Special Education in Juvenile Correctional Setting: The Law and Practice*. Positive Youth Outcomes Committee Education Series. Braintree, MA: Council of Juvenile Correctional Administrators

+**Gagnon, J. C.**, & Guess, L., Herring, M. (2018, September). *Evaluating correctional education programs in the juvenile justice system: The role of state coordinators of Title I, Part D programs webinar*. Washington DC: The National Evaluation and Technical Assistance Center for the Education of Children and Youth who are Neglected or At-Risk

+**Gagnon, J. C.**, Yudin, M., Frost, P., Heaston, J., Mason, M., Gregory, S., Farmer, R., & Erb, D. (2015, July). *Meeting the educational and related needs of youth with disabilities in juvenile secure care.* N & D InFocus Webinar. Washington DC: The National Evaluation and Technical Assistance Center for the Education of Children and Youth who are Neglected or At-Risk

+**Gagnon, J. C.** (Writer, Instructor), & Rawley, J. (Director) (2004). *Effective reading and writing instructional strategies in juvenile corrections*. Spokane, WA: Corrections Learning Network. Funded by the National Center for Education, Disability, and Juvenile Justice, College Park, MD

**INSTRUCTION**

++ Designates course development

**Courses Taught**

EDUM004    *Master's Thesis and Seminar*, Changing Education Program, (Graduate level; Part 1 & 2, two separate semesters), Faculty of Educational Sciences, University of Helsinki, Helsinki, Finland

EDUM238    *Individual Differences in Development and Learning* [on-line] (Graduate level), Faculty of Educational Sciences, University of Helsinki, Helsinki, Finland

EDUM238    *Individual Differences in Development and Learning* (Graduate level), Faculty of Educational Sciences, University of Helsinki, Helsinki, Finland

EDUM239    *International Special Education Specialist* [on-line] (Graduate level), Faculty of Educational Sciences, University of Helsinki, Helsinki, Finland

EDUM239     *International Special Education Specialist* (Graduate level), Faculty of Educational Sciences, University of Helsinki, Helsinki, Finland

PED004      *STEP: Support for Learning and Well Being* [on-line] (Undergraduate level), Faculty of Educational Sciences, University of Helsinki, Helsinki, Finland

PED004      *STEP: Support for Learning and Well Being* (Undergraduate level), Faculty of Educational Sciences, University of Helsinki, Helsinki, Finland

++EEX 6936  *Inquiry in Special Education: Proposal Development* (Graduate/Doctoral Seminar), Department of Special Education, University of Florida, Gainesville, FL

EEX 3616    *Core Classroom Management Strategies* [on-line] (Undergraduate level), Department of Special Education, University of Florida, Gainesville, FL

EEX 3616    *Core Classroom Management Strategies* (Undergraduate level), Department of Special Education, University of Florida, Gainesville, FL

++EEX 6936  *Mathematics Strategies for Struggling Learners* [on-line] (Graduate level), Department of Special Education, University of Florida, Gainesville, FL

++EEX 7256  *Grant Writing* (Graduate/Doctoral Seminar). Department of Special Education, University of Florida, Gainesville, FL

++EEX 6661  *Teaching and Managing Behavior for Student Learning* [on-line] (Graduate level), Department of Special Education, University of Florida, Gainesville, FL

EEX 7303    *Inquiry in Special Education: Analysis of the Literature* (Graduate/Doctoral Seminar), Department of Special Education, University of Florida, Gainesville, FL

++EEX 6936  *Mathematics Interventions for Secondary Students with Disabilities* (Graduate/doctoral seminar), Department of Special Education, University of Florida, Gainesville, FL

++SPS 6410  *Nature and Origins of Mathematical Learning Difficulties and Disabilities* (Graduate/Doctoral Seminar), Department of Special Education, University of Florida, Gainesville, FL

EEX 6233    *Assessment, Curriculum, and Instruction for Students with Mild Disabilities* (Graduate level), Department of Special Education, University of Florida, Gainesville, FL

EEX 6936/   *Applied Behavior Analysis/Direct Intervention I* (Graduate level), Department of
SPS 6410    Educational Psychology and Department of Special Education, University of Florida, Gainesville, FL

EDSE 402    *Classroom Management and Applied Behavior Analysis* (Undergraduate level), Department of Special Education, George Mason University, Fairfax, VA

EDSE 502    *Classroom Management and Applied Behavior Analysis* (Graduate level), Department of Special Education, George Mason University, Fairfax, VA

EDSE 440     *Characteristics of Students with Emotional Disturbance and Learning Disabilities* (Undergraduate level), Department of Special Education, George Mason University, Fairfax, VA

EDSE 540     *Characteristics of Students with Emotional Disturbance and Learning Disabilities* (Graduate level), Department of Special Education, George Mason University, Fairfax, VA

EDSP 331     *Introduction to Curriculum and Instructional Methods in Special Education* (Undergraduate level), Department of Special Education, University of Maryland, College Park, MD

**ADVISING**

**Doctoral Student Advising**

2023     Committee Member, Amanda Ross Benedick, Department of Counseling, Higher Education, and Special Education, College of Education, University of Maryland (Topic: *Mathematics instruction in juvenile correctional facilities during COVID-19*). College Park, MD. Student successfully defended dissertation.

