UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF OUISIANA

| | |
|---|---|
| ALEX A., by and through his guardian, Molly Smith; BRIAN B.[1]; and CHARLES C., by and through his guardian, Kenione Rogers, individually and on behalf of all others similarly situated,<br><br>    Plaintiffs,<br><br>v.<br><br>GOVERNOR JOHN BEL EDWARDS, in his official capacity as Governor of Louisiana; WILLIAM SOMMERS[2], in his official capacity as Deputy Secretary of the Office of Juvenile Justice, JAMES M. LEBLANC, in his official capacity as Secretary of the Louisiana Department of Public Safety & Corrections,<br><br>    Defendants. | Civil Action No. 3:22-CV-00573-SDD-RLB |

# EXHIBIT 11

---

[1] On July 14, 2023, pursuant to Rule 25(a)(2) of the Federal Rules of Civil Procedure, Plaintiffs notified the Court of the death of Brian B. Doc. 162. Plaintiffs leave Brian B. as a Plaintiff until the clerk is ordered to change the caption.

[2] On November 18, 2022, Gov. Edwards announced the resignation of Dep. Sec. Sommers and the appointment of Otha "Curtis" Nelson as his replacement. https://gov.louisiana.gov/index.cfm/newsroom/detail/3892  Because Sommers was sued in his official capacity, Nelson is automatically substituted as a Defendant. Fed. R. Civ. P. 25(d). Plaintiff leaves Sommers as a Defendant until the clerk is ordered to change the caption.

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| ALEX A., by and through his guardian, Molly Smith; BRIAN B.; and CHARLES C., by and through his guardian Kenione Rogers, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>DANIEL D. by and through his guardian, Angela Williams, EDWARD E., by and through his guardian Jernita Williams, and FRANK F., by and through his guardian, Taquita Morgan,<br><br>Proposed Plaintiffs,<br><br>v.<br><br>GOVERNOR JOHN BEL EDWARDS, in his official capacity as Governor of Louisiana; WILLIAM SOMMERS,[1] in his official capacity as Deputy Secretary of the Office of Juvenile Justice, JAMES M. LEBLANC, in his official capacity as Secretary of the Louisiana Department of Public Safety & Corrections,<br><br>Defendants. | Civil Action No. 3:22-cv-573-SDD-RLB<br><br>MOTION FOR LEAVE TO AMEND COMPLAINT |

# EXHIBIT 1

# DANIEL D. DECLARATION REDACTED

---

[1] On November 18, 2022, Gov. Edwards announced the resignation of Dep. Sec. Sommers and the appointment of Otha "Curtis" Nelson as his replacement. https://gov.louisiana.gov/index.cfm/newsroom/detail/3892   Because Sommers was sued in his official capacity, Nelson is automatically substituted as a Defendant. Fed. R. Civ. P. 25(d). Plaintiff leaves Sommers as a Defendant until the clerk is ordered to change the caption, and also replace him as a party with Nelson in the proposed Second Amended Class Action Complaint, filed simultaneously with this motion.

United States District Court
For the Middle District of Louisiana

Alex A. by and through
his guardian Mollie Smith,
et al.

v.                                          3:22-cv-573

Governor John Bell Edwards,
in his official capacity,
et al.

I, Redacted, proceeding in this case as Redacted, hereby declare the following to be true under penalty of perjury:

(1) I am 15 years-old and making this declaration of my own free will. Everything in this declaration is true to the best of my personal knowledge.

(2) I originally made a Declaration in support of Plaintiffs' Motion to Intervene. I am one of the proposed intervenors. I affirm the facts set forth in my original declaration and would competently testify to those facts if called and sworn as a witness. I make this declaration as a supplement to my original declaration.

(3) I am in the custody of OJJ related to a juvenile delinquency proceeding. OJJ is currently holding me in the former death row building at OJJ's West Feliciana Campus at Angola ("Angola"). OJJ first sent me here in either

1 of 3

September or October 2022. The agency transferred me out in January 2023, to OJJ's Swanson facility, and then transferred me back to Angola in March 2023.

(4) I am currently in C Pod. I have been in C Pod for about a week.

(5) I came to Angola from Swanson.

(6) I am still not receiving any treatment for substance use. I was receiving treatment for substance use at Swanson.

(7) I still have not had any visit from my family, as compared to when I was in Bridge City in Jefferson Parish.

(8) I would still rather be in a different OJJ facility. This facility at Angola is much worse than other places.

(9) At other facilities, I could use the phone to call home whenever I needed to. I cannot do that here. I just get two video visits every week.

I declare under penalty of perjury that the foregoing declaration is true and accurate.

Redacted

2 of 3

Ashley Dalton, witness

3 of 3