UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF OUISIANA

| | |
|---|---|
| ALEX A., by and through his guardian, Molly Smith; BRIAN B.[1]; and CHARLES C., by and through his guardian, Kenione Rogers, individually and on behalf of all others similarly situated,<br><br>   Plaintiffs,<br><br>v.<br><br>GOVERNOR JOHN BEL EDWARDS, in his official capacity as Governor of Louisiana; WILLIAM SOMMERS[2], in his official capacity as Deputy Secretary of the Office of Juvenile Justice, JAMES M. LEBLANC, in his official capacity as Secretary of the Louisiana Department of Public Safety & Corrections,<br><br>   Defendants. | Civil Action No. 3:22-CV-00573-SDD-RLB |

# EXHIBIT 2

---

[1] On July 14, 2023, pursuant to Rule 25(a)(2) of the Federal Rules of Civil Procedure, Plaintiffs notified the Court of the death of Brian B. Doc. 162. Plaintiffs leave Brian B. as a Plaintiff until the clerk is ordered to change the caption.

[2] On November 18, 2022, Gov. Edwards announced the resignation of Dep. Sec. Sommers and the appointment of Otha "Curtis" Nelson as his replacement. https://gov.louisiana.gov/index.cfm/newsroom/detail/3892  Because Sommers was sued in his official capacity, Nelson is automatically substituted as a Defendant. Fed. R. Civ. P. 25(d). Plaintiff leaves Sommers as a Defendant until the clerk is ordered to change the caption.

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| ALEX A., by and through his guardian, Molly Smith, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>GOVERNOR JOHN BEL EDWARDS, in his official capacity as Governor of Louisiana; WILLIAM SOMMERS, in his official capacity as Deputy Secretary of the Office of Juvenile Justice, JAMES M. LEBLANC, in his official capacity as Secretary of the Louisiana Department of Public Safety & Corrections,<br><br>Defendants. | Civil Action No. 3:22-cv-573-SDD-RLB |

This is a typewritten version of the attached handwritten Declaration.

SUPPLEMENTAL DECLARATION OF CHARLES C.

I, [name redacted], hereby declare the following to be true under penalty of perjury:

1) I am seventeen years old and making this declaration of my own free will. Everything in this declaration is true to the best of my personal knowledge. For this lawsuit, I am going by the name CHARLES C. "CC" to protect my privacy.

2) I originally made this declaration in support of Plaintiffs Motion for Class Certification, ECF No. 99-3. I affirm these facts are true and set forth in my original declaration and would competently testify to those facts if called and sworn as a witness. I make this declaration as a supplement to my original declaration.

3) I am currently in the custody of OJJ related to a juvenile delinquency proceeding. OJJ is currently holding me in the former death row building at OJJ's West Feliciana Campus at Angola.

4) Previously, as referenced in my past declaration, I was held at St. Martinsville. I stayed there until May 31st, 20223.

5) OJJ first sent me to Angola at June 1st, 2023.

6) I am currently on the Conquer Pod. I have been on C since I first got here. When I first got here they locked me in my cell for 3 days. I have seen other kids locked in their cells for several days and even up to weeks for minor infractions and incidents with the guards. The guards don't care about us here.

7) My cell is incredibly small and I have no room to move. I can't drink the water out of the faucet because it has a color, tastes bad, and would make me sick. I worry about my mental health because I'm forced to be in these cells.

8) The guards here don't care about me or the kids here. They want me to act out but I won't.

9) The food here is terrible and makes me sick. I usually have to eat food from the commissary to feed myself.

10) The educational services do not exist here. They put us in front of a computer all day and there is no library. Before I was here, I was close to earning my ITEP. I would like to earn my diploma if that was offered here There are no teachers here on my block.

11) I am not receiving my accommodations here even though I have an IEP. I don't have access to my one on one accommodations, extra time, and read out loud because I am here.

12) We are only let out of our cells an hour or so a day in the yard. The yard is covered with barbed wire and a black tarp

13) Because I am here I am not able to speak to my family. When I was at other facilities, I was able to talk on the phone with my mom and 5 sisters throughout the week. Being so far away from home makes it too difficult for my family to get here.

14) Before I came here, staff always threatened me that if I was bad I would be sent here.

15) I want to get out of here. There are no behavioral programs here. At other facilities, I could meet with a counselor and work towards achieving my goals. If those services were offered I would want to use them.

16) Many things are broken or don't work here. There is no AC Units on the tier and the fans often break down. Many of the cells are falling apart and have broken desks.

Executed on the 26th day of June 2023 in Angola, LA.

/s/ Charles C.

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF LOUISIANA

ALEX A. by and thru his guardian
Molly Smith; Brian B; and Charles C;
by and through his guardian
Kenione Rogers, individually and on
behalf of all others similarly
situated

v.

Civil Action No.
3:22-cv-573-SDD-RLB

GOVERNOR JOHN BEL EDWARDS
in his official capacity as
Gov. of LA: Williams Sommers
et. al.

SUPPLEMENTAL DECLARATION OF
CHARLES C.

I, ███████████, hereby declare the following to be true under penalty of perjury:

(1) I am seventeen years old and making this declaration of my own free will. Everything in this declaration is true to the best of my personal knowledge.

(1)

For this lawsuit, I am going by the name CHARLES C. "CC" to protect my privacy.

(2) I originally made this declaration in support of Plaintiffs' Motion for Class Certification, ECF No. 99-3. I affirm these facts are true and set forth in my original declaration and would competently testify to those facts if called and sworn as a witness. I make this declaration as a supplement to my original declaration.

(3) I am currently in the custody of OJJ related to a juvenile delinquency proceeding. OJJ is currently holding me in the former death row building at OJJ's West Feliciana Campus at Angola.

(4) Previously, as referenced in my past declaration, I was held at St. Martinsville. I stayed there until May 31st, 2023.

(5) OJJ first sent me to Angola at June 1st, 2023.

(6) I am currently on the Conquer Pod. I have been on C since I first got here. When I first got here they

locked me in my cell for 3 days. I have seen other kids locked in their cells for several days and even up to weeks for minor infractions and incidents with the gaurds. The gaurds dont care about us here.

(7) My cell is incredibly small and I have no room to move. I cant drink the water out of the faucet because it has a color, tastes bad, and would make me sick. I worry about my mental health because I'm forced to be in these cells.

(8) The gaurds here dont care about me or the kids here. They want me to act out but I wont.

(9) The food here is terrible and makes me sick. I usually have to eat food from the commissary to feed myself.

(10) The educational services do not exist here. They put us in front of a computer all day and there is no library. Before I was here, I was close to earning my ITEP. I8 would love to

earn my diploma if that was offered here. There are no teachers here on my block.

(11) I am not recieving my accomodations here even though I have an IEP. I dont have access to my one on one accomodations, extra time, and read out loud because I am here.

(12) We are only let out of our cells an hour or so a day in the yard. The yard is covered with barbed wire and a black tarp

(13) Because I am here I am not able to speak to my family. When I was at other facilities, I was able to talk on the phone with my mom and 5 sisters throughout the week. Being so far away from home makes it to difficult for my family to get here.

(16) Before I came here, staff always threatened me that if I was bad I would be sent here.

(17) I want to get out of here. There are no behavioral programs here. At other facilities, I could meet with a counselor and work towards achieving my goals. If those services were offered I would want to use them.

(18) Many things are broken or don't work here. There is no AC Units on the tier and the fans often break down. Many of the cells are falling apart and have broken desks.

Executed on the 26th day of June 2023 in Angola, LA.

CHARLES C.

Malcolm Lloyd, Witness
Legal Intern
Southern Poverty Law Center