UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF OUISIANA

| | |
|---|---|
| ALEX A., by and through his guardian, Molly Smith; BRIAN B.[1]; and CHARLES C., by and through his guardian, Kenione Rogers, individually and on behalf of all others similarly situated,<br><br>        Plaintiffs,<br><br>v.<br><br>GOVERNOR JOHN BEL EDWARDS, in his official capacity as Governor of Louisiana; WILLIAM SOMMERS[2], in his official capacity as Deputy Secretary of the Office of Juvenile Justice, JAMES M. LEBLANC, in his official capacity as Secretary of the Louisiana Department of Public Safety & Corrections,<br><br>        Defendants. | Civil Action No. 3:22-CV-00573-SDD-RLB |

# EXHIBIT 9

---

[1] On July 14, 2023, pursuant to Rule 25(a)(2) of the Federal Rules of Civil Procedure, Plaintiffs notified the Court of the death of Brian B. Doc. 162. Plaintiffs leave Brian B. as a Plaintiff until the clerk is ordered to change the caption.

[2] On November 18, 2022, Gov. Edwards announced the resignation of Dep. Sec. Sommers and the appointment of Otha "Curtis" Nelson as his replacement. https://gov.louisiana.gov/index.cfm/newsroom/detail/3892  Because Sommers was sued in his official capacity, Nelson is automatically substituted as a Defendant. Fed. R. Civ. P. 25(d). Plaintiff leaves Sommers as a Defendant until the clerk is ordered to change the caption.

**CONTACT**:

Florentina Staigers Cruz, FFLIC Communications Director

[fcruz@fflic.org](mailto:fcruz@fflic.org)

504-330-0414 (text preferred)

***Commission Discusses Next Steps for Youth Justice, Including Closure of Youth Facility at Angola***

**New Orleans, LA** -- Today, the Juvenile Justice Reform Act Implementation Commission (JJRAIC) met to discuss next steps in championing the transformation of the youth justice system in Louisiana. The meeting follows an active legislative session that saw numerous youth justice proposals and highlighted the need for comprehensive reform. The JJRAIC is approaching its 20th anniversary of the signing of the Juvenile Justice Reform Act of 2003, (Act 1225), which gave the commission its directive to transform Louisiana's youth justice system into a national model of holistic, coordinated care.

At the meeting, Otha "Curtis" Nelson, Deputy Secretary of the Office of Juvenile Justice reported the Governor has agreed to begin to transition children out of Angola. Nelson estimated that seventy to eighty youth have been housed at Angola since transfers to the transitional unit began last year. OJJ's stated timeline to close down the unit Angola is between October and November of this year.

In response to the news, **Antonio Travis, Youth Organizer** with **Families and Friends of Louisiana's Incarcerated Children** (**FFLIC**) who attended the JJRAIC meeting shared his thoughts:

> "We're glad that youth will finally be moved out of Angola, but we can't ignore the harm that has been inflicted on our youth and families over the past year. They are the ones who pay the price as we continue to waste money on ineffective and punitive practices that do not make us any safer. No child should have ever been subjected to this kind of blatant racism and abuse in

1

the first place. Instead, we need to invest in our youth– by investing in education, mental health services, and economic opportunities that will have a lasting impact on our young people."

The JJRAIC was established in 2003 to reform the state's broken juvenile justice system, following horrific stories of abuse in youth prisons in Louisiana. Nearly twenty years later, the system is still ineffective, expensive, and harming generations of children.

**Senator Royce Duplessis,** also commented. "As we are here on the 20th anniversary, I'm not particularly one to think it's anything to celebrate, because quite honestly, I'm asking, have we truly achieved the goals and missions of Act 1225, and I don't believe we have."

At the meeting, Senator DuPlessis also read the remarks of Liz Ryan, Administrator of the Office of Juvenile Justice and Delinquency Prevention (OJJDP) who also expressed concerns about the youth facility at Angola. Simon Gonsoulin, a Consultant with OJJDP offered his services to help advance the justice reforms promised in Act 1225, and the JJRAIC approved the motion to accept technical assistance support.

**###**