UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

MINUTE ENTRY:
JULY 19, 2023
CHIEF DISTRICT JUDGE SHELLY D. DICK

ALEX A.　　　　　　　　　　　　　　　　　　　　　CIVIL ACTION

VERSUS

JON BEL EDWARDS, ET AL.　　　　　　　　　　　22-573-SDD-RLB

　　　　　This matter came on this day for a *Status Conference*.

　　　　　PRESENT:　David J. Utter, Esq.
　　　　　　　　　　　Nancy Rosenbloom, Esq.
　　　　　　　　　　　Susan M. Meyers, Esq.
　　　　　　　　　　　Counsel for Plaintiff

　　　　　　　　　　　Lemuel E. Montgomery, III, Esq.
　　　　　　　　　　　Connell Lee Archey, Esq.
　　　　　　　　　　　Allena Brooke McCain, Esq.
　　　　　　　　　　　Counsel for Office of Juvenile Justice

　　　　　　　　　　　Jonathan R. Vining, Esq.
　　　　　　　　　　　Counsel for Department of Corrections

　　　　　This matter is set for a Preliminary Injunction hearing to be on August 15, 2023, commencing at 9:00 a.m., in Courtroom Three.

　　　　　The following deadlines were established:

　　　　　Counsel for Defendants shall notify the Court whether they intend to withdraw the *Motion to Dismiss*[1] on standing by July 21, 2023.

---

[1] Rec. Doc. 102.

Opposition to the *Motion for Preliminary Injunction*[2] shall be filed by July 28, 2023. Any replies, limited to no more than 10 pages, shall be filed by July 31, 2023.

The parties shall meet and confer to submit a joint proposed discovery scheduling order on or before July 21, 2023. If assistance is required from the court, a telephone conference may be set.

* * * * *

CV 36/45 mins.

---

[2] Rec. Doc. 163.