UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF LOUISIANA

ALEX A., by and through his guardian, Molly Smith; BRIAN B.[1]; and CHARLES C., by and through his guardian, Kenione Rogers, individually and on behalf of all others similarly situated,

    Plaintiffs,

v.

GOVERNOR JOHN BEL EDWARDS, in his official capacity as Governor of Louisiana; WILLIAM SOMMERS[2], in his official capacity as Deputy Secretary of the Office of Juvenile Justice, JAMES M. LEBLANC, in his official capacity as Secretary of the Louisiana Department of Public Safety & Corrections,

    Defendants.

Civil Action No. 3:22-CV-00573-SDD-RLB

## JOINT STATUS REPORT

Come now Plaintiffs Alex A. and Charles C. ("Plaintiffs"), and Defendants Governor John Bel Edwards, Curtis Nelson, and James Le Blanc ("Defendants") (Plaintiff and Defendants shall collectively be referred to as the "Parties"), pursuant to this Court's Order of July 19, 2023 (ECF No. 167), and submit the proposed scheduling

---

[1] Pursuant to Rule 25(a)(2) of the Federal Rules of Civil Procedure, Plaintiffs notified the Court of the death of Brian B. Doc. 162. Brian B. is noted as a Plaintiff until the clerk is ordered to change the caption.

[2] On November 18, 2022, Gov. Edwards announced the resignation of Dep. Sec. Sommers and the appointment of Otha "Curtis" Nelson as his replacement. https://gov.louisiana.gov/index.cfm/newsroom/detail/3892 Because Sommers was sued in his official capacity, Nelson is automatically substituted as a Defendant. Fed. R. Civ. P. 25(d). Sommers is noted as a Defendant until the clerk is ordered to change the caption.

1

order regarding expedited discovery for the August 15, 2023 hearing scheduled on Plaintiffs' Motion for Preliminary Injunction (ECF No. 163). The Parties agree that, with the exception of the deadlines noted below, the Federal Rules of Civil Procedure shall apply in that discovery productions shall be ongoing and the Parties have a duty to supplement as required by the rules. The parties agree as follows:

1. **July 24, 2023**: Fact discovery may begin and any written discovery must be served by this date. The Parties will be permitted to serve requests for production of documents and interrogatories within the limited scope of issues raised by Plaintiffs' Motion for Preliminary Injunction. The number of interrogatories shall be limited to no more than ten. The Parties acknowledge that, on July 20, 2023, Defendants produced the names of all youth currently held in OJJ's Angola facility.

2. **July 28, 2023**: The Parties shall provide lists of witnesses whom they may call, including both fact and expert witnesses, for the Preliminary Injunction hearing.

3. **July 31, 2023**: Responses to written discovery due.

4. **August 1**: Fact and expert depositions may begin. The Parties agree that depositions will be limited to one hour each, with the exception of Director Linda London and experts, which shall be limited to two hours. Expert witnesses may be deposed remotely, and all other depositions will proceed in-person at the OJJ Angola facility.

In addition, the Parties are unable to agree and request court guidance on the following:

1. Scope of discovery: Plaintiffs request discovery related to the administration of the facility, including temperature control, staffing, and programming

back to the establishment of the program. Defendants will agree to provide such information as far back as June 1, 2023.

2.  Youth files: Defendants agree to provide youth files from the point of transfer to OJJ's Angola facility, along with the reason for their transfer. Plaintiffs request youth's secure care file, which includes treatment received at other facilities.

3.  Employee personnel files on staff deponents. Plaintiffs request training, discipline, education, and employment history of staff whom we depose. Defendants will respond to requests for production requesting any such documents.

4.  Date that fact discovery closes. Plaintiffs propose August 11 and Defendants propose August 7.

5.  Date by which expert tours, expert reports, and expert depositions must be completed.

Respectfully submitted, this 21st day of July, 2023.

