IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| ALEX A., by and through his guardian, Molly Smith; BRIAN B.; and CHARLES C., by and through his guardian, Kenione Rogers, individually and on behalf of all others similarly situated, | ) ) ) ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) ) Civ. A. No. 3:22-CV-00573-SDD-RLB ) |
| GOVERNOR JOHN BEL EDWARDS, in his official capacity as Governor of Louisiana; WILLIAM SOMMERS, in his official capacity as Deputy Secretary of the Office of Juvenile Justice, JAMES M. LEBLANC, in his official capacity as Secretary of the Louisiana Department of Public Safety & Corrections, | ) ) ) UNOPPOSED MOTION TO DEFER ) DEFENDANTS' DEADLINE FOR LEGAL ) MEMORANDUM IN RESPONSE TO ) PLAINTIFFS' MOTION FOR ) PRELIMINARY INJUNCTION ) ) ) ) |
| Defendants. | ) |

**DEFENDANTS' UNOPPOSED MOTION TO DEFER DEADLINE**

NOW INTO COURT, through undersigned counsel, come Defendants John Bel Edwards, in his official capacity as Governor of Louisiana; William Sommers, in his official capacity as Deputy Secretary of the Office of Juvenile Justice; and James M. LeBlanc, in his official capacity as Secretary of the Louisiana Department of Public Safety & Corrections (collectively "Defendants"), and respectfully move this Court to defer Defendants' deadline to file their Memorandum of Law in response to Plaintiffs' Motion for Preliminary Injunction [Doc. No. 163] (the "Motion") until the evidentiary record is complete following the upcoming Preliminary Injunction hearing beginning August 15, 2023. In support thereof, Defendants state as follows:

1. The current deadline for Defendants to submit their response brief in opposition to the Motion is July 28, 2023.

2.  After conferring in good faith with Plaintiffs, Defendants request that written briefing in response to the Motion be postponed until after the Preliminary Injunction hearing, when the evidentiary record is complete. Plaintiffs do not object to this request.

3.  The Parties agree to limit post-hearing briefing to the evidence presented at the hearing; however, the Parties acknowledge that post-hearing briefing will be conducted subject to the Court's directives upon conclusion of the hearing.

4.  Pursuant to Local Rule 7(e), this motion does not require a memorandum in support.

5.  Defendants respectfully request that the Court enter an order granting the relief requested herein and deferring Defendants' deadline to file their legal Memorandum in response to Plaintiffs' Motion for Preliminary Injunction [Doc. No. 163] until the evidentiary record is complete following the upcoming hearing.

Dated: July 27, 2023

Respectfully submitted:

BY: */s/ Allena McCain*
Connell Archey (#20086)
Randal J. Robert (#21840)
Allena McCain (#38830)
Madaline King (#38301)
BUTLER SNOW LLP
445 North Boulevard, Suite 300 (70802)
P.O. Box 2997
Baton Rouge, LA 70821-2997
Telephone: (225) 325-8700
Facsimile: (225) 325-8800
Connell.Archey@butlersnow.com
Randy.Robert@butlersnow.com
Allena.McCain@butlersnow.com
Madaline.King@butlersnow.com

Kyle V. Miller (pro hac vice)
Lemuel E. Montgomery III (pro hac vice)
Anna Morris (pro hac vice)
BUTLER SNOW LLP

1020 Highland Colony Parkway, Suite 1400
Ridgeland, MS 39157
Telephone: (601) 948-5711
Facsimile: (601) 985-4500
Kyle.Miller@butlersnow.com
Lem.Montgomery@butlersnow.com
Anna.Morris@butlersnow.com

Counsel for Defendants
GOVERNOR JOHN BEL EDWARDS, in his official capacity as Governor of Louisiana; WILLIAM SOMMERS, in his official capacity as Deputy Secretary of the Office of Juvenile Justice; and JAMES M. LEBLANC, in his official capacity as Secretary of the Louisiana Department of Public Safety & Corrections

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above and foregoing has this day been filed electronically with the Clerk of Court using the CM/ECF system, which will deliver notice of this filing to all counsel of record.

Baton Rouge, Louisiana this 27th day of July, 2023.

/s/ Allena McCain

# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| ALEX A., by and through his guardian, Molly Smith; BRIAN B.; and CHARLES C., by and through his guardian, Kenione Rogers, individually and on behalf of all others similarly situated, ) ) ) ) ) ) | |
| Plaintiffs, ) ) | |
| v. ) ) | Civ. A. No. 3:22-CV-00573-SDD-RLB |
| GOVERNOR JOHN BEL EDWARDS, in his official capacity as Governor of Louisiana; WILLIAM SOMMERS, in his official capacity as Deputy Secretary of the Office of Juvenile Justice, JAMES M. LEBLANC, in his official capacity as Secretary of the Louisiana Department of Public Safety & Corrections, ) ) ) ) ) ) ) ) ) ) ) ) | **ORDER** |
| Defendants. ) | |

CONSIDERING the Unopposed Motion to Defer Defendants' Deadline to Respond to Plaintiffs' Motion for Preliminary Injunction filed by Defendants,

IT IS HEREBY ORDERED that the Unopposed Motion to Defer Defendants' Deadline to Respond to Plaintiffs' Motion for Preliminary Injunction is GRANTED and that the deadline for Defendants to submit written briefing is hereby deferred until after the conclusion of the Preliminary Injunction hearing set to begin on August 15, 2023.

SIGNED this _____ day of _____, 2023, at Baton Rouge, Louisiana.

                                                   _____
                                                     **CHIEF JUDGE SHELLY D. DICK**

81148192.v1