IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| ALEX A., by and through his guardian, Molly Smith; BRIAN B.; and CHARLES C., by and through his guardian, Kenione Rogers, individually and on behalf of all others similarly situated,<br><br>    Plaintiffs,<br><br>v.<br><br>GOVERNOR JOHN BEL EDWARDS, in his official capacity as Governor of Louisiana; WILLIAM SOMMERS, in his official capacity as Deputy Secretary of the Office of Juvenile Justice, JAMES M. LEBLANC, in his official capacity as Secretary of the Louisiana Department of Public Safety & Corrections,<br><br>    Defendants. | Civ. A. No. 3:22-CV-00573-SDD-RLB<br><br>***EX PARTE* MOTION FOR EXPEDITED CONSIDERATION OF UNOPPOSED MOTION TO DEFER DEFENDANTS' DEADLINE FOR LEGAL MEMORANDUM IN RESPONSE TO PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION** |

**NOW INTO COURT**, through undersigned counsel, come Defendants John Bel Edwards, in his official capacity as Governor of Louisiana; William Sommers, in his official capacity as Deputy Secretary of the Office of Juvenile Justice; and James M. LeBlanc, in his official capacity as Secretary of the Louisiana Department of Public Safety & Corrections (collectively "Defendants"), who respectfully request this Court grant the instant *Ex Parte* Motion for Expedited Consideration of the Unopposed Motion to Defer Defendants' Deadline for Legal Memorandum in Response to Plaintiffs' Motion for Preliminary Injunction.

    1.    Currently pending before the Court is the Unopposed Motion to Defer Defendants' Deadline for Legal Memorandum in Response to Plaintiffs' Motion for Preliminary Injunction [Doc. No. 178].

1

2. The Court's ruling on this pending motion will significantly alter the nature and scope of the parties' pre-hearing proceedings. Specifically, delaying Defendants' deadline to respond to Plaintiffs' Motion for Preliminary Injunction [Doc. No. 163] will allow the parties to prioritize and focus on pre-hearing written discovery, depositions, and related hearing preparations and will appropriately defer legal briefing until after the conclusion of the Preliminary Injunction hearing when the evidentiary record is complete.

3. No discovery is necessary for the Court to rule on the pending motion.

4. Expedited consideration is necessary because the current deadline for Defendants to respond to Plaintiffs' Motion for Preliminary Injunction is tomorrow, July 28, 2023.

5. Defendants request that the Court provide expedited consideration of the Unopposed Motion to Defer Defendants' Deadline for Legal Memorandum in Response to Plaintiffs' Motion for Preliminary Injunction [Doc. No. 178] so that the Parties can effectively utilize this time to direct pre-hearing discovery efforts, the deadline for which is Monday, July 31, 2023; to prepare for and conduct fact and expert depositions, which begin August 1, 2023; and to prepare for the upcoming hearing, beginning on August 15, 2023.

**WHEREFORE**, Defendants respectfully request that this *Ex Parte* Motion for Expedited Consideration be GRANTED and the Court provide the courtesy of expedited consideration of the Unopposed Motion to Defer Defendants' Deadline for Legal Memorandum in Response to Plaintiffs' Motion for Preliminary Injunction.

Dated: July 27, 2023.

Respectfully submitted:

BY: */s/ Allena McCain*
Connell Archey (#20086)
Randal J. Robert (#21840)
Allena McCain (#38830)

Madaline King (#38301)
BUTLER SNOW LLP
445 North Boulevard, Suite 300 (70802)
P.O. Box 2997
Baton Rouge, LA  70821-2997
Telephone:    (225) 325-8700
Facsimile:    (225) 325-8800
Connell.Archey@butlersnow.com
Randy.Robert@butlersnow.com
Allena.McCain@butlersnow.com
Madaline.King@butlersnow.com

Kyle V. Miller (pro hac vice)
Lemuel E. Montgomery III (pro hac vice)
Anna Morris (pro hac vice)
BUTLER SNOW LLP
1020 Highland Colony Parkway, Suite 1400
Ridgeland, MS 39157
Telephone:    (601) 948-5711
Facsimile:    (601) 985-4500
Kyle.Miller@butlersnow.com
Lem.Montgomery@butlersnow.com
Anna.Morris@butlersnow.com

Counsel for Defendants
GOVERNOR JOHN BEL EDWARDS, in his official capacity as Governor of Louisiana; WILLIAM SOMMERS, in his official capacity as Deputy Secretary of the Office of Juvenile Justice; and JAMES M. LEBLANC, in his official capacity as Secretary of the Louisiana Department of Public Safety & Corrections

## **CERTIFICATE OF SERVICE**

    I hereby certify that a copy of the above and foregoing has this day been filed electronically with the Clerk of Court using the CM/ECF system, which will deliver notice of this filing to all counsel of record.

    Baton Rouge, Louisiana this 27th day of July, 2023.

                                          */s/ Allena McCain*

81155042.v1