United States District Court

The Middle District of Louisiana

| | |
|---|---|
| Alex A., By And Through His Guardian, Molly Smith; Brian B.[1]; And Charles C., By And Through His Guardian, Kenione Rogers, Individually And On Behalf Of All Others Similarly Situated,<br><br>**Plaintiffs,**<br><br>V.<br><br>Governor John Bel Edwards, In His Official Capacity As Governor Of Louisiana; William Sommers[2], In His Official Capacity As Deputy Secretary Of The Office Of Juvenile Justice, James M. Leblanc, In His Official Capacity As Secretary Of The Louisiana Department Of Public Safety & Corrections,<br><br>**Defendants.** | Civil Action No. 3:22-cv-00573-SDD-RLB |

**MOTION TO ENROLL ADDITIONAL COUNSEL**

NOW INTO COURT comes Plaintiffs, who, through already enrolled and undersigned trial counsel, move to enroll Ronald S. Haley (#30900) of the Haley & Associates as co-counsel of record in the above-captioned matter. The enrollment of co-counsel will cause no delays.

Respectfully Submitted, this 29th day of July, 2023.

/S/: *David J. Utter*  
David J. Utter *

/S/: *Christopher J. Murell*  
Christopher J. Murell

---

[1] On July 14, 2023, pursuant to Rule 25(a)(2) of the Federal Rules of Civil Procedure, Plaintiffs notified the Court of the death of Brian B. Doc. 162. Plaintiffs leave Brian B. as a Plaintiff until the clerk is ordered to change the caption.

[2] On November 18, 2022, Gov. Edwards announced the resignation of Dep. Sec. Sommers and the appointment of Otha "Curtis" Nelson as his replacement. https://gov.louisiana.gov/index.cfm/newsroom/detail/3892  Because Sommers was sued in his official capacity, Nelson is automatically substituted as a Defendant. Fed. R. Civ. P. 25(d). Plaintiff leaves Sommers as a Defendant until the clerk is ordered to change the caption.

Louisiana Bar Number: 23236
William R. Claiborne**
Georgia Bar Number: 126363
The Claiborne Firm, P.C.
410 East Bay Street
Savannah, Georgia 31401
(912) 236-9559 Telephone
(912) 236-1884 Facsimile
David@Clairbornefirm.Com
Will@Clairbornefirm.Com

Louisiana Bar Number: 32075
Murell Law Firm
2831 St. Claude Avenue
New Orleans, Louisiana 70117
(504) 717-1297 Telephone
(504) 233-6691 Facsimile
Chris@Murell.Law

/S/: *Hector Linares*
Hector Linares
Louisiana Bar Number: 28857
Sara Godchaux
Louisiana Bar Number: 34561
Stuart H. Smith Law Clinic
Loyola University New Orleans College Of Law
7214 St. Charles Avenue, Box 902
New Orleans, Louisiana 70118
(504) 861-5560 Telephone
(504) 861-5440 Facsimile
Halinare@Loyno.Edu
Shgodcha@Loyno.Edu

/S/: *Nancy Rosenbloom*
Nancy Rosenbloom**
New York Bar Number: 2168425
Aclu National Prison Project
125 Broad Street
New York, Ny 10004
Telephone: (212) 549-2500
Facsimile: (212) 549-2652
Nrosenbloom@Aclu.Org

/S/: *Tammie Gregg*
Tammie Gregg***
Mn Bar Number: 026240
Aclu National Prison Project
915 15th St. N.W., 7th Floor
Washington D.C. 20005
Telephone: (202) 393-4930
Facsimile: (202) 393-4931
Tgregg@Aclu.Org

/S/: *David Shanies*
David Shanies**
New York Bar Number: 4471140
Shanies Law Office
110 West 40th Street, 10th Fl.
New York, New York 10018
Tel. (212) 951-1710
Fax (212) 951-1350
Cell (646) 515-2151
David@Shanieslaw.Com

/S/: *Corene T. Kendrick*
Corene T. Kendrick**
Ca Bar No. 226642
Aclu National Prison Project
39 Drumm Street
San Francisco, Ca 94111
Telephone: (202) 393-4930
Facsimile: (202) 393-4931
Ckendrick@Aclu.Org

/S/: Marisol J. Dominguez-Ruiz
Marisol J. Dominguez-Ruiz**
ACLU National Prison Project
39 Drumm Street

San Francisco, Ca 94111
Telephone: (202) 393-4930
Facsimile: (202) 393-4931
Mdominguez-Ruiz@Aclu.Org

*/S/ Meghan Matt*
MEGHAN MATT
La. Bar No. 39975
ACLU Foundation of Louisiana
1340 Poydras St., Suite 2160
New Orleans, LA 70112
Telephone: (504) 522-0628
Facsimile: (504) 613-6511
mmatt@laaclu.org

*/S/ Susan M. Meyers*
Susan M. Meyers
Louisiana Bar Number: 29346
Lauren Winkler
Louisiana Bar Number: 39062
Ashley Dalton
Louisiana Bar Number: 40330
Southern Poverty Law Center
201 St. Charles Avenue, Suite 2000
New Orleans, La 70170
Telephone: 504-512-8649
Susan.Meyers@Splcenter.Org
Lauren.Winkler@Splcenter.Org
Ashley.Dalton@Splcenter.Org

\* *Lead Counsel*
\*\*Appearing *Pro Hac Vice*
\*\*\*Appearing *Pro Hac Vice* And Not Admitted In Dc; Practice Limited To Federal Courts

**Attorneys For Plaintiffs**

### Certificate Of Service

I hereby certify that on this 29th day of July, 2023, a copy of the foregoing was served upon all Counsel of record by electronic submission.

/S/ *Christopher J. Murell*
Christopher J. Murell