UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

MINUTE ENTRY:
AUGUST 3, 2023
CHIEF DISTRICT JUDGE SHELLY D. DICK

| | |
|---|---|
| ALEX A. | CIVIL ACTION |
| VERSUS | |
| JON BEL EDWARDS, ET AL. | 22-573-SDD-RLB |

This matter came on this day for a *Telephone Status Conference*.

PRESENT:  David J. Utter, Esq.
Nancy Rosenbloom, Esq.
Counsel for Plaintiff

Lemuel E. Montgomery, III, Esq.
Connell Lee Archey, Esq.
Counsel for Office of Juvenile Justice

The status of the case was discussed.

The *Motion to Present Direct Expert Testimony by Declaration*[1] is DENIED. All experts must testify live. Dr. Joseph Brojomohun-Gagnon, Ph.D. is permitted to testify by video.

\* \* \* \* \*

CV 36/55 mins.

---

[1] Rec. Doc. 185.