UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

ALEX A., by and through his guardian,　　　　　　　　　　CIVIL ACTION
Molly Smith; BRIAN B.; and
CHARLES C., by and through his guardian,　　　　　　　　NO. 22-573-SDD-RLB
Kenione Rogers, individually and on behalf
of all others similarly situated

VERSUS

GOVERNOR JOHN BEL EDWARDS,
in his official capacity as Governor of Louisiana;
WILLIAM SOMMERS, in his official
capacity as Deputy Secretary of the
Office of Juvenile Justice,
JAMES M. LEBLANC, in his official capacity
as Secretary of the Louisiana Department

## ORDER

A telephone conference was held on August 9, 2023.

**PRESENT:** **Susan M. Meyers**
Counsel for Plaintiff

**Lemuel E. Montgomery, III**
Counsel for Defendant

The parties called during a defense deposition of one of Plaintiff's experts. The Court confirmed that the Court reporter would put this conference on the record.

The parties acknowledged that the current deposition has been going on for two hours. Counsel for the defendant requested an additional one hour due to late disclosures received yesterday evening and lengthy answers by the deponent that have unnecessarily extended the deposition length. Counsel for Plaintiff noted that the two hour duration was agreed upon by the parties and those discovery agreements have been enforced by the Court. Counsel also disputes the characterization of the deponents answers.

C:cv38a; T: 00:10

The Court noted that the two hour timeframe applied to all expert depositions. Notwithstanding any recent disclosures, counsel proceeded with the deposition as scheduled and only sought relief after the two hour period expired. The Court also does not find that verbose or lengthy answers alone are sufficient to support an exception to the discovery parameters in place. The Court has tried to be consistent in applying those parameters in this matter, especially due to the accelerated timeframes involved and the extensive discovery conducted in advance of the hearing beginning next week. Because this expert deposition has reached the two hour time limit, it is now concluded.

Signed in Baton Rouge, Louisiana, on August 9, 2023.

**RICHARD L. BOURGEOIS, JR.**
**UNITED STATES MAGISTRATE JUDGE**