### IN THE UNITED STATES DISTRICT COURT
### FOR THE MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| ALEX A., by and through his guardian, MOLLY SMITH individually and on behalf of all others similarly situated, )<br>)<br>)<br>)<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>GOVERNOR JOHN BEL EDWARDS, in his official capacity as Governor of Louisiana; WILLIAM SOMMERS, in his official capacity as Deputy Secretary of the Office of Juvenile Justice, JAMES M. LEBLANC, in his official capacity as Secretary of the Louisiana Department of Public Safety & Corrections, )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>Defendants. ) | Civ. A. No. 3:22-CV-00573-SDD-RLB<br><br>**MOTION TO DISQUALIFY ATTORNEY AND REQUIRE LIVE EXPERT TESTIMONY** |

COMES NOW, through undersigned counsel, Defendants William Sommers, in his official capacity as Deputy Secretary of the Office of Juvenile Justice; and James M. LeBlanc, in his official capacity as Secretary of the Louisiana Department of Public Safety & Corrections (collectively "Defendants") and respectfully move for the Court to revoke the pro hac vice admission of Corene Kendrick and disqualify her from engaging as an attorney in this matter further. Defendants also request that the Court require all testimony at the evidentiary hearing scheduled for August 15–18, 2023 be live and in person due to documented evidence of Plaintiffs' counsel's interference and secretive communication with a witness during remote testimony. Finally, Defendants request attorneys' fees, deposition costs, and any other sanctions deemed necessary and appropriate by the Court.

WHEREFORE, for the reasons set forth in the attached memorandum in support, Defendants respectfully request:

1. Revocation of Corene Kendrick's pro hac vice admission and disqualification from participation in further proceedings in this matter;

2. Requirement that all witness testimony be presented live in court at the evidentiary hearing from August 15–18, 2023, including Dr. Joseph Gagnon, who this Court has previously permitted to testify remotely; and

3. Issuance of sanctions against Plaintiffs' attorneys for Defendant's attorneys' fees incurred in the filing of this motion and for the deposition costs incurred for the deposition of Dr. Susi Vassallo, along with any other sanctions and relief the Court deems permissible and equitable under the circumstances.

Dated: August 10, 2023.

                Respectfully Submitted:

BY: _____
Connell Archey (#20086)
Allena McCain (#38830)
Madaline King (#38301)
BUTLER SNOW LLP
445 North Boulevard, Suite 300 (70802)
P.O. Box 2997
Baton Rouge, LA 70821-2997
Telephone: (225) 325-8700
Facsimile: (225) 325-8800
Connell.Archey@butlersnow.com
Allena.McCain@butlersnow.com
Madaline.King@butlersnow.com

Lemuel E. Montgomery III (pro hac vice)
Anna Morris (pro hac vice)
Carly Chinn (pro hac vice)
BUTLER SNOW LLP
1020 Highland Colony Parkway, Suite 1400
Ridgeland, MS 39157

Telephone:   (601) 948-5711
Facsimile:   (601) 985-4500
Lem.Montgomery@butlersnow.com
Anna.Morris@butlersnow.com
Carly.Chinn@butlersnow.com

Counsel for Defendants
GOVERNOR JOHN BEL EDWARDS, in his official capacity as Governor of Louisiana; WILLIAM SOMMERS, in his official capacity as Deputy Secretary of the Office of Juvenile Justice; and JAMES M. LEBLANC, in his official capacity as Secretary of the Louisiana Department of Public Safety & Corrections

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above and foregoing has this day been filed electronically with the Clerk of Court using the CM/ECF system, which will deliver notice of this filing to all counsel of record.

Baton Rouge, Louisiana this 10th day of August 2023.

_____

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| ALEX A., by and through his guardian, MOLLY SMITH individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>GOVERNOR JOHN BEL EDWARDS, in his official capacity as Governor of Louisiana; WILLIAM SOMMERS, in his official capacity as Deputy Secretary of the Office of Juvenile Justice, JAMES M. LEBLANC, in his official capacity as Secretary of the Louisiana Department of Public Safety & Corrections,<br><br>Defendants. | Civ. A. No. 3:22-CV-00573-SDD-RLB<br><br>**ORDER ON MOTION TO DISQUALIFY ATTORNEY AND REQUIRE LIVE EXPERT TESTIMONY** |

**CONSIDERING** the Motion to Disqualify Attorney and Require Live Testimony submitted by Defendants,

IT IS ORDERED that Corene Kendrick's pro hac vice admission to serve as Plaintiff's counsel in this matter is hereby REVOKED, and Corene Kendrick is hereby prohibited from serving as an attorney in the above-captioned matter in all future proceedings.

IT IS FURTHER ORDERED that Plaintiffs' pay for the costs incurred by the Defendants in the deposition of Dr. Susi Vassallo, along with attorney's fees associated with the deposition and the Motion.

IT IS FURTHER ORDERED that the Court's August 3, 2023 Minute Entry (R. Doc. 196) is hereby amended to require all witnesses to present live and in-person testimony at the evidentiary hearing beginning on August 15, 2023.

4

THUS DONE AND SIGNED in Baton Rouge, Louisiana, this _____ day of August, 2023.

_____
CHIEF DISTRICT JUDGE SHELLY D. DICK

81654812.v1