| | |
|---|---|
| **From:** | Nancy Rosenbloom |
| **To:** | Connell Archey; "David Utter" |
| **Cc:** | Allena McCain; "David Shanies"; "Hector Linares"; Corene Kendrick; Marisol Dominguez-Ruiz; Meghan Matt; "Russell Barksdale"; External - Susan Meyers; Tammie Gregg; Maddy Rabalais; Lem Montgomery; Anna Morris; Carly Chinn; "rhaley@ronaldhaleylawfirm.com"; "Christopher Murell"; Kim Griffin; Erica Boudreaux; Amy Baldwin |
| **Subject:** | [External Email] RE: Alex A. expert tours |
| **Date:** | Thursday, August 10, 2023 4:28:30 PM |

Connell,

We just completed Dr. Underwood's deposition so I am responding as soon as possible, lest there be any additional concern. There are no such communications that took place during the depositions of experts Gagnon or McCarthy. The only such communications during the deposition of Dr. Vassallo are attached; these took place after Plaintiffs' counsel asked you on the record to show the witness the documents to which you were referring and you refused to do so.

Best,
Nancy

**From:** Connell Archey <Connell.Archey@butlersnow.com>
**Sent:** Thursday, August 10, 2023 7:59 AM
**To:** 'David Utter' <david@claibornefirm.com>
**Cc:** Allena McCain <Allena.McCain@butlersnow.com>; 'David Shanies' <david@shanieslaw.com>; Nancy Rosenbloom <nrosenbloom@aclu.org>; 'Hector Linares' <halinare@loyno.edu>; Corene Kendrick <ckendrick@aclu.org>; Marisol Dominguez-Ruiz <mdominguez-ruiz@aclu.org>; Meghan Matt <MMatt@laaclu.org>; 'Russell Barksdale' <russellblaw@gmail.com>; External - Susan Meyers <susan.meyers@splcenter.org>; Tammie Gregg <tgregg@aclu.org>; Maddy Rabalais <Madaline.Rabalais@butlersnow.com>; Lem Montgomery <Lem.Montgomery@butlersnow.com>; Anna Morris <Anna.Morris@butlersnow.com>; Carly Chinn <Carly.Chinn@butlersnow.com>; 'rhaley@ronaldhaleylawfirm.com' <rhaley@ronaldhaleylawfirm.com>; 'Christopher Murell' <chris@murell.law>; Kim Griffin <Kim@claibornefirm.com>; Erica Boudreaux <Erica.Boudreaux@butlersnow.com>; Amy Baldwin <Amy.Baldwin@butlersnow.com>
**Subject:** RE: Alex A. expert tours

All,

Please preserve and produce to us any electronic communications, text messages, or emails between any member of the plaintiff's legal team and any of plaintiff's expert witnesses that occurred during the taking of the experts' depositions.

Sincerely,
Connell

**Connell L. Archey**
**Butler Snow LLP**

D: (225) 325-8732 | F: (225) 325-8800
445 North Boulevard, Suite 300, Baton Rouge, LA 70802
Connell.Archey@butlersnow.com | vCard | Bio



EXHIBIT "B"