

+1 (646) 298-4510

Today 7:08 AM

The heat indexes are at paragraph 85 of your report

Document 343 - Youth 10

Power has gone out

You have the heat index













+1 (646) 298-4510

You have the heat index

Send it to me again now

Paragraph 85 of your dev

Declaration

Outdoor

Yes