# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF LOUISIANA

|  |  |
|---|---|
| ALEX A., by and through his guardian, Molly Smith; BRIAN B.[1]; and CHARLES C., by and through his guardian Kenoine Rogers, individually and on behalf of all others similarly situated,<br><br>    Plaintiffs,<br><br>v.<br><br>GOVERNOR JON BEL EDWARDS, in his official capacity as Governor of Louisiana; WILLIAM SOMMERS,[2] in his official capacity as Deputy Secretary of the Office of Juvenile Justice; JAMES M. LEBLANC, in his official capacity as Secretary of the Louisiana Department of Public Safety & Corrections,<br><br>    Defendants. | Civil Action No. 3:22-573-SDD-RLB |

**PLAINTIFFS' MOTION FOR CONSOLIDATED RECONSIDERATION OF PORTIONS OF MAGISTRATE JUDGE'S ORDER (ECF #201) DENYING PLAINTIFFS' MOTION TO COMPEL DISCOVERY, AND PORTIONS OF MAGISTRATE JUDGE'S ORDER (ECF #200) PROHIBITING FURTHER NON-EXPERT DISCOVERY MOTIONS AFTER AUGUST 8, 2023; AND ACCOMPANYING MOTION TO COMPEL PRODUCTION OF CERTAIN DOCUMENTS**

COMES NOW Plaintiffs who, through undersigned counsel, move pursuant to 28 U.S.C.

§ 636(b)(1)(A), Fed. R. Civ. P. 72(a), and LR 72, Plaintiffs file this Motion for Consolidated

---

[1] On July 14, 2023, pursuant to Rule 25(a)(2) of the Federal Rules of Civil Procedure, Plaintiffs notified the Court of the death of Brian B. *Doc. 162.* Plaintiffs leave Brian B. as a Plaintiff until the clerk is ordered to change the caption.

[2] On November 18, 2022, Gov. Edwards announced the resignation of Dep. Sec. Sommers and the appointment of Otha "Curtis" Nelson as his replacement. *See* https://gov.louisiana.gov/index.cfm/newsroom/detail/3892. Because Sommers was sued in his official capacity, Nelson is automatically substituted as a Defendant. Fed. R. Civ. P. 25(d). Plaintiff leaves Sommers as a Defendant until the clerk is ordered to change the caption.

Reconsideration Portions of the Magistrate Judge's Order (ECF #201), and Portions of the Magistrate Judge's Order prohibiting further non-expert discovery motions after August 8, 2023. (ECF #200). Specifically, the Plaintiffs seek reconsideration of the portions of the Magistrate Judge's orders that: (1) there was an enforceable discovery deadline of August 7, 2023 (ECF #201 at 11-12); (2) Plaintiffs cannot seek documents pertaining to Bridge City Center for Youth – West Feliciana ("BCCY-WF") prior to June 1, 2023 (ECF #201 at 8-9, despite Plaintiffs repeated specific requests for such documents prior to August 7, 2023; (3) denied Plaintiffs' request to compel individual youth's OJJ records from prior OJJ secure detention facilities showing what counseling, education, and treatment they received prior to their transfer to BCCY-WF; and (4) the *sua sponte* order that "No further motions pertaining to discovery will be entertained prior to the preliminary injunction," (ECF #200), even for specific documents timely requested. Given the interrelated nature of these two orders (ECF # 200 & 201) and their implications on one another, reconsideration of them together is judicially efficient and appropriate. reconsideration of them together is judicially efficient and appropriate.

Further, Plaintiff seeks an order from this Court to compelling the Defendants to produce the following relevant, specific documents by no later than 5 p.m. August 14, 2023:

1. **Logbooks from the Communication Center from October 17, 2022 to present**.

