UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| ALEX A., by and through his guardian, Molly Smith; BRIAN B.[1]; and CHARLES C., by and through his guardian Kenoine Rogers, individually and on behalf of all others similarly situated,<br><br>　　　　　　　Plaintiffs,<br><br>v.<br><br>GOVERNOR JOHN BEL EDWARDS, in his official capacity as Governor of Louisiana; WILLIAM SOMMERS,[2] in his official capacity as Deputy Secretary of the Office of Juvenile Justice; JAMES M. LEBLANC, in his official capacity as Secretary of the Louisiana Department of Public Safety & Corrections,<br><br>　　　　　　　Defendants. | Civil Action No. 3:22-573-SDD-RLB |

# EXHIBIT C

---

[1] On July 14, 2023, pursuant to Rule 25(a)(2) of the Federal Rules of Civil Procedure, Plaintiffs notified the Court of the death of Brian B. *Doc. 162.* Plaintiffs leave Brian B. as a Plaintiff until the clerk is ordered to change the caption.

[2] On November 18, 2022, Gov. Edwards announced the resignation of Dep. Sec. Sommers and the appointment of Otha "Curtis" Nelson as his replacement. *See* https://gov.louisiana.gov/index.cfm/newsroom/detail/3892. Because Sommers was sued in his official capacity, Nelson is automatically substituted as a Defendant. Fed. R. Civ. P. 25(d). Plaintiff leaves Sommers as a Defendant until the clerk is ordered to change the caption.

UNITED STATES DISTRICT COURT

THE MIDDLE DISTRICT OF LOUISIANA

ALEX A., by and through his        CIVIL ACTION NO. 3:22-cv-00573
guardian, Molly Smith; BRIAN B.;         SDD-RLB
and CHARLES C., by and through
his guardian, Kenione Rogers,
individually and on behalf of all
others similarly situated;

    Plaintiffs

V

GOVERNOR JOHN BEL EDWARDS, in his
Official capacity as Governor of
Louisiana; WILLIAM SOMMERS, in his
Capacity as Deputy Secretary of the
Office of Juvenile Justice,
JAMES M. LEBLANC, in his official
capacity as Secretary of the
Louisiana Department of
Corrections,

    Defendants

    DEPOSITION OF FRANK EDWARDS, given in the above-entitled cause, pursuant to the following stipulation, before Raynel E. Schule, Certified Shorthand Reporter in and for the State of Louisiana, at the Louisiana State Penitentiary, 17544 Tunica Trace, Angola, Louisiana, 70712, commencing at 4:00 o'clock p.m., on Thursday, the 3rd day of August, 2023.

1        ▇▇▇ who's one of people detained right
2     now?
3  A.  Yes, sir.
4  Q.  There was an incident with him yesterday
5     where you discharged mace with him?
6  A.  Yes, sir.
7  Q.  Okay.  Tell me about that.
8  A.  We was in -- we was in the middle of
9     transitioning youth from classroom back to
10    their assigned cells, and during
11    transition, another OSS tried to retrieve a
12    cup from him, and as soon as he got past
13    the cell, I don't know what type of
14    substance it was, he threw it.  It was a
15    large amount, and it was instinctively.
16 Q.  I'm sorry.  What was the last sentence you
17    said?
18 A.  I said it was instinctively discharged.
19 Q.  What you say, "it was," you mean the mace
20    was instinctively discharged?
21 A.  Yes, sir.
22 Q.  Was Mr. ▇▇▇ inside his cell when the
23    mace was discharged?
24 A.  Yes, sir.
25 Q.  So the cell door was locked.  He couldn't

```
 1        get in or out when it was discharged?
 2   A.   No, sir.
 3   Q.   And the liquid you said, you couldn't tell
 4        what the liquid was?
 5   A.   Oh, you're talking about the liquid that he
 6        threw?  No, sir.
 7   Q.   What happened after -- did you act -- did
 8        you spray the mace inside -- did the mace
 9        you sprayed inside the cell, did it go
10        directly on ▮▮▮▮ or did it -- was it just
11        in the cell?
12   A.   No, it didn't -- he had -- he was covered
13        up.
14   Q.   He was covered up with the mace?
15   A.   Yeah, like he had planned it.
16   Q.   What do you mean he planned it?
17   A.   He basically plan, like, he -- he knew my
18        reaction was going to be to mace him.
19   Q.   He would -- you mean he totally stayed
20        covered up, you mean, like, he had, like,
21        blankets --
22   A.   Yeah, he had shirt up on him, and he had
23        sheet already wrapped around.
24   Q.   So it sounds like he knew that that's what
25        you were going to do?
```

```
 1              C E R T I F I C A T E
 2          THIS CERTIFICATION IS VALID ONLY FOR
    A TRANSCRIPT ACCOMPANIED BY MY ORIGINAL
 3  SIGNATURE AND ORIGINAL REQUIRED SEAL ON THIS
    PAGE.
 4
            I, RAYNEL E. SCHULE, Certified Court
 5  Reporter, #77005, in good standing, in and for
    the State of Louisiana, as the officer before
 6  whom this testimony was taken, do hereby certify
    that FRANK EDWARDS, after having been duly sworn
 7  by me upon authority of R.S. 37:2554, did
    testify as hereinbefore set forth in the
 8  foregoing 60 pages; that this testimony was
    reported by me in stenotype reporting method,
 9  was prepared and transcribed by me or under my
    personal direction and supervision, and is a
10  true and correct transcript to the best of my
    ability and understanding; that the transcript
11  has been prepared in compliance with transcript
    format guidelines required by statute or by
12  rules of the Board, that I have acted in
    compliance with the prohibition on contractual
13  relationships, as defined by Louisiana Code of
    Civil Procedure Article 1434 and in rules and
14  advisory opinions of the Board; that I am not of
    counsel, not related to counsel or to the
15  parties herein, nor am I otherwise interested in
    the outcome of this matter.
16
17
18  8-7-2023       _____
    Date                   Raynel E. Schule, CSR
19                         Certified Shorthand Reporter
                           State of Louisiana
20
21
22
23
24
25
```