UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

MINUTE ENTRY:
AUGUST 14, 2023
CHIEF DISTRICT JUDGE SHELLY D. DICK

| | |
|---|---|
| ALEX A. | CIVIL ACTION |
| VERSUS | |
| JON BEL EDWARDS, ET AL. | 22-573-SDD-RLB |

This matter came on this day for a *Telephone Status Conference*.

PRESENT:  Nancy Rosenbloom, Esq.
Christopher Murell, Esq.
Meghan Matt, Esq.
Susan Meyers, Esq.
Counsel for Plaintiffs

Connell Lee Archey, Esq.
Lemuel E. Montgomery, III, Esq.
Allena McCain, Esq.
Anna Morris, Esq.
Kyle Miller, Esq.
Counsel for Office of Juvenile Justice

The status of the case was discussed.

The Court discussed the Motion for Reconsideration[1], which the Court construes as an Appeal of the Magistrate Judge's ruling and the Court affirmed the rulings of the Magistrate Judge, subject to the following specifics outlined below.

The parties discussed the status of discovery, as well as discovery issues that remain outstanding past the 8/7/2023 discovery deadline. Relief is denied as to the August 7, 2023 discovery cutoff for the preliminary injunction hearing, subject to the continuing obligation that all parties have to update discovery materials properly

---

[1] See rec doc 213

requested on or before August 7, 2023. Specifically, a request for logbooks dating back to 6/1/2023 regarding classroom attendance, evaluations, mental health, and diagnostic records. The Court orders Defendants to either provide "classroom logs" if available or to provide a statement to the contrary.

The parties discussed the shift packet transmittals that OJJ employees send twice a day. The Court ordered defendants to produce a sampling of the transmittal emails of the shift packets and attachments, including use of force, intervention reports, and cell restrictions from the morning and afternoon emails of 6/20/2023 and 7/5/2023. The parties will enter a stipulation as to the content and distribution of the twice daily emails.

The parties discussed cell restrictions and temperature logs. The temperature logs from 7/23/2023 to 8/3/2023 have already been produced and the Court orders that the temperature logs be produced through 8/11/2023.

The parties discussed the request for body camera footage from the chemical spray incident on 8/2/2023. The Court ordered that the body camera footage of Frank Edwards and Daja McKinley from 5 minutes before the youth misconduct incident until 5 minutes after the OJJ's response to the incident be produced by close of business on 8/15/2023.

The exhibits from the hearing held in September 2022 are already part of the record, and do not need to be re-introduced. The parties will offer exhibits continuing from the last number used at that hearing[2]. Exhibits are to be uploaded to JERS in accordance with the Court's standing pre-trial requirements.

The Court ordered parties to produce the final expert reports on 8/14/2023 by 4:00 p.m.

\* \* \* \* \*

CV 36/ 1 h 12m

---

[2] See Electronic Exhibit List, rec doc 70.