IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| ALEX A., by and through his guardian, Molly Smith; BRIAN B.; and CHARLES C., by and through his guardian, Kenione Rogers, individually and on behalf of all others similarly situated,<br><br>  Plaintiffs,<br><br>v.<br><br>GOVERNOR JOHN BEL EDWARDS, in his official capacity as Governor of Louisiana; WILLIAM SOMMERS, in his official capacity as Deputy Secretary of the Office of Juvenile Justice, JAMES M. LEBLANC, in his official capacity as Secretary of the Louisiana Department of Public Safety & Corrections,<br><br>  Defendants. | Civ. A. No. 3:22-CV-00573-SDD-RLB<br><br>**MEMORANDUM IN SUPPORT OF MOTION TO STRIKE PATRICK MCCARTHY, PH.D. AS AN EXPERT WITNESS** |

NOW INTO COURT, through undersigned counsel, come Defendants John Bel Edwards, in his official capacity as Governor of Louisiana; Otha "Curtis" Nelson,[1] in his official capacity as Deputy Secretary of the Office of Juvenile Justice ("OJJ"); and James M. LeBlanc, in his official capacity as Secretary of the Louisiana Department of Public Safety & Corrections (collectively "Defendants"), who hereby move to strike Patrick McCarthy, Ph.D. as an expert witness.

**FACTUAL BACKGROUND**

Plaintiffs filed a Motion for Preliminary Injunction (Doc. 163) on July 17, 2023, alleging unlawful conditions of confinement and violations of the U.S. Constitution at the Bridge City

---

[1] On November 18, 2022, Governor Edwards announced the resignation of Deputy Secretary Sommers and the appointment of Otha "Curtis" Nelson as his replacement. https://gov.louisiana.gov/index.cfm/newsroom/detail/3892. Because Sommers was sued in his official capacity, Nelson is automatically substituted as a Defendant. Fed. R. Civ. P. 25(d).

1

Center for Youth at West Feliciana ("BCCY-WF"). Plaintiffs attached declarations of three expert witnesses to the motion. On July 28, 2023, Plaintiffs submitted a may call witness list which listed McCarthy as an expert witness. Pursuant to an agreed upon schedule (as directed by the Court), Defendants produced documents on July 31, 2023. Defendants supplemented the production on August 2, August 4, and August 8, 2023.

The discussions leading up to deposing McCarthy are important. On August 4, 2023, undersigned noted that McCarthy wanted to tour BCCY-WF on August 8. (Exhibit A, p. 1)[2] Counsel insisted at that time that McCarthy provide a detailed description of the nature and the scope of his testimony, and that counsel would not accommodate the site visit without such a description. At a meet and confer on August 5, undersigned relented upon an agreement that Plaintiffs would provide a statement of McCarthy's opinions. The August 5, 2023 email from plaintiffs' counsel provides the most generic, non-specific disclosure possible as to McCarthy. (Ex. A, p. 2) Due to the pressing time and in an effort to continue to cooperate, on August 7, 2023, undersigned agreed that McCarthy could tour BCCY-WF on August 8. (Ex. A, p. 3) McCarthy "experienced issues with his flight" and did not tour BCCY-WF on August 8 as offered. (Ex. A, p. 4) After learning that McCarthy would not tour the facility on August 8, undersigned sent an email asking when McCarthy would provide a report. (Ex. A, p. 5) Then, after agreeing to take McCarthy's deposition without an expert report, on August 8, 2023, undersigned sent an email which stated:

> To be clear, we expect Mr. McCarthy to be able to provide his primary opinions at the deposition tomorrow. We trust that he will be prepared to do so and are proceeding with the deposition on that basis.

(Ex. A, p. 6)

---

[2] Exhibit A is a group of six emails referred to en globo.

On August 9, 2023, Defendants deposed McCarthy. (Exhibit B) McCarthy visited BCCY-WF on August 11, 2023. The visit lasted approximately one hour. Then, on Monday, August 14, 2023, McCarthy submitted his expert report. (Exhibit C) The discrepancy between the deposition transcript and the expert report are inexcusable and requires him to be struck as an expert witness.

