# Connell Archey

| | |
|---|---|
| **From:** | Connell Archey |
| **Sent:** | Friday, August 4, 2023 2:09 PM |
| **To:** | 'Christopher Murell'; Kim Griffin; David Utter |
| **Cc:** | Allena McCain; David Shanies; Nancy Rosenbloom; Hector Linares; Corene Kendrick; Marisol Dominguez-Ruiz; Meghan Matt; Russell Barksdale; susan.meyers@splcenter.org; Tammie Gregg; Maddy Rabalais; Lem Montgomery; Anna Morris; Carly Chinn; rhaley@ronaldhaleylawfirm.com; Erica Boudreaux; Amy Baldwin |
| **Subject:** | RE: [External Email] RE: Alex A., Depositions- August 4 2023 depositions |

All,

(I apologize for using the same email chain, but I don't know any other way not to ensure that everyone is included.)

You have tentatively requested that Patrick McCarthy tour BCCY-WF on Tuesday, August 8. We insist that you provide a detailed description of the nature and scope of his testimony. We will not accommodate and facilitate the site visit without such a description.

Further, we will not allow Mr. McCarthy to interview the youth or BCCY-WF staff during the site visit.

Sincerely,
Connell

**Connell L. Archey**
**Butler Snow LLP**

D: (225) 325-8732 | F: (225) 325-8800
445 North Boulevard, Suite 300, Baton Rouge, LA 70802
Connell.Archey@butlersnow.com | vCard | Bio

Twitter | LinkedIn | Facebook | YouTube

**From:** Christopher Murell <chris@murell.law>
**Sent:** Friday, August 4, 2023 12:30 PM
**To:** Connell Archey <Connell.Archey@butlersnow.com>; Kim Griffin <Kim@claibornefirm.com>; David Utter <david@claibornefirm.com>
**Cc:** Allena McCain <Allena.McCain@butlersnow.com>; David Shanies <david@shanieslaw.com>; Nancy Rosenbloom <nrosenbloom@aclu.org>; Hector Linares <halinare@loyno.edu>; Corene Kendrick <ckendrick@aclu.org>; Marisol Dominguez-Ruiz <mdominguez-ruiz@aclu.org>; Meghan Matt <mmatt@laaclu.org>; Russell Barksdale <russellblaw@gmail.com>; susan.meyers@splcenter.org; Tammie Gregg <tgregg@aclu.org>; Maddy Rabalais <Madaline.Rabalais@butlersnow.com>; Lem Montgomery <Lem.Montgomery@butlersnow.com>; Anna Morris <Anna.Morris@butlersnow.com>; Carly Chinn <Carly.Chinn@butlersnow.com>; rhaley@ronaldhaleylawfirm.com; Erica Boudreaux <Erica.Boudreaux@butlersnow.com>; Amy Baldwin <Amy.Baldwin@butlersnow.com>
**Subject:** Re: [External Email] RE: Alex A., Depositions- August 4 2023 depositions

Please find attached the three Notices of Deposition for JJS Taylor, Mr. Cormier, and Mr. Nelson for Monday. The parties have agreed that Mr. Cormier and Mr. Nelson will be deposed in person at Butler Snow's Baton Rouge office, and the parties will then depose JJS Taylor via zoom.

Chris

DEFENDANT'S EXHIBIT A

1

## Connell Archey

| | |
|---|---|
| **From:** | David Utter <david@claibornefirm.com> |
| **Sent:** | Saturday, August 5, 2023 4:55 PM |
| **To:** | Maddy Rabalais; Lem Montgomery; Connell Archey; Anna Morris; Amy Baldwin; Allena McCain; Erica Boudreaux; Carly Chinn |
| **Cc:** | Kim Griffin; David Shanies; Nancy Rosenbloom; Hector Linares; Corene Kendrick; Marisol Dominguez-Ruiz; Meghan Matt; Russell Barksdale; susan.meyers@splcenter.org; Tammie Gregg; rhaley@ronaldhaleylawfirm.com; Christopher Murell; Eleanor Davis; Deborah I. Francois |
| **Subject:** | Re: [External Email] Re: Alex A., Request for Meet and Confer [IWOV-BUTLERSNOW.FID7265946] |

Folks,

As we discussed during today's meet and confer, the scope of Patrick McCarthy's expert assessment of OJJ's Angola facility will be whether the facility meets constitutional minimums for juvenile facilities and all of the issues raised in our motion for preliminary injunctive relief. He has expertise in the functioning and capabilities of juvenile facilities and juvenile justice systems. Patrick is replacing Vincent Schiraldi, who has a conflict because of his new role as director of the juvenile justice system in Maryland.

