EXHIBIT 3

## Cell Restrictions

| YOUTH NAME | TIME | LEGNTH OF TIME | DATE | REASON |
|---|---|---|---|---|
| ███████████ | 9:00AM – 5:30PM | 8 HRS 30 MINS | 7/1/2023 | Behavior Issues |
| | 9:00AM – 5:30PM | 8 HRS 30 MINS | 7/1/2023 | Behavior Issues |
| | 9:00AM – 5:30PM | 8 HRS 30 MINS | 7/1/2023 | Behavior Issues |
| | 9:00AM – 5:30PM | 8 HRS 30 MINS | 7/1/2023 | Behavior Issues |
| | 9:00AM – 5:30PM | 8 HRS 30 MINS | 7/1/2023 | Behavior Issues |
| | 9:00AM – 5:30PM | 8 HRS 30 MINS | 7/1/2023 | Behavior Issues |
| | 9:00AM – 5:30PM | 8 HRS 30 MINS | 7/1/2023 | Behavior Issues |
| | 9:00AM – 5:30PM | 8 HRS 30 MINS | 7/1/2023 | Behavior Issues |
| | | | | |

Please complete the form and email it to all OSS Staff, Director London, Deputy Dir. Charmaine Jones, Lt. Col Travion Gordon, SSC Sandra Bryant and Adm. Asst. Ariel Thrasher. *This form is due daily by end of shift. Only the person completing the shift packets has to complete this form and only if Cell Restriction is implemented. Cell restriction is only between the hours of 7:50 am-5:30pm school days and 9:00 am - 5:30 pm weekends and holidays. Cell Restrictions only applies when it is a result of behavioral issues*

# INTERIM BEHAVIOR & ACTIVITY DOCUMENTATION
(Extended Behavior Intervention (BI) and Transitional Treatment Unit (TTU))

DATE: 7/1   Youth Name: ___   JETS #: ___   Location / Room #: Believe

The time and observation code(s) are required for each period of observation. More than one code may be used to document multiple behaviors (for example, # 1 for follows directions, cooperative, # 2 for lying or sitting calmly). The behaviors enclosed in the Warning Signs section below may be indicators of mental disturbance. If staff observes persistent Warning Signs, the youth must be referred to mental health staff for further assessment. Specify observation for numbers **16, 18, 19, 21, 22, 24, 27, 28, 30 and 31.** Utilize # 40 for Other Behaviors Observed to indicate any behavior that is not provided.

| CODE EXPLANATION | BEHAVIORS & ACTIVITIES | TIME | OBSERVATION | TIME | OBSERVATION |
|---|---|---|---|---|---|
| 1. Follows Directions, Cooperative | 22. Leisure Time / Library / Reading & Writing / Refused | 900 AM/PM | 4 | 1145 AM/PM | 18 lunch eating / 21 outdoor rec |
| 2. Lying or Sitting Calmly | 23. Return to Cell | 915 AM/PM | 4 | 1200 AM/PM | 18 eating / 21 indoor rec |
| 3. Walking / Standing Calmly | 24. BI / SDTO | 930 AM/PM | 2 | 1215 AM/PM | 2 TV / 21 indoor rec |
| 4. Sleeping | 25. Supervisor's Evaluation of Removal | 945 AM/PM | 2 | 1230 AM/PM | 2 TV / 21 indoor rec |
| 5. Sullen, Quiet | 26. Youth Returned to Programming | 1000 AM/PM | 2 | 1245 AM/PM | 2 TV / 21 indoor rec |
| 6. Cleaning Detail of Room | 27. COC Committee / Staffing | 1015 AM/PM | 2 | 100 AM/PM | 2 TV / 21 indoor rec |
| 7. Nervous, Jumpy | 28. With MHTP / QMHP / Counselor / Medical Staff / Facility Director / Treatment Director / OSS | 1030 AM/PM | 2 | 115 AM/PM | 2 / 21 indoor rec / 2 |
| 8. Withdrawn, Doesn't Want to Talk | 29. Youth on Call-Out | 1045 AM/PM | 21 outside rec | 130 AM/PM / 135 | 2 / indoor / 21 rec / 23 youth returns to cell from rec |
| 9. Agitated, Pacing | 30. Lights on / Begin Programming, Lights out / Programming Ended | 1100 AM/PM | 21 outside rec | 145 AM/PM | 16 youth begins showering |
| 10. Yelling or Screaming | 31. Group Participation / Community Meetings Begins / Ends | 1115 AM/PM | 21 outside rec | 200 AM/PM | 23 youth returns to cell from shower |
| 11. Cursing, Foul Language in Anger | WARNING SIGNS | 1130 AM/PM | 21 outside rec / 23 back to cell | 215 AM/PM | 2 |

