# EXHIBIT 4

# Cell Restrictions

| YOUTH NAME | TIME | LEGNTH OF TIME | DATE | REASON |
|---|---|---|---|---|
| ██████████ | 9:00AM – 5:30PM | 8 HRS 30 MINS | 7/2/2023 | Behavior Issues |
| | 9:00AM – 5:30PM | 8 HRS 30 MINS | 7/2/2023 | Behavior Issues |
| | 9:00AM – 5:30PM | 8 HRS 30 MINS | 7/2/2023 | Behavior Issues |
| | 9:00AM – 5:30PM | 8 HRS 30 MINS | 7/2/2023 | Behavior Issues |
| | 9:00AM – 5:30PM | 8 HRS 30 MINS | 7/2/2023 | Behavior Issues |
| | 9:00AM – 5:30PM | 8 HRS 30 MINS | 7/2/2023 | Behavior Issues |
| | 9:00AM – 5:30PM | 8 HRS 30 MINS | 7/2/2023 | Behavior Issues |
| | 9:00AM – 5:30PM | 8 HRS 30 MINS | 7/2/2023 | Behavior Issues |
| | | | | |

Please complete the form and email it to all OSS Staff, Director London, Deputy Dir. Charmaine Jones, Lt. Col Travion Gordon, SSC Sandra Bryant and Adm. Asst. Ariel Thrasher. *This form is due daily by end of shift. Only the person completing the shift packets has to complete this form and only if Cell Restriction is implemented. Cell restriction is only between the hours of 7:50 am-5:30pm school days and 9:00 am - 5:30 pm weekends and holidays. Cell Restrictions only applies when it is a result of behavioral issues*

CONFIDENTIAL - SPECIAL DISCLOSURE RULE APPLIES

**CONFIDENTIAL - SPECIAL DISCLOSURE RULE APPLIES**

OJJ-007127

# INTERIM BEHAVIOR & ACTIVITY DOCUMENTATION
(Extended Behavior Intervention (BI) and Transitional Treatment Unit (TTU))

DATE: 7/2    Youth Name: [REDACTED]    JETS #: _____    Location / Room #: Believe

The time and observation code(s) are required for each period of observation. More than one code may be used to document multiple behaviors (for example, # 1 for follows directions, cooperative, # 2 for lying or sitting calmly). The behaviors enclosed in the Warning Signs section below may be indicators of mental disturbance. If staff observes persistent Warning Signs, the youth must be referred to mental health staff for further assessment. Specify observation for numbers **16, 18, 19, 21, 22, 24, 27, 28, 30 and 31**. Utilize # 40 for Other Behaviors Observed to indicate any behavior that is not provided.

| CODE EXPLANATION | BEHAVIORS & ACTIVITIES | TIME | OBSERVATION | TIME | OBSERVATION |
|---|---|---|---|---|---|
| 1. Follows Directions, Cooperative | 22. Leisure Time / Library / Reading & Writing / Refused | 900 AM/PM | 4 | 1145 AM/PM | 2 tv |
| 2. Lying or Sitting Calmly | 23. Return to Cell | 915 AM/PM | 4 | 1200 AM/PM | 2 tv |
| 3. Walking / Standing Calmly | 24. BI / SDTO | 930 AM/PM | 4 | 1215 AM/PM | 2 tv |
| 4. Sleeping | 25. Supervisor's Evaluation of Removal | 945 AM/PM | 4 | 1230 AM/PM | 2 |
| 5. Sullen, Quiet | 26. Youth Returned to Programming | 1000 AM/PM | 4 | 1245 AM/PM | 21 outside rec |
| 6. Cleaning Detail of Room | 27. COC Committee/ Staffing | 1015 AM/PM | 4 | 100 AM/PM | 21 outside rec |
| 7. Nervous, Jumpy | 28. With MHTP / QMHP / Counselor / Medical Staff / Facility Director / Treatment Director / OSS | 1030 AM/PM | 4 | 115 AM/PM | 21 outside rec |
| 8. Withdrawn, Doesn't Want to Talk | 29. Youth on Call-Out | 1045 AM/PM | 4 | 130/135 PM AM/PM | 21 outside rec / 23 returns from rec |
| 9. Agitated, Pacing | 30. Lights on / Begin Programming, Lights out / Programming Ended | 1100 AM/PM | 4 | 145 AM/PM | 2 tv |
| 10. Yelling or Screaming | 31. Group Participation/ Community Meetings Begins / Ends | 1115 / 1123 PM AM/PM | 18 lunch Eating | 200 AM/PM | 2 tv |
| 11. Cursing, Foul Language in Anger | WARNING SIGNS | 1130 AM/PM | 2 tv / 18 Eating | 215 AM/PM | 2 |

