EXHIBIT 5

CONFIDENTIAL - SPECIAL DISCLOSURE RULE APPLIES

# Cell Restrictions

| YOUTH NAME | TIME | LEGNTH OF TIME | DATE | REASON |
|---|---|---|---|---|
| ██████ | 750AM-530PM | 9HR 40MIONS | 7/3/2023 | Behavior Issues |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

Please complete the form and email it to all OSS Staff, Director London, Deputy Dir. Charmaine Jones, Lt. Col Travion Gordon, SSC Sandra Bryant and Adm. Asst. Ariel Thrasher. *This form is due daily by end of shift. Only the person completing the shift packets has to complete this form and only if Cell Restriction is implemented. Cell restriction is only between the hours of 7:50 am-5:30pm school days and 9:00 am - 5:30 pm weekends and holidays. Cell Restrictions only applies when it is a result of behavioral issues*

OJJ-007198

CONFIDENTIAL - SPECIAL DISCLOSURE RULE APPLIES

OJJ-007199

CONFIDENTIAL - SPECIAL DISCLOSURE RULE APPLIES

B.2.8 (1)

## INTERIM BEHAVIOR & ACTIVITY DOCUMENTATION

(Extended Behavior Intervention (BI) and Transitional Treatment Unit (TTU))

DATE: 7|3   Youth Name ▉▉▉▉    JETS # 400201    Location / Room # Believe

The time and observation code(s) are required for each period of observation. More than one code may be used to document multiple behaviors (for example, # 1 for follows directions, cooperative, # 2 for lying or sitting calmly). The behaviors enclosed in the Warning Signs section below may be indicators of mental disturbance. If staff observes persistent Warning Signs, the youth must be referred to mental health staff for further assessment. Specify observation for numbers **16, 18, 19, 21, 22, 24, 27, 28, 30 and 31.** Utilize # 40 for Other Behaviors Observed to indicate any behavior that is not provided.

| CODE EXPLANATION: | BEHAVIORS & ACTIVITIES | TIME | OBSERVATION | TIME | OBSERVATION |
|---|---|---|---|---|---|
| 1. Follows Directions, Cooperative | 22. Leisure Time / Library / Reading & Writing / Refused | 900 AM / PM | 4 | 1050 AM / PM | 2 tv |
| 2. Lying or Sitting Calmly | 23. Return to Cell | 815 AM / PM | 4 | 100 AM / PM | 2 tv |
| 3. Walking / Standing Calmly | 24. BI / SDTO | 930 AM / PM | 4 | 1150 AM / PM | 2 tv |
| 4. Sleeping | 25. Supervisor's Evaluation of Removal | 845 AM / PM | 4 | 1200 AM / PM | 2 tv |
| 5. Sullen, Quiet | 26. Youth Returned to Programming | 900 AM / PM | 4 | 1150 AM / PM | 18 wren gaming |
| 6. Cleaning Detail of Room | 27. COC Committee / Staffing | 915 AM / PM | 4 | 120 AM / PM | 18 Eating |
| 7. Nervous, Jumpy | 28. With MHTP / QMHP / Counselor / Medical Staff / Facility Director / Treatment Director / OSS | AM / PM 930 | 4 | 1215 AM / PM | 2 tv |
| 8. Withdrawn, Doesn't Want to Talk | 29. Youth on Call-Out | 945 AM / PM | 4 | 1230 AM / PM | 2 tv |
| 9. Agitated, Pacing | 30. Lights on / Begin Programming, Lights out / Programming Ended | 1000 AM / PM | 4 | 245 AM / PM | 2 tv |
| 10. Yelling or Screaming | 31. Group Participation/ Community Meetings Begins / Ends | 1015 AM / PM | 4 | 100 AM / PM | 2 tv |
| 11. Cursing, Foul Language in Anger | **WARNING SIGNS** | 1030 AM / PM | 4 | 115 AM / PM | 2 tv |

OJJ-007200

CONFIDENTIAL- SPECIAL DISCLOSURE RULE APPLIES

**September 2021**

| Behavior | Behavior | Time | # | Time | # |
|---|---|---|---|---|---|
| 12 Making Threatening Gestures | 32 Crying | 1:30 AM/(PM) | 2 | 4:00 AM/(PM) | 2 |
| 13 Flooding Cell / Popped Sprinkler | 33 Hallucinating (sees things that are not present, reports hearing voices) | 1:45 AM/(PM) | 2 | 4:15 AM/(PM) | 18 Dinner Eating |
| 14 Beating on Door, Wall | 34 Laughing inappropriately | 2:00 AM/(PM) | 2 | 4:45 AM/(PM) | 18 Eating |
| 15 Personal Hygiene | 35 Making clear threats of violence against self or others | 2:15 AM/(PM) | 2 | 5:00 AM/(PM) | 2 |
| 16 Showering / Begin / Ends | 36 Superficial attempt to hurt self (pinching or scratching self) | 2:30 AM/(PM) | 16 youth begins showering | 5:15 AM/(PM) | 2 |
| 17 Using Restroom / Toilet | 37 Takes off clothes, smears feces | 2:45 AM/(PM) | 16 | 5:30 AM/(PM) | 4 |
| 18 Eating | 38 Talking incoherently | 3:00 AM/(PM) | 23 from shower | AM / PM | |
| 19 School Programming Participation / Refusal / GED | 39 Trembling, shaking | 3:15 AM/(PM) | 2 | AM / PM | |
| 20 Return from School Programming | OTHER BEHAVIORS OBSERVED | 3:30 AM/(PM) | 2 | AM / PM | |
| 21 Outdoor Exercise / Refused/If denied, approved by Director / Designee | 40 | 3:45 AM/(PM) | 2 | AM / PM | |

JIS Signature: _____ (Name / Title)    Date: _____    Day Shift: _____

JIS Signature: _____ (Name / Title)    Date: _____    Night Shift: _____

Page _____ of _____

OJJ-007201