# EXHIBIT 6

JOHN BEL EDWARDS, Governor

OTHA "CURTIS" NELSON, JR, Deputy Secretary

# Office of Juvenile Justice



Bridge City Center for Youth/West Feliciana

I_____ have read and understand the offenses and restrictions that will be imposed upon me should I fail to comply with the rules put in place at BCCY/WF.

_____    _____
Print Name                          Date

_____    _____
Signature                           Date

_____    _____
Witness Signature                   Date

JOHN BEL EDWARDS, Governor

OTHA "CURTIS" NELSON, JR, Deputy Secretary

# Office of Juvenile Justice



*Bridge City Center for Youth*
*Minor Tickets/Write-ups*

| Violations | Consequences |
|---|---|
| Not walking with hands behind your back | Reduction in snack<br>Move back to Believe if housed on Conquer |
| Cursing/Towards Staff in an aggressive manner | Reduction in snack<br>Move back to Believe if housed on Conquer |
| Disruption in Classroom | Reduction in snack<br>Move back to Believe if housed on Conquer |
| Not taking Medication | Reduction in snack<br>Move back to Believe if housed on Conquer |
| Not dressing properly/ or completing hygiene | Reduction in snack<br>Move back to Believe if housed on Conquer |
| Not making your bed/not cleaning your cell daily | Reduction in snack<br>Move back to Believe if housed on Conquer |
| Refusing Shower | Reduction in snack<br>Move back to Believe if housed on Conquer |
| Not meeting line expectations(Noise) | Reduction in snack<br>Move back to Believe if housed on Conquer |
| Being disrespectful towards staff | Reduction in snack<br>Move back to Believe if housed on Conquer |
| Cool Down Room only used for 59mins | If staff is available |

Bridge City Center for Youth/West Feliciana
Cell Restrictions

| # | Offenses | Restriction Time |
|---|---|---|
| 1. | Breaking Windows | 24hrs to 48hrs |
|  | ***Property Destruction*** |  |
|  | Destroying Table inside the Cell | 24hrs to 72hrs |
|  | Destroying Seat in the Cell | 24hrs to 72hrs |
|  | Destroying TV/Games | 24hrs to 72hrs |
|  | Destroying Fans | 24hrs to 72hrs |
|  | Breaking Windows | 24hrs to 72hrs |
|  | Breaking Lights | 24hrs to 72hrs |
|  | Breaking Light Fixtures | 24hrs to 72hrs |
|  | Destroying items in the classroom | 24hrs to 72hrs |
|  | Destroying Clothes or Linen | 24hrs to 72hrs |
|  | Graffiti | 24hrs to 72hrs |
|  | Destroying Mattress | 24hrs to 72hrs |
|  | Flooding Cell | 24hrs to 72hrs |
|  | Throwing food from cell (No substitute meals) | 24hrs to 72hrs |
|  | Throwing Water/Feces | 24hrs to 72hrs |
|  | Throwing Bodily Fluids of any kind/ Spitting | 72hrs |
|  | Assault on Staff | 72hrs |
|  | Assault Youth/Youth | 24hrs to 72hrs |
|  | Threats and Intimidations | 24hrs to 72hrs |
|  | Sexual Misconduct | 24hrs to 72hrs |
|  | Sexual Misconduct (exposure) | 24hrs to 72hrs |
|  | Flipping Desk in Classroom | 24hrs to 72hrs |
|  | Graffiti | 24hrs to 72hrs |
|  | Contraband (Any) | 24hrs to 72hrs |
|  | Unauthorized Area (all areas not authorized) | 24hrs to 72hrs |
|  | 3 Verbal Directives | 24hrs |
|  | Not Programing ( Items will be removed from cell) | 24hrs |
|  | ***Not limited to*** |  |

**\*\*\*Please note charges will be file for the following offenses\*\*\*\*\***

- **Property Destruction**
- **Sexual Misconduct**
- **Assault on Staff**
- **Assault Youth/Youth with a Significant Injury**