# EXHIBIT 7

## Cell Restrictions

| YOUTH NAME | TIME | LEGNTH OF TIME | DATE | REASON |
|---|---|---|---|---|
| ▮ | 7:50AM – 5:30PM | 9HRS 40MINS | 7/30/2023 | Throwing objects out of cell. |
| | 7:50AM – 5:30PM | 9HRS 40MINS | 7/30/2023 | Unauthorized Area |
| | 7:50AM – 5:30PM | 9HRS 40MINS | 7/30/2023 | Unauthorized Area |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

Please complete the form and email it to all OSS Staff, Director London, Deputy Dir. Charmaine Jones, Lt. Col Travion Gordon, SSC Sandra Bryant and Adm. Asst. Ariel Thrasher. *This form is due daily by end of shift. Only the person completing the shift packets has to complete this form and only if Cell Restriction is implemented. Cell restriction is only between the hours of 7:50 am- 5:30pm school days and 9:00 am – 5:30 pm weekends and holidays. Cell Restrictions only applies when it is a result of behavioral issues*