# EXHIBIT 9

B.2.8 (l)

**INTERIM BEHAVIOR & ACTIVITY DOCUMENTATION**
(Extended Behavior Intervention (BI) and Transitional Treatment Unit (TTU))

DATE: 7/21/23   Youth Name: _____   JETS: _____   Location / Room # Believe

The time and observation code(s) are required for each period of observation. More than one code may be used to document multiple behaviors (for example, # 1 for follows directions, cooperative, # 2 for lying or sitting calmly). The behaviors enclosed in the Warning Signs section below may be indicators of mental disturbance. If staff observes persistent Warning Signs, the youth must be referred to mental health staff for further assessment. Specify observation for numbers **16, 18, 19, 21, 22, 24, 27, 28, 30 and 31**. Utilize # 40 for Other Behaviors Observed to indicate any behavior that is not provided.

| CODE EXPLANATION: | BEHAVIORS & ACTIVITIES | TIME | OBSERVATION | TIME | OBSERVATION |
|---|---|---|---|---|---|
| 1. Follows Directions, Cooperative | 22. Leisure Time / Library / Reading & Writing / Refused | 7:30 AM/PM 7:34 Am | 4, sleeping 28 nurse enters w/meds | 10:15 AM/PM | 4 |
| 2. Lying or Sitting Calmly | 23. Return to Cell | 7:45 AM/PM | 4, sleeping | 10:30 AM/PM | 4 |
| 3. Walking / Standing Calmly | 24. BI / SDTO | 8:00 AM/PM | 4, sleeping | 10:45 AM/PM | 4 |
| 4. Sleeping | 25. Supervisor's Evaluation of Removal | 8:15 AM/PM | 4, sleeping | 11:00 AM/PM | 4 |
| 5. Sullen, Quiet | 26. Youth Returned to Programming | 8:30 AM/PM | 26 OSS Palmer enters/checks on youth 4, sleeping | 11:15 AM/PM | 4 |
| 6. Cleaning Detail of Room | 27. COC Committee / Staffing | 8:45 AM/PM | 4, sleeping | 11:10 AM/PM | 26 Youth recieves breakfast tray & water from OSS McKinney |
| 7. Nervous, Jumpy | 28. With MHTP / QMHP / Counselor / Medical Staff / Facility Director / Treatment Director / OSS | 9:00 AM/PM | 4, sleeping | AM/PM 11:22 | 29 Youth on call out with social services / brings lunch with him |
| 8. Withdrawn, Doesn't Want to Talk | 29. Youth on Call-Out | 9:15 AM/PM | 4, sleeping | 12:06 AM/PM | 23 Youth returns to his cell |
| 9. Agitated, Pacing | 30. Lights on / Begin Programming, Lights out / Programming Ended | 9:30 AM/PM | 4, sleeping | 12:15 AM/PM | 2 talking |
| 10. Yelling or Screaming | 31. Group Participation / Community Meetings Begins / Ends | 9:45 AM/PM | 4, sleeping | 12:30 AM/PM | 2 talking |
| 11. Cursing, Foul Language in Anger | **WARNING SIGNS** | 10:00 AM/PM | 4, sleeping | 12:45 AM/PM | 2 talking |

September 2021

| Behavior | Time | | Time | | Time | |
|---|---|---|---|---|---|---|
| 12. Making Threatening Gestures | 1:00 AM/PM | 2, talking | 1:30 AM/PM | 2 | | |
| 13. Flooding Cell / Popped Sprinkler | 1:15 AM/PM | 2 watching TV, no inappropriate behavior | 3:45 AM/PM | 2 | | |
| 14. Beating on Door, Wall | 1:30 AM/PM | 2 | 4:00 AM/PM | 2 | | |
| 15. Personal Hygiene | 1:45 AM/PM | 2 | 4:15 AM/PM | 2 | | |
| 16. Showering / Begin / Ends | 2:00 AM/PM | 2 | 4:30/4:34 AM/PM | 2 dinner tray & water delivered on tier, youth appears to be eating | | |
| 17. Using Restroom / Toilet | 2:15 AM/PM | 2 | 4:45 AM/PM | 18 Eating | | |
| 18. Eating | 2:30 AM/PM | 2 | 5:00 AM/PM | 2 is speaking with OSS Patterson | | |
| 19. School Programming Participation / Refusal / GED | 2:45 AM/PM | 2 | 5:15 AM/PM | 2 | | |
| 20. Return from School Programming | 3:00 AM/PM | 2 | 5:30 AM/PM | 2 | | |
| 21. Outdoor Exercise / Refused/If denied, approved by Director / Designee | 3:15 AM/PM | 2 | 5:45 AM/PM | 20 Nurse arrives with meds for youth | | |
| 32. Crying | | | 6:00 PM | 8, 9 / upset | | |
| 33. Hallucinating (sees things that are not present, reports hearing voices) | | | | | | |
| 34. Laughing inappropriately | | | | | | |
| 35. Making clear threats of violence against self or others | | | | | | |
| 36. Superficial attempt to hurt self (pinching or scratching self) | | | | | | |
| 37. Takes off clothes, smears feces | | | | | | |
| 38. Talking incoherently | | | | | | |
| 39. Trembling, shaking | | | | | | |
| 40. OTHER BEHAVIORS OBSERVED | | | | | | |

JJS Signature: Lawrence Webster JS2 (Name / Title)     Date: 7/27/23    Day Shift: ___
JJS Signature: _____ (Name / Title)   Date: _____   Night Shift: ___

Page ___ of ___