UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

MINUTE ENTRY:
AUGUST 15, 2023
CHIEF DISTRICT JUDGE SHELLY D. DICK

**ALEX A.**

**VERSUS**

**JOHN BEL EDWARDS, ET AL.**

**CIVIL ACTION**

**22-573-SDD-RLB**

This matter came on this day for a (or continuation) *Hearing on Preliminary Injunction*.

    **PRESENT:**    **David J. Utter, Esq.**
                      **Marisol J. Dominguez-Ruiz, Esq.**
                      **Nancy Rosenbloom, Esq.**
                      **Meghan K. Matt, Esq.**
                      **Susan M. Meyers, Esq.**
                      **Ashley Dalton, Esq.**
                      **Russell D. Barksdale, Esq.**
                      **Ronald S. Haley, Jr., Esq.**
                      Counsel for Plaintiff

                      **Connell Lee Archey, Esq.**
                      **Allena Brooke McCain, Esq.**
                      **Lemuel E. Montgomery, III, Esq.**
                      **Anna Little Morris, Esq.**
                      **Carly H. Chinn, Esq.**
                      Counsel for Office of Juvenile Justice

The Court ordered sequestration of witnesses from the courtroom. Witnesses Otha "Curtis" Nelson and Linda London will remain in the courtroom as party and party representative. Parties entered stipulation as to the authenticity of the exhibits.

Henry Patterson, IV is sworn and testifies.

Patrick Cooper is sworn, tendered, accepted as an adverse witness, and testifies.

Linda London is sworn and testifies.

The Court ordered all exhibits needed redaction shall be redacted and submitted prior to end of hearing.

Counsel argued position on Motion to Strike Patrick McCarthy as an Expert Witness and the Motion to Exclude the Proffered Expert Testimony of Lee Underwood. The Court ordered responses to be filed by 8:00 a.m. on Wednesday, August 16, 2023.

  Court recesses until Wednesday, August 16, 2023, at 9:00 a.m.

* * * * *

Cv13b/ 6h 26m
Court Reporter: Shannon Thompson