# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

MINUTE ENTRY:
AUGUST 16, 2023
CHIEF DISTRICT JUDGE SHELLY D. DICK

**ALEX A.**

**VERSUS**

**JOHN BEL EDWARDS, ET AL.**

**CIVIL ACTION**

**22-573-SDD-RLB**

This matter came on this day for a continuation of *Hearing on Plaintiffs' Motion for Preliminary Injunction*.

> PRESENT:   **David J. Utter, Esq.**
> **Marisol J. Dominguez-Ruiz, Esq.**
> **Nancy Rosenbloom, Esq.**
> **Meghan K. Matt, Esq.**
> **Susan M. Meyers, Esq.**
> **Ashley Dalton, Esq.**
> **Russell D. Barksdale, Esq.**
> Counsel for Plaintiff
>
> **Connell Lee Archey, Esq.**
> **Allena Brooke McCain, Esq.**
> **Lemuel E. Montgomery, III, Esq.**
> **Anna Little Morris, Esq.**
> **Carly H. Chinn, Esq.**
> **Madaline King Rabalais, Esq.**
> Counsel for Office of Juvenile Justice

Parties gave an update on the body cameras video.

Exhibits offered and admitted.

Joseph Gagnon is sworn, tendered as expert, and testified by Zoom.

Dr. Susi Vassallo is sworn, tendered as expert, and testified.

Daja McKinley is sworn and testified.

The parties discussed logistics for witnesses.

Court grants Plaintiff's Motion for Reconsideration of Disqualification Order (R. Doc. 224) and Motion to Expedite (R. Doc. 225).  The Text Order at R. Doc. 211 is hereby VACATED, and Defendants' Motion to Disqualify Counsel (R. Doc. 206) is returned to pending status.  Plaintiffs shall have until close of business August 17, 2023 to file an opposition to Defendants' Motion to Disqualify or advise the Court they will withdraw the motion.

Court denies Defendants' Motion to Strike Opinions of Patrick McCarthy (R. Doc. 217).

Court recesses until Thursday, August 17, 2023, at 9 a.m.

* * * * *

Cv13b/ 8h 6m
Court Reporter: Shannon Thompson