IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| ALEX A., by and through his guardian, Molly Smith; BRIAN B.; and CHARLES C., by and through his guardian, Kenione Rogers, individually and on behalf of all others similarly situated, | )<br>)<br>)<br>)<br>) |
| Plaintiffs, | )<br>) |
| v. | ) Civ. A. No. 3:22-CV-00573-SDD-RLB<br>) |
| GOVERNOR JOHN BEL EDWARDS, in his official capacity as Governor of Louisiana; WILLIAM SOMMERS, in his official capacity as Deputy Secretary of the Office of Juvenile Justice, JAMES M. LEBLANC, in his official capacity as Secretary of the Louisiana Department of Public Safety & Corrections, | )<br>) **UNOPPOSED MOTION FOR 1-DAY**<br>) **EXTENSION OF DEADLINE TO**<br>) **REACH STIPULATION**<br>)<br>)<br>)<br>)<br>)<br>) |
| Defendants. | ) |

NOW INTO COURT, through undersigned counsel, come Defendants John Bel Edwards, in his official capacity as Governor of Louisiana; Otha "Curtis" Nelson,[1] in his official capacity as Deputy Secretary of the Office of Juvenile Justice ("OJJ"); and James M. LeBlanc, in his official capacity as Secretary of the Louisiana Department of Public Safety & Corrections (collectively "Defendants"), who respectfully request an extension of the deadline to reach a stipulation regarding certain cell restriction documents that pre-date June 1, 2023. In support of this request, Defendants represent the following:

---

[1] On November 18, 2022, Governor Edwards announced the resignation of Deputy Secretary Sommers and the appointment of Otha "Curtis" Nelson as his replacement. https://gov.louisiana.gov/index.cfm/newsroom/detail/3892. Because Sommers was sued in his official capacity, Nelson is automatically substituted as a Defendant. Fed. R. Civ. P. 25(d).

1.      The current deadline for the parties to reach a stipulation regarding certain cell restriction documents is August 23, 2023, at 5:00 p.m.[2]

2.      Counsel for the parties are in frequent communication and are diligently working with one another to agree on a stipulation per the Court's instruction. As part of those efforts, Defendants are simultaneously working to identify and collect the pertinent information related to cell restriction documents pre-dating the previously ordered document production cutoff date of June 1, 2023.

3.      This process has been made more challenging due to competing professional obligations of both partners serving as trial counsel for the Defendants. Counsel for Defendants, Connell Archey, departed on an early morning flight on Tuesday, August 22 (the day after Plaintiffs' case-in-chief closed) to Baltimore, Maryland for a previously scheduled site inspection. Additionally, co-lead counsel Lem Montgomery encountered an emergency issue in another unrelated matter that arose during the preliminary injunction hearing in the instant case. Nevertheless, defense counsel are actively working with Plaintiffs' counsel to reach a stipulation on production of additional cell restriction documents and are actively working with BCCY-WF staff to work toward such resolution.

4.      Based on good faith communications on this issue, Plaintiffs' counsel Chris Murell has represented that the Plaintiffs are agreeable to allow an additional business day to provide time for Defendants to continue working to identify, obtain, and/or review facility documents and to conduct an appropriate assessment of relevance and proportionality under Rule 26 so that the parties may then meaningfully negotiate a stipulation regarding the production of cell restriction documents pre-dating June 1, 2023.

---

[2] See Doc. No. 236, "Order Granting [235] Motion for Extension of Deadline to Reach Stipulation".

5. Defendants now file this Motion in order to request permission from the Court for this unopposed one-day extension.

6. Pursuant to Local Rule 7(e), this motion does not require a memorandum in support.

7. Based on all of the above, Defendants respectfully request that the Court enter an order granting the relief requested herein and extending the parties' deadline to reach a stipulation regarding the production of certain cell restriction documents to August 24, 2023, at 5:00 p.m.

Dated: August 23, 2023.

Respectfully submitted:

BY:   /s/ Allena McCain
Connell Archey (#20086)
Randal J. Robert (#21840)
Allena McCain (#38830)
Madaline King Rabalais (#38301)
BUTLER SNOW LLP
445 North Boulevard, Suite 300 (70802)
P.O. Box 2997
Baton Rouge, LA 70821-2997
Telephone:    (225) 325-8700
Facsimile:    (225) 325-8800
Connell.Archey@butlersnow.com
Randy.Robert@butlersnow.com
Allena.McCain@butlersnow.com
Madaline.Rabalais@butlersnow.com

Kyle V. Miller (pro hac vice)
Lemuel E. Montgomery III (pro hac vice)
Anna Morris (pro hac vice)
BUTLER SNOW LLP
1020 Highland Colony Parkway, Suite 1400
Ridgeland, MS 39157
Telephone:    (601) 948-5711
Facsimile:    (601) 985-4500
Kyle.Miller@butlersnow.com
Lem.Montgomery@butlersnow.com
Anna.Morris@butlersnow.com

Counsel for Defendants

GOVERNOR JOHN BEL EDWARDS, in his official capacity as Governor of Louisiana; WILLIAM SOMMERS, in his official capacity as Deputy Secretary of the Office of Juvenile Justice; and JAMES M. LEBLANC, in his official capacity as Secretary of the Louisiana Department of Public Safety & Corrections

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above and foregoing has this day been filed electronically with the Clerk of Court using the CM/ECF system, which will deliver notice of this filing to all counsel of record.

Baton Rouge, Louisiana this 23rd day of August, 2023.

    /s/ Allena McCain

# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| ALEX A., by and through his guardian, Molly Smith; BRIAN B.; and CHARLES C., by and through his guardian, Kenione Rogers, individually and on behalf of all others similarly situated,<br><br>    Plaintiffs,<br><br>v.<br><br>GOVERNOR JOHN BEL EDWARDS, in his official capacity as Governor of Louisiana; WILLIAM SOMMERS, in his official capacity as Deputy Secretary of the Office of Juvenile Justice, JAMES M. LEBLANC, in his official capacity as Secretary of the Louisiana Department of Public Safety & Corrections,<br><br>    Defendants. | Civ. A. No. 3:22-CV-00573-SDD-RLB<br><br>**ORDER** |

CONSIDERING the Motion for Extension of Deadline to Reach a Stipulation,

IT IS HEREBY ORDERED that the Motion for Extension of Deadline to Reach a Stipulation is GRANTED and that the deadline for the parties to reach a stipulation regarding certain cell restriction documents be extended until August 24, 2023 at 5:00 p.m.

SIGNED this _____ day of _____, 2023, at Baton Rouge, Louisiana.

_____
**CHIEF JUDGE SHELLY D. DICK**

81910630.v1