UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF LOUISIANA

| ALEX A., et al., | |
|---|---|
| Plaintiffs, | |
| v. | Civ. Act. No. 3:22-CV-00573-SDD-RLB |
| JOHN BEL EDWARDS, in his official capacity as Governor of Louisiana, *et al*., | EXHIBIT LIST |
| Defendants. | |

| Exhibit Number | Description |
|---|---|
| 1 | **20230726 video preservation letter** |
| 2 | **F Edwards depo excerpt** |
| 3 | **Email from David Utter** |
| 4 | **20230812 discovery demand redacted** |
| 5 | **McKinley depo excerpt** |
| 6 | **OJJ BWC policy** |