**UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF LOUISIANA**

| | |
|---|---|
| ALEX A., by and through his guardian, Molly Smith, *et al.*, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>JOHN BEL EDWARDS, in his official capacity as Governor of Louisiana, *et al.*,<br><br>Defendants. | Civ. Act. No. 3:22-CV-00573-SDD-RLB |

# EXHIBIT 2

UNITED STATES DISTRICT COURT

THE MIDDLE DISTRICT OF LOUISIANA

ALEX A., by and through his          CIVIL ACTION NO. 3:22-cv-00573
guardian, Molly Smith; BRIAN B.;           SDD-RLB
and CHARLES C., by and through
his guardian, Kenione Rogers,
individually and on behalf of all
others similarly situated;

      Plaintiffs

V

GOVERNOR JOHN BEL EDWARDS, in his
Official capacity as Governor of
Louisiana; WILLIAM SOMMERS, in his
Capacity as Deputy Secretary of the
Office of Juvenile Justice,
JAMES M. LEBLANC, in his official
capacity as Secretary of the
Louisiana Department of
Corrections,

   Defendants

      DEPOSITION OF FRANK EDWARDS, given in

the above-entitled cause, pursuant to the

following stipulation, before Raynel E. Schule,

Certified Shorthand Reporter in and for the

State of Louisiana, at the Louisiana State

Penitentiary, 17544 Tunica Trace, Angola,

Louisiana, 70712, commencing at 4:00 o'clock

p.m., on Thursday, the 3rd day of August, 2023.

1                    I N D E X
2                                              Page
3    Caption                                   1
4    Appearances                               3
5    Agreement of Counsel                      4
6    Examination
7         MR. MURELL         5
8    Reporter's Certificate                    61

```
 1   APPEARANCES:
 2
     For the Plaintiff:
 3
     MURELL LAW FIRM
 4   Attorney at Law
     BY:  CHRISTOPHER J. MURELL, ESQ.
 5   2831 St. Claude Avenue
     New Orleans, Louisiana   70117
 6
     and
 7
     BARKSDALE LAW
 8   Attorney at Law
     BY: RUSSELL BARKSDALE, ESQ.
 9   636 Baronne Street
     New Orleans, Louisiana   70113
10
11   For the Defendants:
12
     MESSRS. BUTLER SNOW, LLP
13   Attorneys at Law
     BY:  ALLENA W. McCAIN, ESQ.
14   City Plaza
     445 North Boulevard, Suite 300
15   Baton Rouge, Louisiana   70802
16
17   Also Present:  Linda London
18
     PARTICIPANTS VIA ZOOM AT VARIOUS TIMES:
19
     Hector Linares
20   Lem Montgomery
     Anna Morris
21   Carly H. Chinn
     Ashley Dalton
22   Sara Godchaux
23
24   Reported By:  Raynel E. Schule
                   Certified Shorthand Reporter
25                 State of Louisiana
```

S T I P U L A T I O N

It is stipulated and agreed by and among Counsel for the parties hereto that the deposition of FRANK EDWARDS is hereby being taken pursuant to the Federal Rules of Civil Procedure for all purposes in accordance with law;

That the formalities of reading and signing are specifically waived;

That the formalities of sealing, certification, and filing are hereby specifically waived.

That all objections, save those as to the form of the question and responsiveness of the answer, are hereby reserved until such time as this deposition or any part thereof is used or sought to be used in evidence.

\* \* \* \*

Raynel E. Schule, Certified Shorthand Reporter in and for the State of Louisiana, officiated in administering the oath to the witness.

```
 1        Colton who's one of people detained right
 2        now?
 3   A.   Yes, sir.
 4   Q.   There was an incident with him yesterday
 5        where you discharged mace with him?
 6   A.   Yes, sir.
 7   Q.   Okay.  Tell me about that.
 8   A.   We was in -- we was in the middle of
 9        transitioning youth from classroom back to
10        their assigned cells, and during
11        transition, another OSS tried to retrieve a
12        cup from him, and as soon as he got past
13        the cell, I don't know what type of
14        substance it was, he threw it.  It was a
15        large amount, and it was instinctively.
16   Q.   I'm sorry.  What was the last sentence you
17        said?
18   A.   I said it was instinctively discharged.
19   Q.   What you say, "it was," you mean the mace
20        was instinctively discharged?
21   A.   Yes, sir.
22   Q.   Was █████████ inside his cell when the
23        mace was discharged?
24   A.   Yes, sir.
25   Q.   So the cell door was locked.  He couldn't
```

13

| | | |
|---|---|---|
| 1 | | get in or out when it was discharged? |
| 2 | A. | No, sir. |
| 3 | Q. | And the liquid you said, you couldn't tell |
| 4 | | what the liquid was? |
| 5 | A. | Oh, you're talking about the liquid that he |
| 6 | | threw? No, sir. |
| 7 | Q. | What happened after -- did you act -- did |
| 8 | | you spray the mace inside -- did the mace |
| 9 | | you sprayed inside the cell, did it go |
| 10 | | directly on Colton or did it -- was it just |
| 11 | | in the cell? |
| 12 | A. | No, it didn't -- he had -- he was covered |
| 13 | | up. |
| 14 | Q. | He was covered up with the mace? |
| 15 | A. | Yeah, like he had planned it. |
| 16 | Q. | What do you mean he planned it? |
| 17 | A. | He basically plan, like, he -- he knew my |
| 18 | | reaction was going to be to mace him. |
| 19 | Q. | He would -- you mean he totally stayed |
| 20 | | covered up, you mean, like, he had, like, |
| 21 | | blankets -- |
| 22 | A. | Yeah, he had shirt up on him, and he had |
| 23 | | sheet already wrapped around. |
| 24 | Q. | So it sounds like he knew that that's what |
| 25 | | you were going to do? |

```
 1              C E R T I F I C A T E
 2              THIS CERTIFICATION IS VALID ONLY FOR
    A TRANSCRIPT ACCOMPANIED BY MY ORIGINAL
 3  SIGNATURE AND ORIGINAL REQUIRED SEAL ON THIS
    PAGE.
 4
                I, RAYNEL E. SCHULE, Certified Court
 5  Reporter, #77005, in good standing, in and for
    the State of Louisiana, as the officer before
 6  whom this testimony was taken, do hereby certify
    that FRANK EDWARDS, after having been duly sworn
 7  by me upon authority of R.S. 37:2554, did
    testify as hereinbefore set forth in the
 8  foregoing 60 pages; that this testimony was
    reported by me in stenotype reporting method,
 9  was prepared and transcribed by me or under my
    personal direction and supervision, and is a
10  true and correct transcript to the best of my
    ability and understanding; that the transcript
11  has been prepared in compliance with transcript
    format guidelines required by statute or by
12  rules of the Board, that I have acted in
    compliance with the prohibition on contractual
13  relationships, as defined by Louisiana Code of
    Civil Procedure Article 1434 and in rules and
14  advisory opinions of the Board; that I am not of
    counsel, not related to counsel or to the
15  parties herein, nor am I otherwise interested in
    the outcome of this matter.
16
17
18  8-7-2023         _____
    Date                   Raynel E. Schule, CSR
19                         Certified Shorthand Reporter
                           State of Louisiana
20
21
22
23
24
25
```