**UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF LOUISIANA**

| | |
|---|---|
| ALEX A., by and through his guardian, Molly Smith, *et al.*, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>JOHN BEL EDWARDS, in his official capacity as Governor of Louisiana, *et al.*,<br><br>Defendants. | Civ. Act. No. 3:22-CV-00573-SDD-RLB |

# EXHIBIT 3

# David Utter

| | |
|---|---|
| **From:** | David Utter |
| **Sent:** | Thursday, August 3, 2023 6:15 PM |
| **To:** | Connell Archey |
| **Cc:** | Allena McCain; David Shanies; Nancy Rosenbloom; Hector Linares; Corene Kendrick; Marisol Dominguez-Ruiz; Meghan Matt; Russell Barksdale; susan.meyers@splcenter.org; Tammie Gregg; Maddy Rabalais; Lem Montgomery; Anna Morris; Carly Chinn; rhaley@ronaldhaleylawfirm.com; Christopher Murell; Kim Griffin; Erica Boudreaux; Amy Baldwin |
| **Subject:** | Re: [External Email] RE: Alex A., Depositions- August 4 2023 depositions |

Connell,

Please provide the video from the body camera worn by Frank Edwards yesterday, August 2, 2023, including the use of mace or pepper spray on youth REDACTED.

Best,

David


David J. Utter, Esq.

The Claiborne Firm, P.C.

410 E. Bay Street

Savannah, GA 31401

(912) 236-9559

david@claibornefirm.com

***Disclaimers:***

**Notice: No duties are assumed, intended or created by this communication.** If you have not executed a fee contract or an engagement letter, this firm does *not* represent you as your attorney. You are encouraged to retain counsel of your choice if you desire to do so.

Disclosure under IRS Circular 230: Unless expressly stated otherwise, nothing contained in this communication (including any attachments) may be relied upon or used (1) by any taxpayer for the purpose of avoiding penalties that may be imposed under the Internal Revenue Code and/or (2) by any person to support the promotion or marketing of or to recommend any Federal tax transaction(s) or matter(s) addressed in this communication. Any taxpayer should seek independent tax advice with respect to any Federal tax transaction or matter addressed herein.

**Confidentiality Notice:** This email has been sent from a law firm. It may contain privileged and confidential information intended for the use of the person(s) named above. If you are not an intended recipient, you are hereby notified that any dissemination or duplication of the email is prohibited, and that there shall be no waiver of any privilege or confidence by your receipt of this transmission. If you have received this email in error, please notify us by collect telephone call and immediately delete this email.

**From:** Connell Archey <Connell.Archey@butlersnow.com>
**Sent:** Thursday, August 3, 2023 3:04 PM
**To:** 'Christopher Murell' <chris@murell.law>; Kim Griffin <Kim@claibornefirm.com>; David Utter <david@claibornefirm.com>
**Cc:** Allena McCain <Allena.McCain@butlersnow.com>; David Shanies <david@shanieslaw.com>; Nancy Rosenbloom <nrosenbloom@aclu.org>; Hector Linares <halinare@loyno.edu>; Corene Kendrick <ckendrick@aclu.org>; Marisol Dominguez-Ruiz <mdominguez-ruiz@aclu.org>; Meghan Matt <MMatt@laaclu.org>; Russell Barksdale <russellblaw@gmail.com>; susan.meyers@splcenter.org <susan.meyers@splcenter.org>; Tammie Gregg <tgregg@aclu.org>; Maddy Rabalais <Madaline.Rabalais@butlersnow.com>; Lem Montgomery <Lem.Montgomery@butlersnow.com>; Anna Morris <Anna.Morris@butlersnow.com>; Carly Chinn <Carly.Chinn@butlersnow.com>; rhaley@ronaldhaleylawfirm.com <rhaley@ronaldhaleylawfirm.com>; Erica Boudreaux <Erica.Boudreaux@butlersnow.com>; Amy Baldwin <Amy.Baldwin@butlersnow.com>
**Subject:** RE: [External Email] RE: Alex A., Depositions- August 4 2023 depositions

Chris,

Thank you for the reference to the bates number. The UOR on OJJ 06329 which references PPO Morrison and PPO Clark took place at ACY, not BCCY-WF.

