**UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF LOUISIANA**

| | |
|---|---|
| ALEX A., by and through his guardian, Molly Smith, *et al.*, individually and on behalf of all others similarly situated,<br><br>      Plaintiffs,<br><br>v.<br><br>JOHN BEL EDWARDS, in his official capacity as Governor of Louisiana, *et al.*,<br><br>      Defendants. | Civ. Act. No. 3:22-CV-00573-SDD-RLB |

# EXHIBIT 4



August 12, 2023

**Via Email and US Mail**
Connell Archey
Butler Snow
445 North Blvd., Suite 300
Baton Rouge, LA 70802

Allena McCain
Butler Snow
445 North Blvd., Suite 300
Baton Rouge, LA 70802

Lem Montgomery
1020 Highland Colony Parkway
Suite 1400
Ridgeland, MS 39158

RE: **DISCOVERY PRODUCTION IN EVIDENCE RE:** *SMITH v. EDWARDS, ET AL.*, **CASE NO. 3:22-cv-573 (M.D. La. CHIEF JUDGE DICK PRESIDING)**

Dear Mr. Archey, Ms. McCain, and Mr. Montgomery:

    Last week after the depositions of Curtis Nelson, Tamika Taylor, and Raschid Cormier, I spoke with Mr. Archey about certain outstanding discovery matters. This conversation built on my letters from August 4, 2023, our teams' email correspondence following that, our meet and confer on August 5, 2023, subsequent emails and requests to meet and confer, and other subsequent emails and phone discussions. For your convenience, I have attached both August 4, 2023 letters to the email accompanying this letter. We also write this understanding the Magistrate Judge's Orders in R. Docs. 200 & 201. In our August 7, 2023 discussion, I told you we were planning to appeal any adverse decisions from Judge Bourgeois about discovery, which we received the following day.

    Acting in good faith and in order to try to avoid unneeded time and expense in further litigation with trial around the corner, we again reiterate our substantively limited, non-burdensome, easily compiled demand for the following documents that are indisputably probative to the claims that will go before Chief Judge Dick. Each of these documents were requested with

2831 St. Claude Ave.
New Orleans, Louisiana  70117
504.358.0457 (P)
504.233.6691(F)
chris@murell.law
www.murell.law

specificity in correspondence well-before the unliteral August 7, 2023 fact discovery date you imposed, and to which Plaintiffs never agreed.

**Please let me know by noon tomorrow, August 13, 2023, which—if any—of these documents you will provide voluntarily and a time and date certain for each**. If your answer is that you will not provide the documents, or if you do not respond, we will be forced to file our appeal of the Magistrate's Order for these documents tomorrow afternoon. Please produce:

1. **Logbooks from the Communication Center.** Plaintiffs acknowledge the receipt of numerous entries from a logbook in your July 31, 2023 Discovery Production (Docs. 173-201 and 254-56). However, during the depositions, it was learned that there are four comprehensive logbooks at BCCY – Angola—one at each "Gate" by the tiers on which the children are housed, another in the classroom, and another made by the communication/control center. Testimony established both these logbooks should contain comprehensive entries of every person—staff, youth, educator, visitor, or other—who came and went from each area. From our review of discovery, it appears that the logbooks from the "Believe" and "Conquer" tiers were produced by you. **However, we do not have the logbooks from the communication center that logs in all persons to the BCCY - WF facility**. **Please produce these logs dating back to January 1, 2023**.

2. **Logbooks from the the Classrooms.** Related to #1, **Plaintiffs have not received the logbooks from classrooms that logs in all visitors to the BCCY -WF facility. Please produce these logs dating back to January 1, 2023**.

