# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| ALEX A., by and through his guardian, Molly Smith, *et al.*, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>JOHN BEL EDWARDS, in his official capacity as Governor of Louisiana, *et al.*,<br><br>Defendants. | Civ. Act. No. 3:22-CV-00573-SDD-RLB |

# EXHIBIT 5

UNITED STATES DISTRICT COURT

THE MIDDLE DISTRICT OF LOUISIANA

ALEX A., by and through his          CIVIL ACTION NO. 3:22-cv-00573
guardian, Molly Smith; BRIAN B.;           SDD-RLB
and CHARLES C., by and through
his guardian, Kenione Rogers,
individually and on behalf of all
others similarly situated;

   Plaintiffs

V

GOVERNOR JOHN BEL EDWARDS, in his
Official capacity as Governor of
Louisiana; WILLIAM SOMMERS, in his
Capacity as Deputy Secretary of the
Office of Juvenile Justice,
JAMES M. LEBLANC, in his official
capacity as Secretary of the
Louisiana Department of
Corrections,

   Defendants

   DEPOSITION OF DAJA McKINLEY, given in the above-entitled cause, pursuant to the following stipulation, before Raynel E. Schule, Certified Shorthand Reporter in and for the State of Louisiana, at the Louisiana State Penitentiary, 17544 Tunica Trace, Angola, Louisiana, 70712, commencing at 1:45 o'clock p.m., on Thursday, the 3rd day of August, 2023.

```
 1                    I N D E X
 2                                              Page
 3   Caption                                      1
 4   Appearances                                  3
 5   Agreement of Counsel                         4
 6   Examination
 7        MR. MURELL            5
 8   Reporter's Certificate                      63
 9
10
```

```
 1   APPEARANCES:
 2
     For the Plaintiff:
 3
     MURELL LAW FIRM
 4   Attorney at Law
     BY:  CHRISTOPHER J. MURELL, ESQ.
 5   2831 St. Claude Avenue
     New Orleans, Louisiana   70117
 6
     and
 7
     BARKSDALE LAW
 8   Attorney at Law
     BY: RUSSELL BARKSDALE, ESQ.
 9   636 Baronne Street
     New Orleans, Louisiana   70113
10
11   For the Defendants:
12
     MESSRS. BUTLER SNOW, LLP
13   Attorneys at Law
     BY:  ALLENA W. McCAIN, ESQ.
14   City Plaza
     445 North Boulevard, Suite 300
15   Baton Rouge, Louisiana   70802
16
     ALSO PRESENT:  LINDA LONDON
17
18   PARTICIPANTS VIA ZOOM AT VARIOUS TIMES:
19   Hector Linares
     Lem Montgomery
20   Anna Morris
     Carly H. Chinn
21   Ashley Dalton
     Sara Godchaux
22
23
     Reported By:  Raynel E. Schule
24                 Certified Shorthand Reporter
                   State of Louisiana
25
```

S T I P U L A T I O N

It is stipulated and agreed by and among Counsel for the parties hereto that the deposition of DAJA McKINLEY is hereby being taken pursuant to the Federal Rules of Civil Procedure for all purposes in accordance with law;

That the formalities of reading and signing are specifically waived;

That the formalities of sealing, certification, and filing are hereby specifically waived.

That all objections, save those as to the form of the question and responsiveness of the answer, are hereby reserved until such time as this deposition or any part thereof is used or sought to be used in evidence.

\* \* \* \* \*

Raynel E. Schule, Certified Shorthand Reporter in and for the State of Louisiana, officiated in administering the oath to the witness.

```
 1   Q.   So on the Chemical Agent Log, you never
 2        said --
 3   A.   I signed mace out, but I have never used
 4        the mace.
 5   Q.   Okay.  So you've never used mace; you've
 6        never sprayed it on the tiers or in the
 7        cell?
 8   A.   No.
 9   Q.   Have you ever seen mace get sprayed on a
10        tier or in a cell?
11   A.   Yes.
12   Q.   How many times?
13   A.   Maybe twice.
14   Q.   Approximately when was that?  Was that,
15        like, back towards the beginning?  Was it
16        recently?
17   A.   I can't remember the date off the bat.
18   Q.   I'm just saying just generally, was it
19        closer to now or was it closer to when you
20        started here?
21   A.   Not when we started.  So it would be closer
22        to now.
23   Q.   What happened when the -- what cause -- was
24        it -- when the mace was specifically
25        sprayed on the tier, do you recall what
```

```
 1         caused those two times?
 2    A.   No, I -- I don't recall.
 3    Q.   When the mace was sprayed on the tier, do
 4         you remember if the kids on the tier were
 5         moved anywhere?
 6    A.   Yes.
 7    Q.   Were all of them moved?
 8    A.   I can't remember when it -- when it was
 9         sprayed.  I'm trying to think of a time,
10         but I can't really, but there have been
11         some times.
12    Q.   Was there a policy or protocol about moving
13         the kids when mace was sprayed on the tier?
14    A.   Not that I can think of.
15    Q.   In terms of -- do you remember a kid named
16         ███ ███ ███████?
17    A.   Huh-huh.  Yes.
18    Q.   He was on B Block, right?
19    A.   Yes.
20    Q.   Do you remember any incidents of where
21         force -- you-all had to use force with him?
22    A.   Yes.
23    Q.   Tell me about that.
24    A.   When they assaulted that man in the
25         classroom.
```

```
 1              C E R T I F I C A T E
 2              THIS CERTIFICATION IS VALID ONLY FOR
        A TRANSCRIPT ACCOMPANIED BY MY ORIGINAL
 3      SIGNATURE AND ORIGINAL REQUIRED SEAL ON THIS
        PAGE.
 4
                I, RAYNEL E. SCHULE, Certified Court
 5      Reporter, #77005, in good standing, in and for
        the State of Louisiana, as the officer before
 6      whom this testimony was taken, do hereby certify
        that DAJA McKINLEY, after having been duly sworn
 7      by me upon authority of R.S. 37:2554, did
        testify as hereinbefore set forth in the
 8      foregoing 62 pages; that this testimony was
        reported by me in stenotype reporting method,
 9      was prepared and transcribed by me or under my
        personal direction and supervision, and is a
10      true and correct transcript to the best of my
        ability and understanding; that the transcript
11      has been prepared in compliance with transcript
        format guidelines required by statute or by
12      rules of the Board, that I have acted in
        compliance with the prohibition on contractual
13      relationships, as defined by Louisiana Code of
        Civil Procedure Article 1434 and in rules and
14      advisory opinions of the Board; that I am not of
        counsel, not related to counsel or to the
15      parties herein, nor am I otherwise interested in
        the outcome of this matter.
16
17
18      8-5-2023          _____
        Date              Raynel E. Schule, CSR
19                        Certified Shorthand Reporter
                          State of Louisiana
20
21
22
23
24
25
```