UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

MINUTE ENTRY:
AUGUST 29, 2023
CHIEF DISTRICT JUDGE SHELLY D. DICK

| | |
|---|---|
| ALEX A. | CIVIL ACTION |
| VERSUS | |
| JON BEL EDWARDS, ET AL. | 22-573-SDD-RLB |

This matter came on this day for a continuation *Hearing on Preliminary Injunction*.

PRESENT:   David J. Utter, Esq.
   Nancy Rosenbloom, Esq.
   Marisol J. Domingues-Ruiz, Esq.
   Meghan K. Matt, Esq.
   Susan M. Meyers, Esq.
   Ashley Dalton, Esq.
   Russell D. Barksdale, Esq.
   Christopher James Murell, Esq.
   Counsel for Plaintiffs

   Connell Lee Archey, Esq.
   Allena Brooke McCain
   Lemuel E. Montgomery, III, Esq.
   Carly H. Chinn, Esq.
   Anna Morris, Esq.
   Madaline King Rabalais, Esq.
   Counsel for Office of Juvenile Justice

Defendant moves for *Rule 50 Judgment as a Matter of Law* as to Plaintiffs' case in chief.

Parties present argument.

For oral reasons given, the Court grants the *Motion,* only as to the heat claim.

The following persons are sworn and testify:

   Sandra Bryant
   Lt. Col. Travion Gordon

Exhibits filed.

Court recesses until Wednesday, August 30, 2023, at 9:00 a.m.

* * * * *

C: 13b;T-7 hrs.
S. Thompson/Reporter