UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

MINUTE ENTRY:
AUGUST 30, 2023
CHIEF DISTRICT JUDGE SHELLY D. DICK

ALEX A.                                                                    CIVIL ACTION

VERSUS
                                                                           22-573-SDD-RLB

JON BEL EDWARDS, ET AL.


This matter came on this day for a continuation *Hearing on Preliminary Injunction*.

PRESENT:     David J. Utter, Esq.
             Nancy Rosenbloom, Esq.
             Marisol J. Domingues-Ruiz, Esq.
             Meghan K. Matt, Esq.
             Susan M. Meyers, Esq.
             Ashley Dalton, Esq.
             Russell D. Barksdale, Esq.
             Christopher James Murell, Esq.
             Counsel for Plaintiffs

             Connell Lee Archey, Esq.
             Allena Brooke McCain
             Lemuel E. Montgomery, III,
             Esq.
             Carly H. Chinn, Esq.
             Anna Morris, Esq.
             Madaline King Rabalais, Esq.
             Counsel for Office of Juvenile Justice

Lt. Col. Travion Gordon resumes his testimony.

Linda London is sworn and testifies.

The court ordered the court reporter to redact juvenile names from the record.

Shenell Deville is sworn and testifies.

The court ordered the court reporter to redact juvenile names from the record.

Proffered exhibits placed on the record.

Court resumes.

Defendant rests.

There having been no rebuttal, the Court takes this matter under advisement.

Response to the *Motion for Spoliation Sanctions Regarding Absence of Body-Worn Camera Footage*[1] shall be filed by September 5, 2023.

The Court will issue its ruling from the Bench on September 8, 2023, at 11:00 a.m.

The Court orders that the record should reflect that Defendants oppose the *Motion for Preliminary Injunction*[2] and have not waived any defense because the Court has precluded post hearing briefing/opposition briefing.

Defendants re-urge their *Motion to Dismiss under Article III*.  The Court takes under advisement and will rule on September 8, 2023.

Court is adjourned.

\* \* \* \* \*

C:  13b;T-5.5 hrs.
S. Thompson/Reporter

---

[1] Rec. Doc. 242.
[2] Rec. Doc. 163.