United States District Court
Louisiana Middle District
Exhibits Log: 22CV00573-SDD-RLB Motion Hearing before the DJ
Smith v. Edwards, Motion Hearing before the DJ, 8/15/2023

| EXHIBIT | DESCRIPTION | RLS | SEAL |
| --- | --- | --- | --- |
| Pla-080 | Cell Restriction Time Limit | No | No |
| Pla-085 | TTU Cog Behaviorial Activity Worksheetsdoc OCT | No | No |
| Pla-089 | Chemical Agent Logs | No | No |
| Pla-092 | WFCY Power Outages Log 725 | No | No |
| Pla-093 | REDACTED GATE LOGS June and July 2023 (replacement) | No | No |
| Pla-116 | REDACTED - SAME AS 318 - Cell Restrictions Logs1 | No | No |
| Pla-147 | REDACTED FAMILY CONTACT NOTES (replacement) | No | No |
| Pla-158 | REDACTED COC 6223 (replacement) | No | No |
| Pla-160-a | REDACTED Believe Security Log 61-72623 (replacement) | No | No |
| Pla-160-b | REDACTED Believe Security Log 61-72623 (replacement) | No | No |
| Pla-160-c | REDACTED Believe Security Log 61-72623 (replacement) | No | No |
| Pla-162 | REDACTED Conquer Security Log 61-72023 (replacement) | No | No |
| Pla-175 | REDACTED SPECIAL ED REPORTS (replacement) | No | No |
| Pla-207 | REDACTED BELIEVE TIER LOG JULY 3 to JULY 12 (replacement) | No | No |
| Pla-231 | Resume | No | No |
| Pla-233 | SSD | No | No |
| Pla-246 | REDACTED - SAME AS 319 - Cell Restriction Activity Logs2 (replacement) | No | No |
| Pla-258 | REDACTED - SAME AS 406 - Cell Restriction and Activity Schedule 6123-6823 (replacement) | No | No |
| Pla-259 | Cell Restriction and Activity Schedule 69-61323 | No | Yes |
| Pla-260 | REDACTED - SAME AS 408 - Cell Restriction and Activity Schedule 61423-61923 (replacement) | No | No |
| Pla-261 | REDACTED - SAME AS 409 - Cell Restriction and Activty Schedule 62023 - 63023 (replacement) | No | No |
| Pla-275 | REDACTED HEARING TRANSCRIPT JULY 24 2023 (replacement) | No | No |
| Pla-281 | Patrick McCarthy CV | No | No |
| Pla-309 | Joe Gagnon CV | No | No |
| Pla-310 | Susi Vassallo CV | No | No |
| Pla-316 | Joe Gagnon Amended Report -- Appx A | No | No |
| Pla-318 | REDACTED CELL RESTRICTION LOGS 1 (1) | No | No |
| Pla-319 | REDACTED CELL RESTRICTION LOGS 2 (1) | No | No |
| Pla-320 | REDACTED CELL RESTRICTION DEMONSTRATIVE | No | No |
| Pla-410-a | body cam video macing (replacement) | No | No |
| Pla-410-b | body cam video macing (replacement) | No | No |
| Pla-410-c | body cam video macing (replacement) | No | No |
| Pla-410-d | body cam video macing (replacement) | No | No |
| Pla-410-e | body cam video macing (replacement) | No | No |
| Pla-410-f | body cam video macing (replacement) | No | No |
| Pla-418 | REDACTED Child Find Survey (replacement) | No | No |
| Pla-419 | REDACTED SPECIAL EDU FILES (replacement) | No | No |
| Pla-422 | REDACTED Education Records072723 (replacement) | No | No |
| Pla-423 | REDACTED WFEducation Records072723 (replacement) | No | No |


| EXHIBIT | DESCRIPTION | RLS | SEAL |
|---|---|---|---|
| Pla-424 | REDACTED Education Records072723 (replacement) | No | No |
| Pla-425 | REDACTED Education Records072723 (replacement) | No | No |
| Pla-426 | REDACTED Education Records072723 (replacement) | No | No |
| Pla-427 | REDACTED Education Records072723 (replacement) | No | No |
