UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

MINUTE ENTRY:
SEPTEMBER 8, 2023
CHIEF DISTRICT JUDGE SHELLY D. DICK

ALEX A.                                                                         CIVIL ACTION

VERSUS

                                                                                22-573-SDD-RLB

JON BEL EDWARDS, ET AL.

This matter came on this day for the Court's *Ruling on Motion for Preliminary Injunction*.

> PRESENT:    David J. Utter, Esq.
> Meghan K. Matt, Esq.
> Counsel for Plaintiffs
>
> Connell Lee Archey, Esq.
> Allena Brooke McCain
> Lemuel E. Montgomery, III, Esq.
> Carly H. Chinn, Esq.
> Anna Morris, Esq.
> Counsel for Office of Juvenile Justice

For the oral reasons given, the Plaintiffs' Second Motion for Preliminary Injunction is GRANTED.[1]

Defendants are hereby enjoined from housing youth in The Office of Juvenile Justice custody at BCCY-WF referred to herein as Angola.

Defendants are ordered to move the youth from the Angola facility, the BCCY-WF, no later than Friday, September 15th, 2023.

The Court will issue a written ruling consistent with the reasons given today from the bench which will cite the law and evidence relied upon by the Court this morning.

---

[1] Rec. Doc. 163.

Court is adjourned.

* * * * *

C:  13b;T-.75 hrs.
S. Thompson/Reporter