# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| ALEX A., by and through his guardian, MOLLY SMITH; BRIAN B.; and CHARLES C., by and through his guardian, Kenione Rogers, individually and on behalf of all others similarly situated, | ) ) ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civ. A. No. 3:22-CV-00573-SDD-RLB |
| GOVERNOR JOHN BEL EDWARDS, in his official capacity as Governor of Louisiana; WILLIAM SOMMERS, in his official capacity as Deputy Secretary of the Office of Juvenile Justice, JAMES M. LEBLANC, in his official capacity as Secretary of the Louisiana Department of Public Safety & Corrections, | ) ) ) ) ) ) ) ) ) ) | **DEFENDANTS' NOTICE OF APPEAL** |
| Defendants. | ) | |

Notice is given that Defendants John Bel Edwards, in his official capacity as Governor of Louisiana; Otha "Curtis" Nelson,[1] in his official capacity as Deputy Secretary of the Office of Juvenile Justice; and James M. LeBlanc, in his official capacity as Secretary of the Louisiana Department of Public Safety & Corrections (collectively "Defendants") in the above-referenced case, appeal the following orders to the United States Court of Appeals for the Fifth Circuit:

1. Order granting Plaintiffs' Motion for Preliminary Injunction, announced on September 8, 2023, and memorialized in the Minute Entry (Dkt.257);

---

[1] William Sommers resigned as Deputy Secretary of the Office of Juvenile Justice in November 2022, and Otha "Curtis" Nelson was appointed as Deputy Secretary of the Office of Juvenile Justice. Accordingly, Deputy Secretary Nelson is substituted in place of former Deputy Secretary Sommers as a Defendant in this matter.

2. Ruling [Dkt. 243] granting Plaintiffs' Motion for Class Certification [Dkt. 99], entered on August 31, 2023;

3. Order granting Plaintiffs' Motion to Exclude the Expert Witness Testimony of Lee Underwood, Psy.D., announced on August 17, 2023 [Dkt. 231];

4. Order denying Defendants' oral Motion in Limine to exclude the expert testimony of Plaintiffs' designated expert, Patrick McCarthy, Ph.D., announced on August 17, 2023 [Dkt. 231];

5. Order denying in part Defendants' Motion for Judgment as a Matter of Law on Plaintiffs' Motion for Preliminary Injunction, announced on August 29, 2023 [Dkt. 245]; and

6. Ruling excluding from evidence the Unusual Occurrence Reports and Cell Restriction Logs demonstrating and explaining OJJ's use of cell restriction during the months of January 2023 through May 2023, announced on August 29, 2023 and August 30, 2023.

Dated: September 11, 2023

Respectfully submitted,

BY: /s/ Lemuel E. Montgomery III
Connell Archey (#20086)
Randal J. Robert (#21840)
Allena McCain (#38830)
Madaline King Rabalais(#38301)
BUTLER SNOW LLP
445 North Boulevard, Suite 300 (70802)
P.O. Box 2997
Baton Rouge LA  70821-2997
Telephone:    (225) 325-8700
Facsimile:     (225) 325-8800
Connell.Archey@butlersnow.com
Randy.Robert@butlersnow.com
Madaline.Rabalais@butlersnow.com

Allena.McCain@butlersnow.com

Lemuel E. Montgomery III (pro hac vice)
Kyle V. Miller (pro hac vice)
Anna Morris (pro hac vice)
Carly Chinn (pro hac vice)
BUTLER SNOW LLP
1020 Highland Colony Parkway, Suite 1400
Ridgeland, MS 39157
Telephone: (601) 948-5711
Facsimile: (601) 985-4500
Lem.Montgomery@butlersnow.com
Kyle.Miller@butlersnow.com
Anna.Morris@butlersnow.com
Carly.Chinn@butlersnow.com

Counsel for Defendants
GOVERNOR JON BEL EDWARDS, in his official capacity as Governor of Louisiana; WILLIAM SOMMERS, in his official capacity as Deputy Secretary of the Office of Juvenile Justice; and JAMES M. LEBLANC, in his official capacity as Secretary of the Louisiana Department of Public Safety & Corrections

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing has this day been filed electronically with the Clerk of Court using the CM/ECF system, which will deliver notice of this filing to all counsel of record.

Baton Rouge, Louisiana this 11th day of September, 2023.

                                                     */s/ Lemuel E. Montgomery*

82183230.v3