IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| ALEX A., by and through his guardian, MOLLY SMITH, BRIAN B.; and CHARLES C., by and through his guardian, KENIONE ROGERS, individually and on behalf of all other similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> GOVERNOR JOHN BEL EDWARDS, in his official capacity as Governor of Louisiana; WILLIAM SOMMERS, in his official capacity as Deputy Secretary of the Office of Juvenile Justice, JAMES M. LEBLANC, in his official capacity as Secretary of the Louisiana Department of Public Safety & Corrections, <br><br> Defendants. | Civ. A. No. 3:22-CV-00573-SDD-RLB <br><br><br> **DEFENDANTS' MOTION TO STAY PRELIMINARY INJUNCTION PENDING APPEAL** |

Defendants[1] move the Court to stay its Order granting Plaintiffs' Motion for Preliminary Injunction (Ex. A (Dkt. 163)), pending the resolution of Defendants' appeal of that Order to the United States Court of Appeals for the Fifth Circuit.

1. The Court has ordered a Preliminary Injunction requiring Defendants to remove all youth from OJJ's Bridge City Center for Youth at West Feliciana ("BCCY-WF") by no later than Friday, September 15, 2023.

2. Defendants filed their Notice of Appeal and intend to seek review of the Preliminary Injunction from the United States Court of Appeals for the Fifth Circuit.

---

[1] "Defendants" refers collectively to the named defendants. Otha "Curtis" Nelson, Jr. is the Deputy Secretary of the Louisiana Office of Juvenile Justice ("OJJ").

3. Defendants request that the Court enter an order staying the Preliminary Injunction pending appeal.

4. The stay should be granted because:

   a. The Preliminary Injunction poses a substantial risk of physical injury to all youth in OJJ's custody, to OJJ staff, and to the public;

   b. The Preliminary Injunction injures Defendants due to its intrusion in State affairs;

   c. The public interest is served by staying the Preliminary Injunction;

   d. Defendants have a substantial likelihood of succeeding on the merits of the appeal and the underlying litigation because: (a) Plaintiffs failed to exhaust their administrative remedies under the PLRA; (b) the Preliminary Injunction is not narrowly tailored and is not the least intrusive means to correct the alleged harm, as required by the PLRA; (c) the Preliminary Injunction constitutes a "prisoner release order" that does not comply with PLRA requirements; and (d) Plaintiffs cannot establish deliberate indifference; and

   e. A stay of the Preliminary Injunction poses no risk of injury to Plaintiffs.

For these reasons, and as more fully set forth in Defendants' Brief in Support of Motion to Stay Preliminary Injunction Pending Appeal, the Court should stay the Preliminary Injunction pending appeal.

Dated: September 11, 2023

                Respectfully submitted,

                BY:   */s/ Lemuel E. Montgomery III*
                        Connell Archey (#20086)
                        Randal J. Robert (#21840)
                        Allena McCain (#38830)

Madaline King Rabalais (#38301)
BUTLER SNOW LLP
445 North Boulevard, Suite 300 (70802)
P.O. Box 2997
Baton Rouge LA  70821-2997
Telephone:    (225) 325-8700
Facsimile:     (225) 325-8800
Connell.Archey@butlersnow.com
Randy.Robert@butlersnow.com
Allena.McCain@butlersnow.com
Madaline.Rabalais@butlersnow.com

Lemuel E. Montgomery III (pro hac vice)
Kyle V. Miller (pro hac vice)
Anna Morris (pro hac vice)
Carly Chinn (pro hac vice)
BUTLER SNOW LLP
1020 Highland Colony Parkway, Suite 1400
Ridgeland, MS 39157
Telephone: (601) 948-5711
Facsimile: (601) 985-4500
Lem.Montgomery@butlersnow.com
Kyle.Miller@butlersnow.com
Anna.Morris@butlersnow.com
Carly.Chinn@butlersnow.com

Counsel for Defendants
GOVERNOR JOHN BEL EDWARDS, in his official capacity as Governor of Louisiana; WILLIAM SOMMERS, in his official capacity as Deputy Secretary of the Office of Juvenile Justice; and JAMES M. LEBLANC, in his official capacity as Secretary of the Louisiana Department of Public Safety & Corrections

## CERTIFICATE OF SERVICE

    I hereby certify that a copy of the above and foregoing has this day been filed electronically with the Clerk of Court using the CM/ECF system, which will deliver notice of this filing to all counsel of record.

    Baton Rouge, Louisiana this 11th day of September, 2023.

                                          */s/ Lemuel E. Montgomery III*

82380084.v1