**UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF LOUISIANA**

| | |
|---|---|
| ALEX A., et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>GOVERNOR JOHN BEL EDWARDS, et al.,<br><br>    Defendants. | Civil Action No. 3:22-cv-573-SDD-RLB |

# EXHIBIT 2

# David Utter

| | |
|---|---|
| **From:** | David Utter |
| **Sent:** | Friday, September 1, 2023 6:58 AM |
| **To:** | Connell Archey; Lem Montgomery; Erica Boudreaux; Allena McCain; Maddy Rabalais; Anna Morris; Carly Chinn; Amy Baldwin |
| **Cc:** | David Shanies; Nancy Rosenbloom; Hector Linares; Corene Kendrick; Marisol Dominguez-Ruiz; Meghan Matt; russellblaw@gmail.com; Susan Meyers; Tammie Gregg; rhaley@ronaldhaleylawfirm.com; Kim Griffin; Christopher Murell |
| **Subject:** | Fw: Activity in Case 3:22-cv-00573-SDD-RLB Smith v. Edwards, et al Order on Motion to Certify Class |

Counsel,

Please provide a list of youth and their location as of yesterday's date, August 31. Plaintiffs will plan to visit class members next week.

David

David J. Utter, Esq.

The Claiborne Firm, P.C.

410 E. Bay Street

Savannah, GA 31401

(912) 236-9559

david@claibornefirm.com

***Disclaimers:***

***Notice: No duties are assumed, intended or created by this communication.*** If you have not executed a fee contract or an engagement letter, this firm does *not* represent you as your attorney. You are encouraged to retain counsel of your choice if you desire to do so.

Disclosure under IRS Circular 230: Unless expressly stated otherwise, nothing contained in this communication (including any attachments) may be relied upon or used (1) by any taxpayer for the purpose of avoiding penalties that may be imposed under the Internal Revenue Code and/or (2) by any person to support the promotion or marketing of or to recommend any Federal tax transaction(s) or matter(s) addressed in this communication. Any taxpayer should seek independent tax advice with respect to any Federal tax transaction or matter addressed herein.

**Confidentiality Notice:** This email has been sent from a law firm. It may contain privileged and confidential information intended for the use of the person(s) named above. If you are not an intended recipient, you are hereby notified that any dissemination or duplication of the email is prohibited, and that there shall be no waiver of any privilege or confidence by your receipt of this transmission. If you have received this email in error, please notify us by collect telephone call and immediately delete this email.

**From:** enoticing@lamd.uscourts.gov <enoticing@lamd.uscourts.gov>
**Sent:** Thursday, August 31, 2023 3:07 PM
**To:** Courtmail@lamd.uscourts.gov <Courtmail@lamd.uscourts.gov>
**Subject:** Activity in Case 3:22-cv-00573-SDD-RLB Smith v. Edwards, et al Order on Motion to Certify Class

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.

***NOTE TO PUBLIC ACCESS USERS*** There is no charge for viewing opinions.

U.S. District Court

Middle District of Louisiana

## Notice of Electronic Filing

The following transaction was entered on 8/31/2023 at 2:07 PM CDT and filed on 8/31/2023
**Case Name:**     Smith v. Edwards, et al
**Case Number:**   3:22-cv-00573-SDD-RLB
**Filer:**
**Document Number:** 243

**Docket Text:**
**RULING granting [99] Motion for Class Certification. Signed by Chief Judge Shelly D. Dick on 8/31/2023. (SWE)**

**3:22-cv-00573-SDD-RLB Notice has been electronically mailed to:**

Allena Brooke McCain     allena.mccain@butlersnow.com, cindy.grantham@butlersnow.com, ecf.notices@butlersnow.com, erica.boudreaux@butlersnow.com, violet.lacour@butlersnow.com

Anna Little Morris     anna.morris@butlersnow.com

Ashley Dalton     ashley.dalton@splcenter.org

Christopher James Murell     chris@murell.law

Connell Lee Archey     connell.archey@butlersnow.com, allena.mccain@butlersnow.com, ecf.notices@butlersnow.com, keith.fernandez@butlersnow.com, violet.lacour@butlersnow.com

David B. Shanies     david@shanieslaw.com, 8019573420@filings.docketbird.com

David J. Utter     david@claibornefirm.com, alexx@claibornefirm.com, alexx@fairfightinitiative.org, david@fairfightinitiative.org, kim@claibornefirm.com, kim@fairfightinitiative.org, will@claibornefirm.com

Hector Linares     halinare@loyno.edu

Kyle V. Miller     kyle.miller@butlersnow.com

Lauren Winkler     lauren.winkler@splcenter.org

Lemuel E. Montgomery , III     lem.montgomery@butlersnow.com, ecf.notices@butlersnow.com, gina.lewis@butlersnow.com, kyle.miller@butlersnow.com

Madaline King Rabalais     madaline.rabalais@butlersnow.com, ecf.notices@butlersnow.com, erica.boudreaux@butlersnow.com

Meghan K. Matt    mmatt@laaclu.org, nahmed@laaclu.org

Nancy Rosenbloom    nrosenbloom@aclu.org, jcarns@aclu.org, sweaver@aclu.org

Ronald S. Haley , Jr    rhaley@ronaldhaleylawfirm.com

Russell D Barksdale    russellblaw@gmail.com

Sara Helene Godchaux    sara.h.godchaux@gmail.com, halinare@loyno.edu, shgodcha@loyno.edu

Susan M. Meyers    susan.meyers@splcenter.org, jkrantz@advocacyla.org, mmatte@advocacyla.org

William R. Claiborne    will@claibornefirm.com, alice@claibornefirm.com, kim@claibornefirm.com, notices@claibornefirm.com

**3:22-cv-00573-SDD-RLB Notice has been delivered by other means to:**
The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1077641870 [Date=8/31/2023] [FileNumber=2770118-0
] [29e157e14f23e504eda1b690b61ee32de0f1a502c398182386b1c012a9eab06e4f8
14b4888bec236c34d263082d6f40bcf17dff6e49a9de73d61f1269ee05a1a]]

3