**UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF LOUISIANA**

| | |
|---|---|
| ALEX A., et al., <br><br> Plaintiffs, <br><br> v. <br><br> GOVERNOR JOHN BEL EDWARDS, et al., <br><br> Defendants. | Civil Action No. 3:22-cv-573-SDD-RLB |

# EXHIBIT 3

# David Utter

| | |
|---|---|
| **From:** | David Utter |
| **Sent:** | Monday, September 11, 2023 12:38 PM |
| **To:** | Connell Archey; Maddy Rabalais; Allena McCain; Carly Chinn; Erica Boudreaux; Amy Baldwin; Lem Montgomery; Anna Morris |
| **Cc:** | David Shanies; Nancy Rosenbloom; Hector Linares; Marisol Dominguez-Ruiz; Meghan Matt; Russell Barksdale; susan.meyers@splcenter.org; Tammie Gregg; rhaley@ronaldhaleylawfirm.com; Kim Griffin; Christopher Murell; Ashley Dalton; Samantha Weaver; Rachel Epner |
| **Subject:** | Alex A visits and class notice |
| **Attachments:** | 20230911 Class Notice.pdf |

Folks,

Plaintiffs will plan to visit their clients who are currently being held in the OJJ facility on the grounds of Angola on Thursday, September 14, 2023. Please let us know what time is best for the facility. Ideally we'd like to meet with all of the youth at once, or in small groups.

In addition, we propose the following class notice to be provided to all youth currently held in the OJJ facility on the grounds of Angola. Please let us know if you agree to circulate it to the youth held there.

David

David J. Utter, Esq.
The Claiborne Firm, P.C.
410 E. Bay Street
Savannah, GA 31401
(912) 236-9559
david@claibornefirm.com

***Disclaimers:***

***Notice: No duties are assumed, intended or created by this communication.*** If you have not executed a fee contract or an engagement letter, this firm does *not* represent you as your attorney. You are encouraged to retain counsel of your choice if you desire to do so.

Disclosure under IRS Circular 230: Unless expressly stated otherwise, nothing contained in this communication (including any attachments) may be relied upon or used (1) by any taxpayer for the purpose of avoiding penalties that may be imposed under the Internal Revenue Code and/or (2) by any person to support the promotion or marketing of or to recommend any Federal tax transaction(s) or matter(s) addressed in this communication. Any taxpayer should seek independent tax advice with respect to any Federal tax transaction or matter addressed herein.

**Confidentiality Notice:** This email has been sent from a law firm. It may contain privileged and confidential information intended for the use of the person(s) named above. If you are not an intended recipient, you are hereby notified that any dissemination or duplication of the email is prohibited, and that there shall be no waiver of any privilege or confidence by your receipt of this transmission. If you have received this email in error, please notify us by collect telephone call and immediately delete this email.

# Smith et al. v. Edwards

**Because you are in OJJ secure care, you are part of a class action lawsuit!**

### What's this lawsuit about?

Youth who were told they could be sent to the Louisiana Office of Juvenile Justice's (OJJ) facility at Louisiana State Prison - Angola (known as "BCCY-WF") sued the State of Louisiana and Governor Edwards because of the treatment there. The youth claim that the State violated their constitutional rights by locking them in their cells for long periods of time, not providing proper education or counseling, and punishing youth.

### What's a Class Action lawsuit?

This lawsuit, called Smith v. Edwards, is a "class action" and is trying to stop OJJ from placing youth at Angola. A class action is a lawsuit that's filed when a group of people who have all been harmed, or may be harmed, in the same way. The group of people is called a "class." The class sues another person, a company, or the government. This class action lawsuit is trying to keep youth out of Angola. The lawsuit is not seeking money for class members.

### What is happening at BCCY-WF?

On August 31, 2023 a federal judge certified a class of everyone in OJJ's secure care system. If you are in any of OJJ's secure care facilities, you are a member of the class action. She also appointed lawyers to represent you. The attorneys are: David Utter, Nancy Rosenbloom, Susan Meyers, Chris Murell, Ron Haley, Ashley Dalton, Lauren Winkler, Tammie Gregg, David Shanies, Marisol Dominguez-Ruiz, Russell Barksdale, and Meghan Matt.

### What's happening with the lawsuit now?

On September 8, 2023, the judge in the case agreed with the Plaintiffs and ordered the state to close the Angola juvenile facility by September 15, 2023.

### Who is a Class Member? Am I one?

Yes. Class Members are anyone who is in an OJJ secure care facility. They are:

Bridge City Center for Youth in Jefferson Parish
Swanson Center for Youth in Monroe
Swanson Center for Youth at Columbia
Acadiana Center for Youth in Bunkie
Acadiana Center for Youth in St. Martinville
Ware Youth Center in Coushatta

### Are class members entitled to a money award?

<u>No, this suit was not a claim for money damages</u>. The Plaintiffs sought "injunctive relief"—meaning an order from the Court that the State stop violating youth's rights.

### How will the lawyers be paid?

You and your family will not pay the lawyers. The attorneys may be able to seek attorneys' fees from the State for their work in investigating the facts, litigating the case, and negotiating the settlement. You owe nothing.

### What happens next?

We are your lawyers and we want to hear from you! We will be at Angola on Thursday, September 14. If for any reason the facility stays open after September 15, we will continue to make visits. You can also ask your counselor to set up a confidential legal call with the attorneys. "Confidential" means that nobody should be in the room with you or otherwise listening or recording your phone call with the attorneys.