# UNITED STATES DISTRICT COURT

# FOR THE MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| ALEX A., et al.,<br><br>   Plaintiffs,<br><br>V.<br><br>GOVERNOR JOHN BEL EDWARDS, et al.,<br>   Defendants. | Civil Action No. 3:22-cv-573-SDD-RLB |

## PLAINTIFFS' MOTION TO STRIKE PORTIONS OF DEFENDANTS' MOTION TO STAY

  Come Now Plaintiffs, by and through their attorneys, pursuant to the Federal Rule of Civil Procedure, and file this Motion to Strike Portions of Defendants' Motion to Stay. Plaintiffs seek an Order striking ECF No. 260 and its attachments from the record, and ordering Defendants to refile their pleadings with any and all references to events allegedly occurring between August 26 and September 3, 2023 removed from the accompanying memorandum (ECF No. 260-1) and without declarations (ECF Nos. 260-5–260-11). The grounds for this motion are set forth in the Memorandum in Support, filed herewith.

  Respectfully Submitted, this 14th day of September, 2023.

| | |
|---|---|
| /S/: *David J. Utter* | /S/: *Christopher J. Murell* |
| David J. Utter * | Christopher J. Murell |
| Louisiana Bar Number: 23236 | Louisiana Bar Number: 32075 |
| William R. Claiborne** | Murell Law Firm |
| Georgia Bar Number: 126363 | 2831 St. Claude Avenue |
| The Claiborne Firm, P.C. | New Orleans, Louisiana 70117 |
| 410 East Bay Street | (504) 717-1297 Telephone |
| Savannah, Georgia 31401 | (504) 233-6691 Facsimile |
| (912) 236-9559 Telephone | Chris@Murrell.Law |
| (912) 236-1884 Facsimile | |
| David@Clairbornefirm.com | |
| Will@Claibornefirm.com | |

1

/S/: *Hector Linares*
Hector Linares
Louisiana Bar Number: 28857
Sara Godchaux
Louisiana Bar Number: 34561
Stuart H. Smith Law Clinic
Loyola University New Orleans College of Law
7214 St. Charles Avenue, Box 902
New Orleans, Louisiana 70118
(504) 861-5560 Telephone
(504) 861-5440 Facsimile
Halinare@Loyno.edu
Shgodcha@Loyno.edu


/S/: *David Shanies*
David Shanies**
New York Bar Number: 4471140
Shanies Law Office
110 West 40th Street, 10th Fl.
New York, New York 10018
Tel. (212) 951-1710
Fax (212) 951-1350
Cell (646) 515-2151
David@Shanieslaw.com

/s/: *Ronald Haley*
RONALD HALEY
Louisiana Bar Number: 30900
HALEY & ASSOCIATES
8211 Goodwood Blvd., Suite E
Baton Rouge, Louisiana 70806
(225) 755-9935 Telephone
(888) 900-9771 Facsimile
rhaley@ronaldhaleylawfirm.com

/S/: *Nancy Rosenbloom*
Nancy Rosenbloom**
New York Bar Number: 2168425
ACLU National Prison Project
125 Broad Street
New York, Ny 10004
Telephone: (212) 549-2500
Facsimile: (212) 549-2652
Nrosenbloom@Aclu.org

/S/: *Tammie Gregg*
Tammie Gregg***
Mn Bar Number: 026240
ACLU National Prison Project
915 15th St. N.W., 7th Floor
Washington D.C. 20005
Telephone: (202) 393-4930
Facsimile: (202) 393-4931
Tgregg@Aclu.org

/S/: Marisol J. Dominguez-Ruiz
Marisol J. Dominguez-Ruiz**
ACLU National Prison Project
39 Drumm Street
San Francisco, Ca 94111
Telephone: (202) 393-4930
Facsimile: (202) 393-4931
Mdominguez-Ruiz@Aclu.org

*/S/ Meghan Matt*
MEGHAN MATT
La. Bar No. 39975
ACLU Foundation of Louisiana
1340 Poydras St., Suite 2160
New Orleans, LA 70112
Telephone: (504) 522-0628
Facsimile: (504) 613-6511
mmatt@laaclu.org



*/S/ Susan M. Meyers*
Susan M. Meyers
Louisiana Bar Number: 29346

Lauren Winkler
Louisiana Bar Number: 39062
Ashley Dalton
Louisiana Bar Number: 40330
Southern Poverty Law Center
201 St. Charles Avenue, Suite 2000
New Orleans, La 70170
Telephone: 504-512-8649
Susan.Meyers@Splcenter.org
Lauren.Winkler@Splcenter.org
Ashley.Dalton@Splcenter.Org

\* *Lead Counsel*
\*\*Appearing *Pro Hac Vice*
\*\*\*Appearing *Pro Hac Vice* and not admitted in Dc; practice limited to Federal Courts

**Attorneys for Plaintiffs**

## Certificate Of Service

I hereby certify that on this 14th day of September, 2023, a copy of the foregoing was served upon all Counsel of record by electronic submission.

/S/ *David J. Utter*
David J. Utter