UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| ALEX A., et al., <br><br> Plaintiffs, <br><br> v. <br><br> GOVERNOR JOHN BEL EDWARDS, et al., <br><br> Defendants. | Civil Action No. 3:22-cv-573-SDD-RLB |

**PLAINTIFFS' MOTION FOR LEAVE TO FILE REPLY BRIEF
TO DEFENDANTS' RESPONSE IN OPPOSITION TO PLAINTIFFS'
*EX PARTE* MOTION FOR EXPEDITED CONSIDERATION
OF CLASS MOTION FOR ACCESS TO COUNSEL**

COME NOW Plaintiffs, pursuant to L.R. 7(f), through undersigned counsel, and respectfully moves this Honorable Court for leave of court to file the attached Reply Brief to Defendants' Response in Opposition to Plaintiffs' *Ex Parte* Motion for Expedited Consideration of Class Motion for Access to Counsel.  A proposed Order is attached hereto.

**WHEREFORE,** Plaintiffs pray that an Order be entered herein permitting Plaintiffs to file a Reply Brief to Defendants' Response in Opposition to Plaintiffs' *Ex Parte* Motion for Expedited Consideration of Class Motion for Access to Counsel.

Respectfully submitted, this 18th day of September, 2023.

| | |
|---|---|
| /s/: *David J. Utter* <br> DAVID J. UTTER ** <br> Louisiana Bar Number: 23236 <br> WILLIAM R. CLAIBORNE <br> Georgia Bar Number: 126363 <br> THE CLAIBORNE FIRM, P.C. <br> 410 East Bay Street <br> Savannah, Georgia 31401 <br> (912) 236-9559 Telephone <br> (912) 236-1884 Facsimile <br> david@claibornefirm.com | /s/: *Christopher J. Murell* <br> CHRISTOPHER J. MURELL <br> Louisiana Bar Number: 32075 <br> MURELL LAW FIRM <br> 2831 St. Claude Avenue <br> New Orleans, Louisiana 70117 <br> (504) 717-1297 Telephone <br> (504) 233-6691 Facsimile <br> chris@murell.law |

1

will@claibornefirm.com

/s/: *Hector Linares*
HECTOR LINARES
Louisiana Bar Number: 28857
SARA GODCHAUX
Louisiana Bar Number: 34561
STUART H. SMITH LAW CLINIC
LOYOLA UNIVERSITY NEW ORLEANS COLLEGE OF LAW
7214 St. Charles Avenue, Box 902
New Orleans, Louisiana 70118
(504) 861-5560 Telephone
(504) 861-5440 Facsimile
halinare@loyno.edu
shgodcha@loyno.edu

/s/: *David Shanies*
DAVID SHANIES
New York Bar Number: 4471140
SHANIES LAW OFFICE
110 West 40th Street, 10th Fl.
New York, New York 10018
Tel. (212) 951-1710
Fax (212) 951-1350
Cell (646) 515-2151
david@shanieslaw.com

/S/: *Russell Barksdale*
Russell Barksdale
Louisiana Bar Number: 33508
Barksdale Law Firm
2831 St. Claude Avenue
New Orleans, LA 70117
Telephone: (504) 517-4248
russellblaw@gmail.com

*/s/ Nancy Rosenbloom*
NANCY ROSENBLOOM
New York Bar Number: 2168425
ACLU NATIONAL PRISON PROJECT
125 Broad Street
New York, NY 10004
Telephone: (212) 549-2500
Facsimile: (212) 549-2652
nrosenbloom@aclu.org

*/s/ Tammie Gregg*
TAMMIE GREGG*
MN Bar Number: 026240
ACLU NATIONAL PRISON PROJECT
915 15th St. N.W., 7th Floor
Washington D.C. 20005
Telephone: (202) 393-4930
Facsimile: (202) 393-4931
tgregg@aclu.org

*/s/ Susan M. Meyers*
SUSAN M. MEYERS
Louisiana Bar Number: 29346
LAUREN WINKLER
Louisiana Bar Number: 39062
ASHLEY DALTON
Louisiana Bar Number: 40330
SOUTHERN POVERTY LAW CENTER
201 St. Charles Avenue, Suite 2000
New Orleans, LA 70170
Telephone: 504-512-8649
susan.meyers@splcenter.org
lauren.winkler@splcenter.org
ashley.dalton@splcenter.org

** *Lead Counsel*
*Not admitted in DC; practice limited to federal courts
**ATTORNEYS FOR PLAINTIFFS**

**CERTIFICATE OF SERVICE**

I hereby certify that on the 18th day of September, 2023, a copy of the foregoing was served upon all counsel of record by electronic transmission.

/s/ *David J. Utter*
DAVID J. UTTER