UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF LOUISIANA

|  |  |
|---|---|
| ALEX A., et al., <br><br> Plaintiffs, <br><br> v. <br><br> GOVERNOR JOHN BEL EDWARDS, et al., <br><br> Defendants. | Civil Action No. 3:22-cv-573-SDD-RLB <br><br> EXHIBIT LIST |

| EXHIBIT NUMBER | DESCRIPTION |
|---|---|
| 1 | OJJ removes youth from West Feliciana facility, KALB News, Sept. 15, 2023 |
| 2 | OJJ removes young offenders from Angola facility in Jackson Parish |
| 3 | Sept. 15 2023 11_55 a.m. email to this Court and Judge Dick |
| 4 | Jackson Parish Sheriff's Office opens new $7 million jail facility, KTVE_KARD News, July 29, 2023 |