NOWCAST     Live Now ▶

     ☼ 82°

New Orleans, LA 70130     ‹ 1 / 2 › ⏸

82°  Partly Cloudy  0% 

### GET LOCAL BREAKING NEWS ALERTS ✕
The latest breaking updates, delivered straight to your email inbox.

| Your Email Address | SUBMIT |

Privacy Notice

Advertisement

# OJJ removes young offenders from Angola to facility in Jackson Parish

# The Office of Juvenile Justice voluntarily removed young offenders from Angola to a facility in Jackson Parish.

Updated: 12:14 PM CDT Sep 15, 2023

Infinite Scroll Enabled

**WDSU Digital Team**

**WEST FELICIANA PARISH, La.** — After weeks of arguments and a judge's ruling, leaders with the Office of Juvenile Justice announced young offenders have been moved from Angola grounds. They have been moved to Jackson Parish, where a new juvenile justice facility opened in July of this year. We're told this facility has limited capacity to house the OJJ youth while searching for new housing.

According to the OJJ, they are working with local officials to ensure that the youth in the center receive housing and continue to receive rehabilitation services and care.

Advertisement

The OJJ's long-term plan is to transfer the youth into an intensive therapeutic service to the Swanson Center for Youth in Monroe, which is scheduled to open later this year.

In a statement, this is what OJJ leaders said:

"OJJ intends to move forward with our appeal of the recent ruling by the U.S. District Court. OJJ continues to disagree with the court's ruling, which we believe contained several findings about the conditions at the West Feliciana Center for Youth that are at odds with the facts. The West Feliciana Center for Youth was a necessary, but temporary solution to address serious security issues at OJJ facilities across the state that threatened the safety of staff, community members, and youth in our care. The youth who were temporarily housed there received

targeted rehabilitative services and care from hardworking OJJ staff, who took extraordinary measures to ensure the facility could successfully serve the youth."