**UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF LOUISIANA**

| | |
|---|---|
| ALEX A., et al., <br><br> Plaintiffs, <br><br> v. <br><br> GOVERNOR JOHN BEL EDWARDS, et al., <br><br> Defendants. | Civil Action No. 3:22-cv-573-SDD-RLB |

# EXHIBIT 3

# David Utter

| | |
|---|---|
| **From:** | Lem Montgomery <Lem.Montgomery@butlersnow.com> |
| **Sent:** | Friday, September 15, 2023 11:56 AM |
| **To:** | Shelly_Dick@lamd.uscourts.gov |
| **Cc:** | David Utter; Kyle Miller; Connell Archey |
| **Subject:** | 3:22-cv-00573-SDD-RLB Smith v. Edwards, et al |

Dear Judge Dick,

We write to inform the Court that pursuant to the Court's Injunction Order, and notwithstanding the current administrative stay that was entered by the Fifth Circuit, all Youth currently housed in the BCCY-WF facility have now been relocated to the Jackson Parish Juvenile Facility in Jonesboro, LA. until further notice.

Sincerely,
LM

**Lem Montgomery III**
**Butler Snow LLP**

D: (601) 985-4410 | F: (601) 985-4500
1020 Highland Colony Parkway, Suite 1400, Ridgeland, MS 39157
P.O. Box 6010, Ridgeland, MS 39158-6010
Lem.Montgomery@butlersnow.com | vCard | Bio

Twitter | LinkedIn | Facebook | YouTube

CONFIDENTIALITY NOTE: This e-mail and any attachments may be confidential and protected by legal privilege. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the e-mail or any attachment is prohibited. If you have received this e-mail in error, please notify us immediately by replying to the sender and deleting this copy and the reply from your system. Thank you for your cooperation.