# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| ALEX A., et al., <br><br> Plaintiffs, <br><br> v. <br><br> GOVERNOR JOHN BEL EDWARDS, et al., <br><br> Defendants. | Civil Action No. 3:22-cv-573-SDD-RLB |

## MOTION TO EXTEND DEADLINE FOR PLAINTIFFS TO SEEK ATTORNEYS' FEES AND COSTS

COME NOW Plaintiffs, pursuant to LR 7(e), who respectfully request that this Court extend the Federal Rule of Civil Procedure 54(d) deadline for Plaintiffs to file motions for their fees and costs. The current deadline is September 22, 2023, and Plaintiffs request the deadline be extended to 60 days after the U.S. Court of Appeals for the Fifth Circuit issues a mandate on Defendants' appeal affirming the injunction. As grounds, counsel states as follows:

1. On September 8, 2023, this Court granted Plaintiffs' motion for preliminary injunction in a ruling from the bench.

2. On September 12, 2023, this Court denied Defendants' motion for stay pending appeal. Doc. 260.

3. On September 13, 2023, the Fifth Circuit granted Defendants' request for an administrative stay of this Court's order pending review of their emergency motion to stay this Court's preliminary injunction pending appeal. Doc. 268-1. To date no briefing schedule has been set. On September 15, 2023, however, Defendants announced they moved all youth from OJJ's Angola facility.[1]

---

[1] *See, e.g.*, Exh. 1 ("OJJ removes youth from West Feliciana facility," KALB News, Sept. 15, 2023, available at: https://www.kalb.com/2023/09/15/ojj-removes-youth-west-feliciana-facility/ (last visited Sept. 22, 2023)).

3

4. According to Rule 54, a motion for attorneys' fees and costs shall be filed "no later than 14 days after the entry of judgment."[2] While it is unclear in the Fifth Circuit whether a motion for attorneys' fees is required to be filed within 14 days of entry of a preliminary injunction, courts in other circuits have held that it is.[3] Under this reading of Rule 54, Plaintiffs' motion would be due on September 22, 2023.

5. Plaintiffs attempted to confer with counsel for Defendants and they have not responded, hence Plaintiffs must assume Defendants oppose this motion.

WHEREFORE, Plaintiffs respectfully request that this Court move the deadline imposed by Rule 54(d) for Plaintiffs to file their motions for attorneys' fees and costs, currently set for September 22, 2023, to 60 days after the U.S. Court of Appeals for the Fifth Circuit decides the merits of Defendants' expedited appeal and affirms the preliminary injunction.

Respectfully submitted, this 22nd day of September, 2023.

/s/: *David J. Utter*
DAVID J. UTTER **
Louisiana Bar Number: 23236
WILLIAM R. CLAIBORNE
Georgia Bar Number: 126363
THE CLAIBORNE FIRM, P.C.
410 East Bay Street
Savannah, Georgia 31401
(912) 236-9559 Telephone
(912) 236-1884 Facsimile
david@claibornefirm.com
will@claibornefirm.com

/s/: *Christopher J. Murell*
CHRISTOPHER J. MURELL
Louisiana Bar Number: 32075
MURELL LAW FIRM
2831 St. Claude Avenue
New Orleans, Louisiana 70117
(504) 717-1297 Telephone
(504) 233-6691 Facsimile
chris@murell.law

---

[2] Fed. R. Civ. P. 54(d)(2)(B)(i).

[3] *See, e.g., Spirit Lake Tribe v. Jaeger*, 5 F.4th 849, 853 (8th Cir. 2021) ("Because preliminary injunctions are orders from which an appeal lies, a plain reading of Rule 54 shows that the entry of a preliminary injunction triggers the fourteen-day deadline to move for attorney's fees, unless a statute or a court order provides otherwise." (citation omitted); *Lighthouse Baptist Church, Inc. v. Chemung County*, No. 6:20-CV-7000 EAW, 2021 WL 4166633, at *3 (W.D.N.Y. Sept. 14, 2021) (same).

/s/: *Hector Linares*
HECTOR LINARES
Louisiana Bar Number: 28857
SARA GODCHAUX
Louisiana Bar Number: 34561
STUART H. SMITH LAW CLINIC
LOYOLA UNIVERSITY NEW ORLEANS
COLLEGE OF LAW
7214 St. Charles Avenue, Box 902
New Orleans, Louisiana 70118
(504) 861-5560 Telephone
(504) 861-5440 Facsimile
halinare@loyno.edu
shgodcha@loyno.edu

/s/: *David Shanies*
DAVID SHANIES
New York Bar Number: 4471140
SHANIES LAW OFFICE
110 West 40th Street, 10th Fl.
New York, New York 10018
Tel. (212) 951-1710
Fax (212) 951-1350
Cell (646) 515-2151
david@shanieslaw.com

/S/: *Russell Barksdale*
Russell Barksdale
Louisiana Bar Number: 33508
Barksdale Law Firm
2831 St. Claude Avenue
New Orleans, LA 70117
Telephone: (504) 517-4248
russellblaw@gmail.com

*/s/ Nancy Rosenbloom*
NANCY ROSENBLOOM
New York Bar Number: 2168425
ACLU NATIONAL PRISON PROJECT
125 Broad Street
New York, NY 10004
Telephone: (212) 549-2500
Facsimile: (212) 549-2652
nrosenbloom@aclu.org

*/s/ Tammie Gregg*
TAMMIE GREGG*
MN Bar Number: 026240
ACLU NATIONAL PRISON PROJECT
915 15th St. N.W., 7th Floor
Washington D.C. 20005
Telephone: (202) 393-4930
Facsimile: (202) 393-4931
tgregg@aclu.org

/s/: *Marisol J. Dominguez-Ruiz*
MARISOL J. DOMINGUEZ-RUIZ**
ACLU National Prison Project
39 Drumm Street
San Francisco, Ca 94111
Telephone: (202) 393-4930
Facsimile: (202) 393-4931
Mdominguez-Ruiz@Aclu.org

*/s/ Meghan Matt*
MEGHAN MATT
La. Bar No. 39975
ACLU Foundation of Louisiana
1340 Poydras St., Suite 2160
New Orleans, LA 70112
Telephone: (504) 522-0628
Facsimile: (504) 613-6511
mmatt@laaclu.org

*/s/ Susan M. Meyers*
SUSAN M. MEYERS
Louisiana Bar Number: 29346
LAUREN WINKLER
Louisiana Bar Number: 39062
ASHLEY DALTON
Louisiana Bar Number: 40330
SOUTHERN POVERTY LAW CENTER

5

201 St. Charles Avenue, Suite 2000
New Orleans, LA 70170
Telephone: 504-512-8649
susan.meyers@splcenter.org
lauren.winkler@splcenter.org
ashley.dalton@splcenter.org

\*\* *Lead Counsel*
\*Not admitted in DC; practice limited to federal courts
**ATTORNEYS FOR PLAINTIFFS**

## CERTIFICATE OF SERVICE

I hereby certify that on the 22nd day of September, 2023, a copy of the foregoing was served upon all counsel of record by electronic transmission.

/s/ *David J. Utter*
DAVID J. UTTER