# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

MINUTE ENTRY:
OCTOBER 16, 2023
CHIEF DISTRICT JUDGE SHELLY D. DICK

| | |
|---|---|
| **ALEX A.** | **CIVIL ACTION** |
| **VERSUS** | |
| | **22-573-SDD-RLB** |
| **JON BEL EDWARDS, ET AL.** | |

This matter came on this day for a hearing on *Motion for Spoliation Sanctions Regarding Absence of Body-Worn Camera Footage* and Plaintiff's *Class Motion for Access to Counsel.*[1]

    **PRESENT:**   **David J. Utter, Esq.**
                       **Christopher James Murell, Esq.**
                       Counsel for Plaintiff

                       **Lemuel E. Montgomery, III, Esq.**
                       Counsel for Office of Juvenile Justice

Parties present argument relative to Plaintiff's *Class Motion for Access to Counsel.*

Exhibits P-1 and P-2 filed into the record.

The Court grants the *Motion.*[2]

Parties present argument relative to *Motion for Spoliation Sanctions Regarding Absence of Body-Worn Camera Footage.* For oral reasons given, the Court denies the

---

[1] Rec. Doc. 242 and 262.
[2] Rec. Doc. 262.

motion[3] as moot as to the preliminary injunction and denies without prejudice to re-filing if it becomes relevant at another time.

Pertaining to the *Class Motion for Access to Counsel* the Court provided further guidance:

After a brief recess, the Court finds that notice under FRCP Rule 23 is not required.

The Office of Juvenile Justice is ordered to promptly facilitate opportunity for class members to have a face-to-face meeting with class counsel;

Consent to meet with class counsel shall be obtained from the class member prior to meeting with class counsel in the following manner. Prior to a meeting with class counsel, the class member shall be informed by one representative of OJJ, in the presence of class counsel, that there is a class action, that the youth is a member of the Class, that the members of the Class are represented by class counsel, that the class member is entitled to meet privately with class counsel but is not obliged to meet with class counsel.

Counsel shall confer to determine which youth are subject to possible transfer to the TTU. All youth presently in a TTU facility are class members and class counsel shall have access to them.

Any further issues related to this process shall be presented to the Magistrate Judge for resolution.

* * * * *

S. Thompson/Reporter
Cv 25a/1 hr. 12 mins.

---

[3] Rec. Doc. 242.