UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| ALEX A., et al., <br><br> Plaintiffs, <br><br> v. <br><br> GOVERNOR JOHN BEL EDWARDS, et al., <br><br> Defendants. | Civil Action No. 3:22-cv-573-SDD-RLB <br><br> **UNOPPOSED MOTION FOR DISCOVERY CONFERENCE** |

COME NOW, Plaintiffs and the Plaintiff Class, through undersigned counsel, and, move for a conference with the Magistrate Judge. Pursuant to the Court's Order, Doc. 293, granting class members access to their appointed counsel and directing that further disputes regarding this issue be presented to the Magistrate Judge for resolution, Plaintiffs inform the Court that the parties have conferred regarding the scope of access to counsel and are at impasse concerning which children in the secure custody of the Louisiana Office of Juvenile Justice are members of the Plaintiff Class.

Relatedly, Plaintiffs inform the Court that the parties have conferred regarding revising the discovery schedule and are at impasse regarding the remaining discovery schedule for their case in chief. Plaintiffs have proposed a specific schedule, and Defendants decline to accept it or propose an alternative schedule. Given that the class definition includes "[a]ll youth who are now or will be in the custody of OJJ who have been, might be or will be transferred to the OJJ site (the "Transitional Treatment Unit" or "TTU") at Angola or another adult prison", Plaintiffs seek discovery, among other things, concerning the BCCY-WF facility at Angola, and any steps Defendants have taken toward using that facility or any other adult jail or prison to hold youth in OJJ's custody. Doc. 243 at 8. Defendants take the position that only backward looking

1

discovery concerning the conditions at the BCCY-WF facility at Angola is relevant to this lawsuit, and that until there is clarity about the scope of discovery, "[Defendants] believe that it is premature to enter into a scheduling order regarding discovery."

Counsel for Defendants have indicated that Defendants do not oppose Plaintiffs' request for this conference.

**WHEREFORE,** Plaintiffs request that the Magistrate Judge set a conference to address these issues as soon as possible and to issue a revised schedule pursuant to Fed. R. Civ. P. 16(b).

Respectfully submitted, this 25th day of October, 2023.

/s/: *David J. Utter*
DAVID J. UTTER **
Louisiana Bar Number: 23236
WILLIAM R. CLAIBORNE
Georgia Bar Number: 126363
THE CLAIBORNE FIRM, P.C.
410 East Bay Street
Savannah, Georgia 31401
(912) 236-9559 Telephone
(912) 236-1884 Facsimile
david@claibornefirm.com
will@claibornefirm.com

/s/: *Christopher J. Murell*
CHRISTOPHER J. MURELL
Louisiana Bar Number: 32075
MURELL LAW FIRM
2831 St. Claude Avenue
New Orleans, Louisiana 70117
(504) 717-1297 Telephone
(504) 233-6691 Facsimile
chris@murell.law

/s/: *Hector Linares*
HECTOR LINARES
Louisiana Bar Number: 28857
SARA GODCHAUX
Louisiana Bar Number: 34561
STUART H. SMITH LAW CLINIC
LOYOLA UNIVERSITY NEW ORLEANS COLLEGE OF LAW
7214 St. Charles Avenue, Box 902
New Orleans, Louisiana 70118
(504) 861-5560 Telephone
(504) 861-5440 Facsimile
halinare@loyno.edu
shgodcha@loyno.edu

/s/ *Nancy Rosenbloom*
NANCY ROSENBLOOM
New York Bar Number: 2168425
ACLU NATIONAL PRISON PROJECT
125 Broad Street
New York, NY 10004
Telephone: (212) 549-2500
Facsimile: (212) 549-2652
nrosenbloom@aclu.org

/s/ *Tammie Gregg*
TAMMIE GREGG*
MN Bar Number: 026240
ACLU NATIONAL PRISON PROJECT
915 15th St. N.W., 7th Floor
Washington D.C. 20005

/s/: *David Shanies*
DAVID SHANIES
New York Bar Number: 4471140
SHANIES LAW OFFICE
110 West 40th Street, 10th Fl.
New York, New York 10018
Tel. (212) 951-1710
Fax (212) 951-1350
Cell (646) 515-2151
david@shanieslaw.com

/S/: *Russell Barksdale*
Russell Barksdale
Louisiana Bar Number: 33508
Barksdale Law Firm
2831 St. Claude Avenue
New Orleans, LA 70117
Telephone: (504) 517-4248
russellblaw@gmail.com

Telephone: (202) 393-4930
Facsimile: (202) 393-4931
tgregg@aclu.org

/s/: *Marisol J. Dominguez-Ruiz*
MARISOL J. DOMINGUEZ-RUIZ**
ACLU National Prison Project
39 Drumm Street
San Francisco, Ca 94111
Telephone: (202) 393-4930
Facsimile: (202) 393-4931
Mdominguez-Ruiz@Aclu.org

*/s/ Meghan Matt*
MEGHAN MATT
La. Bar No. 39975
ACLU Foundation of Louisiana
1340 Poydras St., Suite 2160
New Orleans, LA 70112
Telephone: (504) 522-0628
Facsimile: (504) 613-6511
mmatt@laaclu.org

*/s/ Susan M. Meyers*
SUSAN M. MEYERS
Louisiana Bar Number: 29346
LAUREN WINKLER
Louisiana Bar Number: 39062
ASHLEY DALTON
Louisiana Bar Number: 40330
SOUTHERN POVERTY LAW CENTER
201 St. Charles Avenue, Suite 2000
New Orleans, LA 70170
Telephone: 504-512-8649
susan.meyers@splcenter.org
lauren.winkler@splcenter.org
ashley.dalton@splcenter.org

** *Lead Counsel*
*Not admitted in DC; practice limited to federal courts
**ATTORNEYS FOR PLAINTIFFS**

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 25th day of October, 2023, a copy of the foregoing was served upon all counsel of record by electronic transmission.

/s/ *David J. Utter*
DAVID J. UTTER
