## UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| ALEX A., et al., <br><br> Plaintiffs, <br><br> v. <br><br> GOVERNOR JOHN BEL EDWARDS, et al., <br><br> Defendants. | Civil Action No. 3:22-cv-573-SDD-RLB |

## **EXHIBIT LIST**

| Exhibit | Document |
|---|---|
| 1 | Oral Argument transcript |
| 2 | Nov 2 emails |
| 3 | OJJ Policy |
| 4 | Oct 19 emails |
| 5 | Jackson Jail dec 1 |
| 5 | Jackson Jail dec 2 |
| 6 | ARP |