**UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF LOUISIANA**

| | |
|---|---|
| ALEX A., et al., <br><br> Plaintiffs, <br><br> v. <br><br> GOVERNOR JOHN BEL EDWARDS, et al., <br><br> Defendants. | Civil Action No. 3:22-cv-573-SDD-RLB |

# EXHIBIT 5

UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF LOUISIANA

ALEX A., by and through his guardian, Molly Smith; et al.

*Plaintiffs,*

v.

GOVERNOR JOHN BEL EDWARDS, in his official capacity as Governor of Louisiana, et al.

*Defendants.*

Civil Action No. 3:22-cv-573-SDD-RLB

## SUPPLEMENTAL DECLARATION OF REDACTED

I, REDACTED ereby declare the following to be true under penalty of perjury:

(1) I am 16 years old and making this declaration of my own free will. Everything in this declaration is true to the best of my personal knowledge. For this lawsuit, I am going by the name Daniel D. ("D.D.") to protect my privacy.

(2) I am in the custody of Office of Juvenile Justice ("OJJ") related to a juvenile delinquency proceeding.

(3) OJJ is currently housing me at the Acadiana Center for Youth - Bunkie, also known as "Bunkie."

(4) I came to Bunkie from the Jackson Parish Jail in Jonesboro, Louisiana ("Jackson Jail").

(5) I was at the Jackson Jail about five (5) days, from about September 15 to September 19, 2023.

(6) I was sent to the Jackson Jail from OJJ's West Feliciana Campus at Angola ("Angola"). This was the third time I had been sent to Angola to complete the "program" there. A couple of weeks before they moved everyone to the Jackson Jail, I was told I had completed the program again.

(7) On the day they took me to the Jackson Jail, the guards woke us up in the middle of the night. We left Angola at about 2 a.m. They did not tell us where we were going. I figured

1

> we were going to the Swanson Center for Youth, but, when we pulled up to the new facility, I saw the sign for the Jackson Parish Jail.
>
> (8) For the five days I was there, we were on lockdown almost the whole time.
>
> (9) I was only allowed to have two showers in five days.
>
> (10) In five days, I left my cell only a few times—for medical, for a meeting staff held with all the kids, and twice to shower.
>
> (11) Every time I left my cell, I was in handcuffs and shackles, even in the shower.
>
> (12) There was no counseling, no school, and no recreation.
>
> (13) I was in a cell with one other person. My cell had a solid door and a small window.
>
> (14) I saw incarcerated adults every day. They walked by our cells every time they went somewhere in the facility and talked to us through the door.
>
> (15) Even when I went to shower, I could see the adults nearby.
>
> (16) We were required to wear orange jumpsuits like the adults.
>
> (17) We had to buy things from the commissary that OJJ gives us at other facilities, like deodorant.
>
> (18) There were no Juvenile Justice Specialists from OJJ at the facility. The guards were all from the Sheriff's office. They brought in dogs to patrol the unit and had mace guns.
>
> (19) A kid in another cell was maced once for making too much noise. We had tablets we could use to get stuff we needed from the commissary, and the kid couldn't get his to work. He kept calling, "I need help, I need help." A woman officer came up to him and said "You need help? I'll give you help" and maced him.
>
> (20) The whole time I was at the Jackson Jail, I only got to talk to my family once. There was no counseling, and no school.

I declare under penalty of perjury that the foregoing declaration is true and accurate.

Date: October 4, 2023

**REDACTED**

David Utter, Witness