**UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF LOUISIANA**

| | |
|---|---|
| ALEX A., et al.,<br><br>             Plaintiffs,<br><br>v.<br><br>GOVERNOR JOHN BEL EDWARDS, et al.,<br><br>             Defendants. | Civil Action No. 3:22-cv-573-SDD-RLB |

# EXHIBIT 5

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| ALEX A., et al., <br><br> Plaintiffs, <br><br> v. <br><br> GOVERNOR JOHN BEL EDWARDS, et al., <br><br> Defendants. | Civil Action No. 3:22-cv-573-SDD-RLB |

### DECLARATION OF REDACTED

I, REDACTED, hereby declare the following to be true under penalty of perjury:

1. I am 15 years old and making this declaration of my own free will.

2. I am currently in the custody of the Office of Juvenile Justice ("OJJ") and being held in the Jackson Parish Jail ("Jail"). I was moved here when they closed BCCY-WF at the Louisiana State Penitentiary in Angola, Louisiana ("Angola") to OJJ youth. One week before I was brought here, I was told I had been staffed to leave—I had completed the program. They did not send me to another OJJ facility, as they promised. Instead, they took me to the Jail along with the other youth in Angola on September 15, 2023.

3. Guards at the jail use mace on us. Since I have been here they have sprayed mace in our dorm 3-4 times.

4. One time was at night. We were asking for the remote for the television. A female guard, a supervisor, came into the dorm and had taken the remote and we asked for it back. After we kept asking, she sprayed mace around the whole dorm. After she did that, guards came and removed us from the dorm one by one. They zip-tied our hands behind our back and took us outside to a grass and dirt area. They made us get on our knees, with our ankles crossed, and our

hands behind our back. They left us there for about 30 minutes. One of the youth smirked when another youth said something. The female supervisor said stop smirking and she maced him in the face even though he obeyed her.

5. When I first met David Utter, during his attorney visit with me on October 4, I had only been to school once in the 19 days I had been there. Teachers come from Swanson, and have class in the dining hall, but usually I sleep through it. No one wakes me up.

6. We should get one free phone call once a week. All other calls cost money. We get no free Zoom meetings, but we can pay for them. As of October 4, I had only had 2 free calls and no Zooms.

7. When we first got to the Jail from Angola, we were placed in a cell with a solid door, with one small window and a steel flap that opens and shuts. We got to the Jail on a Friday and we only got out to shower on Sunday—we were in the cell the whole time. We got no rec and no school. That lasted about 5-7 days. Then they moved us into the dorm.

8. On October 4, school had only started a few days ago.

9. I've never gotten any counseling here—no individual and no groups. I've gotten no visits from my mom, and no Zooms.

10. I saw adults locked up in the Jail every day when I was in the cell. They walked by our cell when they went to the dining hall and opened up the flap to our cells to talk to us.

11. We rarely get outside for rec. We've been once since we were moved into the dorm. When we went outside for rec when we were locked in the cell, we were forced to do so with handcuffs and shackles on us.

12. Last week, on Wednesday night, guards maced the entire dorm and took us outside. When I called my mom the next morning, I was in tears, and my face was still burning from the

mace. One youth in the dorm was upset because he was not allowed to make a phone call, so he broke something. The staff responded by waking all of us up and macing us, and then they took us outside and made us sit there from 10 or 11 pm until 4 am the next morning.

13. This Jail is for adults. It is no place for any young person.

I declare under penalty of perjury that the foregoing is true and accurate.



Witness: _____
David Utter

October 10, 2023.