**UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF LOUISIANA**

| | |
|---|---|
| ALEX A., et al.,<br><br>       Plaintiffs,<br><br>v.<br><br>GOVERNOR JOHN BEL EDWARDS, et al.,<br><br>       Defendants. | Civil Action No. 3:22-cv-573-SDD-RLB |

# EXHIBIT 6

B.5.3 (a)

**YOUTH SERVICES**
**ADMINISTRATIVE REMEDY PROCEDURE FORM**

Number: ____-____-____
Date Received: _____

Name: **REDACTED**
Client ID Number: _____

Facility: Jackson Parish Jail
Living Area: _____

**"THIS IS A REQUEST FOR ARP"** **Emergency Request**

(You may ask your case manager or other staff members for help completing this form.) State your problem (WHO, WHAT, WHEN, WHERE AND HOW) and the remedy requested (what you want to solve the problem):

Problem: See attached.

Remedy requested: _____

Date of Incident/Occurrence: 11/07/2023 - present          Today's Date: 11/09/23

This form must be completed within 90 calendar days of the date of the incident/occurrence and given to the ARP Coordinator or placed in the ARP/grievance box.

**Screening - ARP Coordinator's Review**

Rejected _____ Returned _____ Accepted _____ Screening Date: _____ Sexual Assault ☐ Yes ☐ No
Reason: _____

**Emergency Request**
(Maximum Time for Processing – Initial Response: 48 hours / Final Response: 5 days)

Rejected: _____ Accepted _____ Reason: _____

Sent to Facility Director / Secure Facilities Director / IS on: _____

SFD Initial Response Received on: _____          SFD Final Decision Received on: _____

**Step One - ARP Coordinator/IS Recommendation and Facility Director's Response**
(Maximum Time For Processing: 30 calendar days)

ARP Coordinator/IS Recommendation: _____
Sent to Facility Director on: _____          AC/IS Signature: _____
Facility Director's response to your ARP Step One request: _____

Date: _____          Facility Director's Signature: _____

Received Step One on: _____          Youth's Signature: _____

If you are not satisfied with this response, you may go to Step Two. The ARP Coordinator must submit your request to the Deputy Secretary within 15 calendar days after you receive the Step One response.

Request Step Two: _____ Yes _____ No    Reason for Step Two request: _____

Date Step Two request received by AC: _____          Date Sent to Deputy Secretary: _____

AC's Signature: _____

**Step Two - Deputy Secretary's Response**
(Maximum Time For Processing: 21 calendar days)

Date Received: _____
Deputy Secretary's response to ARP Step Two request: _____

Date: _____
                                                                    Deputy Secretary's Signature

Date received Deputy Secretary's response: _____
                                                                    Youth's Signature

If you are not satisfied with this response, you may seek judicial review. A request for judicial review must be filed with the juvenile court which entered your order of commitment within 30 calendar days after receiving the Step Two decision.

October 2021

**LOYOLA UNIVERSITY NEW ORLEANS**

COLLEGE OF LAW
STUART H. SMITH LAW CLINIC

## EMERGENCY ARP APPLICATION

**Submitted On Behalf of** REDACTED

This is an Emergency ARP submitted on behalf of REDACTED.

I am an attorney representing REDACTED a youth in the custody of the Office of Juvenile Justice ("OJJ"), along with my co-counsel David Utter of the Claiborne Firm and Ashley Dalton and Susan Meyers of Southern Poverty Law Center, among others. I attach authority to file a 3rd party ARP signed by REDACTED here. I am filing this Emergency ARP on REDACTED behalf pursuant to La. Admin. Code tit. 22 ch. 7A. § 713.F.6 and OJJ Youth Services Policy B.5.3.VII.I. Because this is an Emergency ARP, the secure facilities director must provide an initial response within 48 hours and issue a final decision within five calendar days of submission. If no response is provided within five calendar days, this emergency grievance shall be deemed exhausted and ripe for judicial review.

Because this grievance arises directly from the imminent risk of physical and emotional harm that REDACTED faces, this grievance must be treated as an Emergency ARP under both the Louisiana Administrative Code and OJJ Youth Services Policy.

