UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| ALEX A. | CIVIL ACTION |
| VERSUS | NO. 22-573-SDD-RLB |
| JON BEL EDWARDS, ET AL. | |

### ORDER

A status conference was held on November 14, 2023.

**PRESENT:** **David Utter**
**Ashley Dalton**
**Susan Meyers**
Counsel for Plaintiffs

**Connell L. Archey**
**Madaline K. Rabalais**
**Lemuel E. Montgomery, III**
**Carly H. Chinn**
Counsel for Defendant

The conference was held in response to the parties' Unopposed Motion for a Discovery Conference (R. Doc. 294). As referenced in that motion and discussed during the conference, the parties are at an impasse regarding, among other things, the scope of the members of the Plaintiff class (and access of counsel to such members), the remaining discovery necessary and a discovery schedule within which to complete such discovery, and how or if the pending appeal before the Fifth Circuit could affect these issues.

Based on the discussions with the parties, the parties shall file a Brief Regarding Discovery that addresses the following topics, with specific citations to the record:

1. The definition of the certified class, how it should be interpreted, and which individuals it covers. In addition, a summary of the anticipated "discovery" that is

C:cv36a; T: 00:55

needed in consideration of the Plaintiff class and the timeframe within which to complete such discovery.

2. The harm or prejudice (or benefit) involved should the Court defer entry of a scheduling order pending resolution by the Fifth Circuit of the outstanding appeal.

3. Whether discovery pertaining to individuals at the "Jackson Facility" or regarding conditions at the Jackson Facility is within the scope of discovery (and whether access to counsel is an issue). This section must specifically address any statements made by the district judge pertaining to that facility.

4. Any other matters the parties believe are appropriate for the undersigned to consider in deciding these outstanding issues.

The aforementioned briefs shall be filed on or before **November 27, 2023.**

Signed in Baton Rouge, Louisiana, on November 14, 2023.

_____
**RICHARD L. BOURGEOIS, JR.
UNITED STATES MAGISTRATE JUDGE**

C:cv36a; T: 00:55