IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| ALEX A., by and through his guardian, Molly Smith; BRIAN B.; and CHARLES C., by and through his guardian, Kenione Rogers, individually and on behalf of all others similarly situated,<br><br>     Plaintiffs,<br><br>v.<br><br>GOVERNOR JOHN BEL EDWARDS, in his official capacity as Governor of Louisiana; WILLIAM SOMMERS, in his official capacity as Deputy Secretary of the Office of Juvenile Justice, JAMES M. LEBLANC, in his official capacity as Secretary of the Louisiana Department of Public Safety & Corrections,<br><br>     Defendants. | Civ. A. No. 3:22-CV-00573-SDD-RLB<br><br>**ORDER GRANTING DEFENDANTS' RULE 12(b)(1) MOTION TO DISMISS** |

Considering the foregoing *Rule 12(b)(1) Motion to Dismiss* filed by Defendants Jeff Landry, in his official capacity as Governor of Louisiana; Kenneth "Kenny" Loftin, in his official capacity as Deputy Secretary of the Office of Juvenile Justice; and James M. LeBlanc, in his official capacity as Secretary of the Louisiana Department of Public Safety & Corrections (collectively "Defendants"),

IT IS HEREBY ORDERED that the *Rule 12(b)(1) Motion to Dismiss* is GRANTED and that this lawsuit is DISMISSED for lack of subject matter jurisdiction due to mootness.

Baton Rouge, Louisiana this _____ day of _____, 2024.

_____
UNITED STATES DISTRICT COURT JUDGE
MIDDLE DISTRICT OF LOUISIANA

86098058.v1