## 28 U.S.C. § 1746 DECLARATION OF JAMES LEBLANC

Pursuant to 28 U.S.C. § 1746, I hereby declare as follows:

1. My name is James Leblanc. I am over twenty-one (21) years of age and of sound and disposing mind. I have never been convicted of a felony or a crime involving dishonesty or false statement. I have knowledge of, and am competent to testify about, the matters stated in this Declaration. I am under no legal or other disability. The facts stated herein are true and correct to the best of my knowledge and belief.

2. I am currently employed as the Secretary for the Louisiana Department of Public Safety and Corrections ("DOC").

3. I am aware of the ongoing lawsuit involving the Louisiana Office of Juvenile Justice's ("OJJ's") Bridge City Center for Youth at West Feliciana ("BCCY-WF"), styled *Alex A., et al. v. Edwards, et al.*, Civ. A. No. 3:22-CV-00573-SDD-RLB.

4. The Angola Reception Center is the building on campus at Louisiana State Penitentiary previously occupied by BCCY-WF.

5. For the foreseeable future, DOC intends to use the Angola Reception Center for housing only adult inmates.

I declare under penalty of perjury that the above and foregoing is true and correct to the best of my knowledge, information, and belief.

Dated: February __9__, 2024.

_____
James Leblanc

85841401.v1
85843523.v1

1

**EXHIBIT B**