UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

**ALEX A., by and through his guardian,**　　　　　　　　　　**CIVIL ACTION**
**Molly Smith; BRIAN B.; and**
**CHARLES C., by and through his guardian,**　　　　　　　**NO. 22-573-SDD-RLB**
**Kenione Rogers, individually and on behalf**
**of all others similarly situated**

**VERSUS**

**GOVERNOR JOHN BEL EDWARDS,**
**in his official capacity as Governor of Louisiana;**
**WILLIAM SOMMERS, in his official**
**capacity as Deputy Secretary of the**
**Office of Juvenile Justice,**
**JAMES M. LEBLANC, in his official capacity**
**as Secretary of the Louisiana Department**
**of Public Safety & Corrections**

## ORDER

The deadlines established below are based on the parties' submissions in the Joint Status Report (R. Doc. 19) as modified by the court and are final deadlines. **The Court has declined to delay issuance of a scheduling order pending a ruling on the pending motion to dismiss.** In accordance with Federal Rule of Civil Procedure 16(b), the following deadlines are established:

1. The deadline to join other parties or to amend the pleadings is **Expired.**

2. Discovery must be completed as follows:

    a. Exchanging initial disclosures required by F.R.C.P. 26(a)(1): **Expired.**

    b. **Filing** all discovery motions and **completing** all discovery except experts: **August 2, 2024.**

    NOTE: Any motions filed regarding discovery must be accompanied by a certificate of counsel for the moving party, stating that counsel have conferred in person or by telephone for purposes of amicably resolving the issues and stating why they are unable to agree or stating that opposing counsel has refused to so confer after reasonable notice.

jury

      c.    Disclosure of identities and resumés of experts:

           **Plaintiff(s):**    **August 2, 2024.**

           **Defendant(s):**    **August 23, 2024.**

      d.    Expert reports must be submitted to opposing parties as follows:

           **Plaintiff(s):**    **September 3, 2024.**

           **Defendant(s):**    **September 24, 2024.**

      e.    Discovery from experts must be completed by **October 25, 2024.**

3.    Deadline to file dispositive motions and Daubert motions: **December 20, 2024.**

4.    Deadline to file pre-trial order: **June 10, 2025.**[1]

**Prior to the filing of the pretrial order, the parties will exchange or make available for inspection all exhibits which the parties will or may introduce at trial.**

5.    Deadline to file motions in limine: **June 23, 2025.**

**Any responses to Motions in Limine shall be filed within seven (7) days after the filing of the motion.**

6.    Deadline to file an affidavit of settlement efforts: **June 2, 2025.**

7.    Pre-trial conference date: **June 24, 2025 at 1:00 p.m.** in the chambers of the Honorable Shelly D. Dick.

8.    Deadline to submit joint jury instructions, voir dire, and verdict forms to the presiding judge: **June 23, 2025.**

**The information regarding the Honorable Shelly D. Dick's pretrial order may be found on the court's website at (**http://www.lamd.uscourts.gov**) under "Judges' Info."**

9.    **A 5-day jury trial is scheduled for 9:00 a.m. beginning on July 14, 2025 in Courtroom 3.**

Signed in Baton Rouge, Louisiana, on February 29, 2024.

_____
**RICHARD L. BOURGEOIS, JR.**
**UNITED STATES MAGISTRATE JUDGE**

---

[1] Motions to extend or otherwise modify this date and the dates/deadlines that follow shall be directed to the district judge.