# EXHIBIT 3

# JUVENILE HOUSING AGREEMENT

THIS AGREEMENT is entered into between the Jackson Parish Sheriff's Office and the Department of Public Safety and Corrections, Office of Juvenile Justice, from here on out referred to as "OJJ". The Jackson Parish Sheriff's Office being represented herein by Sheriff Andy Brown and OJJ being represented herein by Otha "Curtis" Nelson Jr., Deputy Secretary.

PURPOSE OF AGREEMENT:

The Jackson Parish Sheriff's Department, acting in its legal capacity as "The Law Enforcement District" for Jackson Parish, under the provisions of the Basic Jail Guidelines and the Office of Juvenile Justice Guidelines for Juvenile Detention to house out of Parish juveniles.

TERMS OF AGREEMENT:

The length of this agreement will be for a period of two (2) years and will commence on September 15, 2023. At the end of the two (2) year agreement the contract will automatically renew unless either party gives thirty (30) days notice. Either party may terminate this agreement for convenience at any time by giving the other party thirty (30) days written notice or by negotiating with the other party an effective date.

OJJ will agree to pay the Jackson Parish Sheriff's Department, a per diem of $143.51 (one hundred forty-three dollars and fifty-one cents) a day, per juvenile bed that is unoccupied. This will guarantee that OJJ retains bed space for the number of beds contracted. If the bed becomes occupied, OJJ agrees to pay the daily per diem rate of $143.51 (one hundred forty-three dollars and fifty-one cents) to house the juvenile. OJJ wishes to reserve and hold 30 unoccupied beds for a juvenile.

The daily per diem rate for any agency that is not under contract with the Jackson Parish Sheriff's Office is $350.00 (three hundred and fifty dollars and no cents) a day. If an agency goes over the number of reserved beds, the Jackson Parish Sheriff's Office agrees to give a discounted rate to OJJ at a daily per diem rate of $250.00 (two hundred and fifty dollars and no cents) unless an amended agreement is signed by both parties increasing the number of reserved beds.

The Jackson Parish Sheriff's Department shall be responsible for providing each juvenile with needed clothing, toiletry articles, and food.

OJJ agrees to pay all medical (including dental, mental and psychiatric care or evaluation) and pharmaceutical cost of the incarcerated juvenile being detained at the Jackson Parish Jail.

OJJ-008946

OJJ agrees to pay for all damages to the facility caused by any OJJ housed juvenile while in the custody of the Jackson Parish Sheriff's Office. Jackson Parish Sheriff's Office will provide OJJ documentation of the damage and the repairs that are required. Billing for repairs shall be included with the monthly invoices along with the documentation.

OJJ agrees to transport all their juveniles to and from court. If OJJ wishes for the Jackson Parish Jail to transport their incarcerated juvenile, then a mileage rate of $0.64 (sixty-four cents) per mile will be added to the monthly bill.

The Jackson Parish Sheriff's Office agrees to transport any incarcerated juvenile to and from the hospital and or doctor if needed. If an extensive stay at a hospital is required, the Jackson Parish Sheriff's Office will contact OJJ and advise them of the situation. If OJJ wants the Jackson Parish Sheriff's Office to remain with the incarcerated juvenile, there is an hourly charge of $40.00 (forty dollars and no cents) that will be added to the monthly bill.

The Jackson Parish Sheriff's Office agrees to adhere to confidentiality requirements as provided in La. Ch. C. Art. 412 and LSA-R.S. 15:574.12 to prevent the unauthorized use or disclosure of any information obtained as a result of housing youth pursuant to this agreement. Such confidentiality protections apply regardless of the form in which the information exists. This provision does not limit OJJ or any authorized representatives of OJJ the right to access an OJJ youth's records or other information relating to youth housed under this agreement.

The Jackson Parish Sheriff's Office agrees to coordinate with OJJ regarding the educational and programming needs of OJJ youth. This includes but is not limited to educational requirements, mental health programming and social services needs of the youth while in the custody of the Jackson Parish Sheriff's Office.

The Jackson Parish Sheriff's Office will bill OJJ on a monthly basis for the per diem rate and any other charges agreed upon in this contract.

OJJ is aware that The Jackson Parish Sheriff's Office is also housing pre-adjudicated juveniles for other agencies, and can be housed in the same dorm as OJJ adjudicated juveniles.

The Jackson Parish Sheriff's Office and OJJ agree to accept responsibility for their own negligent acts and omissions in providing services pursuant to this agreement, as well as for those negligent acts or omissions of their own respective employees, and nothing in this agreement shall be interpreted to place any responsibility for such negligent acts or omissions onto the other party.

The above and foregoing constitute the entire agreement between these parties.

THUS DONE AND SIGNED, this 22nd day of September, 2023.

_____          _____
Witness                                                          Otha "Curtis" Nelson, Jr.
                                                                         Deputy Secretary
                                                                         Office of Juvenile Justice


_____
Notary
Jennifer S. Van Metre
Notary Public
Bar Roll #30,744
Notary #84,194

_____          _____
Witness                                                          Sheriff Andy Brown
                                                                         Jackson Parish Sheriff's Office


_____
Notary

KAYNE PULLIG
NOTARY PUBLIC # 057973
STATE OF LOUISIANA
JACKSON PARISH
MY COMMISSION IS FOR LIFE