## UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| ALEX A., by and through his guardian, Molly Smith; BRIAN B.[1]; and CHARLES C., by and through his guardian Kenoine Rogers, individually and on behalf of all others similarly situated,<br><br>       Plaintiffs,<br><br>v.<br><br>GOVERNOR JOHN BEL EDWARDS,[2] in his official capacity as Governor of Louisiana; WILLIAM SOMMERS,[3] in his official capacity as Deputy Secretary of the Office of Juvenile Justice; JAMES M. LEBLANC, in his official capacity as Secretary of the Louisiana Department of Public Safety & Corrections,<br><br>       Defendants. | Civil Action No. 3:22-573 (SDD) (RLB) |

### PLAINTIFFS' REQUEST FOR ENTRY
### ONTO DEFENDANTS' PREMISES FOR INSPECTION

Pursuant to Federal Rules of Civil Procedure 26 and 34(a)(2), Plaintiff Class requests that Defendants allow Plaintiffs' counsel and their expert to inspect and photograph (subject to the provision of the Protective Order governing this case, Doc. 36) all areas of the Jackson Parish Jail (Jail) in which youth in the custody of the Louisiana Office of Juvenile Justice (OJJ) are or will be incarcerated, and to confer with staff and incarcerated youth while there, on or before August 16,

---

[1] On July 14, 2023, pursuant to Rule 25(a)(2) of the Federal Rules of Civil Procedure, Plaintiffs notified the Court of the death of Brian B. Doc. 162. Plaintiffs leave Brian B. as a Plaintiff until the clerk is ordered to change the caption.

[2] Since the filing of this lawsuit, the State of Louisiana elected a new governor, Jeff Landry. Because former Gov. Edwards was initially sued in his official capacity, Gov. Landry is automatically substituted as a defendant. Fed. R. Civ. P. 25(d).

[3] On November 18, 2022, then-Gov. Edwards announced the resignation of Dep. Sec. Sommers and the appointment of Otha "Curtis" Nelson as his replacement. *See* https://gov.louisiana.gov/index.cfm/newsroom/detail/3892. Because Mr. Sommers was sued in his official capacity, Mr. Nelson was automatically substituted as a Defendant. On Feb. 2, 2024, Gov. Landry announced that Kenneth Loftin had been appointed Deputy Secretary of OJJ. *See* https://gov.louisiana.gov/index.cfm/newsroom/detail/4402. Therefore, Mr. Loftin is now automatically substituted as a Defendant. Fed. R. Civ. P. 25(d).

1


EXHIBIT A

2024.  This includes youth who are under an OJJ disposition and have pending adult charges.

Plaintiffs' expert is as follows: Dr. Patrick McCarthy

For purposes of this request, INSPECT means to physically walk through, observe, and photograph areas of the building, premises, and surrounding areas of the Jail and any portions of Jail where youth in OJJ custody may be present, including but not limited to: all areas of the building and grounds currently designated by the Sheriff of Jackson Parish and/or OJJ to hold youth; all areas of the Jail property through which youth in OJJ custody will be transported; all areas of the Jail property to which youth in OJJ custody will be brought for outdoor recreation; the Jail infirmary or other Jail medical facilities to which youth in OJJ custody may be brought for medical emergencies.

Inspecting all areas of the building and grounds of the Jail shall include inspecting: cells in which youth are or will be housed; any restrictive housing areas; bathrooms and shower areas; outdoor and indoor recreation spaces; spaces used or to be used for education; spaces used or to be used for special education related services; clinical spaces being used or to be used for medical and mental health care; areas being used or to be used for behavioral interventions including "time outs" or other restrictions; areas being used or to be used for psychological evaluation; intake or screening areas; visiting areas for family members; visiting areas for attorneys; infirmaries and any other inpatient facilities; counseling/programming areas or offices; and suicide watch areas.

