**From:** David Utter <david@claibornefirm.com>
**Sent:** Friday, August 2, 2024 1:38 PM
**To:** Kyle Miller <Kyle.Miller@butlersnow.com>; Lem Montgomery <Lem.Montgomery@butlersnow.com>; dshultz@jacksonparishsheriff.com; abrown@jacksonparishsheriff.com
**Subject:** Smith v. Edwards

Folks,

Please find attached a request for an expert's tour of the Jackson Parish Jail. Dr. McCarthy and Plaintiffs' counsel are flexible on the date of the tour—the August 16 date was selected as a time that provides everyone with sufficient notice, but it is not the only day this month we are available. Our main concern is conducting the tour with sufficient time to provide our expert report, which is currently due on Sept. 3, 2024. Let us know dates that work for you and thank you.

Sincerely,

David

David J. Utter, Esq.

The Claiborne Firm, P.C.

410 E. Bay Street

Savannah, GA 31401

(912) 236-9559

david@claibornefirm.com

**Disclaimers:**

**Notice: No duties are assumed, intended or created by this communication.** If you have not executed a fee contract or an engagement letter, this firm does *not* represent you as your attorney. You are encouraged to retain counsel of your choice if you desire to do so.

Disclosure under IRS Circular 230: Unless expressly stated otherwise, nothing contained in this communication (including any attachments) may be relied upon or used (1) by any taxpayer for the purpose of avoiding penalties that may be imposed under the Internal Revenue Code and/or (2) by any person to support the promotion or marketing of or to recommend any Federal tax transaction(s) or matter(s) addressed in this communication. Any taxpayer should seek independent tax advice with respect to any Federal tax transaction or matter addressed herein.

**Confidentiality Notice:** This email has been sent from a law firm. It may contain privileged and confidential information intended for the use of the person(s) named above. If you are not an intended recipient, you are hereby notified that any dissemination or duplication of the email is prohibited, and that there shall be no waiver of any privilege or confidence by your receipt of this transmission. If you have received this email in error, please notify us by collect telephone call and immediately delete this email.

**EXHIBIT C**