IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| ALEX A., by and through his guardian, Molly Smith; BRIAN B.; and CHARLES C., by and through his guardian, Kenione Rogers, individually and on behalf of all others similarly situated, | ) ) ) ) ) ) |
| Plaintiffs, | ) ) ) |
| v. | ) Civ. A. No. 3:22-CV-00573-SDD-RLB ) |
| GOVERNOR JOHN BEL EDWARDS, in his official capacity as Governor of Louisiana; WILLIAM SOMMERS, in his official capacity as Deputy Secretary of the Office of Juvenile Justice, JAMES M. LEBLANC, in his official capacity as Secretary of the Louisiana Department of Public Safety & Corrections, | ) ) **UNOPPOSED MOTION TO AMEND** ) **SCHEDULING ORDER** ) ) ) ) ) ) ) |
| Defendants. | ) |

COME NOW Defendants Jeff Landry, in his official capacity as Governor of Louisiana; Kenneth "Kenny" Loftin, in his official capacity as Deputy Secretary of the Office of Juvenile Justice ("OJJ"); and James M. LeBlanc, in his official capacity as Secretary of the Louisiana Department of Public Safety & Corrections ("DOC") (collectively "Defendants")[1] and respectfully request to amend the Scheduling Order [Doc. No. 326]. Defendants consulted with Plaintiffs'

---

[1] Since the filing of this lawsuit, the State of Louisiana elected a new governor, Jeff Landry. Because former Gov. Edwards was initially sued in his official capacity, Gov. Landry is automatically substituted as a defendant. Fed. R. Civ. P. 25(d).

Relatedly, on November 18, 2022, then-Gov. Edwards announced the resignation of initially-named Defendant Deputy Secretary Sommers and the appointment of Otha "Curis" Nelson, Jr. as his replacement. https://gov.louisiana.gov/index.cfm/newsroom/detail/3892. Because Mr. Sommers was initially sued in his official capacity, Mr. Nelson was then automatically substituted as a Defendant. Subsequently, on February 2, 2024, Gov. Landry announced that Kenneth "Kenny" Loftin had been appointed as the Deputy Secretary of the OJJ. https://gov.louisiana.gov/index.cfm/newsroom/detail/4402. Therefore, Mr. Loftin is now automatically substituted as a Defendant. Fed. R. Civ. P. 25(d).

1

counsel as to this Motion, and Plaintiffs do not oppose the requested relief. In support of this request, Defendants represent the following:

1. On February 29, 2024, the Court entered the Scheduling Order [Doc. No. 326], which established the following deadlines relevant to the present Joint Motion:

- Deadline to file all discovery motions and completing all discovery except experts – August 2, 2024.
- Deadline to complete expert discovery – October 25, 2024.
- Deadline for Plaintiffs to submit expert reports – September 3, 2024.
- Deadline for Defendants to submit expert reports – September 24, 2024.
- Deadline to file dispositive motions and Daubert motions – December 20, 2024.

2. The Parties have received several extensions for various discovery deadlines, including expert discovery, contained within the Scheduling Order. *See* Doc Nos. 342, 347, and 351.

3. Pertinent to this Joint Motion, the Court recently directed the Parties to engage in good faith discussions to resolve issues raised in Plaintiffs' Motion to Compel [Doc. No. 337], and to the extent such efforts were fruitless, the Plaintiffs may file a renewed motion to compel, and Defendants may respond to same.

4. Plaintiffs filed a Renewed Motion to Compel [Doc. No. 358] on September 18, 2024. Defendants' deadline to oppose the same is today, September 27, 2024. *See* Doc. No. 359.

5. For the foregoing reasons, the Parties agree that it is appropriate to amend the Scheduling Order as follows:

- Deadline to file all discovery motions related to the limited discovery permitted by the Court – 60 days from the date of any order on the Plaintiffs' Renewed Motion to Compel.

- Deadline to complete discovery except experts – 60 days from the date of any order on the Plaintiffs' Renewed Motion to Compel.

- Plaintiffs' deadline to serve expert reports – 90 days from the date of any order on the Plaintiffs' Renewed Motion to Compel.

