EXHIBIT 1

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| ALEX A., by and through his guardian, Molly Smith; BRIAN B.; and CHARLES C., by and through his guardian, Kenione Rogers, individually and on behalf of all others similarly situated, | ) ) ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) Civ. A. No. 3:22-CV-00573-SDD-RLB ) |
| GOVERNOR JOHN BEL EDWARDS, in his official capacity as Governor of Louisiana; WILLIAM SOMMERS, in his official capacity as Deputy Secretary of the Office of Juvenile Justice, JAMES M. LEBLANC, in his official capacity as Secretary of the Louisiana Department of Public Safety & Corrections, | ) ) **DEFENDANTS' MOTION FOR** ) **RECONSIDERATION, IN PART, OF** ) **ORDER [371] GRANTING IN PART** ) **AND DENYING IN PART PLAINTIFFS'** ) **MOTION TO COMPEL [358]** ) ) ) ) |
| Defendants. | ) |

Defendants Jeff Landry, in his official capacity as Governor of Louisiana; Kenneth "Kenny" Loftin, in his official capacity as Deputy Secretary of the Office of Juvenile Justice ("OJJ"); and James M. LeBlanc, in his official capacity as Secretary of the Louisiana Department of Public Safety & Corrections (collectively "Defendants")[1] move the Court to reconsider, in part, its Order (Doc. 371) granting in part and denying in part Plaintiffs' Motion to Compel (Doc. 358)

---

[1] Since the filing of this lawsuit, the State of Louisiana elected a new governor, Jeff Landry. Because former Gov. Edwards was initially sued in his official capacity, Gov. Landry is automatically substituted as a defendant. Fed. R. Civ. P. 25(d).

Relatedly, on November 18, 2022, then-Gov. Edwards announced the resignation of initially-named Defendant Deputy Secretary Sommers and the appointment of Otha "Curtis" Nelson, Jr. as his replacement. https://gov.louisiana.gov/index.cfm/newsroom/detail/3892. Because Mr. Sommers was initially sued in his official capacity, Mr. Nelson was then automatically substituted as a Defendant. Subsequently, on Feb. 2, Gov. Landry announced that Kenneth "Kenny" Loftin had been appointed as the Deputy Secretary of OJJ. https://gov.louisiana.gov/index.cfm/newsroom/detail/4402. Therefore, Sec'y Loftin is now automatically substituted as a Defendant. Fed. R. Civ. P. 25(d).

1

to the extent the Order held that OJJ has control of Jackson Parish Sheriff's Office ("JPSO") documents. Order (Doc. 371) at 17.

1.  The Court found that OJJ had control of or the right to obtain certain JPSO documents due to language in the Memorandum of Understanding between OJJ and JPSO.

2.  After the briefing on Plaintiffs' Motion to Compel (Doc. 358) but before the Court entered its Order, OJJ terminated the MOU with JPSO. *See* Ex. A.

3.  Accordingly, due to a change in factual circumstances, even if the MOU had given OJJ the right to obtain JPSO document, there is no such document in effect that would continue giving OJJ the right to obtain JPSO's document.

For this reason, and as more fully set forth in Defendants' memorandum in support of this motion, the Court should reconsider, in part, its Order (Doc. 371), vacate its holding that OJJ has control or the right to obtain JPSO documents, and enter a finding that OJJ does not have control of JPSO's internal documents and that OJJ cannot be compelled to produce same.

Dated: February 5, 2025.

        Respectfully submitted:

BY:   */s/ Allena McCain*
      Connell Archey (#20086)
      Randal J. Robert (#21840)
      Allena McCain (#38830)
      Madaline King Rabalais (#38301)
      BUTLER SNOW LLP
      445 North Boulevard, Suite 300 (70802)
      P.O. Box 2997
      Baton Rouge, LA  70821-2997
      Telephone:   (225) 325-8700
      Facsimile:    (225) 325-8800
      Connell.Archey@butlersnow.com
      Randy.Robert@butlersnow.com
      Allena.McCain@butlersnow.com
      Madaline.Rabalais@butlersnow.com

>Kyle V. Miller (pro hac vice)
>Lemuel E. Montgomery III (pro hac vice)
>Anna Morris (pro hac vice)
>BUTLER SNOW LLP
>1020 Highland Colony Parkway, Suite 1400
>Ridgeland, MS 39157
>Telephone:    (601) 948-5711
>Facsimile:    (601) 985-4500
>Kyle.Miller@butlersnow.com
>Lem.Montgomery@butlersnow.com
>Anna.Morris@butlersnow.com
>
>Counsel for Defendants
>GOVERNOR JOHN BEL EDWARDS, in his official capacity as Governor of Louisiana; WILLIAM SOMMERS, in his official capacity as Deputy Secretary of the Office of Juvenile Justice; and JAMES M. LEBLANC, in his official capacity as Secretary of the Louisiana Department of Public Safety & Corrections

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above and foregoing has this day been filed electronically with the Clerk of Court using the CM/ECF system, which will deliver notice of this filing to all counsel of record.

This 5th day of February, 2025.

>/s/ Allena McCain

92276317.v2

# EXHIBIT A

JEFF LANDRY, Governor

# Office of Juvenile Justice



Kenneth A. Loftin, Deputy Secretary

October 22, 2024

Sheriff Andy Brown
Jackson Parish Sheriff's Office
150 Old Winnfield Road
Jonesboro, LA  71251

RE:  TERMINATION OF HOUSING AGREEMENT

Dear Sheriff Brown,

On behalf of the Department of Public Safety and Corrections, Youth Development, Office of Juvenile Justice (OJJ), I am formally notifying you of our decision to terminate the Jackson Parish Housing Agreement entered into on September 15, 2023, between the Jackson Parish Sheriff's Office and OJJ.  This termination is in accordance with the provisions of the contract, which allows either party to terminate the agreement by providing thirty (30) days written notice.

Please consider this letter as the official 30 day notice, with the contract set to terminate on November 30, 2024.  However, after the contract ends, any juvenile that is placed in OJJ custody pending secure care can be billed at the secure care rate.

OJJ is committed to ensuring a smooth transition during this period and will work closely with the Jackson Parish Sheriff's Office to resolve any outstanding matters, including final payments and other contractual obligations.  Please feel free to contact me if any issues arise that need further discussion.

We greatly appreciate the partnership between our organizations and the services provided under this agreement.

Sincerely,

Kenneth A. Loftin
Deputy Secretary

KAL:wlm