2022     External Examiner for Dissertation, Cunthia Ntombi Nkosi, Psychology of Education, College of Education, University of South Africa (Topic: *The support of juveniles in Gauteng correctional school: A wellness perspective*). Pretoria, South Africa. Student successfully defended dissertation.

2020     Co-Chair, Brittany L. LaBelle, Department of Educational Psychology, College of Education, University of Florida (Topic: *Evaluating the utility of the MAYSI-2 among African-American male juvenile offenders*). Gainesville, FL. Student successfully defended dissertation.

2019     Committee Member, William Stephenson, Department of Higher Education Administration and Policy, College of Education, University of Florida. Gainesville, Florida. Student exited as a doctoral candidate.

2018     Committee Member, Yuxi Qiu, Department of Research and Evaluation Methodology, College of Education, University of Florida (Topic: *Fit indices of dynamic Bayesian networks: A comparison based on posterior predictive model checking*). Gainesville, Florida. Student successfully defended dissertation.

2018     Committee Member, Steven Oberheim, Department of Counseling and Counselor Education, College of Education, University of Florida (Topic: *Content development and initial psychometric analysis of the Problematic Hypersexuality Scale (PHS)*). Gainesville, Florida. Student successfully defended dissertation.

2018     External Examiner for Dissertation, Z. T. Melese, Department of Inclusive Education, College of Education, University of South Africa. Pretoria, South Africa. Student successfully defended dissertation.

2017            External Examiner for Dissertation, Andre Rowan, Department of Educational Psychology, College of Education, University of the Western Cape. (Topic: *Exploring teacher's attitudes toward teaching in the school of skills in the Western Cape*). Cape Town, South Africa. Student successfully defended dissertation.

2016            Committee Member, Tracy Ulrich, Department of Special Education, College of Education, University of Florida (Topic: *Number foundations: Magnitude understanding for preschool students at risk for mathematics learning disabilities*). Gainesville, Florida. Student successfully defended dissertation.

2015            Committee Member, Dayna Watson, Department of Counseling and Counselor Education, College of Education, University of Florida (Topic: *Perspectives of working class counseling clients: A grounded theory study*). Gainesville, Florida. Student successfully defended dissertation.

2015            Co-Chair, Margaret Jossi, Department of Special Education, College of Education, University of Florida (Topic: *Investigating pedagogical questioning practices and student responses in inclusive elementary mathematics classrooms*). Gainesville, Florida. Student successfully defended dissertation.

2015            External Examiner for Dissertation, Trudi Rowlands, Department of Inclusive Education, College of Education, University of South Africa (Topic: *The utilization of assistive technology to enhance educational support for all learners in mainstream schools*). Pretoria, South Africa. Student successfully defended dissertation.

2014            Committee Member, Kristin Murphy, Department of Special Education, College of Education, University of Florida (Topic: *Understanding the experience of teaching in a juvenile corrections school*). Gainesville, Florida. Student successfully defended dissertation.

2014            Co-Chair, Justin Gaddis, Department of Educational Psychology, College of Education, University of Florida (Topic: *Reading performance and high-stakes statewide assessment in a juvenile corrections facility*). Gainesville, Florida. Student successfully defended dissertation.

2013            Committee Member, Brian Barber, Department of Special Education, College of Education, University of Florida (Topic: *Contributions of hot and cool executive functioning for predicting and ameliorating reactive and proactive aggression in elementary students*). Gainesville, Florida. Student successfully defended dissertation.

2013            Committee Member, Meagan Gregory, Department of Psychology, College of Liberal Arts and Sciences, University of Florida (Topic: *Analysis of response-response relations: Response class, chain, and precurrent sequences*). Gainesville, Florida. Student successfully defended dissertation.

2012            Committee Member, Jason Orrock, Department of Counseling and Counselor Education, College of Education, University of Florida (Topic: *Understanding the lived experiences or at-risk black males as it relates to their academic success*). Gainesville, Florida. Student successfully defended dissertation.

2012     Committee Member, Mary Anne Steinberg, Department of Special Education, College of Education, University of Florida (Topic: *Secondary special education teachers' usage of technology for instruction*). Gainesville, Florida. Student successfully defended dissertation.

2011     Committee Member, Jeanne Donaldson, Department of Psychology, College of Liberal Arts and Sciences, University of Florida (Topic: *Evaluations of time-out parameters with young children*). Gainesville, Florida. Student successfully defended dissertation.