/s/: *David J. Utter*
DAVID J. UTTER *
Louisiana Bar Number: 23236
WILLIAM R. CLAIBORNE**
Georgia Bar Number: 126363
THE CLAIBORNE FIRM, P.C.
410 East Bay Street
Savannah, Georgia 31401
(912) 236-9559 Telephone
(912) 236-1884 Facsimile
david@claibornefirm.com
will@claibornefirm.com

/s/: *Christopher J. Murell*
CHRISTOPHER J. MURELL
Louisiana Bar Number: 32075
MURELL LAW FIRM
2831 St. Claude Avenue
New Orleans, Louisiana 70117
(504) 717-1297 Telephone
(504) 233-6691 Facsimile
chris@murrell.law

/s/: *Hector Linares*
HECTOR LINARES
Louisiana Bar Number: 28857
SARA GODCHAUX
Louisiana Bar Number: 34561
STUART H. SMITH LAW CLINIC

/s/ *Nancy Rosenbloom*
NANCY ROSENBLOOM**
New York Bar Number: 2168425
ACLU NATIONAL PRISON PROJECT
125 Broad Street
New York, NY 10004
Telephone: (212) 549-2500

LOYOLA UNIVERSITY NEW ORLEANS COLLEGE OF LAW
7214 St. Charles Avenue, Box 902
New Orleans, Louisiana 70118
(504) 861-5560 Telephone
(504) 861-5440 Facsimile
halinare@loyno.edu
shgodcha@loyno.edu

/s/: *David Shanies*
DAVID SHANIES**
New York Bar Number: 4471140
SHANIES LAW OFFICE
110 West 40th Street, 10th Fl.
New York, New York 10018
Tel. (212) 951-1710
Fax (212) 951-1350
Cell (646) 515-2151
david@shanieslaw.com

Facsimile: (212) 549-2652
nrosenbloom@aclu.org

*/s/ Tammie Gregg*
TAMMIE GREGG***
MN Bar Number: 026240
ACLU NATIONAL PRISON PROJECT
915 15th St. N.W., 7th Floor
Washington D.C. 20005
Telephone: (202) 393-4930
Facsimile: (202) 393-4931
tgregg@aclu.org

*/s/ Susan M. Meyers*
SUSAN M. MEYERS
Louisiana Bar Number: 29346
LAUREN WINKLER
Louisiana Bar Number: 39062
ASHLEY DALTON
Louisiana Bar Number: 40330
SOUTHERN POVERTY LAW CENTER
201 St. Charles Avenue, Suite 2000
New Orleans, LA 70170
Telephone: 504-512-8649
susan.meyers@splcenter.org
lauren.winkler@splcenter.org
ashley.dalton@splcenter.org

\* *Lead Counsel*
\*\*Appearing *Pro Hac Vice*
\*\*\*Appearing *Pro Hac Vice* and not admitted in DC; practice limited to federal courts

**ATTORNEYS FOR PLAINTIFFS**


BY:  **/s/ Madaline King Rabalais**
Connell Archey (#20086)
Randal J. Robert (#21840)
Allena McCain (#38830)
Madaline King Rabalais (#38301)
BUTLER SNOW LLP
445 North Boulevard, Suite 300 (70802)
P.O. Box 2997

Baton Rouge, LA 70821-2997
Telephone: (225) 325-8700
Facsimile: (225) 325-8800
Connell.Archey@butlersnow.com
Randy.Robert@butlersnow.com
Allena.McCain@butlersnow.com
Madaline.Rabalais@butlersnow.com

Kyle V. Miller (pro hac vice)
Lemuel E. Montgomery III (pro hac vice)
Anna Morris (pro hac vice)
BUTLER SNOW LLP
1020 Highland Colony Parkway, Suite 1400
Ridgeland, MS 39157
Telephone: (601) 948-5711
Facsimile: (601) 985-4500
Kyle.Miller@butlersnow.com
Lem.Montgomery@butlersnow.com
Anna.Morris@butlersnow.com

Counsel for Defendants
GOVERNOR JOHN BEL EDWARDS, in his official capacity as Governor of Louisiana; WILLIAM SOMMERS, in his official capacity as Deputy Secretary of the Office of Juvenile Justice; and JAMES M. LEBLANC, in his official capacity as Secretary of the Louisiana Department of Public Safety & Corrections

**CERTIFICATE OF SERVICE**

I hereby certify that on the 21st day of July, 2023, a copy of the foregoing was served upon all counsel of record by electronic transmission.

/s/ *David J. Utter*
DAVID J. UTTER