2. **Logbooks from the the Classrooms from October 17, 2022 to present.**

3. **All "Shift Packets" emailed or otherwise distributed to supervisors, as well as copies of the emails distributing the "shift packets" dating back to October 17, 2022.**

4. **All medical reports, cell restriction reports, use of force reports, UORs, medical records, logs, movement logs, body-worn camera, cell surveillance, or other documentation of known youth's attempted suicide and his subsequent placement on "suicide watch."**

5. **The documents relating to high temperatures and accommodations made for youth at BCCY-WF previously identified in Plaintiffs' Requests for Production Nos. 12-18 and specified in Plaintiffs August 4, 2023 letter to Defendants.**

6. **Body Worn Camera of the incident between JJS Frank Edwards Macing Known Youth on August 2, 2023 from 3:15 p.m. to 4:30 p.m.**

7. **All Use of Force or Use of Intervention Reports dating back to March 1, 2023**.

Respectfully Submitted, this 13th day of August, 2023.

/S/: *David J. Utter*
David J. Utter *
Louisiana Bar Number: 23236
William R. Claiborne**
Georgia Bar Number: 126363
The Claiborne Firm, P.C.
410 East Bay Street
Savannah, Georgia 31401
(912) 236-9559 Telephone
(912) 236-1884 Facsimile
David@Claibornefirm.Com
Will@Claibornefirm.Com

/S/: *Christopher J. Murell*
Christopher J. Murell
Louisiana Bar Number: 32075
Murell Law Firm
2831 St. Claude Avenue
New Orleans, Louisiana 70117
(504) 717-1297 Telephone
(504) 233-6691 Facsimile
Chris@Murell.Law

/S/: *Hector Linares*
Hector Linares
Louisiana Bar Number: 28857
Sara Godchaux
Louisiana Bar Number: 34561
Stuart H. Smith Law Clinic
Loyola University New Orleans College Of Law
7214 St. Charles Avenue, Box 902
New Orleans, Louisiana 70118
(504) 861-5560 Telephone
(504) 861-5440 Facsimile
Halinare@Loyno.Edu
Shgodcha@Loyno.Edu

/S/: *Nancy Rosenbloom*
Nancy Rosenbloom**
New York Bar Number: 2168425
Aclu National Prison Project
125 Broad Street
New York, Ny 10004
Telephone: (212) 549-2500
Facsimile: (212) 549-2652
Nrosenbloom@Aclu.Org

/S/: *Tammie Gregg*
Tammie Gregg***
Mn Bar Number: 026240
Aclu National Prison Project
915 15th St. N.W., 7th Floor
Washington D.C. 20005
Telephone: (202) 393-4930
Facsimile: (202) 393-4931
Tgregg@Aclu.Org

/S/: *David Shanies*
David Shanies**
New York Bar Number: 4471140
Shanies Law Office
110 West 40th Street, 10th Fl.
New York, New York 10018

/S/:  *Marisol J. Dominguez-Ruiz*
Marisol J. Dominguez-Ruiz**

Tel. (212) 951-1710
Fax (212) 951-1350
Cell (646) 515-2151
David@Shanieslaw.Com

ACLU National Prison Project
39 Drumm Street
San Francisco, Ca 94111
Telephone: (202) 393-4930
Facsimile: (202) 393-4931
Mdominguez-Ruiz@Aclu.Org

*/S/ Meghan Matt*
MEGHAN MATT
La. Bar No. 39975
ACLU Foundation of Louisiana
1340 Poydras St., Suite 2160
New Orleans, LA 70112
Telephone: (504) 522-0628
Facsimile: (504) 613-6511
mmatt@laaclu.org

*/S/ Susan M. Meyers*
Susan M. Meyers
Louisiana Bar Number: 29346
Lauren Winkler
Louisiana Bar Number: 39062
Ashley Dalton
Louisiana Bar Number: 40330
Southern Poverty Law Center
201 St. Charles Avenue, Suite 2000
New Orleans, La 70170
Telephone: 504-512-8649
Susan.Meyers@Splcenter.Org
Lauren.Winkler@Splcenter.Org
Ashley.Dalton@Splcenter.Org

* *Lead Counsel*
**Appearing *Pro Hac Vice*
***Appearing *Pro Hac Vice* And Not
Admitted In Dc; Practice Limited To Federal
Courts

**Attorneys For Plaintiffs**


**Certificate Of Service**

I hereby certify that on this 13th day of August, 2023, a copy of the foregoing was served upon all Counsel of record by electronic submission.

*/S/ Christopher J. Murell*
Christopher J. Murell