## ARGUMENT

Rule 26(b)(4)(B) of the Federal Rules of Civil Procedure provides that expert witnesses must provide draft reports or disclosures. Prior to taking the deposition of McCarthy, Defendants repeatedly requested that Plaintiffs disclose the scope of his opinion. Plaintiffs' disclosure was less than helpful. Because of the impending deadlines, Defendants took McCarthy's deposition on August 9, 2023, without an expert report. The expectation was that he would be prepared to testify to his opinions in this case.

Early in the deposition, McCarthy testified to his opinions in this case. (Ex. B, pp. 15-16) He ultimately testified that he had no opinions as to the following:

- Social services at BCCY-WF (other than the question of family contact) (Ex. B, p. 41)
- As to Sandra Bryant, BCCY-WF's social services coordinator, he did not have enough information to form an opinion about her competency as a social services provider (Ex. B, p. 41)
- Education services (Ex. B, p. 69)
- Climate or heat (Ex. B, p. 72)

Then, in McCarthy's expert report dated August 11, 2023, McCarthy offered the following opinions directly contrary to the opinions expressed at his deposition:

- Social services at BCCY-WF are deficient (Ex. C, p. 16)
- Bryant lacks the training and is inadequate as she is not a trained counselor. (Ex. C, p. 16)
- BCCY-WF does not meet the minimally acceptable standards for educational services Ex. C, p. 18)

3

- Climate or heat, referred to as environment safety, exposes place youth to serious and potentially irreparable harm, including illness and death. (Ex. C, p. 4)

Comparison of McCarthy's deposition and McCarthy's report clearly shows that he failed to disclose basic opinions at his deposition. This failure cannot be justified. The documents that he needed to have reviewed had been produced primarily on July 31, 2023. Further, there is nothing in the one-hour site visit that can possibly justify such a stark change in his opinions. For instance, he observed no counseling by Bryant. As to education, he walked into the classroom for literally a couple of minutes, observed youth at desk with computers, and then left. He experienced the same air conditioning that Dr. Vassallo found was below the threshold for concern.

The record clearly shows that McCarthy failed to provide his primary opinions at his deposition on August 9, 2023. Indeed, to the contrary, he provided opinions which he thereafter contradicted.

## CONCLUSION

This combination of failure to disclose and outright contradiction between opinions disclosed in his deposition and opinions stated in his report requires that McCarthy be struck as an expert witness. Alternatively, his opinion should be limited to those stated at his deposition.

Dated: August 14, 2023

Respectfully submitted,

BY:  /s/ *Madaline King Rabalais*
Connell L. Archey (#20086)
Allena McCain (#38830)
Madaline King Rabalais (#38301)
BUTLER SNOW LLP
445 North Boulevard, Suite 300
Baton Rouge, LA  70802
Telephone:    (225) 325-8700
Facsimile:    (225) 325-8800
Connell.Archey@butlersnow.com

4

Allena.McCain@butlersnow.com
Madaline.Rabalais@butlersnow.com

Kyle V. Miller (*pro hac vice*)
Lemuel E. Montgomery III (*pro hac vice*)
Anna Morris (*pro hac vice*)
Carly Chinn (*pro hac vice*)
BUTLER SNOW LLP
1020 Highland Colony Parkway, Suite 1400
Ridgeland, MS 39157
Telephone:   (601) 948-5711
Facsimile:    (601) 985-4500
Kyle.Miller@butlersnow.com
Lem.Montgomery@butlersnow.com
Anna.Morris@butlersnow.com
Carly.Chinn@butlersnow.com

Counsel for Defendants
GOVERNOR JOHN BEL EDWARDS, in his official capacity as Governor of Louisiana; WILLIAM SOMMERS, in his official capacity as Deputy Secretary of the Office of Juvenile Justice; and JAMES M. LEBLANC, in his official capacity as Secretary of the Louisiana Department of Public Safety & Corrections

### CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing has this day been filed electronically with the Clerk of Court using the CM/ECF system, which will deliver notice of this filing to all counsel of record.

Baton Rouge, Louisiana this 14th day of August, 2023.

/s/ *Madaline King Rabalais*
Madaline King Rabalais

81546160.v1