Please let me know if you require more information and if I do not hear from you Mr. McCarthy and I will be at the facility at 10 a.m. on August 8.

We agreed to take the issue of whether he can speak to kids in the facility to the magistrate judge.


David


David J. Utter, Esq.

The Claiborne Firm, P.C.

410 E. Bay Street

Savannah, GA 31401

(912) 236-9559

david@claibornefirm.com


**Disclaimers:**

**Notice: No duties are assumed, intended or created by this communication.** If you have not executed a fee contract or an engagement letter, this firm does *not* represent you as your attorney. You are encouraged to retain counsel of your choice if you desire to do so.

1

## Connell Archey

| | |
|---|---|
| **From:** | Connell Archey |
| **Sent:** | Monday, August 7, 2023 7:22 AM |
| **To:** | David Utter |
| **Cc:** | Maddy Rabalais; Lem Montgomery; Anna Morris; Amy Baldwin; Allena McCain; Erica Boudreaux; Carly Chinn; Kim Griffin; David Shanies; Nancy Rosenbloom; Hector Linares; Corene Kendrick; Marisol Dominguez-Ruiz; Meghan Matt; Russell Barksdale; susan.meyers@splcenter.org; Tammie Gregg; rhaley@ronaldhaleylawfirm.com; Christopher Murell; Eleanor Davis; Deborah I. Francois |
| **Subject:** | Re: [External Email] Re: Alex A., Request for Meet and Confer [IWOV-BUTLERSNOW.FID7265946] |

David,

You and Mr.McCarthy may tour BCCY-WF tomorrow, but neither you nor Mr. McCarthy will be allowed to speak with the youth.

Connell

Sent from my iPhone

> On Aug 7, 2023, at 4:56 AM, David Utter <david@claibornefirm.com> wrote:
>
> Folks,
>
> Mr. McCarthy and I are traveling today and plan on being at the gates of LSP at 10 a.m. tomorrow. Please let me know if we need a call with the magistrate today to discuss whether your clients will comply with our request for a tour of the facility. My cell is (912) 944-5431.
>
> David
>
> David J. Utter, Esq.
>
> The Claiborne Firm, P.C.
>
> 410 E. Bay Street
>
> Savannah, GA 31401
>
> (912) 236-9559
>
> david@claibornefirm.com

1

## Connell Archey

| | |
|---|---|
| **From:** | David Utter <david@claibornefirm.com> |
| **Sent:** | Monday, August 7, 2023 8:33 AM |
| **To:** | Connell Archey |
| **Cc:** | Maddy Rabalais; Lem Montgomery; Anna Morris; Amy Baldwin; Allena McCain; Erica Boudreaux; Carly Chinn; Kim Griffin; David Shanies; Nancy Rosenbloom; Hector Linares; Corene Kendrick; Marisol Dominguez-Ruiz; Meghan Matt; Russell Barksdale; susan.meyers@splcenter.org; Tammie Gregg; rhaley@ronaldhaleylawfirm.com; Christopher Murell; Eleanor Davis; Deborah I. Francois |
| **Subject:** | RE: [External Email] Re: Alex A., Request for Meet and Confer [IWOV-BUTLERSNOW.FID7265946] |

Connell,

Mr. McCarthy experienced issues with his flight and cannot make tomorrow. We propose doing his tour on Friday, which should minimize the disruption to the facility.

David

David J. Utter, Esq.
The Claiborne Firm, P.C.
410 E. Bay Street
Savannah, GA 31401
(912) 236-9559
david@claibornefirm.com

**Disclaimers:**

**Notice: No duties are assumed, intended or created by this communication.** If you have not executed a fee contract or an engagement letter, this firm does *not* represent you as your attorney. You are encouraged to retain counsel of your choice if you desire to do so.