| Behavior | Time | Time | Time | Time |
|---|---|---|---|---|
| 12. Making Threatening Gestures | 2:30 AM/(PM) 2 | | | 5:00 PM/(PM) 4 |
| 13. Flooding Cell / Popped Sprinkler | 2:45 AM/(PM) 2 | | | 5:15 AM/(PM) 2 |
| 14. Beating on Door, Wall | 3:00 AM/(PM) 2 | | | 5:30 AM/(PM) 2 |
| 15. Personal Hygiene | 3:15 AM/(PM) 4 | | | AM / PM |
| 16. Showering / Begin / Ends | 3:30 AM/(PM) 4 | | | AM/PM |
| 17. Using Restroom / Toilet | 3:45 AM/(PM) 4 | | | AM/PM |
| 18. Eating | 4:00 AM/(PM) 4 | | | AM / PM |
| 19. School Programming Participation / Refusal / GED | 4:15 AM/(PM) Dinner No Eating | | | AM / PM |
| 20. Return from School Programming | 4:30 AM/(PM) No Eating | | | AM / PM |
| 21. Outdoor Exercise / Refused/If denied, approved by Director / Designee | | | | AM / PM |
| OTHER BEHAVIORS OBSERVED 40. | 4:45 AM/(PM) 4 | | | AM / PM |

Behavior descriptions:
- 32. Crying
- 33. Hallucinating (sees things that are not present, reports hearing voices)
- 34. Laughing inappropriately
- 35. Making clear threats of violence against self or others
- 36. Superficial attempt to hurt self (pinching or scratching self)
- 37. Takes off clothes, smears feces
- 38. Talking incoherently
- 39. Trembling, shaking

JJS Signature: _____ (Name / Title)  Date: _____  Day Shift: _____
JJS Signature: _____ (Name / Title)  Date: _____  Night Shift: _____

Page _____ of _____

B.2.8 (I)

# INTERIM BEHAVIOR & ACTIVITY DOCUMENTATION
(Extended Behavior Intervention (BI) and Transitional Treatment Unit (TTU))

DATE: 7/1  Youth Name: [redacted]  JETS #: _____  Location / Room #: Believe

The time and observation code(s) are required for each period of observation. More than one code may be used to document multiple behaviors (for example, # 1 for follows directions, cooperative, # 2 for lying or sitting calmly). The behaviors enclosed in the Warning Signs section below may be indicators of mental disturbance. If staff observes persistent Warning Signs, the youth must be referred to mental health staff for further assessment. Specify observation for numbers **16, 18, 19, 21, 22, 24, 27, 28, 30 and 31**. Utilize # **40** for Other Behaviors Observed to indicate any behavior that is not provided.

| CODE EXPLANATION: BEHAVIORS & ACTIVITIES | | TIME | OBSERVATION | BEHAVIORS & ACTIVITIES | TIME | OBSERVATION |
|---|---|---|---|---|---|---|
| 1. | Follows Directions, Cooperative | 900 AM/PM | 4 | 22. Leisure Time / Library / Reading & Writing / Refused | 1145 AM/PM | 2 |
| 2. | Lying or Sitting Calmly | 915 AM/PM | 4 | 23. Return to Cell | 1200 AM/PM | 18 Lunch Eating |
| 3. | Walking / Standing Calmly | 930 AM/PM | 4 | 24. BI / SDTO | 1215 AM/PM | 18 Eating |
| 4. | Sleeping | 945 AM/PM | 4 | 25. Supervisor's Evaluation of Removal | 1230 AM/PM | 18 Eating |
| 5. | Sullen, Quiet | 1000 AM/PM | 4 | 26. Youth Returned to Programming | 1245 AM/PM | 2 |
| 6. | Cleaning Detail of Room | 1015 AM/PM | 4 | 27. COC Committee / Staffing | 100 AM/PM | 2 |
| 7. | Nervous, Jumpy | 1030 AM/PM | 4 | 28. With MHTP / QMHP / Counselor / Medical Staff / Facility Director / Treatment Director / OSS | 115 AM/PM | 2 |
| 8. | Withdrawn, Doesn't Want to Talk | 1045 AM/PM | Youth Refused Rec Time | 29. Youth on Call-Out | 130 AM/PM | 2 |
| 9. | Agitated, Pacing | 1100 AM/PM | 2 | 30. Lights on / Begin Programming, Lights out / Programming Ended | 145 AM/PM | 4 |
| 10. | Yelling or Screaming | 1115 AM/PM | 2 | 31. Group Participation / Community Meetings Begins / Ends | 200 AM/PM | 4 |
| 11. | Cursing, Foul Language in Anger | 1130 AM/PM | 2 | WARNING SIGNS | 215 AM/PM | 4 |