CONFIDENTIAL - SPECIAL DISCLOSURE RULE APPLIES

OJJ-007128

| | | | | | |
|---|---|---|---|---|---|
| 12. Making Threatening Gestures | 32. Crying | 2:30 AM / (PM) | 4 | 5:00 AM / (PM) | 18 Eating |
| 13. Flooding Cell / Popped Sprinkler | 33. Hallucinating (sees things that are not present, reports hearing voices) | 2:45 AM / (PM) | 4 | 5:15 AM / (PM) | 2 tv |
| 14. Beating on Door, Wall | 34. Laughing inappropriately | 3:00 AM / (PM) | 4 | 5:30 AM / (PM) | 2 tv |
| 15. Personal Hygiene | 35. Making clear threats of violence against self or others | 3:15 AM / (PM) | 16 youth enters shower | AM / PM | |
| 16. Showering / Begin / Ends | | 3:30 AM / (PM) | 26 Showering | AM/PM | |
| 17. Using Restroom / Toilet | 36. Superficial attempt to hurt self (pinching or scratching self) | 3:45 AM / (PM) | 23 youth returns to cell from shower | AM/PM | |
| 18. Eating | 37. Takes off clothes, smears feces | 4:00 AM / (PM) | 2 tv | AM / PM | |
| 19. School Programming Participation / Refusal / GED | 38. Talking incoherently | 4:15 AM / (PM) | 2 tv | AM / PM | |
| 20. Return from School Programming | 39. Trembling, shaking | 4:30 AM / (PM) | 2 tv | AM / PM | |
| 21. Outdoor Exercise / Refused/If denied, approved by Director / Designee | **OTHER BEHAVIORS OBSERVED** 40. | 4:45 AM / (PM) | Dinner 18 Eating | AM / PM | |

JJS Signature: _____ (Name / Title)    Date: _____    Day Shift: _____
JJS Signature: _____ (Name / Title)    Date: _____    Night Shift: _____    Page _____ of _____

CONFIDENTIAL - SPECIAL DISCLOSURE RULE APPLIES

OJJ-007129

September 2021

# INTERIM BEHAVIOR & ACTIVITY DOCUMENTATION
(Extended Behavior Intervention (BI) and Transitional Treatment Unit (TTU))

DATE: 7/2    Youth Name: [redacted]    JETS #: ____    Location / Room #: Believe

The time and observation code(s) are required for each period of observation. More than one code may be used to document multiple behaviors (for example, # 1 for follows directions, cooperative, # 2 for lying or sitting calmly). The behaviors enclosed in the Warning Signs section below may be indicators of mental disturbance. If staff observes persistent Warning Signs, the youth must be referred to mental health staff for further assessment. Specify observation for numbers 16, 18, 19, 21, 22, 24, 27, 28, 30 and 31. Utilize # 40 for Other Behaviors Observed to indicate any behavior that is not provided.