So as we related, there are no Probation and Parole Officers at BCCY-WF, other than possibly for transport.

We trust that this satisfactorily explains the discrepancy.

Sincerely,
Connell

**Connell L. Archey**
**Butler Snow LLP**

D: (225) 325-8732 | F: (225) 325-8800
445 North Boulevard, Suite 300, Baton Rouge, LA 70802
Connell.Archey@butlersnow.com | vCard | Bio

Twitter | LinkedIn | Facebook | YouTube

**From:** Christopher Murell <chris@murell.law>
**Sent:** Thursday, August 3, 2023 1:49 PM
**To:** Connell Archey <Connell.Archey@butlersnow.com>; 'Kim Griffin' <Kim@claibornefirm.com>; David Utter <david@claibornefirm.com>
**Cc:** Allena McCain <Allena.McCain@butlersnow.com>; David Shanies <david@shanieslaw.com>; Nancy Rosenbloom <nrosenbloom@aclu.org>; Hector Linares <halinare@loyno.edu>; Corene Kendrick <ckendrick@aclu.org>; Marisol Dominguez-Ruiz <mdominguez-ruiz@aclu.org>; Meghan Matt <MMatt@laaclu.org>; Russell Barksdale <russellblaw@gmail.com>; susan.meyers@splcenter.org; Tammie Gregg <tgregg@aclu.org>; Maddy Rabalais <Madaline.Rabalais@butlersnow.com>; Lem Montgomery <Lem.Montgomery@butlersnow.com>; Anna Morris <Anna.Morris@butlersnow.com>; Carly Chinn <Carly.Chinn@butlersnow.com>; rhaley@ronaldhaleylawfirm.com; Erica Boudreaux <Erica.Boudreaux@butlersnow.com>; Amy Baldwin <Amy.Baldwin@butlersnow.com>
**Subject:** Re: [External Email] RE: Alex A., Depositions- August 4 2023 depositions

Mr. Archey,

PPO Clark and PPO Harrison are named in the discovery you provided us as interacting with youth on BN 6330. I assume y'all have a log of everyone in your facility interacting with youth. Please let us know if you truly do not know who all is in your facility. Otherwise, we will anticipate deposing both of them tomorrow.

Please have the JJS that you say are not available tomorrow able to be deposed this weekend or Monday.

For tomorrow, we will replace the 3 that cannot be there tomorrow with Ron Ennis, Jalencia Knighten, and, De'Shundra Elliot.

Chris

**From:** Connell Archey <Connell.Archey@butlersnow.com>
**Date:** Thursday, August 3, 2023 at 1:42 PM
**To:** 'Kim Griffin' <Kim@claibornefirm.com>, David Utter <david@claibornefirm.com>
**Cc:** Allena McCain <Allena.McCain@butlersnow.com>, Christopher Murell <chris@murell.law>, David Shanies <david@shanieslaw.com>, Nancy Rosenbloom <nrosenbloom@aclu.org>, Hector Linares <halinare@loyno.edu>, Corene Kendrick <ckendrick@aclu.org>, Marisol Dominguez-Ruiz <mdominguez-ruiz@aclu.org>, Meghan Matt <MMatt@laaclu.org>, Russell Barksdale <russellblaw@gmail.com>, susan.meyers@splcenter.org <susan.meyers@splcenter.org>, Tammie Gregg <tgregg@aclu.org>, Maddy Rabalais <Madaline.Rabalais@butlersnow.com>, Lem Montgomery <Lem.Montgomery@butlersnow.com>, Anna Morris <Anna.Morris@butlersnow.com>, Carly Chinn <Carly.Chinn@butlersnow.com>, rhaley@ronaldhaleylawfirm.com <rhaley@ronaldhaleylawfirm.com>, Erica Boudreaux <Erica.Boudreaux@butlersnow.com>, Amy Baldwin <Amy.Baldwin@butlersnow.com>
**Subject:** RE: [External Email] RE: Alex A., Depositions- August 4 2023 depositions