3. **All "Shift Packets" emailed or otherwise distributed to supervisors, as well as copies of the emails distributing the "shift packets."**. As developed in depositions, there are two shifts at BCCY-Angola each day—an AM shift and a PM shift. There is a "shift packet" that is created at the end of every shift and sent out to JJS5s, JJS6s, the Deputy Director, Director London, and people at OJJ Baton Rouge, including Curtis Nelson. These "shift packets" are distributed via email every day. These shift packets include: cell restrictions sheet as described above; a maintenance log; UORs; Use of Force reports—which was established yesterday by multiple witnesses are generated anytime force is used and are different from UORs; a list of children on cell restriction each day; other materials depending on the day. **Please produce all described materials dating back to January 1, 2023.**

4. **Emails Distributing the Shift Packets**. Related to the above, OJJ deponents described two daily emails with these shift packets addressed to Mr. Nelson, various OJJ supervisors and staff, and certain staff at BCCY – WF. **Please produce these emails, inclusive of the addressees to which the emails were sent, dating back to January 1, 2023**.

2831 St. Claude Ave.
New Orleans, Louisiana  70117
504.358.0457 (P)
504.233.6691(F)
chris@murell.law
www.murell.law

5. **All medical reports, cell restriction reports, use of force reports, UORs, medical records, logs, movement logs, body-worn camera, cell surveillance, or other documentation of REDACTED attempted suicide and his subsequent placement on "suicide watch."** As developed by numerous eyewitnesses and deponents, while youth REDACTED was detained at BCCY-Angola, he punched the wall of his cell injuring his hand. The following day, he expressed suicidal thoughts to a JJS and actually started attempting to cut himself with metal from the brace. JJSs, OSSs, and others responded to this call for help. REDACTED was put in a "turtle suit" and placed on what was alternately called "observation" or "suicide watch" by staff. This observation or suicide watch occurred for multiple days while REDACTED was in a single cell by himself on the tier. **Please produce all above-described materials related to this incident**.

6. **The documents relating to high temperatures and accommodations for youth at BCCY-WF previously identified in Plaintiffs' Requests for Production Nos. 12-18 and specified in my August 4, 2023 letter to you.** In our second August 4, 2023 to you, we followed up on specific requests for documents relating to temperatures and accommodations for the youth to high temperatures that were part of the RFPs initially propounded upon you. In our conversation last Saturday, Mr. Montgomery asked if we could reach resolution on this heat issue. We responded that we need to receive the discovery requested—either in the form of a production, or confirmation that documents requested do not exist—before we can engage in that reasonably conversation. Mr. Montgomery said that he would follow up with Mr. Archey about getting these documents so all parties could determine if resolution was a possibility. Since that time, regarding this topic, Plaintiffs have only received: Def. Doc 296 (Temp. Log from July 21-Aug. 3); Def. Doc. 345 (email regarding AC parts). **Please provide the documents requested in our RFPs and subsequently in August 4, 2023 correspondence—or confirm the existence of no responsive documents**.

7. **Body Worn Camera of the incident between JJS Frank Edwards Macing Youth REDACTED on August 2, 2023 from 3:15 p.m. to 4:30 p.m.** According to discovery provided, this incident occurred at approximately 3:47 p.m. (Def. Bates 7007) on August 2, 2023 and was witnessed by at least JJS Frank Edwards and JJS Daja McKinley, aand Plaintiffs seek this one-hour and fifteen minute body-worn camera be produced for these two JJSs. This footage was requested by David Utter via email on August 3, 2023.

8. **All Use of Force or Use of Intervention Reports**. As developed in deposition, every time that a staff member uses force or chemical agents with a child, they have to fill out a use of force report. In depositions, these were referred to as use of force reports, but it appears they may be labelled "Use of Intervention Incident" from review of discovery. *See* Def. Bates 7007. It was confirmed through multiple witnesses these use of force reports are different forms than the UORs that you previously disclosed. **Please produce all described materials dating back to January 1, 2023**.

2831 St. Claude Ave.
New Orleans, Louisiana  70117
504.358.0457 (P)
504.233.6691(F)
chris@murell.law
www.murell.law

Sincerely,

Christopher J. Murell

2831 St. Claude Ave.
New Orleans, Louisiana 70117
504.358.0457 (P)
504.233.6691(F)
chris@murell.law
www.murell.law