| Pla-428 | REDACTED Education Records072723 (replacement) | No | No |
| Pla-429 | REDACTED Education Records072723 (replacement) | No | No |
| Pla-430 | REDACTED Education Records072723 (replacement) | No | No |
| Pla-431 | REDACTED Education Records072723 (replacement) | No | No |
| Pla-432 | REDACTED Education Records072723 (replacement) | No | No |
| Pla-433 | REDACTED Education Records072723 (replacement) | No | No |
| Pla-434 | REDACTED Education Records072723 (replacement) | No | No |
| Pla-435 | REDACTED Education Records072723 (replacement) | No | No |
| Pla-436 | REDACTED Education Records072723 (replacement) | No | No |
| Pla-437 | REDACTED Education Records072723 (replacement) | No | No |
| Pla-440-a | surveillance video macing split 4 (replacement) | No | No |
| Pla-440-b | surveillance video macing split 3 (replacement) | No | No |
| Pla-440-c | surveillance video macing split 3 (replacement) | No | No |
| Pla-441-a | surveillance video macing split 4 (replacement) | No | No |
| Pla-441-b | surveillance video macing split 4 (replacement) | No | No |
| Pla-441-c | surveillance video macing split 4 (replacement) | No | No |
| Pla-443 | REDACTED STATUS REPORT | No | No |
| Def-101 | TTU Program Summary | No | No |
| Def-102 | TTU Youth Handbook | No | No |
| Def-116 | Curriculum for BHTU Repeaters | No | No |
| Def-118 | TTU Presentation July 2023 | No | No |
| Def-119 | TTU Supplemental Curriculum Lessons Youthdoc OCT | No | No |
| Def-121 | Architect Field Report 07212023 | No | No |
| Def-157 | REDACTED Incident 6 (replacement) | No | No |
| Def-158 | New REDACTED Youth 10- incident 7 | No | No |
| Def-159 | REDACTED Youth 10 Charles C- incident 7 (replacement) | No | No |
| Def-162 | REDACTED Events (replacement) | No | No |
| Def-163 | Destroyed property used as weapons | No | No |
| Def-164 | Damaged Windows and Property | No | No |
| Def-167 | WF Revised Youth Schedule 1122023 | No | No |
| Def-214 | REDACTED UOR 7-15 (replacement) | No | No |
| Def-215 | Behavior Improvement Plan | No | No |
| Def-218 | REDACTED Youth 10 - 2 - Final (replacement) | No | No |
| Def-222-a | New PROFFER REDACTED Youth 6 Records | No | No |
| Def-228 | REDACTED Youth 06 - 7 (replacement) | No | No |
| Def-233 | New REDACTED Daniel D TTU | No | No |
| Def-234 | REDACTED Daniel D TTU1 - Final (replacement) | No | No |
| Def-240 | New REDACTED Daniel D5 | No | No |
| Def-253 | TTU WKBK | No | No |
| Def-258 | New REDACTED COC 6323 | No | No |

| EXHIBIT | DESCRIPTION | RLS | SEAL |
|---|---|---|---|
| Def-310 | Tier Windows Repair | No | No |
| Def-341 | New REDACTED Charles C | No | No |
| Def-344 | REDACTED Youth 10 - 1 - Final2 (replacement) | No | No |
| Def-351 | New REDACTED WF Call Logs and Messages | No | No |
| Def-366 | ORG CHART BCCY -WF | No | No |
| Def-379 | PD - JJS 123 36228-ACY | No | No |
| Def-386 | SSD | No | No |
| Def-387 | Cell Restriction Time Limit | No | No |
| Def-396 | WFCY Tier Temperature Log 721-832023 | No | No |
| Def-399 | New REDACTED Youth 05 | No | No |
| Def-401 | REDACTED Youth 05 - 1 (replacement) | No | No |
| Def-428 | REDACTED Charles C Binder (replacement) | No | No |
| Def-446 | 1 Site Visit 81123 | No | No |
| Def-447 | 2 Site Visit 81123 | No | No |
| Def-448 | 3 Site Visit 81123 | No | No |
| Def-449 | 4 Site Visit 81123 | No | No |
| Def-450 | 5 Site Visit 81123 | No | No |
| Def-451 | 6 Site VIsit 81123 | No | No |
| Def-452 | 7 Site Visit 81123 | No | No |
| Def-453 | 8 Site Visit 81123 | No | No |
| Def-454 | 9 Site Visit 81123 | No | No |
| Def-455 | 10 Site Visit 81123 | No | No |
| Def-456 | 11 Site Visit 81123 | No | No |
| Def-457 | 12 Site Visit 81123 | No | No |
| Def-458 | 13 Site Visit 81123 | No | No |
| Def-459 | 14 Site Visit 81123 | No | No |
| Def-460 | 15 Site Visit 81123 | No | No |
| Def-461 | 16 Site Visit 81123 | No | No |
| Def-462 | 17 Site Visit 81123 | No | No |
| Def-463 | 18 Site Visit 81123 | No | No |
| Def-465 | 20 Site Visit 81123 | No | No |
| Def-466 | 21 Site Visit 81123 | No | No |
| Def-467 | 22 Site Visit 81123 | No | No |
| Def-468 | 23 Site Visit 81123 | No | No |
| Def-469 | 24 Site Visit 81123 | No | No |
| Def-470 | 25 Site Visit 81123 | No | No |
| Def-471 | 26 Site Visit 81123 | No | No |
| Def-472 | 27 Site Visit 81123 | No | No |
| Def-473 | 28 Site Visit 81123 | No | No |
| Def-474 | 29 Site Visit 81123 | No | No |
| Def-475 | 30 Site Visit 81123 | No | No |
| Def-476 | 31 Site Visit 81123 | No | No |
| Def-477 | 32 Site Visit 81123 | No | No |
| Def-478 | 33 Site Visit 81123 | No | No |

| EXHIBIT | DESCRIPTION | RLS | SEAL |
|---|---|---|---|
| Def-479 | 34 Site Visit 81123 | No | No |
| Def-480 | 35 Site Visit 81123 | No | No |
| Def-481 | 36 Site Visit 81123 | No | No |
| Def-483 | Calendar for OJJ Schools 2022-2023 | No | No |
| Def-535 | B53 Administrative Remedy Procedure | No | No |
| Def-539 | Underwood Ex A - CV | No | No |
| Def-541 | PROFFER REDACTED April Cell Restrictions (replacement) | No | No |
| Def-544 | PROFFER REDACTED January Cell Restrictions (replacement) | No | No |
| Def-545 | PROFFER REDACTED February Cell Restrictions (replacement) | No | No |
| Def-546 | PROFFER REDACTED January UORs (replacement) | No | No |
| Def-547 | PROFFER REDACTED February UORs (replacement) | No | No |
| Def-548 | PROFFER REDACTED March UORs (replacement) | No | No |
| Def-549 | PROFFER REDACTED April UORs (replacement) | No | No |
| Def-550 | PROFFER REDACTED May UORs (replacement) | No | No |
| Def-551 | REDACTED June UORs - Previously Produced (replacement) | No | No |
| Def-552 | NEW REDACTED July UORs - Previously Produced (replacement) | No | No |
| Def-553 | PROFFER REDACTED March cell restriction logs (replacement) | No | No |
| Def-554 | PROFFER REDACTED May cell restriction logs (replacement) | No | No |
| Def-555 | REDACTED June cell restriction logs - Previously Produced (replacement) | No | No |
| Def-556 | REDACTED July cell restriction logs - Previously Produced (replacement) | No | No |
| Def-557 | REDACTED August cell restriction logs - Previously Produced (replacement) | No | No |
| Def-558 | PROFFER Cell Restriction Charts (replacement) | No | No |
| Def-559 | REDACTED Bryant COC Chart | No | No |
| Def-564 | REDACTED Charles C Deposition Transcript (replacement) | No | No |
| Def-565 | REDACTED Daniel D Deposition Transcript (replacement) | No | No |
| Def-569 | Shank Photo | No | No |