**The Problem:**

On November 7, 2023, REDACTED participated in a confidential legal visit at the Jackson Parish Jail at approximately 9:30 am. The video was held by Zoom with attorneys Ashley Dalton and Susan Meyers. At the time of the legal visit, REDACTED was placed in a large dorm filled with approximately 140 adults. Shortly after the legal visit concluded on or about 9:45 am, REDACTED was escorted to a small cell designed to hold only four individuals, and he is still held there to date. There are eight other youth in the cell.[1] In other words, there are nine youth in a cell designed for four people. Because there are only four bunks, REDACTED has been sleeping on the floor, and the guards have not released him since he entered the cell with the other youth, even to shower. In these overcrowded conditions, the room is very hot, and the guards refuse to provide them with enough water to stay cool. There is frequent macing in the facility, and he has inhaled mace fumes in the cell, which is painful and makes him cough.

**The Remedy Sought:**

REDACTED s suffering substantial physical and psychological harm. Accordingly, the following remedies are requested:

1. Immediate removal from the above stated conditions;
2. Immediate provision of water to prevent overheating;
3. Immediate alteration of policies to prevent future retaliation for participation in the Angola litigation and/or attorney-client visits; and
4. Immediate restoration of services and other activities outside of REDACTED cell.

---

[1] Upon information and belief, other youth in the cell were previously transferred to the Jackson Parish Jail from Angola.

**The Response**

Per the Office of Juvenile Justice's Administrative Remedy Procedure B.4.3.VII.I, you are required to respond within 48 hours to the submission of this Emergency ARP, and you must provide a final decision within 5 days of filing. At that point, this emergency grievance shall be deemed exhausted and ripe for judicial review.

Hector Linares, on behalf of REDACTED
November 9, 2023

B.5.3 (d)

# Administrative Remedy Procedure
## Third Party Acknowledgment/Approval Form

I, REDACTED (Youth name), Client ID # unknown,

due hereby agree/approve Hector Linares to file an ARP
(Name of Third Party)

on my behalf. I understand that the above named third party is not my parent or legal guardian, and is acting in my best interest.

REDACTED on behalf of REDACTED        _Aara H. Goddy_
Youth Signature                          Witness

8/16/2022                                8/16/2022
Date                                     Date

October 2020

Plaintiff Alex A- 000011

JOHN BEL EDWARDS, Governor

# Office of Juvenile Justice

OTHA "CURTIS" NELSON, JR, Deputy Secretary



RESPONSE TO EMERGENCY ARP APPLICATION
SUBMITTED ON BEHAL OF REDACTED

November 10, 2023

I have received and reviewed the "Emergency ARP Application" submitted on behalf of REDACTED Smith, dated November 9, 2023. In reviewing the application and the relevant facts, I find that REDACTED is not in substantial risk of imminent personal injury or at risk of suffering serious or irreparable harm from any alleged actions of the Louisiana Office of Juvenile Justice ("OJJ") or any conditions at any facility operated by OJJ. As detailed below, REDACTED is currently being detained as an adult and he is currently not in the OJJ's physical custody.

1. On July 20, 2023, REDACTED turned 18 years old.

2. On September 15, 2023, REDACTED assaulted an OJJ employee while REDACTED as being housed at OJJ's Acadiana Center for Youth in Bunkie.

3. On September 16, 2023, an arrest warrant was issued for REDACTED, and REDACTED was arrested on felony charges of aggravated battery and criminal conspiracy.

4. On September 16, 2023, REDACTED was taken into the custody of the Avoyelles Parish Sheriff's Department and was detained in the Avoyelles Parish Jail as an adult pending adult prosecution of the criminal charges against REDACTED.

5. On September 18, 2023, a second arrest warrant was issued for REDACTED and REDACTED was arrested on the additional felony charge of battery of a correctional facility employee.

6. At the request of the Avoyelles Parish Sheriff's Department, the Jackson Parish Sheriff's Department took custody of REDACTED and to house him in the Jackson Parish Jail pending prosecution of the adult criminal charges against REDACTED.

7. REDACTED s currently being housed in the adult section of the Jackson Parish Jail and is in the custody of the Jackson Parish Sheriff's Department.

9. REDACTED is not presently in the custody of OJJ and has not been in the custody of OJJ since September 16, 2023.

Pursuant to YS Policy No. B.5.3, Section VII.I., this initial response to the emergency application has been rendered within 48 hours of receipt of the application. Because REDACTED s not in substantial risk of imminent personal injury or at risk of suffering serious or irreparable harm, this emergency application shall be designated as a non-emergency ARP and will be processed according to the standard ARP process. Pursuant to YS Policy No. B.5.3., Section VII.F., the response to the Step One Process will be due from the Facility Director on or before December 9, 2023.

Response to Emergency ARP Application
Submitted on Behalf of [REDACTED]

11/10/2023
DATE

_____
Otha "Curtis" Nelson, Jr.
Deputy Secretary
Office Of Juvenile Justice

2

# Jackson Parish Sheriff's Office
## Andy Brown, Sheriff

150 Old Winnfield
Jonesboro, LA 71251

jacksonparishsheriff.com

Jonesboro (318) 259-9021
Fax (318) 259-8268

November 10, 2023

Hector Linares
Edward J. Womac, Jr. Distinguished Clinic Professor
Director of Skills & Experiential Learning
Loyola University New Orleans College of Law
Mailing Address: 7214 St. Charles Avenue, Box 902
Physical Address: 540 Broadway Street
New Orleans, LA 70118

### REF: EMERGENCY ARP APPLICATION FOR TROY SMITH

Dear Mr. Linares,

We received your emergency ARP on behalf of REDACTED. The following is the problem you all stated in the ARP.

**The Problem:**
On November 7, 2023, REDACTED articipated in a confidential legal visit at the Jackson Parish Jail at approximately 9:30 am. The video was held by Zoom with attorneys Ashley Dalton and Susan Meyers. At the time of the legal visit, REDACTED was placed in a large dorm filled with approximately 140 adults. Shortly after the legal visit concluded on or about 9:45 am, REDACTED was escorted to a small cell designed to hold only four individuals, and he is still held there to date. There are eight other youth in the cell.₁ In other words, there are nine youth in a cell designed for four people. Because there are only four bunks, REDACTED has been sleeping on the floor, and the guards have not released him since he entered the cell with the other youth, even to shower. In these overcrowded conditions, the room is very hot, and the guards refuse to provide them with enough water to stay cool. There is frequent macing in the facility, and he has inhaled mace fumes in the cell, which is painful and makes him cough.

**OUR RESPONSE:**
REDACTED is being housed in an eight-man pod. There are four double bunk beds, which allows for all eight of the men to have their own bunk to sleep on. This cell has its own shower and toilet area. There is a water fountain to drink from.

**The Remedy Sought:**
[REDACTED]s suffering substantial physical and psychological harm. Accordingly, the following remedies are requested:
1. Immediate removal from the above stated conditions;
2. Immediate provision of water to prevent overheating;
3. Immediate alteration of policies to prevent future retaliation for participation in the Angola litigation and/or attorney-client visits; and
4. Immediate restoration of services and other activities outside of [REDACTED]s cell.

## OUR RESPONSE TO EACH REQUEST:

1. We can not remove him from this pod. He continues to commit crimes while in the facility, such as 2nd degree batteries on other inmates.
2. Water is adequate for any inmate in the facility.
3. Our office is unaware of any litigation going on with any of the Office of Juvenile Justice juveniles and can confirm that there is no type of retaliation for anyone who participates in the justice system.
4. He is being provided with all services that are required. Any activity that is extracurricular may be suspended due to his behavior and the continued fighting and batteries being committed.

**The Response**
Per the Office of Juvenile Justice's Administrative Remedy Procedure B.4.3.VII.I, you are required to respond within 48 hours to the submission of this Emergency ARP, and you must provide a final decision within 5 days of filing. At that point, this emergency grievance shall be deemed exhausted and ripe for judicial review.

## OUR RESPONSE:

This response was answered within 48 hours as requested.

Donovan D. Shultz
Chief Investigator