The term INSPECT also includes conferring with and interviewing (1) youth in OJJ custody who are incarcerated at the Jail and (2) Jail and OJJ management personnel, Jail and OJJ security staff, Jail and OJJ or contracted health and mental health care staff including youth counselors, teachers and other education personnel, special education related services providers, Jail staff working inside the building or on the grounds of the Jail for other purposes, and any persons working in the Jail infirmary or other medical facilities where youth in OJJ custody may

be brought for medical emergencies by the Jail.

Therefore, Plaintiffs request that subject to the above definitions, Defendants allow Plaintiffs' counsel and Plaintiffs' expert to INSPECT all areas of the Jail in which youth in the custody of OJJ are or will be incarcerated, including youth who are under an OJJ disposition and have pending adult charges, and confer with staff and incarcerated youth on August 16, 2024, from 9:00 AM to 5:00 PM.

Respectfully submitted, this 2nd day of August, 2024.

/S/: David J. Utter
David J. Utter *
Louisiana Bar Number: 23236
William R. Claiborne **
Georgia Bar Number: 126363
The Claiborne Firm, P.C.
410 East Bay Street
Savannah, Georgia 31401
(912) 236-9559 Telephone
(912) 236-1884 Facsimile
David@ClaiborneFirm.com
Will@ClaiborneFirm.com

/S/: Hector Linares
Hector Linares
Louisiana Bar Number: 28857
Sara Godchaux
Louisiana Bar Number: 34561
Stuart H. Smith Law Clinic
Loyola University New Orleans College of Law
7214 St. Charles Avenue, Box 902
New Orleans, Louisiana 70118
(504) 861-5560 Telephone
(504) 861-5440 Facsimile
Halinare@Loyno.edu
Shgodcha@Loyno.edu

/S/: David Shanies
David Shanies **
New York Bar Number: 4471140
Shanies Law Office

/S/: Christopher J. Murell
Christopher J. Murell
Louisiana Bar Number: 32075
MEGHAN MATT
La. Bar No. 39975
Murell Law Firm
2831 St. Claude Avenue
New Orleans, Louisiana 70117
(504) 717-1297 Telephone
(504) 233-6691 Facsimile
Chris@Murell.Law
Meghan@murell.law

/S/: Nancy Rosenbloom
Nancy Rosenbloom **
New York Bar Number: 2168425
ACLU National Prison Project
125 Broad Street
New York, Ny 10004
Telephone: (212) 549-2500
Facsimile: (212) 549-2652
Nrosenbloom@Aclu.org

/S/: Corene T. Kendrick
Corene T. Kendrick**
Ca Bar No. 226642
ACLU National Prison Project
39 Drumm Street
San Francisco, Ca 94111
Telephone: (202) 393-4930
Facsimile: (202) 393-4931
Ckendrick@Aclu.org

3

110 West 40th Street, 10th Fl.
New York, New York 10018
Tel. (212) 951-1710
Fax (212) 951-1350
Cell (646) 515-2151
David@Shanieslaw.com

*/S/ Susan M. Meyers*
Susan M. Meyers
Louisiana Bar Number: 29346
Lauren Winkler
Louisiana Bar Number: 39062
Ashley Dalton
Louisiana Bar Number: 40330
Southern Poverty Law Center
201 St. Charles Avenue, Suite 2000
New Orleans, La 70170
Telephone: 504-512-8649
Susan.Meyers@Splcenter.org
Lauren.Winkler@Splcenter.org
Ashley.Dalton@Splcenter.Org

*/S/: Marisol J. Dominguez-Ruiz*
Marisol J. Dominguez-Ruiz**
ACLU National Prison Project
39 Drumm Street
San Francisco, Ca 94111
Telephone: (202) 393-4930
Facsimile: (202) 393-4931
Mdominguez-Ruiz@Aclu.org

\* *Lead Counsel*
\*\* Appearing *Pro Hac Vice*
**Attorneys for Plaintiffs**

## CERTIFICATE OF SERVICE

I hereby certify that on the 2nd day of August, 2024, a copy of the foregoing discovery request was served upon all counsel of record by electronic mail.

/s/ David J. Utter
DAVID J. UTTER

4