- Defendants' deadline to serve expert reports – 120 days from the date of any order on the Plaintiffs' Renewed Motion to Compel.

- Deadline to complete expert discovery – 150 days from the date of any order on the Plaintiffs' Renewed Motion to Compel.

- Deadline to file dispositive motions and Daubert motions – 180 days from the date of any order on the Plaintiffs' Renewed Motion to Compel.

6. This Joint Motion is not sought for the purpose of undue delay but is requested in good faith.

7. Plaintiffs do not oppose the requested relief.

8. Pursuant to Local Rule 7(e), this Joint Motion does not require a memorandum in support.

Based on all of the above, Defendants respectfully request that the Court enter an Order granting the relief requested, amending the operative Scheduling Order deadlines as set forth herein.

Dated: September 27, 2024.

Respectfully submitted:

BY:   */s/ Madaline King Rabalais*
Connell Archey (#20086)
Randal J. Robert (#21840)
Allena McCain (#38830)
Madaline King Rabalais (#38301)
BUTLER SNOW LLP
445 North Boulevard, Suite 300 (70802)
P.O. Box 2997
Baton Rouge, LA 70821-2997
Telephone: (225) 325-8700
Facsimile: (225) 325-8800
Connell.Archey@butlersnow.com
Randy.Robert@butlersnow.com
Allena.McCain@butlersnow.com
Madaline.Rabalais@butlersnow.com

Kyle V. Miller (pro hac vice)
Lemuel E. Montgomery III (pro hac vice)
Anna Morris (pro hac vice)
Carly Chinn (pro hac vice)
BUTLER SNOW LLP
1020 Highland Colony Parkway, Suite 1400
Ridgeland, MS 39157
Telephone: (601) 948-5711
Facsimile: (601) 985-4500
Kyle.Miller@butlersnow.com
Lem.Montgomery@butlersnow.com
Anna.Morris@butlersnow.com
Carly.Chinn@butlersnow.com

Counsel for Defendants

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above and foregoing has this day been filed electronically with the Clerk of Court using the CM/ECF system, which will deliver notice of this filing to all counsel of record.

This 27th day of September, 2024.

          */s/ Madaline King Rabalais*

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| ALEX A., by and through his guardian, Molly Smith; BRIAN B.; and CHARLES C., by and through his guardian, Kenione Rogers, individually and on behalf of all others similarly situated, | )<br>)<br>)<br>)<br>)<br>) |
| Plaintiffs, | )<br>) |
| v. | ) Civ. A. No. 3:22-CV-00573-SDD-RLB<br>) |
| GOVERNOR JOHN BEL EDWARDS, in his official capacity as Governor of Louisiana; WILLIAM SOMMERS, in his official capacity as Deputy Secretary of the Office of Juvenile Justice, JAMES M. LEBLANC, in his official capacity as Secretary of the Louisiana Department of Public Safety & Corrections, | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |
| Defendants. | ) |

## **ORDER**

Considering the foregoing Unopposed Motion to Amend the Scheduling Order (the "Motion") filed by the Parties,

IT IS HEREBY ORDERED that the Motion is GRANTED. The Scheduling Order will be amended as follows:

- Deadline to file all discovery motions related to the limited discovery – 60 days from the date of any order on the Plaintiffs' Renewed Motion to Compel.

- Deadline to complete discovery except experts – 60 days from the date of any order on the Plaintiffs' Renewed Motion to Compel.

- Plaintiffs' deadline to serve expert reports – 90 days from the date of any order on the Plaintiffs' Renewed Motion to Compel.

5

- Defendants' deadline to serve expert reports – 120 days from the date of any order on the Plaintiffs' Renewed Motion to Compel.

- Deadline to complete expert discovery – 150 days from the date of any order on the Plaintiffs' Renewed Motion to Compel.

- Deadline to file dispositive motions – 180 days from the date of any order on the Plaintiffs' Renewed Motion to Compel.

Baton Rouge, Louisiana this _____ day of _____, 2024.

_____
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

89827733.v1