2010     Committee Member, Meagan Gregory, Department of Psychology, College of Liberal Arts and Sciences, University of Florida (Topic: *Treatment of covert self-injurious behavior in individuals with Prader-Willi Syndrome*). Gainesville, Florida. Student successfully defended dissertation.

2010     Committee Member, Department of Psychology, College of Liberal Arts and Sciences, University of Florida (Topic: *Analysis of applied force in translational and applied settings*). Gainesville, Florida. Student successfully defended dissertation.

2010     Committee Member, Christopher Van Loan, Department of Special Education, College of Education, University of Florida (Topic: *Teacher-student relationships in self-contained EBD classrooms*). Gainesville, Florida. Student successfully defended dissertation.

2008     Committee Member, Kimberly Loman, Department of Psychology, College of Liberal Arts and Sciences, University of Florida (Topic: *Laboratory evaluations of noncontingent reinforcement and variations of differential reinforcement of other behavior*). Gainesville, Florida. Student successfully defended dissertation.

2003     Committee Member, Nicole Myers, Department of Counseling and Development, College of Education, George Mason University (Topic: *Meeting the needs of all students: An ethnographic study of how professional school counselors meet the personal/social needs of students with disabilities*). Fairfax, Virginia. Student successfully defended dissertation.

**Faculty Reprentative for Doctoral Students**

2022     Kaisa Vuorinen, Department of Special Needs Education, Faculty of Educational Sciences, University of Helsinki (Topic: *Character strength interventions. Introducing, developing, and studying character strength teaching in Finnish education*). Helsinki, Finland. Student successfully defended dissertation.

**Master's Student Advising for Thesis**

2023-Present     Supervisor, Xiaoge Zhao, Master's Programme in Changing Education, Faculty of Educational Sciences, University of Helsinki. Helsinki, Finland

2023-Present     Supervisor, Jorina Sendel, Master's Programme in Changing Education, Faculty of Educational Sciences, University of Helsinki. Helsinki, Finland

2022-Present   Supervisor, Melissa Lopez, Master's Programme in Changing Education, Faculty of Educational Sciences, University of Helsinki. Helsinki, Finland

2022-Present   Supervisor, Jonathan Frederick, Master's Programme in Changing Education, Faculty of Educational Sciences, University of Helsinki. Helsinki, Finland

2022-Present   Supervisor, Samantha Potts, Master's Programme in Changing Education, Faculty of Educational Sciences, University of Helsinki. Helsinki, Finland

2020-Present   Co-Supervisor, Jonna Taponen, Department of Special Needs Education, Faculty of Educational Sciences, University of Helsinki. Helsinki, Finland

2022   Co-Supervisor, Maija Jokinen, Master's Programme in Changing Education, Faculty of Educational Sciences, University of Helsinki (Topic: *Supporting positive behavior in state reform schools: Teacher's perspective*). Helsinki, Finland. Student successfully completed Master's thesis.

2022   Supervisor, Banafsheh Eshraghi, Master's Programme in Changing Education, Faculty of Educational Sciences, University of Helsinki (Topic: *Teachers' and principals' views on addressing youth behavior at the school-wide level*). Helsinki, Finland. Student successfully completed Master's thesis.

2022   Supervisor, Linda C. Helaskoski, Master's Programme in Changing Education, Faculty of Educational Sciences, University of Helsinki (Topic: *"It's boring because I know a lot." Gifted students' experiences of differentiation in Finnish elementary schools*). Helsinki, Finland. Student successfully completed Master's thesis.

2022   Supervisor, Mirka Nenone, Master's Programme in Changing Education, Faculty of Educational Sciences, University of Helsinki (Topic: *"If they had asked earlier why I have absences" A phenomenological study on pupils' experiences of the role of school-related factors in school attendance problems*). Helsinki, Finland. Student successfully completed Master's thesis.

2019   Committee Member, Emily Davison, Department of Family, Youth and Community Sciences, College of Agricultural and Life Sciences, University of Florida (Topic: *Prospective associations between childhood special education and adolescent juvenile justice involvement*). Gainesville, FL, USA. Student successfully completed Master's thesis.

**Supervision of Foreign Exchange Students**

2023   University of Helsinki Host for Yaiza Hernández Escobar, Erasmus+ traineeship mobility (March-May)

2018   University of Florida Host for Jane Opara, Master's student, Department of Educational Psychology, University of Johannesburg. Johannesburg, South Africa.

**PROFESSIONAL AFFILIATIONS**

Current        Member, American Educational Research Association

Current        Member, Council for Exceptional Children – Division of Behavioral Disorders,
               Division for Research, Division of Leaders and Legacy

Current        Member, Fulbright Association

Current        Member, American Psychological Association