Disclosure under IRS Circular 230: Unless expressly stated otherwise, nothing contained in this communication (including any attachments) may be relied upon or used (1) by any taxpayer for the purpose of avoiding penalties that may be imposed under the Internal Revenue Code and/or (2) by any person to support the promotion or marketing of or to recommend any Federal tax transaction(s) or matter(s) addressed in this communication. Any taxpayer should seek independent tax advice with respect to any Federal tax transaction or matter addressed herein.

**Confidentiality Notice:** This email has been sent from a law firm. It may contain privileged and confidential information intended for the use of the person(s) named above. If you are not an intended recipient, you are hereby notified that any dissemination or duplication of the email is prohibited, and that there shall be no waiver of any privilege or confidence by your receipt of this transmission. If you have received this email in error, please notify us by collect telephone call and immediately delete this email.

**From:** Connell Archey <Connell.Archey@butlersnow.com>
**Sent:** Monday, August 7, 2023 8:22 AM
**To:** David Utter <david@claibornefirm.com>
**Cc:** Maddy Rabalais <Madaline.Rabalais@butlersnow.com>; Lem Montgomery <Lem.Montgomery@butlersnow.com>; Anna Morris <Anna.Morris@butlersnow.com>; Amy Baldwin <Amy.Baldwin@butlersnow.com>; Allena McCain <Allena.McCain@butlersnow.com>; Erica Boudreaux <Erica.Boudreaux@butlersnow.com>; Carly Chinn <Carly.Chinn@butlersnow.com>; Kim Griffin <Kim@claibornefirm.com>; David Shanies <david@shanieslaw.com>; Nancy Rosenbloom <nrosenbloom@aclu.org>; Hector Linares <halinare@loyno.edu>; Corene Kendrick <ckendrick@aclu.org>; Marisol Dominguez-Ruiz <mdominguez-ruiz@aclu.org>; Meghan Matt <MMatt@laaclu.org>; Russell Barksdale <russellblaw@gmail.com>; susan.meyers@splcenter.org; Tammie Gregg <tgregg@aclu.org>; rhaley@ronaldhaleylawfirm.com; Christopher Murell <chris@murell.law>; Eleanor Davis <eleanor@shanieslaw.com>;

1

## Connell Archey

| | |
|---|---|
| **From:** | Connell Archey |
| **Sent:** | Monday, August 7, 2023 8:34 AM |
| **To:** | 'David Utter' |
| **Cc:** | Maddy Rabalais; Lem Montgomery; Anna Morris; Amy Baldwin; Allena McCain; Erica Boudreaux; Carly Chinn; Kim Griffin; David Shanies; Nancy Rosenbloom; Hector Linares; Corene Kendrick; Marisol Dominguez-Ruiz; Meghan Matt; Russell Barksdale; susan.meyers@splcenter.org; Tammie Gregg; rhaley@ronaldhaleylawfirm.com; Christopher Murell; Eleanor Davis; Deborah I. Francois |
| **Subject:** | RE: [External Email] Re: Alex A., Request for Meet and Confer [IWOV-BUTLERSNOW.FID7265946] |

David,

When will McCarthy get a report to us? Friday or Monday is unacceptable.

Connell

**Connell L. Archey**
**Butler Snow LLP**

D: (225) 325-8732 | F: (225) 325-8800
445 North Boulevard, Suite 300, Baton Rouge, LA 70802
Connell.Archey@butlersnow.com | vCard | Bio

Twitter | LinkedIn | Facebook | YouTube

**From:** David Utter <david@claibornefirm.com>
**Sent:** Monday, August 7, 2023 8:33 AM
**To:** Connell Archey <Connell.Archey@butlersnow.com>
**Cc:** Maddy Rabalais <Madaline.Rabalais@butlersnow.com>; Lem Montgomery <Lem.Montgomery@butlersnow.com>; Anna Morris <Anna.Morris@butlersnow.com>; Amy Baldwin <Amy.Baldwin@butlersnow.com>; Allena McCain <Allena.McCain@butlersnow.com>; Erica Boudreaux <Erica.Boudreaux@butlersnow.com>; Carly Chinn <Carly.Chinn@butlersnow.com>; Kim Griffin <Kim@claibornefirm.com>; David Shanies <david@shanieslaw.com>; Nancy Rosenbloom <nrosenbloom@aclu.org>; Hector Linares <halinare@loyno.edu>; Corene Kendrick <ckendrick@aclu.org>; Marisol Dominguez-Ruiz <mdominguez-ruiz@aclu.org>; Meghan Matt <MMatt@laaclu.org>; Russell Barksdale <russellblaw@gmail.com>; susan.meyers@splcenter.org; Tammie Gregg <tgregg@aclu.org>; rhaley@ronaldhaleylawfirm.com; Christopher Murell <chris@murell.law>; Eleanor Davis <eleanor@shanieslaw.com>; Deborah I. Francois <deborah@shanieslaw.com>
**Subject:** RE: [External Email] Re: Alex A., Request for Meet and Confer [IWOV-BUTLERSNOW.FID7265946]

Connell,

Mr. McCarthy experienced issues with his flight and cannot make tomorrow. We propose doing his tour on Friday, which should minimize the disruption to the facility.

David

David J. Utter, Esq.
The Claiborne Firm, P.C.

1

**Connell Archey**

| | |
|---|---|
| **From:** | Connell Archey |
| **Sent:** | Tuesday, August 8, 2023 11:51 AM |
| **To:** | 'David Utter' |
| **Cc:** | Allena McCain; 'David Shanies'; 'Nancy Rosenbloom'; 'Hector Linares'; 'Corene Kendrick'; 'Marisol Dominguez-Ruiz'; 'Meghan Matt'; 'Russell Barksdale'; 'susan.meyers@splcenter.org'; 'Tammie Gregg'; Maddy Rabalais; Lem Montgomery; Anna Morris; Carly Chinn; 'rhaley@ronaldhaleylawfirm.com'; 'Christopher Murell'; 'Kim Griffin'; Erica Boudreaux; Amy Baldwin |
| **Subject:** | RE: [External Email] RE: Alex A., Depositions- August 4 2023 depositions |

David,

To be clear, we expect Mr. McCarthy to be able to provide his primary opinions at the deposition tomorrow. We trust that he will be prepared to do so and are proceeding with the deposition on that basis.

Sincerely,
Connell

**Connell L. Archey**
**Butler Snow LLP**

D: (225) 325-8732 | F: (225) 325-8800
445 North Boulevard, Suite 300, Baton Rouge, LA 70802
Connell.Archey@butlersnow.com | vCard | Bio

Twitter | LinkedIn | Facebook | YouTube

**From:** Connell Archey
**Sent:** Tuesday, August 8, 2023 9:00 AM
**To:** 'David Utter' <david@claibornefirm.com>
**Cc:** Allena McCain <Allena.McCain@butlersnow.com>; David Shanies <david@shanieslaw.com>; Nancy Rosenbloom <nrosenbloom@aclu.org>; Hector Linares <halinare@loyno.edu>; Corene Kendrick <ckendrick@aclu.org>; Marisol Dominguez-Ruiz <mdominguez-ruiz@aclu.org>; Meghan Matt <MMatt@laaclu.org>; Russell Barksdale <russellblaw@gmail.com>; susan.meyers@splcenter.org; Tammie Gregg <tgregg@aclu.org>; Maddy Rabalais <Madaline.Rabalais@butlersnow.com>; Lem Montgomery <Lem.Montgomery@butlersnow.com>; Anna Morris <Anna.Morris@butlersnow.com>; Carly Chinn <Carly.Chinn@butlersnow.com>; rhaley@ronaldhaleylawfirm.com; Christopher Murell <chris@murell.law>; Kim Griffin <Kim@claibornefirm.com>; Erica Boudreaux <Erica.Boudreaux@butlersnow.com>; Amy Baldwin <Amy.Baldwin@butlersnow.com>
**Subject:** RE: [External Email] RE: Alex A., Depositions- August 4 2023 depositions

Pursuant to Rule 26 disclosure requirements, please provide a list of all publications authored in the previous 10 years and a list of all other cases in which, during the previous 4 years, the witness testified as an expert at trial or by deposition. We need these disclosures as to Gagnon and McCarthy immediately as the depositions are set for tomorrow.

**Connell L. Archey**
**Butler Snow LLP**

D: (225) 325-8732 | F: (225) 325-8800

1