OJJ-007184

| | | | |
|---|---|---|---|
| 12. Making Threatening Gestures | 32. Crying | 230 AM /(PM) | 4 | 500 AM /(PM) | 2 |
| 13. Flooding Cell / Popped Sprinkler | 33. Hallucinating (sees things that are not present, reports hearing voices) | 245 AM /(PM) | 4 | 515 AM /(PM) | 2 |
| 14. Beating on Door, Wall | 34. Laughing inappropriately | 300 AM /(PM) | 2 | 530 AM /(PM) | 2 |
| 15. Personal Hygiene | 35. Making clear threats of violence against self or others | 315 AM /(PM) | 2 | AM / PM | |
| 16. Showering / Begin / Ends | | 330 AM /(PM) | 2/ Io begins shower | AM/PM | |
| 17. Using Restroom / Toilet | 36. Superficial attempt to hurt self (pinching or scratching self) | 345 AM /(PM) /340 | 23 youth returns to cell from shower | AM/PM | |
| 18. Eating | 37. Takes off clothes, smears feces | 400 AM /(PM) | 2 | AM / PM | |
| 19. School Programming Participation / Refusal / GED | 38. Talking incoherently | 415 AM /(PM) | 18 Dinner 18 Eating | AM / PM | |
| 20. Return from School Programming | 39. Trembling, shaking | 430 AM /(PM) | 18 Eating | AM / PM | |
| 21. Outdoor Exercise / Refused/If denied, approved by Director / Designee | OTHER BEHAVIORS OBSERVED<br>40. | 445 AM /(PM) | 18 Eating | AM / PM | |

JJS Signature: _____ (Name / Title)   Date: _____   Day Shift: _____
JJS Signature: _____ (Name / Title)   Date: _____   Night Shift: _____

Page ____ of ____

# INTERIM BEHAVIOR & ACTIVITY DOCUMENTATION
(Extended Behavior Intervention (BI) and Transitional Treatment Unit (TTU))

DATE: 7/11/23   Youth Name: [REDACTED]   JETS #: _____   Location / Room #: Bellevue

The time and observation code(s) are required for each period of observation. More than one code may be used to document multiple behaviors (for example, # 1 for follows directions, cooperative, # 2 for lying or sitting calmly). The behaviors enclosed in the Warning Signs section below may be indicators of mental disturbance. If staff observes persistent Warning Signs, the youth must be referred to mental health staff for further assessment. Specify observation for numbers **16, 18, 19, 21, 22, 24, 27, 28, 30 and 31.** Utilize **# 40** for Other Behaviors Observed to indicate any behavior that is not provided.

| CODE EXPLANATION: BEHAVIORS & ACTIVITIES | TIME | OBSERVATION | TIME | OBSERVATION |
|---|---|---|---|---|
| 1. Follows Directions, Cooperative | 8:45 AM/PM | 2 tv | 11:30 AM/PM | 21 outside Rec |
| 22. Leisure Time / Library / Reading & Writing / Refused | | | | |
| 2. Lying or Sitting Calmly / 23. Return to Cell | 9:00 AM/PM | 2 tv | 11:45 AM/PM | 21 outside Rec / Return to cell |
| 3. Walking / Standing Calmly / 24. BI / SDTO | 9:15 AM/PM | 2 tv | 12:00 AM/PM | when eating 16 |
| 4. Sleeping / 25. Supervisor's Evaluation of Removal | 9:30 AM/PM | 2 tv | 12:15 AM/PM | 16 eating |
| 5. Sullen, Quiet / 26. Youth Returned to Programming | 9:45 AM/PM | 2 tv | 12:30 AM/PM | 2 |
| 6. Cleaning Detail of Room / 27. COC Committee/ Staffing | 10:00 AM/PM | 2 | 12:45 AM/PM | 2 |
| 7. Nervous, Jumpy / 28. With MHTP / QMHP / Counselor / Medical Staff / Facility Director / Treatment Director / OSS | 10:15 AM/PM | 2 talking | 1:00 AM/PM | 17 |
| 8. Withdrawn, Doesn't Want to Talk / 29. Youth on Call-Out | 10:30 AM/PM | 2 talking | 1:15 AM/PM | 2 |
| 9. Agitated, Pacing / 30. Lights on / Begin Programming, Lights out / Programming Ended | 10:45 AM/PM | 2 talking | 1:30 AM/PM | 2 |
| 10. Yelling or Screaming / 31. Group Participation/ Community Meetings Begins / Ends | 11:00 AM/PM | 2 talking | 1:45 AM/PM | 2 |
| 11. Cursing, Foul Language in Anger — WARNING SIGNS | 11:15 AM/PM | 21 outside Rec | 2:00 AM/PM | 2 |

| # | Behavior | Time | Notes | Time | Count |
|---|---|---|---|---|---|
| 12. | Making Threatening Gestures | 2:15 AM/**PM** | 16 Youth begins showering | 4:45 AM/**PM** | 2 |
| 13. | Flooding Cell / Popped Sprinkler | 2:30 AM/**PM** | 16 Shower | 5:00 AM/**PM** | 2 |
| 14. | Beating on Door, Wall | 2:45 AM/**PM** | 23 Youth Bothers to cell from shower | 5:15 AM/**PM** | 2 |
| 15. | Personal Hygiene | 3:00 AM/**PM** | 2 TV | 5:30 AM/**PM** | 2 |
| 16. | Showering / Begin / Ends | 3:15 AM/**PM** | 2 TV | AM/PM | |
| 17. | Using Restroom / Toilet | 3:30 AM/**PM** | 4 | AM/PM | |
| 18. | Eating | 3:45 AM/**PM** | 4 | AM/PM | |
| 19. | School Programming Participation / Refusal / GED | 4:00 AM/**PM** | 4 | AM/PM | |
| 20. | Return from School Programming | 4:15 AM/**PM** | 18 Dinnege Eating | AM/PM | |
| 21. | Outdoor Exercise / Refused/If denied, approved by Director / Designee | 4:30 AM/**PM** | 10 Eating | AM/PM | |
| 32. | Crying | | | | |
| 33. | Hallucinating (sees things that are not present, reports hearing voices) | | | | |
| 34. | Laughing inappropriately | | | | |
| 35. | Making clear threats of violence against self or others | | | | |
| 36. | Superficial attempt to hurt self (pinching or scratching self) | | | | |
| 37. | Takes off clothes, smears feces | | | | |
| 38. | Talking incoherently | | | | |
| 39. | Trembling, shaking | | | | |
| 40. | OTHER BEHAVIORS OBSERVED | | | | |

JJS Signature: _____ (Name / Title)  Date: _____  Day Shift: _____
JJS Signature: _____ (Name / Title)  Date: _____  Night Shift: _____

Page _____ of _____

OJJ-007187

**CONFIDENTIAL - SPECIAL DISCLOSURE RULE APPLIES**

# INTERIM BEHAVIOR & ACTIVITY DOCUMENTATION
(Extended Behavior Intervention (BI) and Transitional Treatment Unit (TTU))

B.2.8 (l)

DATE: 7/1/23　Youth Name: [redacted]　JETS #: _____　Location / Room #: Believe

The time and observation code(s) are required for each period of observation. More than one code may be used to document multiple behaviors (for example, # 1 for follows directions, cooperative, # 2 for lying or sitting calmly). The behaviors enclosed in the Warning Signs section below may be indicators of mental disturbance. If staff observes persistent Warning Signs, the youth must be referred to mental health staff for further assessment. Specify observation for numbers **16, 18, 19, 21, 22, 24, 27, 28, 30 and 31.** Utilize **# 40** for Other Behaviors Observed to indicate any behavior that is not provided.

| CODE EXPLANATION: | BEHAVIORS & ACTIVITIES | TIME | OBSERVATION | TIME | OBSERVATION |
|---|---|---|---|---|---|
| 1. Follows Directions, Cooperative | 22. Leisure Time / Library / Reading & Writing / Refused | 900 AM/PM | 4 | 1150 AM/PM | 4 |
| 2. Lying or Sitting Calmly | 23. Return to Cell | 915 AM/PM | 4 | 1200 AM/PM | 18 lunch eating |
| 3. Walking / Standing Calmly | 24. BI / SDTO | 930 AM/PM | 2 | 1215 AM/PM | 18 Eating |
| 4. Sleeping | 25. Supervisor's Evaluation of Removal | 945 AM/PM | 2 | 1230 AM/PM | 2 |
| 5. Sullen, Quiet | 26. Youth Returned to Programming | 1000 AM/PM | 2 | 1245 AM/PM | 17 |
| 6. Cleaning Detail of Room | 27. COC Committee / Staffing | 1015 AM/PM | 2 | 100 AM/PM | 2 |
| 7. Nervous, Jumpy | 28. With MHTP / QMHP / Counselor / Medical Staff / Facility Director / Treatment Director / OSS | 1030 AM/PM | 2 | 115 AM/PM | 2 |
| 8. Withdrawn, Doesn't Want to Talk | 29. Youth on Call-Out | 1045 AM/PM | Youth Refused outside Rec | 130 AM/PM | 2 |
| 9. Agitated, Pacing | 30. Lights on / Begin Programming, Lights out / Programming Ended | 1100 AM/PM | 4 | 145 AM/PM | 2 |
| 10. Yelling or Screaming | 31. Group Participation / Community Meetings Begins / Ends | 1115 AM/PM | 4 | 200 AM/PM | 2 |
| 11. Cursing, Foul Language in Anger | WARNING SIGNS | 1130 AM/PM | 4 | 215 AM/PM | 2 |

OJJ-007188

September 2021

| # | Behavior | Time | | Time | |
|---|---|---|---|---|---|
| 12 | Making Threatening Gestures | 2:30 AM/PM | 2 | 5:00 AM/PM | 2 |
| 13 | Flooding Cell / Popped Sprinkler | 2:45 AM/PM | 2 | 5:15 AM/PM | 2 |
| 14 | Beating on Door, Wall | 3:00 AM/PM | 2 | 5:30 AM/PM | 2 |
| 15 | Personal Hygiene | 3:15 AM/PM | 16 youth begins showering | AM/PM | |
| 16 | Showering / Begin / Ends | 3:30 AM/PM | youth refuses to set/feed Shelter | AM/PM | |
| 17 | Using Restroom / Toilet | 3:45 AM/PM | 2 | AM/PM | |
| 18 | Eating | 4:00 AM/PM | 2 | AM/PM | |
| 19 | School Programming Participation / Refusal / GED | 4:15 AM/PM | Dinner 16 Eating | AM/PM | |
| 20 | Return from School Programming | 4:30 AM/PM | 19 Eating | AM/PM | |
| 21 | Outdoor Exercise / Refused/If denied, approved by Director / Designee | 4:45 AM/PM | 2 | AM/PM | |

| # | Behavior |
|---|---|
| 32 | Crying |
| 33 | Hallucinating (sees things that are not present, reports hearing voices) |
| 34 | Laughing inappropriately |
| 35 | Making clear threats of violence against self or others |
| 36 | Superficial attempt to hurt self (pinching or scratching self) |
| 37 | Takes off clothes, smears feces |
| 38 | Talking incoherently |
| 39 | Trembling, shaking |
| 40 | OTHER BEHAVIORS OBSERVED |

JJS Signature: _____ (Name / Title)  Date: _____ Day Shift: _____
JJS Signature: _____ (Name / Title)  Date: _____ Night Shift: _____

Page _____ of _____

OJJ-007189

B.2.8 (I)

# INTERIM BEHAVIOR & ACTIVITY DOCUMENTATION
(Extended Behavior Intervention (BI) and Transitional Treatment Unit (TTU))

DATE: 7/1     Youth Name: _____     JETS #: _____     Location / Room #: Believe

The time and observation code(s) are required for each period of observation. More than one code may be used to document multiple behaviors (for example, # 1 for follows directions, cooperative. # 2 for lying or sitting calmly). The behaviors enclosed in the Warning Signs section below may be indicators of mental disturbance. If staff observes persistent Warning Signs, the youth must be referred to mental health staff for further assessment. Specify observation for numbers 16, 18, 19, 21, 22, 24, 27, 28, 30 and 31. Utilize # 40 for Other Behaviors Observed to indicate any behavior that is not provided.

| CODE EXPLANATION: | BEHAVIORS & ACTIVITIES | TIME | OBSERVATION | TIME | OBSERVATION |
|---|---|---|---|---|---|
| 1. Follows Directions, Cooperative | 22. Leisure Time / Library / Reading & Writing / Refused | 900 AM/PM | 4 | 145 AM/PM | 21 outside rec / 23 recall from rec |
| 2. Lying or Sitting Calmly | 23. Return to Cell | 915 AM/PM | 4 | 1200 AM/PM | 18 union (ganva) |
| 3. Walking / Standing Calmly | 24. BI / SDTO | 930 AM/PM | 4 | 1215 AM/PM | 18 Eanro |
| 4. Sleeping | 25. Supervisor's Evaluation of Removal | 945 AM/PM | 2 tv | 1230 AM/PM | 2 |
| 5. Sullen, Quiet | 26. Youth Returned to Programming | 1000 AM/PM | 2 tv | 1245 AM/PM | 17 |
| 6. Cleaning Detail of Room | 27. COC Committee/ Staffing | 1015 AM/PM | 2 tv | 100 AM/PM | 2 |
| 7. Nervous, Jumpy | 28. With MHTP / QMHP / Counselor / Medical Staff / Facility Director / Treatment Director / OSS | 1030 AM/PM | 2 tv | 115 AM/PM | 2 |
| 8. Withdrawn, Doesn't Want to Talk | 29. Youth on Call-Out | 1045 AM/PM | 2 Nhi outside rec | 130 AM/PM | 4 |
| 9. Agitated, Pacing | 30. Lights on / Begin Programming. Lights out / Programming Ended | 1100 AM/PM | 21 outside rec | 145 AM/PM | 4 |
| 10. Yelling or Screaming | 31. Group Participation/ Community Meetings Begins / Ends | 1115 AM/PM | 21 outside rec | 200 AM/PM | 4 |
| 11. Cursing, Foul Language in Anger | WARNING SIGNS | 1130 AM/PM | 21 outside rec | 215 AM/PM | 4 |

| | | | | |
|---|---|---|---|---|
| 12. Making Threatening Gestures | 32. Crying | 2~ AM/PM | 2 | 5~AM/(PM) 2 tv |
| 13. Flooding Cell / Popped Sprinkler | 33. Hallucinating (sees things that are not present, reports hearing voices) | 245 AM/(PM) | 2 | 515 AM/(PM) 2 tv |
| 14. Beating on Door, Wall | 34. Laughing inappropriately | 300 AM/(PM) | 16 youth begins showering | 530 AM/(PM) 2 tv |
| 15. Personal Hygiene | 35. Making clear threats of violence against self or others | 310 AM/(PM) | 23 youth returns to cell from shower | AM/PM |
| 16. Showering / Begin / Ends | | 330 AM/(PM) | 2 tv | AM/PM |
| 17. Using Restroom / Toilet | 36. Superficial attempt to hurt self (pinching or scratching self) | 345 AM/(PM) | 2 tv | AM/PM |
| 18. Eating | 37. Takes off clothes, smears feces | 400 AM/(PM) | 2 tv | AM/PM |
| 19. School Programming Participation / Refusal / GED | 38. Talking incoherently | 415 AM/(PM) | Dinner 18 eating | AM/PM |
| 20. Return from School Programming | 39. Trembling, shaking | 430 AM/(PM) | 18 eating | AM/PM |
| 21. Outdoor Exercise / Refused/If denied, approved by Director / Designee | **OTHER BEHAVIORS OBSERVED** 40. | 445 AM/(PM) | 2 tv | AM/PM |

JJS Signature: _____ (Name / Title)    Date: _____    Day Shift: _____
JJS Signature: _____ (Name / Title)    Date: _____    Night Shift: _____    Page ____ of ____

OJJ-007191

**CONFIDENTIAL - SPECIAL DISCLOSURE RULE APPLIES**

# INTERIM BEHAVIOR & ACTIVITY DOCUMENTATION
(Extended Behavior Intervention (BI) and Transitional Treatment Unit (TTU))

B.2.8 (I)

DATE: 7/1  Youth Name: [redacted]  JETS #: _____  Location / Room #: Believe

The time and observation code(s) are required for each period of observation. More than one code may be used to document multiple behaviors (for example, # 1 for follows directions, cooperative, # 2 for lying or sitting calmly). The behaviors enclosed in the Warning Signs section below may be indicators of mental disturbance. If staff observes persistent Warning Signs, the youth must be referred to mental health staff for further assessment. Specify observation for numbers **16, 18, 19, 21, 22, 24, 27, 28, 30 and 31.** Utilize **# 40** for Other Behaviors Observed to indicate any behavior that is not provided.

| CODE EXPLANATION: | BEHAVIORS & ACTIVITIES | TIME | OBSERVATION | TIME | OBSERVATION |
|---|---|---|---|---|---|
| 1. Follows Directions, Cooperative | 22. Leisure Time / Library / Reading & Writing / Refused | 900 AM/PM | 4 | 1145 AM/PM | 21 outside / 23 eating rec / from rec |
| 2. Lying or Sitting Calmly | 23. Return to Cell | 915 AM/PM | 4 | 1200 AM/PM / 1152 | 18 Eating lunch |
| 3. Walking / Standing Calmly | 24. BI / SDTO | 930 AM/PM | 4 | 1215 AM/PM | 18 Eating |
| 4. Sleeping | 25. Supervisor's Evaluation of Removal | 945 AM/PM | 4 | 1230 AM/PM | 2 tv |
| 5. Sullen, Quiet | 26. Youth Returned to Programming | 1000 AM/PM | 2 | 1245 AM/PM | 2 tv |
| 6. Cleaning Detail of Room | 27. COC Committee / Staffing | 1015 AM/PM | 2 | 100 AM/PM | 2 tv |
| 7. Nervous, Jumpy | 28. With MHTP / QMHP / Counselor / Medical Staff / Facility Director / Treatment Director / OSS | 1030 AM/PM | 2 | 115 AM/PM | 2 tv |
| 8. Withdrawn, Doesn't Want to Talk | 29. Youth on Call-Out | 1045 AM/PM | 21 outside rec | 130 AM/PM | 2 tv |
| 9. Agitated, Pacing | 30. Lights on / Begin Programming, Lights out / Programming Ended | 1100 AM/PM | 21 outside rec | 145 AM/PM | 2 |
| 10. Yelling or Screaming | 31. Group Participation / Community Meetings Begins / Ends | 1115 AM/PM | 21 / outside rec | 200 AM/PM | 2 |
| 11. Cursing, Foul Language in Anger | **WARNING SIGNS** | 1130 AM/PM | 21 outside rec | 215 AM/PM | 2 |

OJJ-007192

| | | | | |
|---|---|---|---|---|
| 12 Making Threatening Gestures | 32. Crying | 2:30 AM/PM | 2 | 5:00 AM/PM | 2 |
| 13 Flooding Cell / Popped Sprinkler | 33. Hallucinating (sees things that are not present, reports hearing voices) | 2:45 AM/(PM) | youth begins showering | 5:15 AM/(PM) | 2 |
| 14 Beating on Door, Wall | 34. Laughing inappropriately | 3:00 AM/(PM) | 23 Returns to CCU from Shower | 5:30 AM/(PM) | 2 |
| 15 Personal Hygiene | 35. Making clear threats of violence against self or others | 3:15 AM/(PM) | 2 | AM/PM | |
| 16. Showering / Begin / Ends | | 3:30 AM/(PM) | 4 | AM/PM | |
| 17. Using Restroom / Toilet | 36. Superficial attempt to hurt self (pinching or scratching self) | 3:45 AM/(PM) | 4 | AM/PM | |
| 18. Eating | 37. Takes off clothes, smears feces | 4:00 AM/(PM) | 4 | AM/PM | |
| 19. School Programming Participation / Refusal / GED | 38. Talking incoherently | 4:15 AM/(PM) | 28 Dinner Eating | AM/PM | |
| 20. Return from School Programming | 39. Trembling, shaking | 4:30 AM/(PM) | 18 Eating | AM/PM | |
| 21. Outdoor Exercise / Refused/If denied, approved by Director / Designee | **OTHER BEHAVIORS OBSERVED** 40 | 4:45 AM/(PM) | 2 | AM/PM | |

JJS Signature: _____ (Name / Title)    Date: _____    Day Shift: _____
JJS Signature: _____ (Name / Title)    Date: _____    Night Shift: _____    Page _____ of _____

B.2.8 (I)

# INTERIM BEHAVIOR & ACTIVITY DOCUMENTATION
(Extended Behavior Intervention (BI) and Transitional Treatment Unit (TTU))

DATE: 7/1  Youth Name: [redacted]  JETS #: _____  Location / Room #: Believe

The time and observation code(s) are required for each period of observation. More than one code may be used to document multiple behaviors (for example, # 1 for follows directions, cooperative. # 2 for lying or sitting calmly). The behaviors enclosed in the Warning Signs section below may be indicators of mental disturbance. If staff observes persistent Warning Signs, the youth must be referred to mental health staff for further assessment. Specify observation for numbers **16, 18, 19, 21, 22, 24, 27, 28, 30 and 31.** Utilize **# 40** for Other Behaviors Observed to indicate any behavior that is not provided.

| CODE EXPLANATION | BEHAVIORS & ACTIVITIES | TIME | OBSERVATION | TIME | OBSERVATION |
|---|---|---|---|---|---|
| 1. Follows Directions, Cooperative | 22. Leisure Time / Library / Reading & Writing / Refused | 900 AM/PM | 4 | 1145 AM/PM | 21 outside rec |
| 2. Lying or Sitting Calmly | 23. Return to Cell | 915 AM/PM | 4 | 1200 AM/PM | 21 outside rec |
| 3. Walking / Standing Calmly | 24. BI / SDTO | 930 AM/PM | 4 | 1215 AM/PM | 21 outside rec |
| 4. Sleeping | 25. Supervisor's Evaluation of Removal | 945 AM/PM | 4 | 1230 AM/PM | 21 outside rec / 23 return to cell from rec |
| 5. Sullen, Quiet | 26. Youth Returned to Programming | 1000 AM/PM | 4 | 1245 AM/PM | 18 Eating lunch |
| 6. Cleaning Detail of Room | 27. COC Committee / Staffing | 1015 AM/PM | 4 | 100 AM/PM | 18 Eating |
| 7. Nervous, Jumpy | 28. With MHTP / QMHP / Counselor / Medical Staff / Facility Director / Treatment Director / OSS | 1030 AM/PM | 2 | 115 AM/PM | 2 |
| 8. Withdrawn, Doesn't Want to Talk | 29. Youth on Call-Out | 1045 AM/PM | 2 | 130 AM/PM | 17 |
| 9. Agitated, Pacing | 30. Lights on / Begin Programming, Lights out / Programming Ended | 1100 AM/PM | 2 | 145 AM/PM | 22 Reading |
| 10. Yelling or Screaming | 31. Group Participation / Community Meetings Begins / Ends | 1115 AM/PM | 2 | 200 AM/PM | 16 youth enters shower |
| 11. Cursing, Foul Language in Anger | **WARNING SIGNS** | 1130 AM/PM | 21 outside rec | 215 AM/PM | 23 returns to cell from shower |

OJJ-007194

| | | | |
|---|---|---|---|
| 12. Making Threatening Gestures | 32. Crying | 2:50 AM / PM | 2 | 5:00 AM / PM | 2 |
| 13. Flooding Cell / Popped Sprinkler | 33. Hallucinating (sees things that are not present, reports hearing voices) | 2:45 AM / PM | 22 Reading | 5:15 AM / PM | 17 |
| 14. Beating on Door, Wall | 34. Laughing inappropriately | 3:00 AM / PM | 22 Reading | 5:30 AM / PM | 2 |
| 15. Personal Hygiene | 35. Making clear threats of violence against self or others | 3:15 AM / PM | 22 Reading | AM / PM | |
| 16. Showering / Begin / Ends | | 3:30 AM / PM | 22 Reading | AM / PM | |
| 17. Using Restroom / Toilet | 36. Superficial attempt to hurt self (pinching or scratching self) | 3:45 AM / PM | 22 | AM / PM | |
| 18. Eating | 37. Takes off clothes, smears feces | 4:00 AM / PM | 22 | AM / PM | |
| 19. School Programming Participation / Refusal / GED | 38. Talking incoherently | 4:15 AM / PM | Dinner 10 Eating | AM / PM | |
| 20. Return from School Programming | 39. Trembling, shaking | 4:30 AM / PM | 10 Eating | AM / PM | |
| 21. Outdoor Exercise / Refused/If denied, approved by Director / Designee | **OTHER BEHAVIORS OBSERVED** 40. | 4:45 AM / PM | 2 | AM / PM | |

JJS Signature: _____ (Name / Title)  Date: _____  Day Shift: _____
JJS Signature: _____ (Name / Title)  Date: _____  Night Shift: _____   Page ____ of ____

September 2021

# INTERIM BEHAVIOR & ACTIVITY DOCUMENTATION
(Extended Behavior Intervention (BI) and Transitional Treatment Unit (TTU))

B.2.8 (I)

DATE: 7/1  Youth Name: _____  JETS #: _____  Location / Room #: Believe

The time and observation code(s) are required for each period of observation. More than one code may be used to document multiple behaviors (for example, # 1 for follows directions, cooperative. # 2 for lying or sitting calmly). The behaviors enclosed in the Warning Signs section below may be indicators of mental disturbance. If staff observes persistent Warning Signs, the youth must be referred to mental health staff for further assessment. Specify observation for numbers **16, 18, 19, 21, 22, 24, 27, 28, 30 and 31.** Utilize # **40** for Other Behaviors Observed to indicate any behavior that is not provided.

| CODE EXPLANATION | BEHAVIORS & ACTIVITIES | TIME | OBSERVATION | TIME | OBSERVATION |
|---|---|---|---|---|---|
| 1. Follows Directions, Cooperative | 22. Leisure Time / Library / Reading & Writing / Refused | 900 AM/PM | 4 | 1145 AM/PM 1152a | 21 outside rec / 23 Return to cell |
| 2. Lying or Sitting Calmly | 23. Return to Cell | 915 AM/PM | 2 | 1200 AM/PM | 2,18 Lunch eating |
| 3. Walking / Standing Calmly | 24. BI / SDTO | 930 AM/PM | 2 | 1215 AM/PM | 2,18 Eating |
| 4. Sleeping | 25. Supervisor's Evaluation of Removal | 945 AM/PM | 2 | 1230 AM/PM | 29 visitation, 29 with family out on call |
| 5. Sullen, Quiet | 26. Youth Returned to Programming | 1000 AM/PM | 2 | 1245 AM/PM | 29, visitation |
| 6. Cleaning Detail of Room | 27. COC Committee / Staffing | 1015 AM/PM | 2 | 100 AM/PM | 29, visitation |
| 7. Nervous, Jumpy | 28. With MHTP / QMHP / Counselor / Medical Staff / Facility Director / Treatment Director / OSS | 1030 AM/PM | 2 | 115 AM/PM | 29 visitation |
| 8. Withdrawn, Doesn't Want to Talk | 29. Youth on Call-Out | 1045 AM/PM | 21 outside rec | 130 AM/PM | 29 visitation |
| 9. Agitated, Pacing | 30. Lights on / Begin Programming, Lights out / Programming Ended | 1100 AM/PM | 21 outside rec | 145 AM/PM | 29 visitation |
| 10. Yelling or Screaming | 31. Group Participation / Community Meetings Begins / Ends | 1115 AM/PM | 21 outside rec | 200 AM/PM | 29 visitation |
| 11. Cursing, Foul Language in Anger | **WARNING SIGNS** | 1130 AM/PM | 21 outside rec | 215 AM/PM | 29 visitation |

OJJ-007196

| Behavior | Time | Code | Time | Code | Notes |
|---|---|---|---|---|---|
| 12. Making Threatening Gestures | 2:30 AM/PM | 23 cell from visit | 5:00 AM/PM | 2 | |
| 13. Flooding Cell / Popped Sprinkler | 2:45 AM/PM | 2 | 5:15 AM/PM | 2 | |
| 14. Beating on Door, Wall | 3:00 AM/PM | 16 begins showering | 5:30 AM/PM | 2 | |
| 15. Personal Hygiene | 3:15/3:12 AM/PM | 23 returns from cell, exits shower | AM/PM | | |
| 16. Showering / Begin / Ends | 3:30 AM/PM | 2 | AM/PM | | |
| 17. Using Restroom / Toilet | 3:45 AM/PM | 2 | AM/PM | | |
| 18. Eating | 4:00 AM/PM | 2 | AM/PM | | |
| 19. School Programming Participation / Refusal / GED | 4:15 AM/PM | 18 Dinner Eating | AM/PM | | |
| 20. Return from School Programming | 4:30 AM/PM | 18 Eating | AM/PM | | |
| 21. Outdoor Exercise / Refused/If denied, approved by Director / Designee | 4:45 AM/PM | 2 | AM/PM | | |

| Behavior |
|---|
| 32. Crying |
| 33. Hallucinating (sees things that are not present, reports hearing voices) |
| 34. Laughing inappropriately |
| 35. Making clear threats of violence against self or others |
| 36. Superficial attempt to hurt self (pinching or scratching self) |
| 37. Takes off clothes, smears feces |
| 38. Talking incoherently |
| 39. Trembling, shaking |
| 40. OTHER BEHAVIORS OBSERVED |

JJS Signature: _____ (Name / Title) Date: _____ Day Shift: _____
JJS Signature: _____ (Name / Title) Date: _____ Night Shift: _____

Page _____ of _____