| CODE EXPLANATION: BEHAVIORS & ACTIVITIES | | TIME | OBSERVATION | TIME | OBSERVATION |
|---|---|---|---|---|---|
| 1. Follows Directions, Cooperative | 22. Leisure Time / Library / Reading & Writing / Refused | 900 AM/PM | 4 | 1145 AM/PM | 2 tv |
| 2. Lying or Sitting Calmly | 23. Return to Cell | 915 AM/PM | 4 | 1200 AM/PM | 17 |
| 3. Walking / Standing Calmly | 24. BI / SDTO | 930 AM/PM | 2 tv | 1215 AM/PM | 2 tv |
| 4. Sleeping | 25. Supervisor's Evaluation of Removal | 945 AM/PM | 2 tv | 1230 AM/PM | 2 tv |
| 5. Sullen, Quiet | 26. Youth Returned to Programming | 1000 AM/PM | 2 tv | 1245 AM/PM | 21 outside rec |
| 6. Cleaning Detail of Room | 27. COC Committee / Staffing | 1015 AM/PM | 2 tv | 100 AM/PM | 21 outside rec |
| 7. Nervous, Jumpy | 28. With MHTP / QMHP / Counselor / Medical Staff / Facility Director / Treatment Director / OSS | 1030 AM/PM | 2 tv | 115 / 1:17 pm AM/PM | 28 Nurse enters to check on youth / 23 returns to cell with arm injury from outside rec |
| 8. Withdrawn, Doesn't Want to Talk | 29. Youth on Call-Out | 1045 AM/PM | 2 tv | 130 AM/PM | 2 |
| 9. Agitated, Pacing | 30. Lights on / Begin Programming, Lights out / Programming Ended | 1100 AM/PM | 2 tv | 145 AM/PM | 2 |
| 10. Yelling or Screaming | 31. Group Participation / Community Meetings Begins / Ends | 1115 / 1123 AM/PM | 2/18 lunch Eating | 200 AM/PM | 2 |
| 11. Cursing, Foul Language in Anger | WARNING SIGNS | 1130 AM/PM | 18 Eating | 215 AM/PM | 2 |

CONFIDENTIAL - SPECIAL DISCLOSURE RULE APPLIES

OJJ-007130

| # | Behavior | # | Behavior | Time | Code | Time | Code |
|---|---|---|---|---|---|---|---|
| 12 | Making Threatening Gestures | 32 | Crying | 2:30 AM/PM | 2 | 5:05 AM/PM | 10 eating |
| 13 | Flooding Cell / Popped Sprinkler | 33 | Hallucinating (sees things that are not present, reports hearing voices) | 2:43 AM/PM | 16 Youth begins Shower | 5:15 AM/PM | 2 |
| 14 | Beating on Door, Wall | 34 | Laughing inappropriately | 3:02 AM/PM | 23 Youth exits Shower to cell | 5:30 AM/PM | 2 |
| 15 | Personal Hygiene | 35 | Making clear threats of violence against self or others | 3:15 AM/PM | 2 | AM/PM | |
| 16 | Showering / Begin / Ends | | | 3:30 AM/PM | 4 | AM/PM | |
| 17 | Using Restroom / Toilet | 36 | Superficial attempt to hurt self (pinching or scratching self) | 3:45 AM/PM | 4 | AM/PM | |
| 18 | Eating | 37 | Takes off clothes, smears feces | 4:00 AM/PM | 4 | AM/PM | |
| 19 | School Programming Participation / Refusal / GED | 38 | Talking incoherently | 4:15 AM/PM | 4 | AM/PM | |
| 20 | Return from School Programming | 39 | Trembling, shaking | 4:30 AM/PM | 4 | AM/PM | |
| 21 | Outdoor Exercise / Refused/If denied, approved by Director / Designee | **OTHER BEHAVIORS OBSERVED** 40. | | 4:45 AM/PM | Dinner 18 Eating | AM/PM | |

JJS Signature: _____ (Name / Title) Date: _____ Day Shift: _____
JJS Signature: _____ (Name / Title) Date: _____ Night Shift: _____ Page ____ of ____

CONFIDENTIAL - SPECIAL DISCLOSURE RULE APPLIES

OJJ-007131

September 2021

(Behavior Intervention Room (BIR))

DATE: 7/2 Youth Name: [REDACTED] JETS # 407773 Location / Room # Believe

The time and observation code(s) are required for each period of observation. More than one code may be used to document multiple behaviors (for example, # 1 for follows directions, cooperative, # 2 for lying or sitting calmly) The behaviors enclosed in the Warning Signs section below may be indicators of mental disturbance. If staff observes persistent Warning Signs, the youth must be referred to mental health staff for further assessment. Specify observation for numbers 16, 18, 19, 21, 22, 24, 27, 28, 30 and 31. Utilize # 40 for Other Behaviors Observed to indicate any behavior that is not provided.

| CODE EXPLANATION: | BEHAVIORS & ACTIVITIES | TIME | OBSERVATION | TIME | OBSERVATION | TIME | OBSERVATION |
|---|---|---|---|---|---|---|---|
| 1. Follows Directions, Cooperative | 22. Leisure Time / Library / Reading & Writing / Refused | 9:00 AM/PM | 4 | 1:15 AM/PM | 18 Eating | 5:30 AM/PM | 2 |
| 2. Lying or Sitting Calmly | 23. Return to Cell | 9:15 AM/PM | 4 | 1:30 AM/PM | 18 Eating | AM/PM | |
| 3. Walking / Standing Calmly | 24. BI / CITO | 9:30 AM/PM | 4 | 1:45 AM/PM | 2 | AM/PM | |
| 4. Sleeping | 25. Supervisor's Evaluation or Removal | 9:45 AM/PM | 4 | 2:00/9:30 AM/PM | 16 begin shower | AM/PM | |
| 5. Sober, Quiet | 26. Youth Returned to Programming | 10:00 AM/PM | 4 | 2:15 AM/PM | 23 return from shower | AM/PM | |
| 6. Cleaning Detail or Room | 27. CDC Committee / Staffing | 10:15 AM/PM | 4 | 2:30 AM/PM | 2 tv | AM/PM | |
| 7. Nervous Jumpy | 28. With MHTP / QMHP / Counselor / Medical Staff / Facility Director / Treatment Director / OSS | 10:30 AM/PM | 4 | 2:45 AM/PM | 2 tv | AM/PM | |
| 8. Withdrawn, Doesn't Want to Talk | 29. Youth on Call-Out | 10:45 AM/PM | 4 | 3:00 AM/PM | 4 | AM/PM | |
| 9. Agitated, Pacing | 30. Lights on / Begin Programming Lights out / Programming Ended | 11:00 AM/PM | 4 | 3:15 AM/PM | 4 | AM/PM | |
| 10. Yelling or Screaming | 31. Group Participation/Community Meetings Begins / Ends | 11:15 AM/PM | 4 | 3:30 AM/PM | 4 | AM/PM | |
| 11. Cursing, Foul Language in Anger | WARNING SIGNS | | | | | | |
| 12. Making Threatening Gestures | 32. Crying | 11:30 AM/PM | 2 | 3:45 AM/PM | 4 | AM/PM | |
| 13. Flooding Cell / Popped Sprinkler | 33. Hallucinating (sees things that are not present, reports hearing voices) | 11:45 AM/PM | 21 outside rec | 4:00 AM/PM | 2 tv | AM/PM | |
| 14. Beating on Door, Wall | 34. Laughing inappropriately | 12:00 AM/PM | 21 outside rec | 4:15 AM/PM | 2 tv | AM/PM | |
| 15. Personal Hygiene | 35. Making clear threats of violence against self or others | 12:15 AM/PM | 21 outside rec | 4:30 AM/PM | 2 tv | AM/PM | |
| 16. Showering / Begin / Ends | 36. Superficial attempt to hurt self (pinching or scratching self) | 12:30 AM/PM | 21 outside rec | 4:45 AM/PM | 18 Dinner Eating | AM/PM | |
| 17. Using Restroom / Toilet | | | | | | | |
| 18. Eating | 37. Takes off clothes, smears feces | 12:45 AM/PM | 21 Rec / 23 return to cell | 5:00 AM/PM | 18 Eating | AM/PM | |
| 19. School Programming Participation / Refusal / GED | 38. Talking incoherently | 1:00 AM/PM | 18 Eating Lunch | 5:15 AM/PM | 2 | AM/PM | |

CONFIDENTIAL - SPECIAL DISCLOSURE RULE APPLIES

OJJ-007132

CONFIDENTIAL - SPECIAL DISCLOSURE RULE APPLIES

(Behavior Intervention Room (BIR))

DATE: 7/2    Youth Name: ▮▮▮▮▮▮    JETS # _____    Location / Room # Believe

The time and observation code(s) are required for each period of observation. More than one code may be used to document multiple behaviors (for example, # 1 for follows directions, cooperative, # 2 for lying or sitting calmly). The behaviors enclosed in the Warning Signs section below may be indicators of mental disturbance. If staff observes persistent Warning Signs, the youth must be referred to mental health staff for further assessment. Specify observation for numbers **16, 18, 19, 21, 22, 24, 27, 28, 30 and 31**. Utilize # 40 for Other Behaviors Observed to indicate any behavior that is not provided

| CODE EXPLANATION, BEHAVIORS & ACTIVITIES | | TIME | OBSERVATION | TIME | OBSERVATION | TIME | OBSERVATION |
|---|---|---|---|---|---|---|---|
| | | 9:00 AM | 4 | 1:30 PM | 2 tv | | |
| | | 9:15 AM | 4 | 1:45 PM | 2 tv | | |
| | | 9:30 AM | 4 | 2:00 PM | 2 tv | | |
| | | 9:45 AM | 4 | 2:15 PM | 2/16 begin shower | | |
| | | 10:00 AM | 4 | 2:30 PM | 16 shower | | |
| | | 10:15 AM | 2 tv | 2:45 PM | 2/3 returns from shower | | |
| | | 10:30 AM | 2 tv | 3:00 PM | 2 | | |
| | | 10:45 AM | 2 tv | 3:15 PM | 2 | | |
| | | 11:00 AM | 22 writing | 3:30 PM | 4 | | |
| | | 11:15 AM | 22 writing | 3:45 PM | 4 | | |
| WARNING SIGNS | | 11:30 PM | 22 writing | | | | |
| | | 11:45 AM | 21 outside REC | 4:00 PM | 4 | | |
| | | 12:00 PM | 21 REC | 4:15 PM | 4 | | |
| | | 12:15 PM | 21 REC | 4:30 PM | 4 | | |
| | | 12:30 PM | 21 REC | 4:45 PM | 18 Dinner Eating | | |
| | | 12:45 PM | 21 REC / 23 return from REC | 5:00 PM | 18 Eating | | |
| | | 1:00 PM | 2 tv | 5:15 PM | 2 | | |
| | | 1:15 PM | 2 tv | 5:30 PM | 2 | | |

CONFIDENTIAL - SPECIAL DISCLOSURE RULE APPLIES

OJJ-007134

CONFIDENTIAL - SPECIAL DISCLOSURE RULE APPLIES
OJJ-007135

(Behavior Intervention Room (BIR))

DATE: 07/2  Youth Name: ▓▓▓▓▓▓▓▓  JETS # _____  Location / Room # Believe

The time and observation code(s) are required for each period of observation. More than one code may be used to document multiple behaviors (for example, # 1 for follows directions, cooperative, # 2 for lying or sitting calmly). The behaviors enclosed in the Warning Signs section below may be indicators of mental disturbance. If staff observes persistent Warning Signs, the youth must be referred to mental health staff for further assessment. Specify observation for numbers 16, 18, 19, 21, 22, 24, 27, 28, 30 and 31. Utilize # 40 for Other Behaviors Observed to indicate any behavior that is not provided.

| CODE EXPLANATION | BEHAVIORS & ACTIVITIES | TIME | OBSERVATION | TIME | OBSERVATION | TIME | OBSERVATION |
|---|---|---|---|---|---|---|---|
| 1. Follows Directions, Cooperative | 22. Leisure Time / Library / Reading & Writing / Refused | 900 AM | 4 | 115 PM | 2 tv | 530 PM | 2 |
| 2. Lying or Sitting Calmly | 23. Return to Cell | 915 AM | 4 | 130 PM | 2 tv | AM/PM | |
| 3. Walking / Standing | 24. BI / SDTO | 930 AM | 4 | 145 PM | 2 tv | AM/PM | |
| 4. | 25. Supervisor's Evaluation of Removal | 945 AM | 4 | 200 PM | 2 tv | AM/PM | |
| 5. | 26. Youth Returned to Programming | 1000 AM | 4 | 215 PM | 2 tv | AM/PM | |
| 6. | | 1015 AM | 4 | 230 PM | 2 tv | AM/PM | |
| 7. | | 1030 AM | 21 outside rec | 245 PM | 2 tv | AM/PM | |
| 8. | | 1045 AM | 21 rec | 300 PM | 14e youth begins showering | AM/PM | |
| 9. | 30. Lights on / Begin Programming Lights out / Programming Ended | 1100 AM | 21 rec | 315 PM | 10 shower 23 rm from shower | AM/PM | |
| 10. Yelling or Screaming | 31. Group Participation/Community Meetings Begins / Ends | 1115 AM | 21 rec | 330 PM | 2 tv | AM/PM | |
| 11. Cursing / Foul Language / Anger | WARNING SIGNS | | | | | | |
| 12. Making Threats of Violence | 32. Crying | 1130 AM | 21 rec | 345 PM | 2 tv | AM/PM | |
| 13. Flooded Cell, Popped Sprinkler | 33. Hallucinating (sees things that are not present, reports hearing voices) | 1145 AM | 21 rec 23 rm from rec | 400 PM | 2 tv | AM/PM | |
| 14. Beating on Door, Wall | 34. Laughing inappropriately | 1200 PM | 18 lunch eating | 415 PM | 2 tv | AM/PM | |
| 15. Personal Hygiene | 35. Making clear threats of violence against self or others | 1215 PM | 18 eating | 430 PM | 2 tv | AM/PM | |
| 16. | 36. Superficial attempt to hurt self (pinching or scratching self) | 1230 PM | 2 tv | 445 PM | 18 Dinner Eating | AM/PM | |
| 17. | | | | | | | |
| 18. | 37. Takes off clothes, smears feces | 1245 PM | 17 | 500 PM | 18 eating | AM/PM | |
| 19. School Programming Participation / Class / Chid | 38. Talking incoherently | 100 PM | 2 tv | 515 PM | 2 | AM/PM | |

OJJ-007136

CONFIDENTIAL - SPECIAL DISCLOSURE RULE APPLIES

CONFIDENTIAL - SPECIAL DISCLOSURE RULE APPLIES

B.2.8 (I)

**INTERIM BEHAVIOR & ACTIVITY DOCUMENTATION**
(Extended Behavior Intervention (BI) and Transitional Treatment Unit (TTU))

DATE: 8/27/12  Youth Name: ███  JETS # _____  Location / Room # Believe

The time and observation code(s) are required for each period of observation. More than one code may be used to document multiple behaviors (for example, # 1 for follows directions, cooperative, # 2 for lying or sitting calmly). The behaviors enclosed in the Warning Signs section below may be indicators of mental disturbance. If staff observes persistent Warning Signs, the youth must be referred to mental health staff for further assessment. Specify observation for numbers **16, 18, 19, 21, 22, 24, 27, 28, 30 and 31**. Utilize **# 40** for Other Behaviors Observed to indicate any behavior that is not provided.

| CODE EXPLANATION: | BEHAVIORS & ACTIVITIES | TIME | OBSERVATION | TIME | OBSERVATION |
|---|---|---|---|---|---|
| 1. Follows Directions, Cooperative | 22. Leisure Time / Library / Reading & Writing / Refused | 900 AM/PM | 4 | 1145 AM/PM | 21 Rec, 23 Rtn from Rec |
| 2. Lying or Sitting Calmly | 23. Return to Cell | 915 AM/PM | 4 | 1200 AM/PM | 2 tv, 18 Lunch, Gang |
| 3. Walking / Standing Calmly | 24. BI / SDTO | 930 AM/PM | 2 tv | 1215 AM/PM | 18 Eating, 2 tv |
| 4. Sleeping | 25. Supervisor's Evaluation of Removal | 945 AM/PM | 2 tv | 1230 AM/PM | 18, 2 |
| 5. Sullen, Quiet | 26. Youth Returned to Programming | 1000 AM/PM | 2 tv | 1245 AM/PM | 2 |
| 6. Cleaning Detail of Room | 27. COC Committee/ Staffing | 1015 AM/PM | 2 tv | 100 AM/PM | 2 |
| 7. Nervous, Jumpy | 28. With MHTP / QMHP / Counselor / Medical Staff / Facility Director / Treatment Director / OSS | 1030 AM/PM | 21 outside Rec | 115 AM/PM | 2 |
| 8. Withdrawn, Doesn't Want to Talk | 29. Youth on Call-Out | 1045 AM/PM | 21 outside Rec | 130 AM/PM | 4 |
| 9. Agitated, Pacing | 30. Lights on / Begin Programming, Lights out / Programming Ended | 1100 AM/PM | 21 outside Rec | 145 AM/PM | 4 |
| 10. Yelling or Screaming | 31. Group Participation/ Community Meetings Begins / Ends | 1115 AM/PM | 21 outside Rec | 200 AM/PM | 4 |
| 11. Cursing, Foul Language in Anger | WARNING SIGNS | 1130 AM/PM | 21 Rec | 215 AM/PM | 4 |

CONFIDENTIAL - SPECIAL DISCLOSURE RULE APPLIES

OJJ-007138

| | | | | | |
|---|---|---|---|---|---|
| 12. Making Threatening Gestures | 32. Crying | 2:30 AM/(PM) | 4 | 5:00 AM/(PM) | 18 Eating |
| 13. Flooding Cell / Popped Sprinkler | 33. Hallucinating (sees things that are not present, reports hearing voices) | 2:45 AM/(PM) | 2 tv | 5:15 AM/(PM) | 2 |
| 14. Beating on Door, Wall | 34. Laughing inappropriately | 3:00 AM/(PM) | 2 tv | 5:30 AM/(PM) | 2 |
| 15. Personal Hygiene | 35. Making clear threats of violence against self or others | 3:15 AM/(PM) | 2 tv | AM / PM | |
| 16. Showering / Begin / Ends | | 3:30 AM/(PM) | 2 tv | AM/PM | |
| 17. Using Restroom / Toilet | 36. Superficial attempt to hurt self (pinching or scratching self) | 3:45 AM/(PM) | 2 tv | AM/PM | |
| 18. Eating | 37. Takes off clothes, smears feces | 4:00 AM/(PM) | 16 youth begins showering | AM / PM | |
| 19. School Programming Participation / Refusal / GED | 38. Talking incoherently | 4:15 AM/(PM) | 16 shower | AM / PM | |
| 20. Return from School Programming | 39. Trembling, shaking | 4:30 AM/(PM) | 16 shower 23 exits shower | AM / PM | |
| 21. Outdoor Exercise / Refused/If denied, approved by Director / Designee | OTHER BEHAVIORS OBSERVED 40. | 4:45 AM/(PM) | 18 Dinner Eating | AM / PM | |

JJS Signature: _____ (Name / Title)   Date: _____   Day Shift: _____
JJS Signature: _____ (Name / Title)   Date: _____   Night Shift: _____   Page ____ of ____

CONFIDENTIAL - SPECIAL DISCLOSURE RULE APPLIES

## INTERIM BEHAVIOR & ACTIVITY DOCUMENTATION
(Extended Behavior Intervention (BI) and Transitional Treatment Unit (TTU))

DATE: 2012  Youth Name: ███  JETS #: _____  Location / Room #: **Believe**

The time and observation code(s) are required for each period of observation. More than one code may be used to document multiple behaviors (for example, # 1 for follows directions, cooperative, # 2 for lying or sitting calmly). The behaviors enclosed in the Warning Signs section below may be indicators of mental disturbance. If staff observes persistent Warning Signs, the youth must be referred to mental health staff for further assessment. Specify observation for numbers **16, 18, 19, 21, 22, 24, 27, 28, 30 and 31**. Utilize **# 40** for Other Behaviors Observed to indicate any behavior that is not provided.

| CODE EXPLANATION: BEHAVIORS & ACTIVITIES | | TIME | OBSERVATION | TIME | OBSERVATION |
|---|---|---|---|---|---|
| 1. Follows Directions, Cooperative | 22. Leisure Time / Library / Reading & Writing / Refused | 900 AM | 4 | 1145 AM | 21 Rec / 23 Return from Rec |
| 2. Lying or Sitting Calmly | 23. Return to Cell | 915 AM | 4 | 1200 PM | 2, 18 Lunch Eating |
| 3. Walking / Standing Calmly | 24. BI / SDTO | 930 AM | 4 | 1215 PM | 22 Reading |
| 4. Sleeping | 25. Supervisor's Evaluation of Removal | 945 AM | 4 | 1230 PM | 22 |
| 5. Sullen, Quiet | 26. Youth Returned to Programming | 1000 AM | 4 | 1245 PM | 22 |
| 6. Cleaning Detail of Room | 27. COC Committee / Staffing | 1015 AM | 4 | 100 PM | 22 |
| 7. Nervous, Jumpy | 28. With MHTP / QMHP / Counselor / Medical Staff / Facility Director / Treatment Director / OSS | 1030 AM / 1039 | 2 / 21 outside Rec | 115 PM | 22 |
| 8. Withdrawn, Doesn't Want to Talk | 29. Youth on Call-Out | 1045 AM | 21 outside Rec | 130 PM | 16 youth begins shower |
| 9. Agitated, Pacing | 30. Lights on / Begin Programming, Lights out / Programming Ended | 1100 AM | 21 Rec | 145 PM | 16 |
| 10. Yelling or Screaming | 31. Group Participation / Community Meetings Begins / Ends | 1115 AM | 21 Rec | 200 PM | 16 youth exits shower 23 Rtn to cell |
| 11. Cursing, Foul Language in Anger | WARNING SIGNS | 1130 AM | 21 Rec | 215 PM | 2 |

CONFIDENTIAL - SPECIAL DISCLOSURE RULE APPLIES

OJJ-007140

| | | | | | |
|---|---|---|---|---|---|
| 12. Making Threatening Gestures | 32. Crying | 230 AM/(PM) | 2 | 500 AM/(PM) | 18 Eating |
| 13. Flooding Cell / Popped Sprinkler | 33. Hallucinating (sees things that are not present, reports hearing voices) | 245 AM/(PM) | 22 | 515 AM/(PM) | 22 |
| 14. Beating on Door, Wall | 34. Laughing inappropriately | 300 AM/(PM) | 22 | 530 AM/(PM) | 22 |
| 15. Personal Hygiene | 35. Making clear threats of violence against self or others | 315 AM/(PM) | 22 | AM / PM | |
| 16. Showering / Begin / Ends | | 330 AM/(PM) | 4 | AM/PM | |
| 17. Using Restroom / Toilet | 36. Superficial attempt to hurt self (pinching or scratching self) | 345 AM/(PM) | 4 | AM/PM | |
| 18. Eating | 37. Takes off clothes, smears feces | 400 AM/(PM) | 4 | AM / PM | |
| 19. School Programming Participation / Refusal / GED | 38. Talking incoherently | 415 AM/(PM) | 4 | AM / PM | |
| 20. Return from School Programming | 39. Trembling, shaking | 430 AM/(PM) | 2 | AM / PM | |
| 21. Outdoor Exercise / Refused/If denied, approved by Director / Designee | OTHER BEHAVIORS OBSERVED 40. | 445 AM/(PM) | 18 Dinner Eating | AM / PM | |

JJS Signature: _____ (Name / Title)   Date: _____   Day Shift: _____
JJS Signature: _____ (Name / Title)   Date: _____   Night Shift: _____   Page _____ of _____