All,

Unfortunately, your list of possible witnesses for August 4 cannot be honored. There are no probation and parole officers at BCCY-WF and never has been. So "PPO Nick LNU," PPO "Morrison," and PPO "Clark" are unknown to us and cannot be produced. Further, JJS Patterson is on a trip to Monroe and unavailable until after lunch on Friday. JJS Simmons works the night shift and is not available on Friday. JJS Taylor has a funeral to attend.

So we propose Major Morreau at 1:00 and JJS Patterson at 2:00.

We need the witnesses that you want for Monday by 5:00 pm so we can prepare and adjust.

Please advise.

Connell

Connell L. Archey
**Butler Snow LLP**

D: (225) 325-8732 | F: (225) 325-8800
445 North Boulevard, Suite 300, Baton Rouge, LA 70802
Connell.Archey@butlersnow.com | vCard | Bio

Twitter | LinkedIn | Facebook | YouTube

**From:** Kim Griffin <Kim@claibornefirm.com>
**Sent:** Wednesday, August 2, 2023 7:20 PM
**To:** Connell Archey <Connell.Archey@butlersnow.com>; David Utter <david@claibornefirm.com>
**Cc:** Allena McCain <Allena.McCain@butlersnow.com>; Christopher Murell <chris@murell.law>; David Shanies <david@shanieslaw.com>; Nancy Rosenbloom <nrosenbloom@aclu.org>; Hector Linares <halinare@loyno.edu>; Corene Kendrick <ckendrick@aclu.org>; Marisol Dominguez-Ruiz <mdominguez-ruiz@aclu.org>; Meghan Matt <MMatt@laaclu.org>; Russell Barksdale <russellblaw@gmail.com>; susan.meyers@splcenter.org; Tammie Gregg <tgregg@aclu.org>; Maddy Rabalais <Madaline.Rabalais@butlersnow.com>; Lem Montgomery <Lem.Montgomery@butlersnow.com>; Anna Morris <Anna.Morris@butlersnow.com>; Carly Chinn <Carly.Chinn@butlersnow.com>; rhaley@ronaldhaleylawfirm.com; Erica Boudreaux <Erica.Boudreaux@butlersnow.com>; Amy Baldwin <Amy.Baldwin@butlersnow.com>
**Subject:** RE: [External Email] RE: Alex A., Depositions- August 4 2023 depositions

Please see below the zoom link for August 4, 2023.

Raynel Schule is inviting you to a scheduled Zoom meeting.

Topic: ALEX A, ET AL V. EDWARDS, ET AL
Time: Aug 4, 2023 09:00 AM Central Time (US and Canada)

Join Zoom Meeting
https://us02web.zoom.us/j/83702823967

Meeting ID: 837 0282 3967


Very truly yours,

**Kimberly A. Griffin**
**Paralegal to William R. Claiborne**
**Casey L. Redwine, and David Utter**

**The Claiborne Firm, P.C.**
**410 East Bay Street**
**Savannah, Georgia 31401**
Telephone: (912) 236-9559
Facsimile: (912) 236-1884
Cell Phone: (912) 695-4491
E-mail: kim@claibornefirm.com

**Confidentiality Notice** - This electronic mail transmission has been sent by a lawyer. It may contain information that is confidential, privileged, proprietary, or otherwise legally exempt from disclosure. If you are not the intended recipient, you are hereby notified that you are not authorized to read, print, retain, copy or disseminate this message, any part of it, or any attachments. If you have received this message in error, please delete this message and any attachments from your system without reading the content and notify the sender immediately of the inadvertent transmission. There is no intent on the part of the sender to waive any privilege, including the attorney-client privilege, that may attach to this communication. Thank you for your cooperation.

**IRS Circular 230 Disclosure** - To ensure compliance with requirements imposed by the IRS, we inform you that any U.S. federal tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting.